UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STACEY K. SHARPE

            Plaintiff,

v.

SHEILA C. BAIR

            Defendant.

Case No.: 1:06CV01743
Judge Reggie B. Walton

Date: October 25, 2006

## AFFIDAVIT OF PROCESS

DISTRICT OF COLUMBIA): SS

    I, Debbie Kurtz, hereby depose and state that I served the Honorable Alberto R. Gonzalez, Attorney General of the U.S. in the above captioned case a copy of the Summons and Complaint, through at his place of employment, 10th Street & Constitution Avenue, Washington, D.C. 20530, dated October 17, 2006 by Registered Mail, return receipt requested that it was delivered and signed for by a person of suitable age and discretion.

    Attached is the original Service of Process.

*Debbie Kurtz*
Debbie Kurtz
1225 Eye Street, N.W., Suite 1290
Washington, D.C. 20005
(202) 842-0300

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*<br>X | | B. Date of Delivery<br>X |
| | C. Signature<br>X  *[signature]*  OCT 1 7 2006 | | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br>Honorable Alberto R. Gonzales<br>Atty General of the U.S.<br>U.S. Dept. of Justice<br>10th St & Constitution Ave<br>Washington, D.C. 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | | |
| | 4. Restricted Delivery? *(Extra Fee)*    ☐ Yes | | |
| 2. Article Number *(Copy from service label)*<br>7099 3400 0011 3693 1497 | | | |
| PS Form 3811, July 1999 | Domestic Return Receipt | | 102595-99-M-1789 |