AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

STACEY K. SHARPE

       Plaintiff(s)    )
                                 )    **APPEARANCE**
                                 )
               vs.             )    CASE NUMBER   06-1743 (RBW)

SHEILA C. BAIR,
Chairman, Federal Deposit
Insurance Corporation
       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Sarah L. Riger__ as counsel in this
                                  (Attorney's Name)

case for: __Stacey K. Sharpe__
            (Name of party or parties)

__08/16/07__
Date

__/s/ Sarah L. Riger__
Signature

__486591__
BAR IDENTIFICATION

__Sarah L. Riger__
Print Name

Swick & Shapiro, P.C., 225 Eye Street, N.W., Suite 1290
Address

Washington, D.C., 20020
City    State    Zip Code

202-842-0300
Phone Number