UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
STACEY K. SHARPE,                   )
                                    )
            Plaintiff               )
                                    )
V.         v.                       )     Civil Action No. 06-1743 (RBW)
                                    )
SHEILA C. BAIR, Chairman,            )
FEDERAL DEPOSIT INSURANCE CORP.,    )
                                    )
            Defendant               )
_____)

## SCHEDULING ORDER

In accordance with the agreement of the parties to proceed directly to the filing of dispositive motions in this matter, and the Court's oral orders issued during the initial status conference held on August 31, 2007, it is hereby

**ORDERED** that the defendant shall file its motion for summary judgment on or before October 15, 2007. The opposition shall be filed on or before November 30, 2007, and the defendant's reply shall be filed on or before December 21, 2007. It is further

**ORDERED** that a status conference shall be held in this matter on April 4, 2008 at 9:00 a.m.

**SO ORDERED** on this 31st day of August, 2007.

                                        REGGIE B. WALTON
                                        United States District Judge