UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

```
- - - - - - - - - - - - - - - x
                                :
Stacey K. Sharpe,               :
                                :
            Complainant,        :
                                :
      v.                        :  EEOC#100-2005-00927X
                                :  Agency No.
                                   : FDICEO-050002
Martin Gruenberg, Chairman,     :
Federal Deposit Insurance Corp.,:
                                :
            Agency.             :
                                :
- - - - - - - - - - - - - - - x
```

Washington, D.C.

Tuesday, February 7, 2006

Deposition of

PATRICIA BLACK,

a witness of lawful age, taken on behalf of the Plaintiff in

the above-entitled action, before Ed Greenberg, Notary Public

in and for the District of Columbia, in the offices of Swick &
Shapiro, 1225 I Street, N.W., Suite 1290, Washington, D.C.,

commencing at 2:22 p.m.

Diversified Reporting Services, Inc.
202-467-9200

2 (Pages 2 to 5)

---

Page 2

APPEARANCES:

    On Behalf of the Complainant:

       DAVID SHAPIRO, ESQ.
       STEPHANIE K. RICHARD, ESQ.
       Swick & Shapiro, P.C.
       1225 Eye Street, N.W.
       Washington, D.C.  20005
       (202) 842-0300

    On Behalf of the Agency:

       MICHAEL S. COSGROVE, ESQ.
       Federal Deposit Insurance Corporation
       801 17th Street, N.W., 10th Floor
       Washington, D.C.  20434
       (202) 416-4230

---

Page 3

C O N T E N T S

EXAMINATION BY:               PAGE

   Counsel for Complainant        4

---

Page 4

1    PROCEEDINGS
2  Whereupon,
3      PATRICIA BLACK,
4  was called as a witness and, having been first duly sworn, was
5  examined and testified as follows:
6      EXAMINATION
7    BY MR. SHAPIRO:
8    Q  Ms. Black, could you state your full name, please?
9    A  Patricia M. Black.
10   Q  And where do you live?
11   A  3127 Rittenhouse Street, Northwest, D.C.
12   Q  The zip code there?
13   A  20015.
14   Q  Any plans to move?
15   A  No.
16   Q  Good.
17   A  Not my house.  My office.  I just told you it's
18  moving.
19   Q  Where are you currently employed?
20   A  Federal Deposit Insurance Corporation Office of
21  Inspector General
22   Q  What's your position?

---

Page 5

1    A  I'm the deputy inspector general.
2    Q  How long have you been deputy?
3    A  For nearly four years.
4    Q  So, since the spring of —
5    A  — of '02, April '02.
6    Q  And were you appointed acting at that time or
7  permanent?
8    A  Permanent.
9    Q  All right.
10      Were you acting before that?
11   A  No.
12   Q  So, by April 2002, you were the deputy IG.
13   A  That's correct.
14   Q  Prior to April '02?
15   A  I was counsel to the inspector general at FDIC.
16   Q  And how long did you hold that position?
17   A  From 1997, early '97 forward, to '02.
18   Q  Okay.  And prior to that?
19   A  Prior to that, I was the assistant inspector
20  general for inspections and legal support.  That position ran
21  from January — January '96 until I became counsel in early
22  1997.

## Page 6

1    Q  And that was at the FDIC.

2    A  Correct.

3    Q  Prior to that?

4    A  Prior to that, I was counsel to the inspector

5  general at the Resolution Trust Corporation, from October of

6  '89 through December '95.

7    Q  October '89 —

8    A  Correct.

9    Q  — to —

10    A  -- December --

11    Q  — '95?

12    A  -- '95.

13    Q  And before that?

14    A  Before that, I was an assistant general counsel at

15  U.S. Department of Housing and Urban Development.

16    Q  And what were you an assistant for?

17    A  A number of things.

18    I provided counsel to the inspector general.  I was

19  responsible for mortgagee review board cases, suspension and

20  debarment work, primarily those things.  It was a trial lawyer

21  unit, and before -- and I was initially a trial lawyer in that

22  unit and then became ultimately an assistant general counsel

## Page 7

1    Q  What was it?  It was for — counsel to the IG for

2  suspension and disbarment work, and what else?

3    A  Mortgagee review board cases, which is essentially

4  sanctions against HUD/FHA-approved mortgagees.

5    Q  And how long were you the assistant general counsel

6  at HUD?

7    A  I think I had that position for a little over three

8  years.

9    Q  So, '86 to '89?

10    A  Roughly.

11    Q  And you were a trial lawyer —

12    A  Trial --

13    Q  — in that office.

14    A  In the same --

15    Q  How long?

16    A  -- group, yes.  From '79 through '86, roughly.

17    Q  Before that?

18    A  Before that, I was a law clerk with the General

19  Services Board of Contract Appeals.

20    Q  And how long did you do that?

21    A  As a permanent employee, from '76 through '79.  I

22  had a part-time job with them -- '76 was when I graduated from

## Page 8

1  law school.  I had a part-time job with them as a student

2  clerk for about 18 months before -- before I graduated.

3    Q  So, '75 to '76.

4    A  Yeah.

5    (Pause.)

6    BY MR. SHAPIRO:

7    Q  Where did you go to law school?

8    A  American University Washington College of Law.

9    Q  And you graduated in '76.

10    A  Correct.

11    Q  Did you go to law school right from college?

12    A  Yes.

13    Q  And where did you go to college?

14    A  Indiana State University.

15    Q  What did you study there?

16    A  Political science.

17    Q  When did you graduate?

18    A  I graduated in August of '73.  I'm sorry.  That was

19  July.  July.  I went to law school in August.

20    Q  And did you -- did you go to college full-time?

21    A  Yes.

22    Q  And law school full-time?

## Page 9

1    A  Yes.

2    Q  Did you go to college right from high school?

3    A  Yes.

4    Q  Where did you go to high school?

5    A  Lincoln High School, Vincennes, Indiana.

6    Q  Lincoln —

7    A  Uh-huh.

8    Q  — High School.  Where?

9    A  Vincennes, V-i-n-c-e-n-n-e-s, Indiana.

10    Q  And you would have graduated there in '69?

11    A  Correct.

12    Q  Now, when you first headed the IG's office at FDIC

13  — sorry — when you first headed the counsel's office to the

14  IG — that would be in early '97.

15    A  Correct.

16    Q  Correct?

17    Taking it from when you first were there —

18    A  Uh-huh.

19    Q  — within the first six months — how many lawyers

20  did you have?

21    (Pause.)

22    THE WITNESS:  I guess there seven lawyers, total.

Page 10

1      MR. SHAPIRO: Okay.
2      BY MR. SHAPIRO:
3   Q   And that included you, the counsel.
4   A   Uh-huh.
5   Q   Right?
6   A   Yes.
7   Q   Did you have a deputy?
8   A   Yes. Larry Froehlich.
9      (Pause.)
10      BY MR. SHAPIRO:
11   Q   And five other lawyers.
12   A   Yes.
13   Q   And who were they?
14   A   Chris Geiseler, Fred Gibson, Andrea Bernardo, Tom
15  Coogan. And I may have miscounted by one.
16   Q   Okay. So, there may have been six rather than
17  seven.
18   A   I think it is six rather than seven.
19   Q   You're a white female, correct?
20   A   Correct.
21   Q   Froehlich was a white male.
22   A   Correct.

Page 11

1   Q   Geiseler is a white male?
2   A   Yes.
3   Q   Gibson is a white male?
4   A   Yes.
5   Q   Bernardo is a white female?
6   A   Correct.
7   Q   And Coogan is a white male.
8   A   Correct.
9   Q   Okay.
10      Now, at the time you departed as counsel for the IG
11  — that would have been in April of 2002, correct?
12   A   Yes.
13   Q   Okay.
14      So, how many people were at the IG's office on your
15  last day there as the counsel for the IG? Not in the IG's
16  office but in the counsel's office.
17   A   Okay.
18      Attorneys or everyone?
19   Q   Attorneys.
20   A   Okay.
21      Gibson and Geiseler were still there.
22   Q   Anybody else?

Page 12

1   A   Bernardo had gone. Froehlich had just gone. Mr.
2  Cosgrove had joined us.
3   Q   Cosgrove was there.
4   A   Yes.
5   Q   Geiseler was there.
6   A   Correct.
7   Q   So, Cosgrove had joined. There was somebody else
8  there?
9   A   Yes.
10   Q   Who was there?
11   A   There is another -- there was another female
12  attorney there, and I am, for the life of me, blocking on her
13  name, although I should not.
14   Q   Somebody who wasn't there when you started —
15   A   Correct.
16   Q   — but was there when you left.
17   A   That is correct.
18   Q   Ms. Vosburg.
19   A   Yes. Thank you. Adriana.
20   Q   Okay.
21      So, Froehlich, Bernardo, and Coogan had gone.
22   A   Correct.

Page 13

1   Q   And you left.
2   A   Uh-huh.
3   Q   But Cosgrove had joined, a white male.
4   A   Correct.
5   Q   And Vosburg, a white female.
6   A   No, she is a Hispanic female.
7   Q   Well, Hispanic is not different from white and
8  black.
9      The opposite of Hispanic is not either black or
10  white, correct?
11   A   She's a Hispanic female, to my knowledge.
12   Q   Is she African-American?
13   A   Not to my knowledge, no.
14   Q   Dark-skinned?
15   A   No.
16   Q   No.
17      Does she speak with a foreign accent?
18   A   No.
19   Q   Okay. So — now, at the time you departed the
20  counsel's office, April 2002, what was Ms. Vosburg's status?
21   A   She was a junior attorney with the office.
22   Q   Right. Was she employed as a permanent employee?

Page 14

1    A  I believe she was, at that time, a term employee.
2    Q  What was the term?
3    A  Four years.
4    Q  And when did it start?
5    A  I am not certain when it started.
6    Q  She had been a law clerk.
7    A  She had been a law clerk and then passed the bar
8  and became an attorney.
9    Q  But she was hired as a NTE, limited term employee.
10   A  She -- she was hired as a law clerk.  I am not sure
11  of the designation of that.
12       It was not a -- it was not a standard full-time
13  position.
14       It was --
15   Q  NTE, not to exceed.  It was a temporary
16  appointment.
17       MR. COSGROVE:  I think you guys are
18  misunderstanding each other.
19       MR. SHAPIRO:  Well, I don't think so.  I think -- I
20  think -- I think it may be she's misunderstanding me.
21       BY MR. SHAPIRO:
22   Q  I understand perfectly well what you're saying.

Page 15

1       I'm asking you, though, about that she got not as a
2  student but after she graduated from law school.
3    A  She was originally hired as a student.  Then she
4  was hired as a term employee.
5    Q  NTE, not to exceed.
6    A  Four years, that's correct.
7    Q  Four years was the term.
8    A  Yes.
9    Q  Okay.
10       So, that NTE appointment --
11   A  Uh-huh.
12   Q  -- not to exceed -- that was when she graduated
13  from law school that she got that job.
14   A  Yes.
15   Q  Was that a competitive job?  Did you compete it?
16  Vacancy announcement, we're hiring an NTE, not to exceed fou
17  years?
18   A  I think so.
19   Q  Okay.  And was there -- she was promoted within
20  that job, wasn't she?  At least once while you were there.
21   A  That may well be true.
22       I'm not sure.

Page 16

1    Q  Get a promotion when she passed the bar?
2    A  I -- I'm really not sure.
3    Q  All right.
4       Did she get another promotion after she was in
5  grade a year?
6    A  I -- I just don't know.
7       I'm not sure.
8       I'd have to go back and look at the records.
9    Q  Okay.
10       Now — so, when you left the office to become —
11  deputy IG?
12   A  Yes.
13   Q  On a permanent basis, correct?
14   A  Correct.
15   Q  Was that a vacancy announcement that they -- you
16  competed for that job?
17   A  I don't believe so.  It was an executive position
18  at the same position that I already held, the same executive
19  grade level.
20   Q  You were transferred.
21   A  And I was transferred into that job.
22   Q  But permanently.

Page 17

1    A  Yes.
2    Q  Okay.
3       So, when you left the job, the office had — you
4  left the office under whose charge?
5    A  Gaston Gianni was the Inspector General at the
6  time.
7    Q  No.  No, the office -- the office of counsel.
8    A  Was left in -- Fred Gibson, by that time, was my
9  deputy.
10   Q  So, he was acting?
11   A  Yes.
12   Q  Okay.  And who became the acting deputy?  Anyone?
13   A  No.
14   Q  Okay.
15       So, in the office, you had Geiseler and Cosgrove
16  and Vosburg.
17   A  As attorneys, yes.
18   Q  Right.
19       Now, when you first came there, going back to '97 -
20  -
21   A  Uh-huh.
22   Q  — non-attorneys — how many did you have?

Diversified Reporting Services, Inc.
202-467-9200

Page 18

1    A    Initially, we had a secretary, Teresa Fewell.  That
2    was all, initially.
3    Q    Okay.
4    A    Well, we had -- we had student law clerks who came
5    and went.
6    Q    Okay.  I understand.
7         How many law clerks at a time did you have,
8    maximum?
9    A    I think, at one point, we were up to three.
10   Q    Uh-huh.  And these were part-time employees, or
11   this was summer?
12   A    They could be both, both or either.
13        We typically had at least one to two there during
14   the year, and probably two to three during the summer.
15   Q    So, the one to two would be part-time during the
16   year.
17   A    Yes.
18   Q    And then, the summer, they'd be full-time.
19   A    Correct.
20   Q    But only for the summer.
21   A    Correct.
22   Q    Okay.  And forgetting about the -- the summer

Page 19

1    clerks and the part-time clerks -- the law clerks, that is --
2    when you left the office, how many staff did you have, non-
3    lawyer staff?
4    A    Two.
5    Q    The secretary, Terry Fewell?
6    A    Teresa Fewell.  She was a legal technician, I
7    believe, by then.
8    Q    Legal tech.
9    A    Yes.
10   Q    So, she was converted?
11   A    Yes.
12   Q    Competitive selection?
13   A    Desk audit.
14   Q    Desk audit.  But a desk audit didn't just change
15   her grade; it changed her title?
16   A    That's correct.
17   Q    From clerk typist to --
18   A    I can't -- I don't know exactly what her title was
19   before.
20        I believe it was in the secretarial series, though,
21   to legal technician.
22   Q    So, it changed to a legal technician series.

Page 20

1    A    I believe that is correct.
2    Q    Is that the same series --
3    A    Could have been a legal assistant.
4    Q    Is that the same series as paralegal?
5    A    No.
6    Q    Okay.
7    A    I do not believe so.
8    Q    And you said you had two.  Who was the other one?
9    A    The other one was Stacy Sharpe.
10   Q    And what was her position?
11   A    Actually, at the time, I believe her name was
12   Harkins, the last name.
13        She was a paralegal.
14   Q    When did she come in?
15   A    Shortly after I became counsel.
16   Q    So, sometime in '98?
17   A    I believe that's correct.
18   Q    And that was a competitive selection?
19   A    Yes, it was.
20   Q    Okay.  And did you -- and when did Ms. -- when did
21   Ms. Fewell get the desk audit change?  She got a desk audit
22   change in grade?

Page 21

1    A    Yes.
2    Q    Series?
3    A    Yes.
4    Q    And title.
5    A    Correct.
6    Q    Okay.  And when did that happen?
7    A    Again, I'd have to -- I'd have to go back and look.
8    '98-'99, but I'm -- I think.
9         It was a part of an office-wide review of our
10   support staff positions.
11   Q    "Office-wide" meaning?
12   A    OIG-wide.
13   Q    Uh-huh.
14   A    All the support staff positions were reviewed.
15   Q    When did Bernardo leave?  Before or after Ms.
16   Sharpe came in?
17   A    Afterwards, I believe.
18   Q    And how about Coogan?
19   A    Coogan left before.
20   Q    And how close in time to Ms. Sharpe coming in did
21   Bernardo leave?
22   A    I don't recall.  I'm not sure when -- when Andrea

Page 22

1  did leave.
2      Q   And did anybody replace Coogan?
3      A   No.
4      Q   Did anybody replace Bernardo?
5      A   Well, we had a change of -- we had Coogan first,
6  then -- then -- then Bernardo, and then Froehlich, if I'm
7  recalling correctly, and we hired Mr. Cosgrove, and then Ms.
8  Vosburg.
9      Q   Ms. Vosburg was hired an FTE, right?  As an NTE
10     A   As a term employee.
11     Q   Right.  Before Froehlich left.
12     A   I believe so.
13     Q   After Bernardo left?
14     A   I believe so.  I'm not remembering very clearly,
15  because she was there as a student, and I don't remember
16  exactly --
17     Q   Cosgrove was appointed before Vosburg or vic
18  versa?
19     A   I believe Cosgrove was appointed before.
20     Q   Vosburg.
21     A   I believe so.
22     Q   And you said that Froehlich left just before you

Page 23

1  became deputy.
2      A   Yes.
3      Q   And was not replaced.
4      A   Well, you're acting as though we're replacing one
5  with another.
6          That is not, in fact, the case.
7          People have come and gone, and we have -- have
8  hired or not hired people as the workload required.
9      Q   Uh-huh.
10         Mr. Froehlich was a permanent employee?
11     A   Yes, he was.
12     Q   And the next person to be hired as a permanent
13  employee after Froehlich left was who?
14     A   Either Cosgrove, right before, or right after, I
15  don't know which.
16     Q   Okay.
17     A   And then Vosburg.
18     Q   All right.
19         Did you have anything to do with bringing Ms.
20  Vosburg on as a permanent employee?
21     A   I probably signed off on the paperwork.  I almost
22  certainly did that.

Page 24

1      Q   Do you have such paperwork?
2      A   No.
3      Q   Because I --
4      A   It's actually electronic.
5      Q   Well, I haven't seen a copy of anything.  There's
6  been no printout to me of anything that you signed.
7      A   And I may not have signed -- let me explain to you
8  the way it works.
9          The -- the personnel system generates a -- an
10  electronic message to the person responsible for approving the
11  action.  That would have either been Fred Gibson or me, and I
12  am not sure which it was.  I do not keep copies of those, and
13  you literally hit reply and put Y or N.
14     Q   Uh-huh.  But there -- I don't have a document like
15  that.
16     A   Neither do I.
17     Q   Okay.
18     A   And I don't even know if it was me or if it was --
19  if it was Mr. Gibson.  It would have been one of us.
20     Q   Because you're the -- you were, at the time, the --
21     A   At the time -- at the time that Ms. Vosburg was
22  appointed as a term employee, I was counsel, and I would have

Page 25

1  approved that in some fashion.
2      Q   Or Fred would have, on your behalf, as your deputy.
3      A   Or Fred would have as my deputy.
4      Q   At the time she became permanent, you were no
5  longer in the counsel's office.
6      A   That's correct.
7      Q   So, you may not have had any --
8      A   I may not have.
9      Q   -- any hand in that.  And that's correct, isn't it?
10     A   That is correct.
11     Q   Okay.
12         There wouldn't necessarily be a requirement that
13  you approve that.
14     A   I don't know if there was or not.
15     Q   But you don't recall approving that, do you?
16     A   No, I do not.
17     Q   You don't recall participating in that.  I'm
18  talking about her becoming a permanent employee, not --
19     A   I was certainly aware of it.
20     Q   Yeah.  Okay.  But you don't know if you
21  participated in it.
22     A   I don't know that I did.

Page 26

1    Q   Okay.
2        Are you involved in the personnel -- running of the
3    personnel -- the technical personnel aspects of the OIG's
4    office?
5    A   Not particularly, no.
6    Q   Have you -- have you ever had as your field or
7    something that you did as a lawyer Federal personnel?
8    A   At one time, when I was at HUD, I was in a unit
9    that did Federal personnel law.
10   Q   Did you do it?
11   A   I was conscripted to do one case, when the regular
12   attorneys were overwhelmed with it.  At the time, I was a
13   contract appeals lawyer, not a personnel lawyer.
14   Q   I see.  And this one case was a contentious case,
15   something to do with that, or was it advising personnel on the
16   personnel rules?
17   A   No, I litigated the case.
18   Q   So, it was a litigation.  It wasn't a personnel
19   rules matter.
20   A   It was not.
21   Q   So, it wasn't like in the general counsel kind of
22   role; it was in the litigation role.

Page 27

1    A   It was in the litigation role.
2    Q   Okay.
3        When you needed -- when you were running the
4    counsel's office --
5    A   Uh-huh.
6    Q   -- at OIG --
7    A   Uh-huh.
8    Q   -- who would advise you on personnel requirements?
9    A   When I was running the counsel's office, for most
10   of that time, the FDIC general counsel's office provided the
11   expert advice.
12   Q   The general counsel or the personnel office?  Who
13   gave -- who gave you the personnel advice?
14   A   Oh, the personnel advice?  Again, that changed over
15   the course of the time, but initially, it was the -- I believe
16   it was PSB, Personnel Services Branch, at FDIC.  At one point,
17   the IG moved that function into his own office.
18   Q   That was when it created a statutory IG?
19   A   Sometime after that.  It was a few years after
20   that, but it was the first IG who was a statutory IG, and
21   created the personnel function within his own office, and
22   then, from that time forward, it -- it would have been --

Page 28

1    Q   And what time was that?
2    A   It would have been HR, OIG HR.
3    Q   OIG HR.
4        So, can you tell us from what time forward that
5    would have been?
6        By 2000, would that have been?
7    A   I believe that that had happened by then.
8    Q   By '98, would that have been?
9    A   It was -- let me try to recreate that.  Would have
10   been right around '98-'99, I think.
11   Q   Okay.  And so, who would have been the person that you
12   would look to after that, after the change?
13   A   Trina Petty headed up our -- our human resources
14   branch, and Jan Welch was --
15   Q   Jan Welch was employee relations?
16   A   Yes.
17   Q   Who would have done staffing?
18   A   Primarily Trina.
19   Q   Okay.
20       So, if you had to -- promotions, hirings,
21   everything but trouble with an employee would have been
22   handled by Trina?

Page 29

1    A   Yes.
2    Q   Okay.
3    A   Trina -- and by the way, Trina sometimes contracted
4    certain functions out.
5    Q   To who?
6    A   I don't know the contractor's name, but for
7    example, desk audits -- sometimes Trina would do them;
8    sometimes she didn't have time to do them, and she contracts
9    some of that --
10   Q   But advice function in terms of what was necessary
11   to convert this --
12   A   That would have been Trina.
13   Q   Trina.  Okay.  And that remained Trina until you
14   left.
15   A   Yes.
16   Q   Is it still Trina?
17   A   Yes.
18   Q   And it has been continuously.
19   A   Yes.
20       MR. SHAPIRO:  I'm afraid we're going to have to a
21   break, because I realize I don't have my notes here.
22       (A brief recess was taken.)

Page 30

BY MR. SHAPIRO:

1    BY MR. SHAPIRO:
2    Q   When you left, there was still two in staff,
3    correct?
4    A   When I left counsel's office?
5    Q   Uh-huh.
6    A   There were two -- say again?
7    Q   Two non-lawyer staff.
8    A   Correct.
9    Q   Ms. Sharpe and --
10   A   -- Fewell.
11   Q   -- Ms. Fewell.
12   A   Uh-huh.
13   Q   Both of whom were African-American.
14   A   Correct.
15   Q   Now, would it be fair to say that the work in the
16   counsel's office was reducing from the that -- of the merger?
17   A   It -- it held fairly steady for a while and then
18   started reducing.
19   Q   So, while you were still there as counsel --
20   A   Uh-huh.
21   Q   -- it began to reduce.
22   A   Yes.

Page 31

1    Q   Okay.
2        When would you say the reduction started?
3    A   Probably occurred gradually from -- it was actually
4    initially a spike -- from maybe late '98-'99.
5    Q   A spike.
6    A   No, was when the reduction started.
7    Q   And it was -- it was understood, wasn't it, that
8    this was going to happen.
9    A   I expected that to happen.
10   Q   It wasn't just OIG counsel that was getting smaller
11   in terms of the amount of work.
12   A   It was the --
13   Q   OIG --
14   A   It was the FDIC.
15   Q   Well, let's start with OIG.  OIG was getting less
16   busy.
17   A   OIG -- yes -- was also reducing, in most respects,
18   not in all.
19   Q   Well, it's never in all respects.  You're always
20   going to have -- but FDIC, also, as a general proposition, was
21   reducing.
22   A   Yes.

Page 32

1    Q   So, you had FDIC, the agency that you were OIG for
2    --
3    A   Yes.
4    Q   -- reducing, and therefore, OIG was reducing.
5    A   Correct.
6    Q   And therefore, counsel to IG was less busy, as a
7    unit.
8        In other words --
9    A   As a unit --
10   Q   I mean, obviously, somebody's going to be --
11   A   Yes, everything was reducing.
12   Q   -- more busy or less busier, Monday through Friday,
13   Tuesdays are busier, this Tuesday was busier than last Tuesday
14   and less busy next Tuesday.  I'm not talking about that.
15   A   Uh-huh.
16   Q   I'm talking about, as a general proposition -- you
17   understand?
18   A   Yes.
19   Q   FDIC was shrinking in the amount of work?
20   A   Correct.
21   Q   OIG FDIC was shrinking in the amount of work?
22   A   Correct.

Page 33

1    Q   Counsel to OIG was shrinking in the amount of work.
2    A   That is also correct.
3    Q   And was projected to shrink.
4    A   Actually, we're projected to stay at about the same
5    size I was when we left.  That was our projection.
6    Q   It was projected that -- your current prediction is
7    that -- your projection now is that it will be -- remain about
8    the same size as it is now?
9    A   For the immediate future, yes.
10   Q   And that same was the projection in April of 2002.
11   A   I believe, in April of 2002, it would have been one
12   person more, one -- one slot more than what it is now.
13   Q   Then you would need more.  You'd go up.
14   A   No, no.  The counsel's office was larger and was
15   projected to stay at the slightly larger size.
16   Q   Oh, I thought you said it was one slot larger than
17   it would be.
18   A   No.
19   Q   Okay.
20       So, it was projected to stay the same size.
21   A   Yes.
22   Q   And it's still projected to stay the same size.

Page 34

1    A    That is correct.
2    Q    Okay.
3        If I say the initials "FTE," do you know what I'm
4    talking about?
5    A    Full-time equivalent?
6    Q    Uh-huh.
7        Have you dealt with that?
8    A    I know what it means, yes.
9    Q    Okay.  And your service in the FDIC and the --
10   you've been serving in the RTC or FDIC since the late '80s?
11   A    That is correct.
12   Q    Okay.  And before that, you were in work involving
13   mortgagees for HUD.
14   A    That's correct.  Among other things.
15   Q    So, you didn't do personnel work.
16   A    Other than the occasion that I mentioned to you --
17   Q    Where you were litigating the personnel dispute.
18   A    Yes.
19   Q    Okay.  But other than that, you didn't do personnel
20   work.
21       FTEs are things that apply to the FDIC, don't they?
22       You have FTEs at the FDIC.

Page 35

1    A    We do not -- not in the same way that it does in
2    the rest of the government.
3    Q    Well --
4    A    Typically --
5    Q    -- how do you know what it does in the rest of the
6    government?
7    A    Because I used to be in the rest of the government
8    --
9    Q    I see.
10   A    -- and typically, as a manager in the rest of the
11   government, I knew that I had X number of FTEs and that was
12   --
13   Q    I see.
14   A    -- and that was how the office was staffed.  That
15   is not how the FDIC is typically staffed.
16   Q    So, you're not -- you're not -- there aren't FTE
17   ceilings.
18       There aren't position ceilings.
19   A    No.
20   Q    Okay.
21   A    Not per se.
22   Q    So, you could have as many people as you want to

Page 36

1    have.
2    A    As many as you can convince the corporation and
3    your bosses and, in my case, ultimately Congress --
4    Q    Right.  To give --
5    A    -- to give --
6    Q    To give additional -- so, Congress does set aside
7    the number of people?
8    A    Congress -- no.  Congress appropriates funding for
9    the FDIC IG's office.
10   Q    Who approves the number of slots that you have?
11   A    The way that we have -- we get a budget approved,
12   not a number of slots, per se.
13   Q    I understand.  And your budget has the number of
14   slots in there as a justification for the budget, correct?
15   A    In part, yes.
16   Q    Yes.
17       Well, there are other things that justify the
18   budget, too.
19   A    Uh-huh.
20   Q    I mean that have nothing to do with slots.
21   A    Uh-huh.
22   Q    But one of the things that justifies the personnel

Page 37

1    aspect of the budget is the number of slots.
2    A    That is correct.
3    Q    Okay.  And you go back to Congress every year with
4    justification.
5    A    That is correct.
6    Q    Go through OMB?
7    A    Yes.
8    Q    So, you have to get a budget approval process --
9    A    Yes.
10   Q    -- at OMB, just like HUD does, just like --
11   A    No, it is not like HUD.
12   Q    Just like FCC.
13   A    It goes through the same process.  We are not
14   appropriated from the general fund, and that makes a huge
15   difference.
16   Q    I understand, but OMB still has to approve --
17   A    OMB still approves it, and so does Congress.
18   Q    And has to approve it.  You can't get to Congress
19   without OMB's approval.
20   A    OMB -- we are a part of the President's budget
21   which is sent up by OMB.
22   Q    And so, just like HUD, you can't separately go

Page 38

1  to Congress except through OMB.
2      A  That is correct.
3      Q  Right. And the President has to — the President,
4  acting through OMB, his budget function, has to approve you
5  budget.
6      A  That is correct.
7      Q  And the budget justification is justified to OMB by
8  slots.
9      A  In part, yes.
10     Q  In part, yes, and in part, other things.
11     A  Yes.
12     Q  And it also — it's justified by OMB to Congress by
13  slots, among other things.
14     A  That is correct.
15     Q  Similarly to departments and agencies throughout
16  the government.
17     A  I don't think it's at all the same.
18     Q  I didn't say the same. It's similar to — they
19  also have to justify the slots —
20     A  I have been — I have been — but I have been a
21  part of that process at other agencies, and it is very
22  different at FDIC, because it's not a zero sum game at FDIC.

Page 39

1      Q  What grade were you when you were at HUD?
2      A  I was a 15.
3      Q  Right. And you headed a litigation office?
4      A  Yes.
5      Q  Right. Not an administrative office.
6      A  That is correct.
7      Q  There was a budget function for the general
8  counsel's office.
9      A  That is correct.
10     Q  You were not part of that.
11     A  No, I was not.
12     Q  Okay.
13         While you were there at the OIG counsel's office,
14  as counsel, who gave Ms. Sharpe her assignments?
15     A  Either — initially, it was Larry Froehlich, who
16  was my deputy, and then it became Fred Gibson.
17     Q  Briefly.
18     A  Fairly briefly, yes.
19     Q  Froehlich left just before you left.
20     A  Yes, but at one point, I had two deputies.
21     Q  I see.
22         You had two deputies for — with, overall, six

Page 40

1  employees.
2      A  Six or seven, whatever it comes down to.
3      Q  Six is what you remember, six — six lawyers.
4      A  Lawyers.
5      Q  Right. But at the end — at the end, just before
6  you left, you only had five lawyers —
7      A  Correct.
8      Q  — all together, including yourself.
9      A  Correct.
10     Q  But you had two deputies.
11     A  Yes.
12     Q  And your deputies were 15s?
13     A  One of them was an executive. One of them was a
14  15.
15         Mr. Gibson was a 15. Mr. Froehlich was an
16  executive.
17     Q  I see.
18         So, there were two executives —
19     A  Yes.
20     Q  — a 15, and how many indians were there? I notice
21  there's a lot of chiefs there, but there aren't many indians.
22         Is that right?

Page 41

1      A  No, that is not right, actually. In that — in
2  that office, everybody did at least some amount of line work.
3      Q  Yes, I understand.
4         You had two executive-level employees and a 15
5  deputy besides, and then your other employees — two of them
6  were 15s, also.
7      A  Yes. 15 is a career ladder for a lawyer in FDIC.
8      Q  15 is to the career ladder.
9      A  Yes.
10     Q  I see. Okay. And — and then you had somebody who
11  was an NTE employee, lawyer.
12     A  A term lawyer, yes.
13     Q  Right. Besides the two 15s, non-supervisors, the
14  15 supervisor, and the two executive supervisors.
15     A  Correct. Correct.
16     Q  Okay.
17         Now, how was it that Ms. Vosburg, when she came on,
18  was given an NTE appointment instead of a full career
19  conditional appointment?
20     A  At that point, that was what we thought was most
21  appropriate for what we needed.
22     Q  Who thought?

Page 42

1    A   I did.
2    Q   So, it was your call.
3    A   And so -- ultimately, yes, that was my call.
4    Q   So, you were the one that decided that it should be
5  an NTE position.
6    A   That is correct.
7    Q   Now, it's harder to fill an NTE position?
8    A   Sometimes it is.
9    Q   It's less attractive.
10   A   Sometimes it's harder.
11   Q   But it is less attractive in a job.
12   A   That was my first job.
13   Q   And you were happy to get career conditional, I
14  take.
15   A   Yes.
16   Q   So, career conditional is better.
17   A   Yes.
18   Q   All right.  But you offered the job as an NTE
19  because you wanted to offer it as an NTE?
20   A   That was what I thought was appropriate at the
21  time.
22   Q   And why was it appropriate?

Page 43

1    A   I didn't know what our long-term needs were going
2  to be.
3    Q   Now, if you have -- if you have a reduction, a
4  permanent reduction in work --
5    A   Uh-huh.
6    Q   -- you can RIF, correct?
7    A   Yes.
8    Q   Right.
9       So -- and a RIF is doable at the FDIC?
10   A   Yes.
11   Q   You've done it in the field?
12   A   Yes.
13   Q   At the IG's office?
14   A   Yes.
15   Q   Haven't done it at headquarters, though.
16   A   No.
17   Q   There's been no RIFs at headquarters.
18   A   Not -- not in the IG's office.
19   Q   I'm talking about the IG's office.
20   A   No.
21   Q   There's been no RIFs -- but you have done IG RIFs
22  in the field.

Page 44

1    A   Yes.
2    Q   That's because you had a reduction.
3    A   Yes.
4    Q   All right.  So, with an FTE --
5       (The witness conferred with counsel.)
6       THE WITNESS:  I was not correct a minute ago.
7  There was a RIF run in the field -- I mean in headquarters, in
8  the OIG --
9       BY MR. SHAPIRO:
10   Q   When was that?
11   A   About three years ago.
12   Q   Three years.
13   A   Two or three years ago.
14   Q   And who was RIF'd?
15   A   We abolished a -- we abolished the secretarial
16  positions with the -- with the OIG.
17   Q   You abolished the secretarial positions at the OIG.
18   A   Yes, the pure secretarial positions.
19   Q   And you converted them to something else?
20   A   No.  Those positions were abolished.
21   Q   Those positions were abolished.  Did anybody lose
22  their job?

Page 45

1    A   Yes, they did.
2    Q   Who lost their job?  How many people?
3    A   I believe, ultimately, two were RIF'd.
4    Q   And what race were they?
5    A   I believe both of them were African-American.
6    Q   I see.
7       So, how many secretarial jobs were there in FDIC
8  OIG?
9    A   In the FDIC OIG, at the time of the RIF, I believe
10  there were two.
11   Q   And both people lost their jobs.
12   A   Yes.
13   Q   Right.  Both African-Americans, correct?
14   A   Correct.
15   Q   Right.
16      So -- so, Teresa would have lost her job, too, but
17  she had already been converted out of that series, correct?
18   A   I'm not going to speculate as to what would have
19  happened.
20   Q   Well, had she been -- had she --
21   A   I will not speculate as to what would have
22  happened.

Page 46

1    Q   Well, so, was this RIF something that would have
2  affected OIG counsel's office?
3    A   It was -- we -- we abolished two positions, neither
4  of which were in OIG's counsel's office.
5    Q   If there had been a position in OIG counsel, it
6  would have been abolished, because you —
7    A   I don't know.  I would have had to make a
8  determination that that -- that that position was not needed.
9    Q   So, it wasn't across the board — all secretarial
10 jobs in OIG.  It was — it was based on specific needs.
11   A   It was based on specific needs.
12   Q   I see.
13       Okay.
14       So — but as it turned out, all the secretarial
15 jobs in OIG were abolished?
16   A   Yes.
17   Q   Okay.
18       Those were the only two.
19   A   Those were the only two.
20   Q   Okay.  And how large was OIG headquarters at the
21 time?
22   A   Headquarters, at the time -- I -- a rough estimate

Page 47

1  would be in the range of 130.
2    Q   Okay.  And — what is the — what is the — the
3  basic job at OIG, not counsel?  Right now, you're the deputy
4  inspector general.  What's the basic job?  Investigator?
5  Auditor?
6    A   There are -- the -- probably the largest single job
7  series is auditor/evaluator, both in the -- in the Office of
8  Audits.
9        The second largest would be criminal investigator.
10   Q   Are they in headquarters?  Do you have that
11 category in headquarters?
12   A   Yes.  And the field, as well.
13   Q   And is that the largest category of people, those
14 two categories in headquarters?
15   A   Yes.
16   Q   Okay.  And what's the racial makeup of that?
17   A   I do not know.
18   Q   Well, do you have black people on the staff?
19   A   Yes.
20   Q   In professional jobs?
21   A   Yes, we do.
22   Q   Well, you don't have any in the counsel's office in

Page 48

1  professional jobs.
2    A   We do not.
3    Q   Right.  And you haven't had since you've been
4  there.
5    A   That is correct.
6    Q   Right.
7        So, I'm asking you now about the criminal
8  investigator job at headquarters.  Do you have any black
9  people, criminal investigators —
10   A   Yes.
11   Q   — in headquarters?  How many?
12   A   I don't know.
13   Q   And how about in auditors?
14   A   There -- there are African-American auditors.
15   Q   Any supervisors who are black people?  In
16 headquarters, I'm talking about.
17   A   In the last six months, we have had two African-
18 American supervisors depart the Office of Investigations.
19       Going through my other ones, no.
20   Q   Who are the two who departed?
21   A   Sam Holland, who was our assistant IG for
22 investigations.

Page 49

1    Q   Uh-huh.
2    A   And Harvey Witherspoon.
3    Q   Where did Mr. Witherspoon go?
4    A   He went to the Fed.
5    Q   Federal Reserve Board.
6    A   Yes.
7    Q   As an investigator?
8    A   Yes.
9    Q   And Mr. Holland?
10   A   Holland retired.
11   Q   Mr. Holland is retired.  Both in the area, still?
12   A   Mr. Witherspoon is in the area.  Mr. Holland moved
13 to North Carolina.
14   Q   Uh-huh.
15       Okay.
16       All right.
17       You recall Ms. Sharpe, don't you?
18   A   Yes.
19   Q   She moved from the — from a paralegal position in
20 Office of Counsel to the IG to a different position in the HR
21 department, correct?
22   A   Correct.

Page 50

1    Q   Who did that?
2    A   I transferred her.
3    Q   You transferred her. Whose — who recommended
4    doing that?
5    A   I don't know that anybody recommended it.
6    Q   How did it come about.
7    A   It came about when we -- the Office of Inspector
8    General was trying to determine whether to participate in a -
9    an existing corporate buy-out.
10   Q   "Corporate buy-out." That is, the buy-out of the
11   FDIC.
12   A   That is correct.
13   Q   Uh-huh.
14       You separately decide those things. You don't have
15   to go —
16   A   That is correct.
17   Q   — with what the -- what the FDIC does, correct?
18   A   That is correct.
19   Q   Okay.
20   A   As a part of that, I asked all of the office heads
21   to take a hard look at their staffing levels, determine
22   whether they needed the level at which they were presently

Page 51

1    staffed, whether everybody was fully employed, and whether our
2    -- our -- the work that we needed to do justified the level at
3    which we were staffed.
4        Following that exercise, I sat down with all of --
5    all of our office heads, talked to them about it, and about
6    where they were coming out, and where we had needs, where we
7    had excesses, whether people weren't fully employed, and where
8    we just needed to -- to reduce.
9        Ms. Sharpe's position was designated -- or was
10   deemed -- I shouldn't say "was designated," because there was
11   no formal designation, but I was told that she was simply not
12   fully employed.
13   Q   Who told you that?
14   A   Mr. Gibson.
15   Q   So, you asked Mr. Gibson regarding the counsel's
16   office.
17   A   Correct.
18   Q   And when was this? When did you -- when did you
19   say this to Gibson?
20   A   I had a series of conversations in -- during the
21   course of 2004, over a fairly large period of time.
22   Q   Do you have memos to this effect?

Page 52

1    A   No.
2    Q   Putting it out to everybody saying, office heads,
3    we've got to know where people are —
4    A   There are not that many. I talk to them.
5    Q   How many?
6    A   I have the Office of Investigations, the Office of
7    Counsel, the Office of Audits, and the Office of Management
8    and Congressional Relations.
9    Q   You didn't put anything in writing.
10   A   No.
11   Q   All right.
12       So, how many people were identified as not fully
13   employed?
14   A   We had more auditors than we had audit work. Ms.
15   Fewell -- I'm sorry -- Ms. Sharpe was identified as not being
16   fully employed. There was another individual in a support
17   function in the Office of Investigations who was not fully
18   employed either.
19   Q   Did anybody lose their job?
20   A   Yes.
21   Q   You had a RIF.
22   A   We ran a buy-out. People left.

Page 53

1    Q   A buy-out is a voluntary thing.
2    A   Yes. And we --
3    Q   So, you ran a buy-out.
4    A   Yes.
5    Q   You joined the FDIC's buy-out?
6    A   Yes.
7    Q   Okay. And how many people were eligible?
8    Auditors, I take it.
9    A   Mostly auditors.
10   Q   But you also had some other people who were
11   eligible.
12   A   Yes.
13   Q   Because you have to do in categories, right?
14   A   Yes, more or less.
15   Q   You can't just pick and choose. You can't say
16   you're eligible, you're not.
17   A   Well, you have to have a reason.
18   Q   Right.
19       In other words, they have —
20   A   For example, within the Office of Audit, auditors
21   in charge were not eligible, because we had a shortage there.
22   We actually had a need at that level. People below that

Page 54

1  level were --
2     Q   More chiefs than indians.  You always have a need
3  for chiefs, but indians, you don't have a need for.  I got
4  you.
5     A   Well, you're wrong.
6     Q   I know how FDIC works.
7         So, how many people took the buy-out?
8     A   I'd have to go back and consult the records.  I'm
9  not sure.
10    Q   Buy-out being cash?
11    A   Yes, a half-a-year's salary.
12    Q   A half-a-year's salary for anybody who was
13 eligible.
14        You had to be there --
15    A   That is correct.
16    Q   -- a certain amount of time.
17    A   That was part of the eligibility requirement; you
18 had to be there a certain -- certain amount of time.
19    Q   So, how many -- how many people took the buy-out?
20    A   I still don't know.
21    Q   Did you offer the buy-out to Stacy Sharpe?
22    A   I believe she was eligible.

Page 55

1     Q   Uh-huh.  And --
2     A   Anyone designated surplus was -- was -- was
3  eligible.
4     Q   Was her position designated surplus?
5     A   We informed her that she was in a surplus position.
6     Q   Is there a document in writing that says how the
7  surplus came about, or did you just -- you're surplus, you're
8  not, and whatever whim you wanted?
9     A   No, it was done by -- by looking at the workload,
10 and she was not fully employed or even close to it.
11    Q   Or even close to it.
12    A   Or even close to it.
13    Q   Was she sitting around every day doing nothing?
14    A   A large part of her day was that, yes.
15    Q   Who told you that?
16    A   I observed that.
17    Q   You observed that when you were there.
18    A   I observed it when I was there, and I observed it
19 when I was -- when I was deputy.  My hall -- my office was
20 down the hall from hers.
21    Q   I see.
22        So, even before April of 2002, you noticed that

Page 56

1  Stacy Sharpe was not fully employed.
2     A   The workload had declined.
3     Q   I see.  Even then.
4     A   Even then.
5     Q   So, how long was it that you noticed the workload
6  had declined?
7     A   The workload, as I told you, was declining -- '98,
8  '99 -- the workload that she was hired to do.
9     Q   I see.  There was an FOIA backlog --
10    A   Yes.
11    Q   -- correct?  While you were still in the office --
12    A   Yes.
13    Q   And it wasn't cured by the time you left, was it?
14    A   Yes, it was.
15    Q   Oh, it was.  It was already cured by April 2002.
16    A   It was cured by the time I left.
17    Q   And Stacy Sharpe had been the one that was doing
18 the work on that.
19    A   She did the large part of the work on that, yes,
20 she did.
21    Q   I see.  And -- but it was done.  You were up to
22 date.

Page 57

1     A   We were up to date, yes.
2     Q   Got you.  And so, anybody lose their job
3  involuntary because of the -- because of the down-sizing?
4     A   We will close an office in Atlanta in April.
5     Q   The headquarters reduction.
6     A   I identified people previously, but --
7     Q   Just those two African-American clerk typists.
8     A   We closed, earlier than that, an office in San
9  Francisco.
10    Q   Talking about headquarters.
11    A   In headquarters, no, nobody -- I -- nobody lost
12 their jobs.
13    Q   And when you did the -- when you did this buy-out
14 in 2004 -- you did the buy-out?
15    A   Yes.
16    Q   Okay.
17        How many people --
18    A   Actually, it -- it was in 2004 and through -- I
19 think eligibility was through August of last year.
20    Q   Of 2005.
21    A   Yes.  It was over a period of time.
22    Q   So, how many -- anybody lose their job involuntary

16 (Pages 58 to 61)

Page 58

1  as part of that? In other words, you didn't buy out enough
2  people. Not enough people volunteered to leave with the buy-
3  out.
4    A  That process has not yet concluded.
5    Q  I thought the eligibility was over.
6    A  The eligibility is over, and we will be closing an
7  office, and if that person does not -- the person -- the
8  single person who is left, if that person does not leave, will
9  be RIF'd in April. That's what I was just telling you.
10   Q  In headquarters.
11   A  In the field.
12   Q  I'm talking about the headquarters now. I'm only
13  concerned about the headquarters.
14   A  Okay.
15   Q  Not talking about closing field offices. You lost
16  two secretaries --
17   A  Correct.
18   Q  -- by a RIF.
19   A  Yes.
20   Q  African-American. In headquarters.
21   A  Yes.
22   Q  You offered people the buy-out --

Page 59

1    A  Yes.
2    Q  -- in headquarters.
3    A  Yes.
4    Q  Right. Bunches of them took it.
5    A  Some. I don't know how many.
6    Q  Enough took it?
7    A  Yes.
8    Q  Except for one, Stacy Sharpe, had to be moved.
9    A  She didn't lose her job.
10   Q  Did anybody else have to be moved like that?
11   A  I moved two people.
12   Q  Who else besides Ms. Sharpe?
13   A  I moved the employee from Investigations down to
14  Audit, where we had a need.
15   Q  From Investigations to Audit.
16   A  Uh-huh.
17   Q  And what employee was that? An investigator?
18   A  No. No. As I said, it was a support position.
19   Q  I see. And what -- what job was it.
20   A  I don't know.
21      (The witness conferred with counsel.)
22      THE WITNESS: I don't know the title. It was a

Page 60

1  support position.
2      MR. SHAPIRO: A support position.
3      BY MR. SHAPIRO:
4    Q  And you moved a person from what job to what job?
5      You don't know the name of the job?
6    A  I moved the person from a support position in
7  Investigation to a support position in Audit.
8    Q  Yes, I understand that, but was it the same job?
9      Was it --
10   A  No.
11   Q  Was it the same title?
12   A  No.
13   Q  Same job series?
14   A  That I don't know.
15   Q  I see.
16      You moved -- is this Annette Chandler?
17   A  Yes.
18   Q  Yes. Another black person.
19   A  Yes.
20   Q  So, the four people who were affected involuntarily
21  by your down-sizing -- right? -- were all African-American,
22  correct?

Page 61

1    A  No.
2    Q  Two secretaries -- two secretaries --
3    A  I closed two field offices.
4    Q  Talking about in headquarters.
5    A  I do not separate --
6    Q  I understand, but my question separates them, and
7  my question is what you're answering.
8      You don't answer whatever question you want to
9  answer --
10   A  Well, then --
11   Q  -- what you think is being asked.
12   A  -- preface it by "headquarters."
13   Q  I told you I'm only interested in headquarters. I
14  don't care about closing field offices, all right?
15      In headquarters, only four people were
16  involuntarily affected by these changes, correct?
17   A  If you're referring to a transfer as being
18  involuntarily affected --
19   Q  Yes, I am referring to --
20   A  Okay. Then, no, that is not correct. We moved a
21  lot of people around in Audit.
22   Q  Okay. In Audit.

Diversified Reporting Services, Inc.
202-467-9200

Page 62

1    A    In Audit.
2    Q    They stayed in Audit.
3    A    They didn't necessarily stay in the same jobs.
4    Q    They stayed in Audit, though.
5    A    They stayed in Audit.
6    Q    Okay.
7         So, two people lost their jobs, both African-
8    Americans, correct?
9    A    That is correct.
10   Q    And two people were moved from one unit to another
11   unit involuntarily.
12   A    One person person was moved from counsel's office
13   to HR.
14   Q    And --
15   A    One person was moved from the Office of
16   Investigations to the Office of Audit.
17        A number of people were moved within the Office of
18   Audit to different units.
19   Q    My question was different.
20        My question only involved -- people moved from one
21   office to another office involuntarily, both African-
22   Americans, correct?

Page 63

1    A    Yes, they were.
2    Q    Okay.
3         Those were the only people who were involuntarily
4    moved outside of the office that they had or lost their jobs
5    entirely, correct?
6    A    Yes.
7    Q    Okay.
8         Now, you said you moved people from one job to
9    another.
10   A    Yes.
11   Q    From one job series to another job series?
12   A    Some may have gone from Audit to Evaluation. It
13   may have just been changes within units. I'd have to go back
14   and look at this.
15   Q    Audit and evaluator is one job, isn't it?
16   A    No.
17   Q    It isn't.
18   A    They're separate series.
19   Q    Separate series.
20        Okay.
21   A    Yes.
22   Q    Good. And how many people were changed within --

Page 64

1    within their own unit?
2    A    Within their -- within the office and into
3    different units?
4    Q    No, within --
5    A    Quite a few.
6    Q    Within the office. What's "quite a few"? Ten?
7    Five?
8    A    Probably more than 10.
9    Q    More than 20?
10   A    Quite possibly. Again, I'd have to go back and --
11   and look and see.
12   Q    And these people would be not support staff people.
13        They would be professional-level.
14   A    Correct.
15   Q    Correct?
16   A    Correct.
17   Q    Any African-Americans?
18   A    I would expect so.
19   Q    Well, you don't know so.
20   A    I don't know so.
21   Q    You're going to check, right?
22   A    If you want me to, I will check.

Page 65

1         MR. SHAPIRO: Okay.
2         I'm going to want her to.
3         All right.
4         BY MR. SHAPIRO:
5    Q    So, how many -- how did you do this?
6         You talked to Fred Gibson and the other three
7    office heads.
8    A    Correct.
9    Q    Right? And what did you ask them? Tell me what
10   you asked Fred.
11   A    I told all of them to take a hard look at the work
12   that they had and the work that they needed to be doing and
13   determine whether we were staffed at appropriate levels, you
14   know, and appropriate jobs and appropriate skill sets.
15   Q    And what did you ask them to report back to you on?
16   A    All those things.
17   Q    So, if there is a position that's not necessary, to
18   tell you about it?
19   A    Yes.
20   Q    That's what you wanted to know.
21   A    Among other things, yes. I also wanted to know, do
22   you have the correct skill sets, do you have the right people

Page 66

1  in the right jobs.
2    Q  But the first question was, is there anybody that
3  you don't need?
4    A  Well, I asked all the questions.
5    Q  You did this in a meeting with your people?
6    A  I met with each of them one on one.
7    Q  Separately.
8    A  Yes.
9    Q  Okay.
10   A  I mean I probably talked about it at staff
11  meetings, too.
12   Q  Well, I'm asking you not what you probably did but
13  what you can recall doing.
14      In other words, my questions are not what must have
15  happened, what you think might have happened, what should have
16  happened, what could have happened.  I don't want to know
17  that.
18      If I do, I'll ask you that.
19      I want to know what you recall actually happened.
20   A  I -- I am certain I met with them individually, and
21  I am certain that the -- the subject was addressed at senior
22  staff meetings, as well.

Page 67

1    Q  And who comes to senior staff meetings?
2    A  The office heads.
3      A matter like that would have been addressed -- it
4  would normally be executives for the offices were -- were
5  present.
6    Q  You and four other people.
7    A  There is a deputy in Audit who is also an
8  executive.  I would have -- Gaston Gianni would have been
9  there, the Inspector General, until such time, obviously, as
10  he retired.
11   Q  When did he retire?
12   A  He retired in December -- over a year ago.
13   Q  Over a year ago.
14   A  Yes.
15   Q  So, 2004.  The end of 2004 —
16   A  Uh-huh.
17   Q  -- he retired.  Okay.  And so, you asked each of
18  them -- each of your office heads the same thing.
19   A  Yes.
20   Q  All right.
21      So, what did Fred say to you?
22   A  Fred --

Page 68

1    Q  Gibson.
2    A  Yeah, I know who he is.  Said that he did not have
3  a full-time paralegal position anymore; he did not have that
4  amount of work.
5    Q  That — that didn't surprise you.
6    A  No.
7    Q  You knew that, right?
8    A  I knew that that was the case when I was there, and
9  it appeared to be the case from what I could observe.
10   Q  And it was — that — that was the case from when
11  you were there from '98-'99, on, right?
12   A  Not -- not '98-'99.
13   Q  From 2000 on.
14   A  Or sometime between 2000 -- certainly by the time I
15  left in 2002, that was the case.
16      It was something that happened gradually over time.
17   Q  Why didn't you move to change things then?
18   A  If I had moved to change things, I would have had
19  to RIF the position.
20      I didn't want to do that absent -- absent a
21  certainty that it was going to stay that way.  I was not
22  surprised.

Page 69

1      I was, in fact, rather relieved when I had a
2  similarly-graded job into which I could move Ms. Sharpe.
3      It wasn't that she was a bad worker.  It's that the
4  work went away.
5    Q  Uh-huh.
6      Okay.
7      So, Fred comes back to you and says I don't have a
8  full-time — I no longer need a full-time paralegal, right?
9    A  Correct.
10   Q  Okay.
11      When was that?  When were these discussions?  Tell
12  me when you can recall these discussions happening.
13   A  Summer of 2004.
14   Q  Summer 2004.
15   A  Uh-huh.
16   Q  Okay.  Meaning July?
17   A  I don't know exactly.  It occurred over a period of
18  time.
19      We had been in the OIG, in -- in a down-sizing mode
20  for, you know, a couple of years.
21   Q  And you're still in a down-sizing mode now.
22   A  I hope we're finished, but I don't know that.

Page 70

1   Q   Okay.

2       So, certainly, in 2002, 2003, 2004, 2005, you were

3   in a down-sizing mode.

4       You hope you're done now.

5   A   That's correct.

6   Q   But I've summarized it right, correct?

7   A   Yeah.  Except that we will be closing that one --

8   one field office.

9   Q   Okay.

10      So, were the secretaries already RIF'd by the time

11  you had this conversation?  Had you already done that?

12  A   Yes.  They were in an earlier -- in an earlier

13  time.

14  Q   In 2004.

15  A   No, I think it was before that.

16  Q   Uh-huh.  And was the other employee already moved?

17  A   I believe that happened in 2004.

18  Q   Okay.

19  A   I believe.

20  Q   Same time-frame as Ms. Sharpe.

21  A   Not too far apart.

22  Q   Okay.

Page 71

1       So, what did you do then?  Fred reports back to you

2   --

3   A   As I say, we participated in the buy-out.

4       We announced that we, in fact, would be closing two

5   field offices, and we, in fact, have closed Chicago, and we

6   will be closing Atlanta, our two audit field offices, and you

7   know, we realigned our resources.

8   Q   Well, what happened then with regard to Ms. Sharpe?

9   A   I directed Ms. Sharpe's reassignment into our human

10  resources branch.

11  Q   So, the very next thing to happen after Mr. -- Mr.

12  Gibson came back to you and said, you know, I don't have -- I

13  don't have a full-time paralegal need anymore, was you

14  directed her reassignment.

15  A   Eventually, I did.

16  Q   Well, I'm asking you the next thing that happened.

17  A   Well, I came into work the next day.  There was a

18  long series of -- you know, we thought about it very

19  carefully.

20  Q   The next thing that happened so far as Ms. Sharpe

21  was concerned was what?  I'm asking you to recall the sequence

22  of events.

Page 72

1       You said that you asked your office heads,

2   including Fred Gibson, to identify positions that maybe

3   weren't necessary --

4   A   I mean, frankly, I was focused on Audit a great

5   deal more, because in Audit, I was -- I had a significant

6   surplus to deal with.

7   Q   Fine.

8   A   So, that was the next thing that happened.

9   Q   But I'm --

10  A   Nothing happened for a while with counsel's office.

11  Q   I'm asking you about counsel's office.

12  A   The next thing that happened in counsel's office

13  was that I transferred Ms. Sharpe.

14  Q   Never asked her whether she wanted to take the job?

15  A   I believe that Mr. Gibson, in fact, and Ms. Petty

16  did inquire.

17  Q   Did you ask Mr. Gibson to inquire?

18  A   Yes, I did.

19  Q   So, that's the next thing that happened, yes?  The

20  next thing that happened after he told you that he doesn't

21  need a paralegal --

22  A   I don't know if that happened before or afterwards.

Page 73

1   Q   Before or after what?

2   A   After he said that the position was, in fact,

3   surplus.

4   Q   Okay.

5       Do you recall going to him and saying, listen,

6   there's a position down in -- down in HR --

7   A   Uh-huh.

8   Q   -- a benefits job --

9   A   Uh-huh.

10  Q   -- that I think she could do, why don't you ask her

11  if she wants to go there?

12      Do you recall that?

13  A   I recall having a conversation about that.

14      Whether I went to him or he came to me, I don't

15  know.

16  Q   That would have happened before you moved her,

17  correct?

18  A   Yes, that did happen before I moved here.

19  Q   Okay.

20      So, now, that's the point --

21  A   Uh-huh.

22  Q   I'm asking you what happened next, and when I ask

| Page 74 | Page 76 |
|---|---|
| 1 you what happened next, I'm not asking you what happened | 1   A   I have a letter that -- that I gave her, and that |
| 2 ultimately, I'm ask you what happened next. | 2 letter is dated the same day that I met with her and talked to |
| 3   A   And I am telling you I don't know if that came | 3 her. |
| 4 before or after he -- the -- | 4   Q   Uh-huh. |
| 5   Q   -- inquiry about whether -- | 5       I don't think I've seen that letter. |
| 6   A   -- inquiry about surplus that I made to all of my | 6       (Pause.) |
| 7 office heads. | 7       BY MR. SHAPIRO: |
| 8   Q   Do you know -- did you know from Fred or did you | 8   Q   So, the letter that you informed her -- you gave |
| 9 tell Fred that there was a vacancy in Benefits? | 9 her when you told her. |
| 10   A   Oh, I knew that there was.  I knew someone had | 10   A   That's correct. |
| 11 left. | 11   Q   And that's -- you had made the decision before |
| 12   Q   So, you told Fred that. | 12 that. |
| 13   A   Fred probably knew it, as well. | 13   A   That's correct. |
| 14   Q   I see. | 14       MR. SHAPIRO:  Go off the record for a moment. |
| 15       So, did you have a conversation with Fred telling | 15       (A discussion was held off the record.) |
| 16 him to inquire of -- of Stacy Sharpe whether she would be | 16       BY MR. SHAPIRO: |
| 17 interested in -- | 17   Q   Now, Ms. Petty -- is it? |
| 18   A   I did have a conversation to that effect, yes. | 18   A   Yes. |
| 19   Q   I see.  But you don't know if that happened before | 19   Q   She asked you to delay this, didn't she?  Do you |
| 20 or after you asked if there was -- if that job was surplus. | 20 recall that? |
| 21   A   That's correct. | 21   A   No, I don't recall that. |
| 22   Q   I see.  And what was her response? | 22   Q   She said she didn't have any room, she didn't have |

| Page 75 | Page 77 |
|---|---|
| 1   A   I believe she went down and talked to Trina about | 1 any space for her, she had no desk for her, she had no place. |
| 2 it. | 2   A   Oh, the actual -- the actual physical move down to |
| 3   Q   Well, who told you that? | 3 the office.  Yes, she did. |
| 4   A   Fred indicated that to me. | 4   Q   But she also asked you to delay the actual |
| 5   Q   Okay. | 5 transfer, because she wasn't ready -- |
| 6   A   And I believe that she ultimately said she was not | 6   A   Because of the fiscal -- |
| 7 interested in the position. | 7   Q   That's the only reason? |
| 8   Q   Okay. | 8   A   That's the only reason that I know of. |
| 9       How close to that time did you transfer her to the | 9   Q   Didn't she indicate that she didn't think that |
| 10 job? | 10 Stacy Sharpe was -- was qualified for this job, had the |
| 11   A   I don't know.  Weeks.  I don't -- I don't know | 11 background? |
| 12 exactly how long a period that was. | 12   A   Oh, she indicated to me that -- that Stacy would |
| 13   Q   So, this all happened in the summer? | 13 have to get training in order to do the job.  Yes, we knew |
| 14   A   It was all fairly close -- spring, summer. | 14 that from the outset. |
| 15   Q   When did you make the order saying I'm going to | 15   Q   Did she indicate to you that she didn't think Stacy |
| 16 transfer you? | 16 was qualified? |
| 17       When did you tell her?  When did you tell her you | 17   A   She indicated that she needed training in order to |
| 18 were -- | 18 perform the job. |
| 19   A   I think it was in September.  There is a -- | 19   Q   There's a difference between having -- somebody |
| 20   Q   You told her in September? | 20 getting trained to perform a job -- |
| 21   A   I believe that is correct. | 21   A   Uh-huh. |
| 22   Q   Do you have a notation of when you told her? | 22   Q   -- and somebody not being qualified for a job. |

Diversified Reporting Services, Inc.
202-467-9200

## Page 78

1 Isn't that right?

2    A  What she said to me is that she thought that, with

3 training, Stacy could do that job.

4    Q  And she never indicated a hesitancy about Stacy

5 being qualified for the job.

6    A  No. No. In terms of -- again, in terms of -- of

7 being willing to accept her and make sure that she got the --

8 the necessary training, but yes, she did require training in

9 order to do that job.

10    Q  Do you recall that Ms. Vosburg was converted to a

11 permanent position from an NTE position?

12    A  She was at some point, yes.

13    Q  Did you participate in that?

14    A  Other than maybe approving it in the CHRIS system,

15 which I indicated to you before -- I don't know whether I did

16 that or not.

17    Q  And you don't even know whether you did that.

18    A  I don't know whether I did that or not.

19    Q  Other than that, you wouldn't have participated.

20    A  I was well aware of it.

21    Q  Now, you give somebody a permanent job, it's harder

22 to get rid of them.

## Page 79

1    You have to run a RIF.

2    A  You have to run -- you have to run a RIF to get rid

3 of a term, as well.

4    Q  Well, no, a term --

5    A  Yes, you do.

6    Q  -- you just let the term --

7    A  Well, if you -- if you want to terminate it before

8 the -- the expiration date.

9    Q  Right. But if the term -- but if the term dies,

10 the term's over --

11    A  Then they're gone, that's correct.

12    Q  When was Ms. Vosburg's term ending?

13    A  I don't know what that date was.

14    Q  She got a four-year term, didn't she?

15    A  Yes.

16    Q  And so, whenever she came on, from -- from -- from

17 graduating from law school, that's where she got a term --

18 four-year term --

19    A  Yes.

20    Q  -- appointment, correct?

21    A  Yes.

22    Q  So, that would have been in 2002, correct?

## Page 80

1    A  I don't know if it was 2001 or 2002, but I think it

2 was 2001.

3    Q  Okay.

4    A  Late.

5    Q  Uh-huh. Late --

6    A  Fall -- fall of 2001, I think.

7    Q  Uh-huh.

8    A  And why was it that -- do you know what the -- what

9 the thinking was behind making her a permanent employee?

10    A  Yes.

11    She had performed very well, and we have ample work

12 for a permanent position.

13    Q  I see.

14    It didn't have to do with promotions and career

15 ladders or anything like that?

16    A  It has to do with work, first and foremost, and if

17 we didn't have the work, it would not have happened.

18    Q  So, that's what it had to do with, not --

19    A  It had to do with the amount of work.

20    Q  -- not promotions and career ladders.

21    A  It had to do with the work.

22    Q  Not promotions and career ladders, correct?

## Page 81

1    A  That's correct, from my view.

2    Q  And you were the deputy IG at the time.

3    A  That is correct.

4    Q  And what is the --

5    A  From my view, it's work.

6    Q  And what is the deputy IG's role with the IG's

7 office when there is an IG? Is it to be the person who is

8 actually like the in-house in charge?

9    A  That very much depends on the IG.

10    Q  Mr. Gianni.

11    A  In Mr. Gianni's case, that is essentially the role

12 that I -- that I took on.

13    Q  Sort of running the place, coordinating the units,

14 supervising the unit chiefs.

15    A  Day-to-day-type operations.

16    Q  The day-to-day operations.

17    A  Uh-huh.

18    Q  As opposed to long-range planning, as opposed to

19 reporting to Congress, as opposed to those public things.

20    A  Which he tended to do.

21    Q  Which he tended to do. And that was Gianni's

22 style.

Page 82

1    A   That was Gianni's style.

2    Q   Gianni was an active IG?

3    A   Yes.

4    Q   All the way till the end of his time, when he

5  retired?

6    A   He became less and less active as he knew that he

7  was going to retire.

8        He tended to send me to the corporate meetings

9  rather than going himself.

10   Q   So, you did both roles, day-to-day management and,

11  increasingly --

12   A   Within --

13   Q   -- the more public roles.

14   A   Within the corporation.

15   Q   Within the corporation.

16   A   I never did undertake the external role with

17  Congress, for example, or with the President's Council on

18  Integrity and Efficiency.

19   Q   Okay.

20   A   I never did that.

21   Q   But other than those, you became — within the

22  corporation —

Page 83

1    A   Within the corporation --

2    Q   -- more and more the IG.

3    A   That overstates it.

4    Q   Okay.

5    A   That overstates it.

6    Q   But you continued to run the place, the OIG.

7    A   Day to day.

8    Q   Yes.  The functioning of it.

9    A   Yes.  Day to day.

10   Q   The secretariat of it, keeping the place oiled.

11   A   I tended to do more of that than he did, yes.

12   Q   I think we're almost done.

13       MR. SHAPIRO:  We'll take five.

14       (A brief recess was taken.)

15       MR. SHAPIRO:  I don't have any further questions.

16       Do you have any questions?

17       MR. COSGROVE:  Nothing further.

18       MR. SHAPIRO:  Good.

19       We're done.

20       Thank you very much.

21       (Whereupon, at 4:00 p.m., the deposition was

22  concluded.)

Page 84

1                        *****

Page 85

1    I have read the foregoing pages, which are a

2  correct transcript of the answers given by me to the questions

3  therein recorded.

4        Deponent _____

5        Date _____

6

**A**

abolished 44:15
44:15,17,20
44:21 46:3,6
46:15
above-entitled
1:20
absent 68:20,20
accent 13:17
accept 78:7
acting 5:6,10
17:10,12 23:4
38:4
action 1:20
24:11
active 82:2,6
actual 77:2,2,4
additional 36:6
addressed
66:21 67:3
administrative
39:5
Adriana 12:19
advice 27:11,13
27:14 29:10
advise 27:8
advising 26:15
afraid 29:20
African 48:17
62:7,21
African-Ame...
13:12 30:13
45:5 48:14
57:7 58:20
60:21
African-Ame...
45:13 64:17
age 1:19
agencies 38:15
38:21
agency 1:6,9
2:16 32:1
ago 44:6,11,13
67:12,13
American 8:8
48:18

Americans 62:8
62:22
amount 31:11
32:19,21 33:1
41:2 54:16,18
68:4 80:19
ample 80:11
Andrea 10:14
21:22
Annette 60:16
announced 71:4
announcement
15:16 16:15
answer 61:8,9
answering 61:7
answers 85:13
anybody 11:22
22:2,4 44:21
50:5 52:19
54:12 57:2,22
59:10 66:2
anymore 68:3
71:13
apart 70:21
appeals 7:19
26:13
APPEARAN...
2:5
appeared 68:9
apply 34:21
appointed 5:6
22:17,19
24:22
appointment
14:16 15:10
41:18,19
79:20
appropriate
41:21 42:20
42:22 65:13
65:14,14
appropriated
37:14
appropriates
36:8
approval 37:8

37:19
approve 25:13
37:16,18 38:4
approved 25:1
36:11
approves 36:10
37:17
approving
24:10 25:15
78:14
April 5:5,12,14
11:11 13:20
33:10,11
55:22 56:15
57:4 58:9
area 49:11,12
aside 36:6
asked 50:20
51:15 61:11
65:10 66:4
67:17 72:1,14
74:20 76:19
77:4
asking 15:1
48:7 66:12
71:16,21
72:11 73:22
74:1
aspect 37:1
aspects 26:3
assignments
39:14
assistant 5:19
6:14,16,22 7:5
20:3 48:21
Atlanta 57:4
71:6
attorney 12:12
13:21 14:8
attorneys 11:18
11:19 17:17
26:12
attractive 42:9
42:11
audit 19:13,14
19:14 20:21

20:21 52:14
53:20 59:14
59:15 60:7
61:21,22 62:1
62:2,4,5,16,18
63:12,15 67:7
71:6 72:4,5
Auditor 47:5
auditors 48:13
48:14 52:14
53:8,9,20
auditor/evalu...
47:7
audits 29:7 47:8
52:7
August 8:18,19
57:19
aware 25:19
78:20

**B**
back 16:8 17:19
21:7 37:3 54:8
63:13 64:10
65:15 69:7
71:1,12
background
77:11
backlog 56:9
bad 69:3
bar 14:7 16:1
based 46:10,11
basic 47:3,4
basis 16:13
becoming 25:18
began 30:21
behalf 1:19 2:7
2:16 25:2
believe 14:1
16:17 19:7,20
20:1,7,11,17
21:17 22:12
22:14,19,21
27:15 28:7
33:11 45:3,5,9
54:22 70:17

70:19 72:15
75:1,6,21
benefits 73:8
74:9
Bernardo 10:14
11:5 12:1,21
21:15,21 22:4
22:6,13
better 42:16
black 1:18 4:3,8
4:9 13:8,9
47:18 48:8,15
60:18
blocking 12:12
board 6:19 7:3
7:19 46:9 49:5
bosses 36:3
branch 27:16
28:14 71:10
break 29:21
brief 29:22
83:14
briefly 39:17,18
bringing 23:19
budget 36:11,13
36:14,18 37:1
37:8,20 38:4,5
38:7 39:7
Bunches 59:4
busier 32:12,13
32:13
busy 31:16 32:6
32:12,14
buy 58:1,2
buy-out 50:9,10
50:10 52:20
53:1,3,5 54:7
54:10,19,21
57:13,14
58:22 71:3

**C**
C 3:10 4:1
call 42:2,3
called 4:4
care 61:14

career 41:7,8,18
  42:13,16
  80:14,20,22
carefully 71:19
Carolina 49:13
case 23:6 26:11
  26:14,14,17
  36:3 68:8,9,10
  68:15 81:11
cases 6:19 7:3
cash 54:10
categories
  47:14 53:13
category 47:11
  47:13
ceilings 35:17
  35:18
certain 14:5
  29:4 54:16,18
  54:18 66:20
  66:21
certainly 23:22
  25:19 68:14
  70:2
certainty 68:21
Chairman 1:7
Chandler 60:16
change 19:14
  20:21,22 22:5
  28:12 68:17
  68:18
changed 19:15
  19:22 27:14
  63:22
changes 61:16
  63:13
charge 17:4
  53:21 81:8
check 64:21,22
Chicago 71:5
chiefs 40:21
  54:2,3 81:14
choose 53:15
Chris 10:14
  78:14
clearly 22:14

clerk 7:18 8:2
  14:6,7,10
  19:17 57:7
clerks 18:4,7
  19:1,1,1
close 21:20
  55:10,11,12
  57:4 75:9,14
closed 57:8 61:3
  71:5
closing 58:6,15
  61:14 70:7
  71:4,6
code 4:12
college 8:8,11
  8:13,20 9:2
Columbia 1:21
come 20:14 23:7
  50:6
comes 40:2 67:1
  69:7
coming 21:20
  51:6
commencing
  1:23
COMMISSI...
  1:1
compete 15:15
competed 16:16
competitive
  15:15 19:12
  20:18
Complainant
  1:5 2:7 3:15
concerned
  58:13 71:21
concluded 58:4
  83:22
conditional
  41:19 42:13
  42:16
conferred 44:5
  59:21
Congress 36:3,6
  36:8,8 37:3,17
  37:18 38:1,12

81:19 82:17
Congressional
  52:8
conscripted
  26:11
consult 54:8
contentious
  26:14
continued 83:6
continuously
  29:18
contract 7:19
  26:13
contracted 29:3
contractor's
  29:6
contracts 29:8
conversation
  70:11 73:13
  74:15,18
conversations
  51:20
convert 29:11
converted 19:10
  44:19 45:17
  78:10
convince 36:2
Coogan 10:15
  11:7 12:21
  21:18,19 22:2
  22:5
coordinating
  81:13
copies 24:12
copy 24:5
Corp 1:8
corporate 50:9
  50:10 82:8
corporation
  2:19 4:20 6:5
  36:2 82:14,15
  82:22 83:1
correct 5:13 6:2
  6:8 8:10 9:11
  9:15,16 10:19
  10:20,22 11:6

11:8,11 12:6
  12:15,17,22
  13:4,10 15:6
  16:13,14
  18:19,21
  19:16 20:1,17
  21:5 25:6,9,10
  30:3,8,14 32:5
  32:20,22 33:2
  34:1,11,14
  36:14 37:2,5
  38:2,6,14 39:6
  39:9 40:7,9
  41:15,15 42:6
  43:6 44:6
  45:13,14,17
  48:5 49:21,22
  50:12,16,17
  50:18 51:17
  54:15 56:11
  58:17 60:22
  61:16,20 62:8
  62:9,22 63:5
  64:14,15,16
  65:8,22 69:9
  70:5,6 73:17
  74:21 75:21
  76:10,13
  79:11,20,22
  80:22 81:1,3
  85:13
correctly 22:7
Cosgrove 2:18
  12:2,3,7 13:3
  14:17 17:15
  22:7,17,19
  23:14 83:17
Council 82:17
counsel 3:15
  5:15,21 6:4,14
  6:18,22 7:1,5
  10:3 11:10,15
  17:7 20:15
  24:22 26:21
  27:12 30:19
  31:10 32:6

33:1 39:14
  44:5 46:5 47:3
  49:20 52:7
  59:21
counsel's 9:13
  11:16 13:20
  25:5 27:4,9,10
  30:4,16 33:14
  39:8,13 46:2,4
  47:22 51:15
  62:12 72:10
  72:11,12
couple 69:20
course 27:15
  51:21
created 27:18
  27:21
criminal 47:9
  48:7,9
cured 56:13,15
  56:16
current 33:6
currently 4:19

          D
D 4:1
Dark-skinned
  13:14
date 56:22 57:1
  79:8,13 85:19
dated 76:2
DAVID 2:9
day 11:15 55:13
  55:14 71:17
  76:2 83:7,7,9
  83:9
day-to-day
  81:16 82:10
Day-to-day-ty...
  81:15
deal 72:5,6
dealt 34:7
debarment 6:20
December 6:6
  6:10 67:12
decide 50:14

decided 42:4
decision 76:11
declined 56:2,6
declining 56:7
deemed 51:10
delay 76:19
  77:4
depart 48:18
departed 11:10
  13:19 48:20
department
  6:15 49:21
departments
  38:15
depends 81:9
Deponent 85:17
Deposit 1:8 2:19
  4:20
deposition 1:17
  83:21
deputies 39:20
  39:22 40:10
  40:12
deputy 5:1,2,12
  10:7 16:11
  17:9,12 23:1
  25:2,3 39:16
  41:5 47:3
  55:19 67:7
  81:2,6
designated 51:9
  51:10 55:2,4
designation
  14:11 51:11
desk 19:13,14
  19:14 20:21
  20:21 29:7
  77:1
determination
  46:8
determine 50:8
  50:21 65:13
Development
  6:15
dies 79:9
difference

37:15 77:19
different 13:7
  38:22 49:20
  62:18,19 64:3
directed 71:9,14
disbarment 7:2
discussion
  76:15
discussions
  69:11,12
dispute 34:17
District 1:21
doable 43:9
document 24:14
  55:6
doing 50:4
  55:13 56:17
  65:12 66:13
down-sizing
  57:3 60:21
  69:19,21 70:3
duly 4:4
D.C 1:13,22
  2:13,21 4:11

_____ E _____
E 3:10 4:1,1
earlier 57:8
  70:12,12
early 5:17,21
  9:14
Ed 1:20
EEOC#100-2...
  1:6
effect 51:22
  74:18
Efficiency
  82:18
either 13:9
  18:12 23:14
  24:11 39:15
  52:18
electronic 24:4
  24:10
eligibility 54:17
  57:19 58:5,6

eligible 53:7,11
  53:16,21
  54:13,22 55:3
employed 4:19
  13:22 51:1,7
  51:12 52:13
  52:16,18
  55:10 56:1
employee 7:21
  13:22 14:1,9
  15:4 22:10
  23:10,13,20
  24:22 25:18
  28:15,21
  41:11 59:13
  59:17 70:16
  80:9
employees
  18:10 40:1
  41:4,5
EMPLOYM...
  1:1
entirely 63:5
EQUAL 1:1
equivalent 34:5
ESQ 2:9,10,18
essentially 7:3
  81:11
estimate 46:22
Evaluation
  63:12
evaluator 63:15
events 71:22
Eventually
  71:15
everybody 41:2
  51:1 52:2
exactly 19:18
  22:16 69:17
  75:12
EXAMINATI...
  3:13 4:6
examined 4:5
example 29:7
  53:20 82:17
exceed 14:15

15:5,12,16
excesses 51:7
executive 16:17
  16:18 40:13
  40:16 41:14
  67:8
executives
  40:18 67:4
executive-level
  41:4
exercise 51:4
existing 50:9
expect 64:18
expected 31:9
expert 27:11
expiration 79:8
explain 24:7
external 82:16
Eye 2:12

_____ F _____
fact 23:6 69:1
  71:4,5 72:15
  73:2
fair 30:15
fairly 30:17
  39:18 51:21
  75:14
fall 80:6,6
far 70:21 71:20
fashion 25:1
FCC 37:12
FDIC 5:15 6:1
  9:12 27:10,16
  31:14,20 32:1
  32:19,21 34:9
  34:10,21,22
  35:15 36:9
  38:22,22 41:7
  43:9 45:7,9
  50:11,17 54:6
FDICEO-050...
  1:7
FDIC's 53:5
February 1:14
Fed 49:4

Federal 1:8
  2:19 4:20 26:7
  26:9 49:5
female 10:19
  11:5 12:11
  13:5,6,11
Fewell 18:1
  19:5,6 20:21
  30:10,11
  52:15
field 1:1 26:6
  43:11,22 44:7
  47:12 58:11
  58:15 61:3,14
  70:8 71:5,6
fill 42:7
Fine 72:7
finished 69:22
first 4:4 9:12,13
  9:17,19 17:19
  22:5 27:20
  42:12 66:2
  80:16
fiscal 77:6
five 10:11 40:6
  64:7 83:13
Floor 2:20
focused 72:4
FOIA 56:9
Following 51:4
follows 4:5
foregoing 85:11
foreign 13:17
foremost 80:16
forgetting 18:22
formal 51:11
forward 5:17
  27:22 28:4
four 5:3 14:3
  15:6,7,16
  60:20 61:15
  67:6
four-year 79:14
  79:18
Francisco 57:9
frankly 72:4

**Fred** 10:14 17:8
24:11 25:2,3
39:16 65:6,10
67:21,22 69:7
71:1 72:2 74:8
74:9,12,13,15
75:4
**Friday** 32:12
**Froehlich** 10:8
10:21 12:1,21
22:6,11,22
23:10,13
39:15,19
40:15
**FTE** 22:9 34:3
35:16 44:4
**FTEs** 34:21,22
35:11
**full** 4:8 41:18
**fully** 51:1,7,12
52:12,16,17
55:10 56:1
**full-time** 8:20
8:22 14:12
18:18 34:5
68:3 69:8,8
71:13
**function** 27:17
27:21 29:10
38:4 39:7
52:17
**functioning**
83:8
**functions** 29:4
**fund** 37:14
**funding** 36:8
**further** 83:15
83:17
**future** 33:9

**G**

**G** 4:1
**game** 38:22
**Gaston** 17:5
67:8
**Geiseler** 10:14

11:1,21 12:5
17:15
**general** 4:21 5:1
5:15,20 6:5,14
6:18,22 7:5,18
17:5 26:21
27:10,12
31:20 32:16
37:14 39:7
47:4 50:8 67:9
**generates** 24:9
**getting** 31:10,15
77:20
**Gianni** 17:5
67:8 81:10
82:2
**Gianni's** 81:11
81:21 82:1
**Gibson** 10:14
11:3,21 17:8
24:11,19
39:16 40:15
51:14,15,19
65:6 68:1
71:12 72:2,15
72:17
**give** 36:4,5,6
78:21
**given** 41:18
85:13
**go** 8:7,11,13,20
9:2,4 16:8
21:7 33:13
37:3,6,22 49:3
50:15 54:8
63:13 64:10
73:11 76:14
**goes** 37:13
**going** 17:19
29:20 31:8,20
32:10 43:1
45:18 48:19
64:21 65:2
68:21 73:5
75:15 82:7,9
**Good** 4:16

63:22 83:18
**government**
35:2,6,7,11
38:16
**grade** 16:5,19
19:15 20:22
39:1
**gradually** 31:3
68:16
**graduate** 8:17
**graduated** 7:22
8:2,9,18 9:10
15:2,12
**graduating**
79:17
**great** 72:4
**Greenberg** 1:20
**group** 7:16
**Gruenberg** 1:7
**guess** 9:22
**guys** 14:17

**H**

**half-a-year's**
54:11,12
**hall** 55:19,20
**hand** 25:9
**handled** 28:22
**happen** 21:6
31:8,9 71:11
73:18
**happened** 28:7
45:19,22
66:15,15,16
66:16,19
68:16 70:17
71:8,16,20
72:8,10,12,19
72:20,22
73:16,22 74:1
74:1,2,19
75:13 80:17
**happening**
69:12
**happy** 42:13
**hard** 50:21

65:11
**harder** 42:7,10
78:21
**Harkins** 20:12
**Harvey** 49:2
**headed** 9:12,13
28:13 39:3
**headquarters**
43:15,17 44:7
46:20,22
47:10,11,14
48:8,11,16
57:5,10,11
58:10,12,13
58:20 59:2
61:4,12,13,15
**heads** 50:20
51:5 52:2 65:7
67:2,18 72:1
74:7
**held** 16:18
30:17 76:15
**hesitancy** 78:4
**high** 9:2,4,5,8
**hired** 14:9,10
15:3,4 22:7,9
23:8,8,12 56:8
**hiring** 15:16
**hirings** 28:20
**Hispanic** 13:6,7
13:9,11
**hit** 24:13
**hold** 5:16
**Holland** 48:21
49:9,10,11,12
**hope** 69:22 70:4
**house** 4:17
**Housing** 6:15
**HR** 28:2,2,3
49:20 62:13
73:6
**HUD** 7:6 26:8
34:13 37:10
37:11,22 39:1
**HUD/FHA-a....**
7:4

**huge** 37:14
**human** 28:13
71:9

**I**

**identified** 52:12
52:15 57:6
**identify** 72:2
**IG** 5:12 7:1 9:14
11:10,15
16:11 27:17
27:18,20,20
32:6 43:21
48:21 49:20
81:2,7,9 82:2
83:2
**IG's** 9:12 11:14
11:15 36:9
43:13,18,19
81:6,6
**immediate** 33:9
**included** 10:3
**including** 40:8
72:2
**increasingly**
82:11
**Indiana** 8:14
9:5,9
**indians** 40:20
40:21 54:2,3
**indicate** 77:9,15
**indicated** 75:4
77:12,17 78:4
78:15
**individual**
52:16
**individually**
66:20
**informed** 55:5
76:8
**initially** 6:21
18:1,2 27:15
31:4 39:15
**initials** 34:3
**inquire** 72:16
72:17 74:16

inquiry 74:5,6
inspections 5:20
inspector 4:21
 5:1,15,19 6:4
 6:18 17:5 47:4
 50:7 67:9
Insurance 1:8
 2:19 4:20
Integrity 82:18
interested 61:13
 74:17 75:7
Investigation
 60:7
investigations
 48:18,22 52:6
 52:17 59:13
 59:15 62:16
investigator
 47:4,9 48:8
 49:7 59:17
investigators
 48:9
involuntarily
 60:20 61:16
 61:18 62:11
 62:21 63:3
involuntary
 57:3,22
involved 26:2
 62:20
involving 34:12
in-house 81:8

J
Jan 28:14,15
January 5:21
 5:21
job 7:22 8:1
 15:13,15,20
 16:16,21 17:3
 42:11,12,18
 44:22 45:2,16
 47:3,4,6 48:8
 52:19 57:2,22
 59:9,19 60:4,4
 60:5,8,13 63:8

63:11,11,15
69:2 72:14
73:8 74:20
75:10 77:10
77:13,18,20
77:22 78:3,5,9
78:21
jobs 45:7,11
46:10,15
47:20 48:1
57:12 62:3,7
63:4 65:14
66:1
joined 12:2,7
13:3 53:5
July 8:19,19
69:16
junior 13:21
justification
36:14 37:4
38:7
justified 38:7
38:12 51:2
justifies 36:22
justify 36:17
38:19

K
K 1:4 2:10
keep 24:12
keeping 83:10
kind 26:21
knew 35:11
68:7,8 74:10
74:10,13
77:13 82:6
know 16:6
19:18 23:15
24:18 25:14
25:20,22 29:6
34:3,8 35:5
43:1 46:7
47:17 48:12
50:5 52:3 54:6
54:20 59:5,20
59:22 60:5,14

64:19,20
65:14,20,21
66:16,19 68:2
69:17,20,22
71:7,12,18
72:22 73:15
74:3,8,8,19
75:11,11 77:8
78:15,17,18
79:13 80:1,8
knowledge
13:11,13

L
ladder 41:7,8
ladders 80:15
80:20,22
large 46:20
51:21 55:14
56:19
larger 33:14,15
33:16
largest 47:6,9
47:13
Larry 10:8
39:15
late 31:4 34:10
80:4,5
law 7:18 8:1,7,8
8:11,19,22
14:6,7,10 15:2
15:13 18:4,7
19:1 26:9
79:17
lawful 1:19
lawyer 6:20,21
7:11 19:3 26:7
26:13,13 41:7
41:11,12
lawyers 9:19,22
10:11 40:3,4,6
43:14 46:7
leave 21:15,21
22:1 58:2,8
left 12:16 13:1
16:10 17:3,4,8
19:2 21:19

22:11,13,22
23:13 29:14
30:2,4 33:5
39:19,19 40:6
52:22 56:13
56:16 58:8
68:15 74:11
legal 5:20 19:6
19:8,21,22
20:3
letter 76:1,2,5,8
let's 31:15
level 16:19
50:22 51:2
53:22 54:1
levels 50:21
65:13
life 12:12
limited 14:9
Lincoln 9:5,6
line 41:2
listen 73:5
literally 24:13
litigated 26:17
litigating 34:17
litigation 26:18
26:22 27:1
39:3
little 7:7
live 4:10
long 5:2,16 7:5
7:15,20 56:5
71:18 75:12
longer 25:5 69:8
long-range
81:18
long-term 43:1
look 16:8 21:7
28:12 50:21
63:14 64:11
65:11
looking 55:9
lose 44:21 52:19
57:2,22 59:9
lost 45:2,11,16
57:11 58:15

62:7 63:4
lot 40:21 61:21

M
M 4:9
makeup 47:16
making 80:9
male 10:21 11:1
11:3,7 13:3
management
52:7 82:10
manager 35:10
Martin 1:7
matter 26:19
67:3
maximum 18:8
mean 32:10
36:20 44:7
66:10 72:4
meaning 21:11
69:16
means 34:8
meeting 66:5
meetings 66:11
66:22 67:1
82:8
memos 51:22
mentioned
34:16
merger 30:16
message 24:10
met 66:6,20
76:2
MICHAEL
2:18
minute 44:6
miscounted
10:15
misunderstan...
14:18,20
mode 69:19,21
70:3
moment 76:14
Monday 32:12
months 8:2 9:19
48:17

mortgagee 6:19
7:3
mortgagees 7:4
34:13
move 4:14
68:17 69:2
77:2
moved 27:17
49:12,19 59:8
59:10,11,13
60:4,6,16
61:20 62:10
62:12,15,17
62:20 63:4,8
68:18 70:16
73:16,18
moving 4:18

___ N ___
N 3:10,10 4:1
24:13
name 4:8 12:13
20:11,12 29:6
60:5
nearly 5:3
necessarily
25:12 62:3
necessary 29:10
65:17 72:3
78:8
need 33:13
53:22 54:2,3
59:14 66:3
69:8 71:13
72:21
needed 27:3
41:21 46:8
50:22 51:2,8
65:12 77:17
needs 43:1
46:10,11 51:6
neither 24:16
46:3
never 31:19
72:14 78:4
82:16,20

non 19:2
non-attorneys
17:22
non-lawyer
30:7
non-supervis...
41:13
normally 67:4
North 49:13
Northwest 4:11
Notary 1:20
notation 75:22
notes 29:21
notice 40:20
noticed 55:22
56:5
NTE 14:9,15
15:5,10,16
22:9 41:11,18
42:5,7,18,19
78:11
number 6:17
35:11 36:7,10
36:12,13 37:1
62:17
N.W 1:22 2:12
2:20

___ O ___
O 3:10 4:1
observe 68:9
observed 55:16
55:17,18,18
obviously 32:10
67:9
occasion 34:16
occurred 31:3
69:17
October 6:5,7
offer 42:19
54:21
offered 42:18
58:22
office 1:1 4:17
4:20 7:13 9:12
9:13 11:14,16

11:16 13:20
13:21 16:10
17:3,4,7,7,15
19:2 25:5 26:4
27:4,9,10,12
27:17,21 30:4
30:16 33:14
35:14 36:9
39:3,5,8,13
41:2 43:13,18
43:19 46:2,4
47:7,22 48:18
49:20 50:7,20
51:5,16 52:2,6
52:6,7,7,17
53:20 55:19
56:11 57:4,8
58:7 62:12,15
62:16,17,21
62:21 63:4
64:2,6 65:7
67:2,18 70:8
72:1,10,11,12
74:7 77:3 81:7
offices 1:21
58:15 61:3,14
67:4 71:5,6
office-wide 21:9
21:11
Oh 27:14 33:16
56:15 74:10
77:2,12
OIG 27:6 28:2,3
31:10,13,15
31:15,17 32:1
32:4,21 33:1
39:13 44:8,16
44:17 45:8,9
46:2,5,10,15
46:20 47:3
69:19 83:6
OIG's 26:3 46:4
OIG-wide
21:12
oiled 83:10
Okay 5:18 10:1

10:16 11:9,13
11:17,20
12:20 13:19
15:9,19 16:9
17:2,12,14
18:3,6,22 20:6
20:20 21:6
23:16 24:17
25:11,20 26:1
27:2 28:11,19
29:2,13 31:1
33:19 34:2,9
34:12,19
35:20 37:3
39:12 41:10
41:16 46:13
46:17,20 47:2
47:16 49:15
50:19 53:7
57:16 58:14
61:20,22 62:6
63:2,7,20 65:1
66:9 67:17
69:6,10,16
70:1,9,18,22
73:4,19 75:5,8
80:3 82:19
83:4
OMB 37:6,10
37:16,17,20
37:21 38:1,4,7
38:12
OMB's 37:19
once 15:20
ones 48:19
operations
81:15,16
OPPORTUN...
1:1
opposed 81:18
81:18,19
opposite 13:9
order 75:15
77:13,17 78:9
originally 15:3
outset 77:14

outside 63:4
overall 39:22
overstates 83:3
83:5
overwhelmed
26:12

___ P ___
P 4:1
PAGE 3:13
pages 85:11
paperwork
23:21 24:1
paralegal 20:4
20:13 49:19
68:3 69:8
71:13 72:21
part 21:9 36:15
37:20 38:9,10
38:10,21
39:10 50:20
54:17 55:14
56:19 58:1
participate 50:8
78:13
participated
25:21 71:3
78:19
participating
25:17
particularly
26:5
part-time 7:22
8:1 18:10,15
19:1
passed 14:7
16:1
Patricia 1:18
4:3,9
Pause 8:5 9:21
10:9 76:6
people 11:14
23:7,8 35:22
36:7 45:2,11
47:13,18 48:9
48:15 51:7

place 77:1 81:13
83:6,10
Plaintiff 1:19
planning 81:18
plans 4:14
please 4:8
point 18:9
27:16 39:20
41:20 73:20
78:12
Political 8:16
position 4:22
5:16,20 7:7
14:13 16:17
16:18 20:10
35:18 42:5,7
46:5,8 49:19
49:20 51:9
55:4,5 59:18
60:1,2,6,7
65:17 68:3,19
73:2,6 75:7
78:11,11
80:12
positions 21:10
21:14 44:16
44:17,18,20
44:21 46:3
72:2
possibly 64:10
prediction 33:6
preface 61:12
present 67:5
presently 50:22
President 38:3
38:3
President's
37:20 82:17
previously 57:6
primarily 6:20
28:18
printout 24:6
prior 5:14,18,19
6:3,4
probably 18:14
23:21 31:3

52:3,12,22
53:7,10,22
54:7,19 57:6
57:17 58:2,2
58:22 59:11
60:20 61:15
61:21 62:7,10
62:17,20 63:3
63:8,22 64:12
64:12 65:22
66:5 67:6
perfectly 14:22
perform 77:18
77:20
performed
80:11
period 51:21
57:21 69:17
75:12
permanent 5:7
5:8 7:21 13:22
16:13 23:10
23:12,20 25:4
25:18 43:4
78:11,21 80:9
80:12
permanently
16:22
person 23:12
24:10 28:11
33:12 58:7,7,8
58:8 60:4,6,18
62:12,12,15
81:7
personnel 24:9
26:2,3,3,7,9
26:13,15,16
26:18 27:8,12
27:13,14,16
27:21 34:15
34:17,19
36:22
Petty 28:13
72:15 76:17
physical 77:2
pick 53:15

47:6 64:8
66:10,12
74:13
process 37:8,13
38:21 58:4
professional
47:20 48:1
professional-l...
64:13
projected 33:3
33:4,6,15,20
33:22
projection 33:5
33:7,10
promoted 15:19
promotion 16:1
16:4
promotions
28:20 80:14
80:20,22
proposition
31:20 32:16
provided 6:18
27:10
PSB 27:16
public 1:20
81:19 82:13
pure 44:18
put 24:13 52:9
Putting 52:2
P.C 2:11
p.m 1:23 83:21

――――――――――
            Q
――――――――――
qualified 77:10
77:16,22 78:5
question 61:6,7
61:8 62:19,20
66:2
questions 66:4
66:14 83:15
83:16 85:13
quite 64:5,6,10

――――――――――
            R
――――――――――
R 4:1

race 45:4
racial 47:16
ran 5:20 52:22
53:3
range 47:1
read 85:11
ready 77:5
realigned 71:7
realize 29:21
really 16:2
reason 53:17
77:7,8
reassignment
71:9,14
recall 21:22
25:15,17
49:17 66:13
66:19 69:12
71:21 73:5,12
73:13 76:20
76:21 78:10
recalling 22:7
recess 29:22
83:14
recommended
50:3,5
record 76:14,15
recorded 85:15
records 16:8
54:8
recreate 28:9
reduce 30:21
51:8
reducing 30:16
30:18 31:17
31:21 32:4,4
32:11
reduction 31:2
31:6 43:3,4
44:2 57:5
referring 61:17
61:19
regard 71:8
regarding 51:15
regular 26:11
relations 28:15

52:8
relieved 69:1
remain 33:7
remained 29:13
remember
22:15 40:3
remembering
22:14
replace 22:2,4
replaced 23:3
replacing 23:4
reply 24:13
report 65:15
reporting 81:19
reports 71:1
require 78:8
required 23:8
requirement
25:12 54:17
requirements
27:8
Reserve 49:5
Resolution 6:5
resources 28:13
71:7,10
respects 31:17
31:19
response 74:22
responsible
6:19 24:10
rest 35:2,5,7,10
retire 67:11
82:7
retired 49:10,11
67:10,12,17
82:5
review 6:19 7:3
21:9
reviewed 21:14
RICHARD
2:10
rid 78:22 79:2
RIF 43:6,9 44:7
45:9 46:1
52:21 58:18
68:19 79:1,2

**RIFs** 43:17,21
43:21
**RIF'd** 44:14
45:3 58:9
70:10
**right** 5:9 8:11
9:2 10:5 13:22
16:3 17:18
22:9,11 23:14
23:14,18
28:10 36:4
38:3 39:3,5
40:5,22 41:1
41:13 42:18
43:8 44:4
45:13,15 47:3
48:3,6 49:16
52:11 53:13
53:18 59:4
60:21 61:14
64:21 65:3,9
65:22 66:1
67:20 68:7,11
69:8 70:6 78:1
79:9
**Rittenhouse**
4:11
**role** 26:22,22
27:1 81:6,11
82:16
**roles** 82:10,13
**room** 76:22
**rough** 46:22
**roughly** 7:10,16
**RTC** 34:10
**rules** 26:16,19
**run** 44:7 79:1,2
79:2 83:6
**running** 26:2
27:3,9 81:13

--- S ---
**S** 2:18 3:10 4:1
**salary** 54:11,12
**Sam** 48:21
**San** 57:8

**sanctions** 7:4
**sat** 51:4
**saying** 14:22
52:2 73:5
75:15
**says** 55:6 69:7
**school** 8:1,7,11
8:19,22 9:2,4
9:5,8 15:2,13
79:17
**science** 8:16
**se** 35:21 36:12
**second** 47:9
**secretarial**
19:20 44:15
44:17,18 45:7
46:9,14
**secretariat**
83:10
**secretaries**
58:16 61:2,2
70:10
**secretary** 18:1
19:5
**see** 26:14 35:9
35:13 39:21
40:17 41:10
45:6 46:12
55:21 56:3,9
56:21 59:19
60:15 64:11
74:14,19,22
80:13
**seen** 24:5 76:5
**selection** 19:12
20:18
**send** 82:8
**senior** 66:21
67:1
**sent** 37:21
**separate** 61:5
63:18,19
**separately**
37:22 50:14
66:7
**separates** 61:6

**September**
75:19,20
**sequence** 71:21
**series** 19:20,22
20:2,4 21:2
45:17 47:7
51:20 60:13
63:11,11,18
63:19 71:18
**service** 34:9
**Services** 7:19
27:16
**serving** 34:10
**set** 36:6
**sets** 65:14,22
**seven** 9:22
10:17,18 40:2
**Shapiro** 1:22
2:9,11 4:7 8:6
10:1,2,10
14:19,21
29:20 30:1
44:9 60:2,3
65:1,4 76:7,14
76:16 83:13
83:15,18
**Sharpe** 1:4 20:9
21:16,20 30:9
39:14 49:17
52:15 54:21
56:1,17 59:8
59:12 69:2
70:20 71:8,20
72:13 74:16
77:10
**Sharpe's** 51:9
71:9
**shortage** 53:21
**Shortly** 20:15
**shrink** 33:3
**shrinking** 32:19
32:21 33:1
**signed** 23:21
24:6,7
**significant** 72:5
**similar** 38:18

**Similarly** 38:15
**similarly-gra...**
69:2
**simply** 51:11
**single** 47:6 58:8
**sitting** 55:13
**six** 9:19 10:16
10:18 39:22
40:2,3,3,3
48:17
**size** 33:5,8,15
33:20,22
**skill** 65:14,22
**slightly** 33:15
**slot** 33:12,16
**slots** 36:10,12
36:14,20 37:1
38:8,13,19
**smaller** 31:10
**somebody** 12:7
12:14 41:10
77:19,22
78:21
**somebody's**
32:10
**sorry** 8:18 9:13
52:15
**Sort** 81:13
**space** 77:1
**speak** 13:17
**specific** 46:10
46:11
**speculate** 45:18
45:21
**spike** 31:4,5
**spring** 5:4
75:14
**Stacey** 1:4
**Stacy** 20:9
54:21 56:1,17
59:8 74:16
77:10,12,15
78:3,4
**staff** 19:2,3
21:10,14 30:2
30:7 47:18

**64:12 66:10
66:22 67:1
staffed** 35:14,15
51:1,3 65:13
**staffing** 28:17
50:21
**standard** 14:12
**start** 14:4 31:15
**started** 12:14
14:5 30:18
31:2,6
**state** 4:8 8:14
**STATES** 1:1
**status** 13:20
**statutory** 27:18
27:20
**stay** 33:4,15,20
33:22 62:3
68:21
**stayed** 62:2,4,5
**steady** 30:17
**STEPHANIE**
2:10
**Street** 1:22 2:12
2:20 4:11
**student** 8:1 15:2
15:3 18:4
22:15
**study** 8:15
**style** 81:22 82:1
**subject** 66:21
**Suite** 1:22
**sum** 38:22
**summarized**
70:6
**summer** 18:11
18:14,18,20
18:22 69:13
69:14 75:13
75:14
**supervising**
81:14
**supervisor**
41:14
**supervisors**
41:14 48:15

48:18
support 5:20
21:10,14
52:16 59:18
60:1,2,6,7
64:12
sure 14:10
15:22 16:2,7
21:22 24:12
54:9 78:7
surplus 55:2,4,5
55:7,7 72:6
73:7 74:6,20
surprise 68:5
surprised 68:22
suspension 6:19
7:2
Swick 1:21 2:11
sworn 4:4
system 24:9
78:14

___

**T**
T 3:10,10
take 42:14
50:21 53:8
65:11 72:14
83:13
taken 1:19
29:22 83:14
talk 52:4
talked 51:5 65:6
66:10 75:1
76:2
talking 25:18
32:14,16 34:4
43:19 48:16
57:10 58:12
58:15 61:4
tech 19:8
technical 26:3
technician 19:6
19:21,22
tell 28:4 65:9,18
69:11 74:9
75:17,17

telling 58:9 74:3
74:15
temporary
14:15
Ten 64:6
tended 81:20,21
82:8 83:11
Teresa 18:1
19:6 45:16
term 14:1,2,9
15:4,7 22:10
24:22 41:12
79:3,4,6,9,9
79:12,14,17
79:18
terminate 79:7
terms 29:10
31:11 78:6,6
term's 79:10
Terry 19:5
testified 4:5
Thank 12:19
83:20
they'd 18:18
thing 53:1
67:18 71:11
71:16,20 72:8
72:12,19,20
things 6:17,20
34:14,21
36:17,22
38:10,13
50:14 65:16
65:21 68:17
68:18 81:19
think 7:7 10:18
14:17,19,19
14:20,20
15:18 18:9
21:8 28:10
38:17 57:19
61:11 66:15
70:15 73:10
75:19 76:5
77:9,15 80:1,6
83:12

thinking 80:9
thought 33:16
41:20,22
42:20 58:5
71:18 78:2
three 7:7 18:9
18:14 44:11
44:12,13 65:6
till 82:4
time 5:6 11:10
13:19 14:1
17:6,8 18:7
20:11 21:20
24:20,21,21
25:4 26:8,12
27:10,15,22
28:1,4 29:8
42:21 45:9
46:21,22
51:21 54:16
54:18 56:13
56:16 57:21
67:9 68:14,16
69:18 70:10
70:13 75:9
81:2 82:4
time-frame
70:20
title 19:15,18
21:4 59:22
60:11
told 4:17 51:11
51:13 55:15
56:7 61:13
65:11 72:20
74:12 75:3,20
75:22 76:9
Tom 10:14
total 9:22
trained 77:20
training 77:13
77:17 78:3,8,8
transcript
85:13
transfer 61:17
75:9,16 77:5

transferred
16:20,21 50:2
50:3 72:13
trial 6:20,21
7:11,12
Trina 28:13,18
28:22 29:3,3,7
29:12,13,13
29:16 75:1
trouble 28:21
true 15:21
Trust 6:5
try 28:9
trying 50:8
Tuesday 1:14
32:13,13,14
Tuesdays 32:13
turned 46:14
two 18:13,14,15
19:4 20:8 30:2
30:6,7 39:20
39:22 40:10
40:18 41:4,5
41:13,14
44:13 45:3,10
46:3,18,19
47:14 48:17
48:20 57:7
58:16 59:11
61:2,2,3 62:7
62:10 71:4,6
typically 18:13
35:4,10,15
typist 19:17
typists 57:7

___

**U**
Uh-huh 9:7,18
10:4 13:2
15:11 17:21
18:10 21:13
23:9 24:14
27:5,7 30:5,12
30:20 32:15
34:6 36:19,21
43:5 49:1,14

50:13 55:1
59:16 67:16
69:5,15 70:16
73:7,9,21 76:4
77:21 80:5,7
81:17
ultimately 6:22
36:3 42:3 45:3
74:2 75:6
understand
14:22 18:6
32:17 36:13
37:16 41:3
60:8 61:6
understood
31:7
undertake
82:16
unit 6:21,22
26:8 32:7,9
62:10,11 64:1
81:14
UNITED 1:1
units 62:18
63:13 64:3
81:13
University 8:8
8:14
Urban 6:15
U.S 6:15

___

**V**
v 1:6
vacancy 15:16
16:15 74:9
versa 22:18
vice 22:17
view 81:1,5
Vincennes 9:5,9
voluntary 53:1
volunteered
58:2
Vosburg 12:18
13:5 17:16
22:8,9,17,20
23:17,20

24:21 41:17
78:10
**Vosburg's**
13:20 79:12
**V-i-n-c-e-n-n-...**
9:9

**W**

**want** 35:22 61:8
64:22 65:2
66:16,19
68:20 79:7
**wanted** 42:19
55:8 65:20,21
72:14
**wants** 73:11
**Washington** 1:1
1:13,22 2:13
2:21 8:8
**wasn't** 12:14
15:20 26:18
26:21 31:7,10
46:9 56:13
69:3 77:5
**way** 24:8 29:3
35:1 36:11
68:21 82:4
**Weeks** 75:11
**Welch** 28:14,15
**went** 8:19 18:5
49:4 69:4
73:14 75:1
**weren't** 51:7
72:3
**We'll** 83:13
**we're** 15:16
23:4 29:20
33:4 69:22
83:12,19
**we've** 52:3
**whim** 55:8
**white** 10:19,21
11:1,3,5,7
13:3,5,7,10
**willing** 78:7
**Witherspoon**

49:2,3,12
**witness** 1:19 4:4
9:22 44:5,6
59:21,22
**words** 32:8
53:19 58:1
66:14
**work** 6:20 7:2
30:15 31:11
32:19,21 33:1
34:12,15,20
41:2 43:4 51:2
52:14 56:18
56:19 65:11
65:12 68:4
69:4 71:17
80:11,16,17
80:19,21 81:5
**worker** 69:3
**workload** 23:8
55:9 56:2,5,7
56:8
**works** 24:8 54:6
**wouldn't** 25:12
78:19
**writing** 52:9
55:6
**wrong** 54:5

**X**

**x** 1:3,10 35:11

**Y**

**Y** 24:13
**Yeah** 8:4 25:20
68:2 70:7
**year** 16:5 18:14
18:16 37:3
57:19 67:12
67:13
**years** 5:3 7:8
14:3 15:6,7,17
27:19 44:11
44:12,13
69:20

**Z**

**zero** 38:22
**zip** 4:12

**0**

**02** 5:5,5,14,17

**1**

**1** 84:11 85:11
**10** 64:8
**10th** 2:20
**1225** 1:22 2:12
**1290** 1:22
**130** 47:1
**15** 39:2 40:14
40:15,20 41:4
41:7,8,14
**15s** 40:12 41:6
41:13
**17th** 2:20
**18** 8:2
**1997** 5:17,22

**2**

**2** 85:13
**2:22** 1:23
**20** 64:9
**2000** 28:6 68:13
68:14
**20005** 2:13
**2001** 80:1,2,6
**20015** 4:13
**2002** 5:12 11:11
13:20 33:10
33:11 55:22
56:15 68:15
70:2 79:22
80:1
**2003** 70:2
**2004** 51:21
57:14,18
67:15,15
69:13,14 70:2
70:14,17
**2005** 57:20 70:2
**2006** 1:14

**202** 2:14,22
**20434** 2:21

**3**

**3** 85:15
**3127** 4:11

**4**

**4** 3:15 85:17
**4:00** 83:21
**416-4230** 2:22

**5**

**5** 85:19

**6**

**6** 85:21
**69** 9:10

**7**

**7** 1:14
**73** 8:18
**75** 8:3
**76** 7:21,22 8:3,9
**79** 7:16,21

**8**

**80s** 34:10
**801** 2:20
**842-0300** 2:14
**86** 7:9,16
**89** 6:6,7 7:9

**9**

**95** 6:6,11,12
**96** 5:21
**97** 5:17 9:14
17:19
**98** 20:16 21:8
28:8,10 31:4
56:7 68:11,12
**99** 21:8 28:10
31:4 56:8
68:11,12