UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

- - - - - - - - - - - - - - x
                              :
STACEY K. SHARPE,             :
                              :
    Complainant,              :
                              :
    v.         : EEOC#100-2005-00927X
               : Agency No.
               : FDICEO-050002
MARTIN GRUENBERG, CHAIRMAN,   :
FEDERAL DEPOSIT INSURANCE CORP.,:
                              :
    Agency.                   :
                              :
- - - - - - - - - - - - - - x

Washington, D.C.

Wednesday, February 8, 2006

Deposition of

ADRIANA VOSBURG,

a witness of lawful age, taken on behalf of the Plaintiff in the above-entitled action, before Ed Greenberg, Notary Public in and for the District of Columbia, in the offices of Swick & Shapiro, 1225 I Street, N.W., Suite 1290, Washington, D.C., commencing at 10:09 a.m.

Page 2

APPEARANCES:

On Behalf of the Complainant:

DAVID SHAPIRO, ESQ.
STEPHANIE K. RICHARD, ESQ.
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Washington, D.C. 20005
(202) 842-0300

On Behalf of the Agency:

MICHAEL S. COSGROVE, ESQ.
Federal Deposit Insurance Corporation
801 17th Street, N.W., 10th Floor
Washington, D.C. 20434
(202) 416-4230

Page 3

1- Background Survey Questionnaire    5
2- Position Description               51

Page 4

1                PROCEEDINGS
2   Whereupon,
3              ADRIANA VOSBURG,
4   was called as a witness and, having been first duly
5   sworn, was examined and testified as follows:
6                EXAMINATION
7   BY MS. RICHARD:
8       Q   Can you state your full name for the record?
9       A   Adriana Rojas Vosburg.
10      Q   Have you ever gone by any other name?
11      A   Adriana Rojas.
12      Q   And where were you born?
13      A   In Baltimore.
14      Q   And what is your current address?
15      A   2298 Raindrop Court, Odenton, Maryland 21113.
16      Q   Okay. And did you live in Baltimore all your
17  life?
18      A   I'm from Maryland. I have lived there all my
19  life.
20      Q   And your race is white, correct?
21      A   I am Hispanic.
22          MS. RICHARD: Will you mark this as Exhibit 1,

Page 1 - Page 4

Page 5

1 please?
2      (Vosburg Exhibit 1 was marked
3      for identification.)
4   MS. RICHARD: Note for the record, the court
5 reporter has placed Exhibit 1 in front of Ms. Vosburg.
6   BY MS. RICHARD:
7   Q Now, is this something that you filled out?
8 Is this your handwriting? I found this in your
9 personnel file.
10     Is this something that you filled out?
11   A It looks like it must have been.
12   Q Okay. And under "A. Race," you -- you wrote
13 "4", which is white, correct?
14   A I -- I did.
15   Q Okay. Thanks. And where did you go to high
16 school?
17   A Centennial High School in Ellicot City.
18   Q Okay. And where did you go to college?
19   A James Madison University.
20   Q And what year did you graduate?
21   A 1997.
22   Q And what was your degree in?

Page 6

1   A International affairs and Spanish.
2   Q And after college, did you go right to law
3 school?
4   A I worked for a year at the Embassy of Costa
5 Rica.
6   Q Okay. And so, what year did you start law
7 school?
8   A 1998.
9   Q And what school did you attend?
10   A George Washington University.
11   Q And when did you graduate from law school?
12   A 2001.
13   Q And did you take the bar?
14   A Yes.
15   Q And when did you take the bar?
16   A I took the bar in July of 2001.
17   Q And did you pass the bar?
18   A Yes.
19   Q Congratulations. And when were you actually
20 officially admitted into the bar?
21   A December of 2001.
22   Q And which bar did you take and pass?

Page 7

1   A Maryland.
2   Q Maryland. Okay. And is Maryland the only
3 place you're admitted to practice, then?
4   A Yes.
5   Q Okay. Okay. And while you were in law
6 school, did you work?
7   A Yes.
8   Q And where did you work?
9   A I worked at a law firm in Bethesda as a law
10 clerk.
11   Q And what year was that?
12   A I believe I started the second semester of my
13 first year.
14   Q What was the -- what was the name of the firm?
15   A Budow & Noble, B-u-d-o-w.
16   Q Okay. And you said you started the second
17 semester. How many hours did you work?
18   A Less than 20. There was some requirement that
19 I couldn't work more than 20.
20   Q Okay. And you worked there -- you said you
21 started your second semester. How long did you work
22 there for?

Page 8

1   A I worked there until I became a law clerk at
2 FDIC.
3   Q And when was that?
4   A I believe it was in May of 2000, or maybe it
5 was June of 2000.
6   Q Okay. So, that was -- was that a summer
7 position, then, that you started?
8   A Uh-huh.
9   Q Okay.
10   A Yes.
11   Q And that was the summer of your second year?
12   A That's correct, the summer after my second
13 year.
14   Q And so, for your first year, did you continue
15 working at the Bethesda law firm?
16   A Yes.
17   Q And did you work there full-time during the
18 summer?
19   A During the summer, yes.
20   Q Okay.
21      So, then, in May of 2000, you started as a law
22 clerk at the FDIC. Was that your exact title position?

Page 9

1  A  Yes.
2  Q  It wasn't legal intern?
3  A  I don't remember.
4  Q  Okay. And so, from May until when did you
5  work full-time at the FDIC?
6  A  Until I went back to law school in the fall.
7  Q  Was that August or --
8  A  I can't remember when the semester started.
9  It probably was August.
10  Q  August of 2000?
11  A  August of 2000, yes.
12  Q  Okay. And did you continue working with the
13  FDIC?
14  A  Yes.
15  Q  Were you there full-time or part-time?
16  A  I was there part-time during the semester.
17  Q  Okay.
18      How many hours did you work with them?
19  A  I don't remember.
20      It was in between my classes, as much as I
21  could.
22  Q  Okay.

Page 10

1      Did you have certain days that you would go
2  in?
3  A  Yes, I had a schedule.
4  Q  What was your schedule?
5  A  I don't remember.
6  Q  Okay.
7      Try to think back for me. Do you remember --
8  did you have classes on Tuesdays or Thursdays, so then
9  you went in on Wednesdays and Fridays, or did you go
10  in, you know, part of every day?
11  A  I probably had a couple of days that I went in
12  for a set number of -- maybe three or four hours.
13  Other days, I just went in when I had work to do, when
14  I had extra things to do, between classes.
15  Q  Was this part -- was this -- the work that you
16  did part of any kind of internship you got credit for
17  from your school?
18  A  No.
19  Q  So, you didn't have any set hour requirements.
20  A  No.
21  Q  Okay. So, given what you recollect, would you
22  say that you maybe worked between 8 and 20 hours a week

Page 11

1  at FDIC? Because you said you usually went in a couple
2  days, three or four hours, and then you went in other
3  days.
4  A  It's possible.
5      The only thing that I really gauge it on is
6  the limitation that was placed upon me by my law school
7  for the ability -- for how many hours I would be
8  allowed to work, and that requirement ended at the end
9  of my first year. So, I didn't really -- I can't
10  really say -- I think I probably worked more than 20
11  hours, because it was not a requirement, a limitation
12  anymore.
13  Q  Okay.
14      So, actually, then, you worked a lot more than
15  eight hours.
16      So, you think it's more than 20.
17  A  Probably.
18  Q  And did you work more than 30?
19  A  No, I can't imagine that I did. I still had
20  to take classes.
21  Q  So, somewhere between 20 and 30 hours a week?
22  A  That would be my best guess.

Page 12

1  Q  Okay. And usually every day, then, it sounds
2  like.
3  A  Uh-huh.
4  Q  Okay.
5  A  Yes.
6  Q  And you said your exact position title, to
7  your recollection, was law clerk?
8  A  Yes.
9  Q  Okay. And where exactly -- what division did
10  you work in? Did you say?
11  A  The Office of Inspector General, Office of
12  Counsel.
13  Q  Okay. And let's move back a little bit to May
14  of 2000. When you first started your work there, what
15  did you do?
16  A  I answered legal questions that were posed to
17  me by my supervisor or by other individuals in the
18  office, mostly legal research, using Westlaw, and I did
19  -- I assisted the attorneys on perhaps some litigation-
20  related work.
21  Q  Okay. And so, you were not a barred attorney
22  at this time, correct?

Page 9 - Page 12

Page 13

1    A  No.
2    Q  And so, your work was -- was it kind of like
3  paralegal work, then?
4    A  I don't know what paralegal work is.
5    Q  Okay. And when you worked at the Office of
6  Counsel, who worked in the office with you, starting in
7  May of 2000?
8    A  Larry Froehlich, Andrea Bernardo, Teresa
9  Fewell, Stacy Harkins, Fred Gibson, Pat Black.
10    Q  Was that everyone?
11    A  Tim Redmond was the other law clerk.
12    Q  So, there was another law clerk who worked
13  with you?
14    A  Yes.
15    Q  When did he start to work --
16    A  Oh, Chris Geiseler.
17    Q  And so, the other law clerk that worked with
18  you -- when did he start working?
19    A  At the same time that I did, probably May
20  2000.
21    Q  And do you know how many hours, approximately,
22  he worked a week?

Page 14

1    A  No.
2    Q  Did you work on projects with him?
3    A  We actually worked on separate projects. He
4  did work for some other people, other attorneys, and I
5  did work for different attorneys.
6    Q  Okay. Let's talk about, particularly, who
7  gave you your assignments in the office.
8    A  Andrea, Larry, Fred, Pat.
9    Q  And are all these people attorneys?
10    A  Yes.
11    Q  Can you tell me their position titles when you
12  were working for them?
13    A  Pat was the counsel.
14       I think Fred was senior counsel or deputy
15  counsel.
16       Andrea was -- I don't know -- maybe senior
17  attorney.
18       Larry -- maybe Larry was deputy counsel. I
19  think that's what it was.
20    Q  Okay. And when you actually were hired to
21  have this job as law clerk with the FDIC, who hired
22  you?

Page 15

1    A  What exactly do you mean, who hired me?
2    Q  Well, I mean you had to apply for the
3  position, I take it.
4    A  Uh-huh.
5    Q  And you had to interview for the position.
6    A  Uh-huh.
7    Q  And someone had to recommend that you're
8  hired.
9       Who --
10    A  I interviewed with Fred.
11    Q  You interviewed with Fred. Okay. And did you
12  just submit an application or --
13    A  Yes.
14    Q  Okay. And did you know Fred beforehand?
15    A  No.
16    Q  So, it was just they had a vacancy
17  announcement posted for a position of law clerk at your
18  law school and you applied or --
19    A  Actually, I looked on -- on -- what's it
20  called? OPM -- USA Jobs.
21    Q  Okay. And is there any reason that this
22  position attracted you?

Page 16

1    A  No. I applied for a lot of positions.
2    Q  Okay. That's good. So, then, you sent in
3  your application. When did you do that?
4    A  I think that was in March.
5    Q  Okay. And then --
6    A  Of 2000.
7    Q  And then you had the interview with Fred
8  Gibson?
9    A  Yes.
10    Q  How was that arranged?
11    A  I got a call from Andrea Bernardo at my other
12  office, and she asked me to come in for an interview,
13  and I did.
14    Q  Okay. And what was the interview like?
15    A  I don't really know how to respond to that.
16  It was stressful, but everyone was nice.
17    Q  So, you interviewed with more than one person?
18    A  I think I only interviewed with Fred, but
19  Andrea met me downstairs.
20    Q  Okay. And did Fred tell you that you got the
21  job right in the interview, or what happened after
22  that?

Diversified Reporting Services, Inc. (202) 467-9200

Page 17

1  A  No. I believe that I was contacted at some
2  time in -- later -- and told -- I was told -- but not
3  by Fred -- that I got the job.
4  Q  Do you remember who told you?
5  A  I think it was probably Andrea.
6  Q  Okay. And so, when you came into the office
7  on your first day, were you given like a office space,
8  or how did that work?
9  A  We came in and had an orientation with all of
10 the other -- there were other interns in the Office of
11 Inspector General. We all were given -- we had to take
12 an oath of office, and I was given an office -- an
13 office.
14 Q  Okay. And were you and this other law clerk
15 the only two people there who ended up working in the
16 counsel's office?
17 A  Yes.
18 Q  Okay. And who was the person who showed you
19 where your office was and --
20 A  I don't remember.
21 Q  You don't remember.
22    Okay.

Page 18

1     Was someone designated as your primary
2  supervisor?
3  A  Fred.
4  Q  So, Mr. Gibson was your -- and how -- how did
5  you learn that he was your primary supervisor?
6  A  I would have to think that Andrea told me.
7  She was my main contact. She was the one that gave me
8  work orders.
9     (The witness conferred with counsel.)
10    THE WITNESS: I don't know.
11    MS. RICHARD: Okay.
12    I'm going to object, and I think you're
13 coaching the witness, but --
14    MR. COSGROVE: Okay.
15    MS. RICHARD: And I appreciate you not doing
16 that.
17    She can answer how she sees fit to answer.
18    MR. COSGROVE: Okay.
19    MS. RICHARD: Thank you.
20    BY MS. RICHARD:
21 Q  So, how did you learn that --
22    MR. COSGROVE: I object to this line of

Page 19

1  questioning. I think we should bring it up somewhere
2  remotely in time to the events which are the subject of
3  this complaint. It's not about her selection as a law
4  clerk.
5     MS. RICHARD: This is discovery, and we're
6  talking of events that are relevant to her permanent
7  selection to the position in the office.
8     MR. COSGROVE: It's supposed to lead to the --
9  something of admissible evidence, and you're three
10 years prior to the event.
11    MS. RICHARD: Okay. Your objection is noted.
12 Thank you.
13    BY MS. RICHARD:
14 Q  So, can you just tell me how you learned that
15 Fred Gibson was your supervisor?
16 A  Somebody told me. I believe it was Andrea. I
17 don't remember.
18 Q  Okay. And as your primary supervisor, did you
19 receive the majority of your assignments from Fred?
20 A  Yes.
21 Q  Okay. And you said that you did work for
22 about four different attorneys in the office.

Page 20

1     Did all your assignments, though, come from
2  Fred?
3  A  No.
4  Q  Okay.
5     About what percent -- how did that work, then?
6  You said that the majority of your assignments came
7  from Fred, but you also received some assignments from
8  other attorneys.
9     How did -- how did that process work?
10 A  If somebody needed something done, some
11 research or something written, they would come and tell
12 me that they needed something done.
13 Q  Okay. And if you had to put it in percentage-
14 wise, how much -- what percentage of your assignments
15 came from Fred versus other attorneys?
16 A  Sixty-five percent.
17 Q  And did you keep him informed of the other
18 work that you were doing for the other attorneys?
19 A  Yes.
20 Q  Okay.
21    So, you would say that he knew about 100
22 percent of the work you were working on?

Page 21

1  A I can't answer that.
2  Q Okay.
3  Did you know Ms. Sharpe when you became a law
4  clerk?
5  A Yes.
6  Q And when did you first meet Ms. Sharpe?
7  A When I started working at the office.
8  Q On the first day?
9  A I don't remember.
10 Q Within the first week?
11 A I really couldn't tell you.
12 Q Okay.
13 A I'm assuming I probably met everyone.
14 Q Okay. And did you actually work with Ms.
15 Sharpe while you worked as a law clerk?
16 A I can recall specifically one time that I
17 worked with her directly.
18 Q Now you say "directly," but my question was,
19 did you work together on assignments?
20 A I can recall one time that I worked with her
21 on an assignment.
22 Q Okay. And what was that assignment?

Page 22

1  A Fred asked for a history of the back-up
2  examination authority of the FDI Act, and I was
3  assigned to work on that project, as was she.
4  Q And when was that?
5  A It was -- it was before -- it was when I was a
6  law clerk.
7  I can't really say --
8  Q Do you remember if it was when you first
9  started and you were full-time in that summer, or was
10 it while you were actually in law school?
11 A I don't know.
12 Q And how did you come to work on that project
13 with Ms. Sharpe?
14 A It was assigned to us by Fred.
15 Q Okay. And were there any other projects that
16 you didn't work directly on but you were aware that Ms.
17 Sharpe were working on the project?
18 A I don't know. I -- I don't know. I was -- I
19 didn't really do the same things that she did. She
20 mostly worked on FOIAs.
21 Q Okay. So, did you ever work on Freedom of
22 Information Act and FOIA requests?

Page 23

1  A Only once, when Chris was on vacation.
2  Q And what did you do when you worked on that
3  request?
4  A I communicated with attorneys in the legal
5  division to coordinate a response to the request.
6  Q And when was that?
7  A Last fall.
8  Q Okay.
9  So, during your time as a law clerk, you never
10 did work on Freedom of Information or Privacy Act
11 requests?
12 A No.
13 Q Okay. And it was only this one time last fall
14 that you did Freedom of Information Act work?
15 A Yes.
16 Q Do you recall, in your -- I think it was your
17 application for the GS-13 position -- that you wrote, I
18 guess, your different duties and responsibilities at
19 the associate counsel's office when you applied for
20 this position?
21 A Yes.
22 Q Okay. And in this position description, when

Page 24

1  you applied for the GS-13-level position, you say
2  "assist in the coordination of responses to Freedom of
3  Information and Privacy Act requests, and the related
4  disclosure problems as they apply to operations of OIG.
5  Discuss and resolve privacy and Freedom of Information
6  Act issue that may arise during the course of audits
7  and investigations, as well as in resulting work
8  product."
9  Now, you applied for this position when?
10 A 2003.
11 Q Okay.
12 So -- and you just said the only time you
13 worked on a Freedom of Information Act request was last
14 fall.
15 Which statement is correct?
16 A They're all correct. The issues that I worked
17 on in the context of audits and investigations aren't
18 directly the same thing as responding to a Freedom of
19 Information Act request.
20 When I did direct work responding to a Freedom
21 of Information Act request, it was last fall, working
22 with attorneys in the legal division.

Page 25

1   Q  Okay.
2       So, you're saying that assisting in the
3   coordination of responses to Freedom of Information and
4   Privacy Act requests is somehow different than the
5   question that I asked you? I guess you'll have to
6   clarify.
7       A  Yes, because the statement in my -- in my
8   application is related to my work involving audits and
9   investigations and how those relate to the Privacy Act,
10  and the direct work that I did in correlating and
11  responding to a Freedom of Information Act request for
12  the Office of Counsel was done last year.
13      Q  Okay.
14          Well, let's go back, then, an explain to me
15  your experience, like when you started doing this type
16  of Freedom of Information Act request. Did you do that
17  as a law clerk?
18      A  The --
19      Q  What are you referring to in your application?
20      A  Well, those were privacy issues in terms of
21  releasing information to the public in audit reports
22  and whether information in investigative reports would

Page 26

1   be releasable to the public or to anyone else just in
2   the context -- in the specific context of analyzing
3   those types of documents.
4       Q  Okay.
5           When did you start doing that kind of work,
6   was my question.
7       A  It was when I started working on audit issues
8   for the Office of Counsel.
9       Q  Which was when?
10      A  It was after I became -- it wasn't the first
11  summer that I was a law clerk.
12          It was after that.
13      Q  Okay.
14          So, it was during the time -- you started
15  working during the time you were still a law clerk,
16  before you become an attorney.
17      A  Yes.
18      Q  And so, you worked on Freedom of Information
19  and Privacy Act requests in that manner.
20      A  Well, they weren't really requests. Like I
21  said, it was just an analysis of -- in terms of the
22  applicability of the Privacy Act and the Freedom of

Page 27

1   Information Act in the context of audits and
2   investigations.
3       Q  But part of your duties is working with
4   Freedom of Information and Privacy Act issues.
5       A  The laws, sure. Uh-huh.
6       Q  And what percentage of your time do you think,
7   as a law clerk, you worked on them?
8       A  I couldn't tell you. Very few. Very little.
9       Q  Okay. And did you -- while you were a law
10  clerk, did you conduct legal research?
11      A  Yes.
12      Q  And what kind of projects did you --
13      A  All kinds of projects, investigative issues,
14  liability issues involving the OIG conference, banking
15  laws and regulations, administrative questions. That's
16  pretty much what I remember.
17      Q  Okay. And who primarily gave you those
18  assignments?
19      A  I got them from everyone.
20      Q  Did you receive these kind of legal research
21  assignments from Mr. Gibson?
22      A  Yes.

Page 28

1       Q  And who else gave you the assignments?
2       A  Andrea Bernardo. Larry. I got some
3   assignments from Pat, as well.
4       Q  Okay. And while you were a law clerk, did you
5   draft memoranda?
6       A  Yes.
7       Q  And can you describe that work?
8       A  I would answer a legal question that was posed
9   to me in the form of a memoranda.
10      Q  And who gave you those assignments?
11      A  Pat, Fred, Andrea, and Larry.
12      Q  And did you prepare briefs on EEO-related
13  cases?
14      A  Yes. A lot of my writing was -- I believe a
15  lot of my writing was used in -- in formulating
16  arguments in EEO cases.
17      Q  And did you ever summarize EEO cases and
18  provide background for other -- for the cases you had
19  going on?
20      A  Well, they were in the context of responding
21  to litigation, like writing a brief -- well, not really
22  a brief, but writing a response to a motion or a

**Page 29**

1  motion, and then -- in a litigation context -- and
2  including, obviously, some analysis of the law and the
3  facts.
4  Q  Okay. And again, we're focusing on the time
5  that you were a law clerk, yes?
6  A  Uh-huh.
7  Q  Okay. And did you ever work on the litigation
8  aspect of responding to complaints filed by the OIG
9  employees against the organization's management, as a
10 law clerk?
11 A  Yes, I believe I just said that. You're
12 talking about MSPB cases?
13 Q  Uh-huh.
14 A  Yes.
15 Q  And about how many of those did you work on?
16 A  As a law clerk? I don't remember.
17 Q  Two or three?
18 A  Two or three.
19 Q  And did you always feel like you had enough
20 work to do?
21 A  Yes.
22 Q  And -- and who did you go to when you needed

**Page 30**

1  another project or you didn't have work to do?
2  A  Well, I usually went to Fred.
3  Q  Okay. And did that happen a lot, that you
4  found yourself with no work?
5  A  With no work?
6  Q  Uh-huh.
7  A  No.
8     (A discussion was held off the record.)
9     BY MS. RICHARD:
10 Q  So, we are talking about how you were busy
11 while you were law clerk in the Office of Counsel,
12 correct?
13 A  Yes.
14 Q  Okay. And you worked 20 to 30 hours a week?
15 A  What time are we talking?
16 Q  While you were a law clerk.
17 A  During the last year I was a law clerk, yes.
18 Q  And you said there was another law clerk who
19 worked with you, as well.
20 A  Well, he only worked the first year.
21 Q  Okay. But he also worked there part of the
22 time that you worked there.

**Page 31**

1  A  The first summer, I believe, was the only time
2  that he worked there.
3     I think -- I don't remember if he came back
4  after the summer, because he went to school in
5  Baltimore, maybe.
6  Q  Okay. But he also worked full-time that
7  summer?
8  A  Yeah, I think so.
9  Q  Okay.
10    Now, you said that it was Mr. Gibson who hired
11 you, correct?
12 A  I said that I interviewed with Mr. Gibson.
13 Q  Okay. And how would you describe your
14 relationship with Mr. Gibson?
15 A  Very good.
16 Q  And why do you say that?
17 A  He's taught me a lot about the law and a lot
18 about how to be a good lawyer.
19 Q  And have you ever worked directly with Mr.
20 Gibson on projects?
21 A  Yes.
22 Q  Is he supportive of your work?

**Page 32**

1  A  Yes.
2  Q  In what way is he supportive?
3  A  He is supportive of the legal decisions that I
4  make, and he is supportive of my writing efforts. He
5  is supportive of my continuing to learn in the practice
6  of law.
7     He's supportive of my relationships with other
8  coworkers.
9  Q  And let's talk about when you were in the law
10 clerk position.
11    Was he supportive of your work then?
12 A  Yes.
13 Q  And how was he supportive?
14 A  In the same ways.
15 Q  Okay. Did he ever talk to you about career
16 development and maybe staying on with them?
17 A  Yeah. After the summer ended, he recommended
18 that I stay for the school year, because some --
19 another law clerk had done that in the past.
20 Q  And when did that discussion occur?
21 A  I don't remember. Must have been before the
22 end of the summer.

Page 33

1  Q And what did he say in that discussion?
2  A I don't remember exactly.
3  Q Well, what -- you don't remember exactly, but
4  do you recall anything from the conversation?
5  A No. I mean there obviously must have been a
6  reason why I came back in the fall.
7     The former law clerk had left a -- a -- a
8  guide for future law clerks, and in that, she stated
9  that there are opportunities to continue working during
10 the school year, and that must have been communicated
11 to me by Fred, probably --
12 Q Okay.
13 A -- as well.
14 Q And during that conversation, did he ever
15 mention you staying on permanently?
16 A No.
17 Q Okay.
18    So, that was never discussed with you when you
19 decided to stay on.
20 A When I was a law clerk, no.
21 Q Okay. And how did -- how did you first meet
22 Ms. Black?

Page 34

1  A She was counsel when I worked at the agency.
2  Q And when did you first meet her?
3  A Around the same time that I started working.
4  Q And how did that happen? Do you remember?
5  A No.
6  Q And what was your relationship with Ms. Black
7  like?
8  A It was good. I remember she was always very
9  supportive of me, as well.
10 Q And did you work on specific projects for her?
11 A Yes.
12 Q What projects?
13 A There was an investigation regarding a -- that
14 was brought to OIG's attention by a congressional -- a
15 member of Congress, and she asked me to work directly
16 on that with her or for her.
17 Q When was that?
18 A My first year as a law clerk.
19 Q During the summer or during the school year?
20 A Probably during the summer.
21 Q Was that the only project you worked on with
22 her directly?

Page 35

1  A No. That's the one I remember the best.
2  Q Can you tell me about the other projects?
3  A No. I don't remember specifically.
4  Q About how many projects did you work on
5  directly for her while you were a law clerk?
6  A It would be a guess. More than 10.
7  Q And was she supportive of your work?
8  A Yes.
9  Q And in what way was she supportive?
10 A I believe she was supportive because she asked
11 me to continue doing work, and that, to me, meant that
12 she was supportive.
13 Q Did she ever mention to you anything about
14 staying on?
15 A No.
16 Q And you never spoke with her before you
17 decided to stay on after the school year?
18 A No.
19 Q Okay.
20    When you -- so, you graduated from law school
21 in --
22 A -- 2001.

Page 36

1  Q So, it was May of 2001?
2  A Yes.
3  Q And what happened after you graduated from law
4  school?
5    What did you do?
6  A I studied for the bar. I took the summer off.
7  Q So, you didn't work at all -- you didn't
8  continue to work at all.
9  A No.
10    I -- I stopped working after law school, after
11 I graduated, and the theory was that I was going to
12 come back as a law clerk in the fall, maybe, not
13 exactly sure.
14 Q Okay.
15    So, when you graduated from law school, you
16 stopped working immediately, like so in May, you
17 stopped working at the FDIC?
18 A No. It was right when I started taking bar
19 classes, which might have been in June.
20 Q Okay. So, you stopped working for them in
21 June, but it was with the understanding that you would
22 go back and work for them --

Page 37

1   A   Yes.
2   Q   -- after you'd taken the bar.
3   A   Uh-huh.
4   Q   And how was that understanding reached?
5   A   I don't remember. Somebody must have talked
6   to me about it.
7   Q   Did you have to apply for a position to come
8   back?
9   A   I think it was going to be the same position.
10       You could work some period of time after you
11  graduated.
12  Q   Okay. And so, you didn't submit any kind of
13  application materials for a position after you finished
14  law school.
15  A   No.
16  Q   Okay. And you said you didn't really recall
17  how that was arranged.
18       Do you recall any conversations that you had
19  about your staying on?
20  A   Not specifically, no. I don't recall anybody
21  sitting down and talking to me and saying you're going
22  to stay on.

Page 38

1       It was just part of the understanding that I
2   could stay on after a certain period of time after I
3   graduated.
4   Q   And when did you first learn that you had that
5   understanding?
6   A   I don't remember.
7   Q   And did you speak with Frank Gibson to stay on
8   after -- after law school?
9   A   Probably. He was my supervisor.
10  Q   And did you express an interest, or did
11  someone come to you and give you that option?
12  A   I must have expressed an interest.
13  Q   And who did you express an interest to?
14  A   Fred.
15  Q   Okay. And how did you do that?
16  A   I don't remember. I don't think we had a
17  formal conversation about it.
18  Q   So, it was just like you were in the hallway
19  and, in passing, you're like, hey, Fred, I want to
20  stay, and he's like, okay, great? Is that what
21  happened?
22  A   It's possible.

Page 39

1       We had a lot of very -- we had a good
2   relationship. I don't think we needed any formal
3   meeting.
4   Q   Okay.
5       Well, let's just -- I want you to recall
6   everything you can about, you know, how it came about
7   that you stayed on.
8       So, if you want to take a minute and think
9   about it or --
10      (A discussion was held off the record.)
11  MS. RICHARD: Okay.
12  BY MS. RICHARD:
13  Q   Did you recall anything more about your
14  conversation with Mr. Gibson?
15  A   I'm sorry. I don't remember anything else
16  about that.
17  Q   Okay.
18      So, you stopped working at FDIC in about June,
19  and you studied for the bar?
20  A   Yes.
21  Q   And you took the bar in July?
22  A   Yes.

Page 40

1   Q   And when did you then come back to work at
2   FDIC?
3   A   In September.
4   Q   Okay. And did you -- did you know if they had
5   any other summer law clerks while you were studying for
6   the bar?
7   A   I don't know.
8   Q   And so, when you came back to the FDIC in
9   September, did you have a different title from when you
10  were an intern?
11  A   Yes. I was a contractor.
12  Q   And what was your title then?
13  A   I was a law clerk.
14  Q   Okay. And you said you were a contractor.
15  What does that mean?
16  A   I wasn't an employee. I was a contractor.
17  Q   Okay. And how did you learn that you were in
18  a contract position?
19  A   I think that was something suggested to me by
20  Fred.
21  Q   When did he suggest that?
22  A   I don't remember when it was. Sometime

Page 41

1  between the time I left and the time I came back or
2  something.
3      I don't really recall specifically.
4   Q  So, while you were studying for the bar, did
5  you have conversations with Mr. Gibson about you coming
6  back on?
7   A  I know I kept in touch with the office, but I
8  can't say who -- to whom I spoke directly. I know I
9  spoke to Teresa.
10  Q  And what did you speak to Teresa about?
11  A  Just how things were going, studying, how she
12 was doing.
13  Q  And when you say "Teresa," who do you mean?
14  A  Teresa Fewell, who was our legal assistant.
15  Q  So, I'm -- but I'm still confused. How did
16 you then know that you were going to be a legal
17 contractor?
18  A  I don't remember. I -- I don't know exactly
19 how that happened.
20  Q  And you don't know if you had that
21 understanding when you left or when you came back?
22  A  Right.

Page 42

1   Q  So, how long did you hold this contractor
2  position?
3   A  Three months.
4   Q  So, you held the contractor position from
5  approximately September until --
6   A  -- November of 2001.
7   Q  Okay. And what kind of paperwork did you have
8  to fill out to have this contractor position?
9   A  I had to fill out invoices for the work that I
10 did at the office.
11  Q  Who signed off on your paperwork?
12  A  Fred.
13  Q  And you said that you just held this
14 contractor position for three months. So, what
15 happened, then, after three months?
16  A  There was a vacancy announcement for a law
17 clerk/attorney position, and I applied for it.
18  Q  And when was -- so, when did this vacancy
19 announcement for the law clerk/attorney position come
20 out?
21  A  I think it was in November.
22  Q  And how did you learn about this vacancy

Page 43

1  announcement?
2   A  I don't know. Maybe it was -- I don't know.
3   Q  Did anyone tell you about that position?
4   A  I don't remember.
5   Q  So, you were in the contractor position for
6  three months, and -- a law clerk/attorney position, and
7  that was the exact title for the announcement that came
8  out, just happened to come out?
9   A  Yes.
10  Q  And did you speak to Mr. Gibson about this
11 announcement?
12  A  It's possible.
13  Q  What did you speak to him about?
14  A  I don't remember. Maybe I told him I was
15 going to apply for it.
16  Q  And did he tell you -- did he, at all, ever
17 have a conversation with you about this position?
18  A  I don't know.
19  Q  And who -- when you applied for the position,
20 who did you submit your materials to?
21  A  Human resources department.
22  Q  And what did you submit?

Page 44

1   A  An application package is required by the
2  vacancy announcement.
3   Q  What was included in the package?
4   A  I think I filled out an optional form, a 171
5  or 612, and a writing sample. I -- I think that was
6  it.
7      Maybe a recommendation.
8   Q  Who gave you the recommendation?
9   A  I don't know. I don't know if there was a
10 recommendation.
11  Q  And did you have to interview for this
12 position?
13     (Pause.)
14     THE WITNESS: I don't remember an interview.
15     BY MS. RICHARD:
16  Q  How did you find out you were selected for the
17 position?
18  A  I think I got an e-mail from Trina, our human
19 resources executive.
20  Q  That's Trina Petty?
21  A  Yes.
22  Q  And what did the e-mail say?

Page 41 - Page 44

Page 45

1  A  Congratulations, you've been selected for this
2  position.
3  Q  And what was the exact title of the position?
4  A  Law clerk.
5  Q  And what grade was that?
6  A  Nine.
7  Q  And was that a temporary or full-time
8  position?
9  A  It was a term.
10 Q  And what do you mean by that?
11 A  A term is a permanent employee with a limited
12 term.
13 Q  So, you weren't a permanent employee. You
14 were a term employee.
15 A  No, I was considered permanent. I was
16 considered -- because I got all the benefits of a
17 permanent FDIC employee, but it was a term appointment,
18 I guess.
19 Q  And was that called an NTE?
20 A  Well, that just means that it was not to
21 exceed a specific date. I don't know if that's what it
22 was called.

Page 46

1  Q  And what was the term of your appointment?
2  A  I think it was four years.
3     (Pause.)
4  BY MS. RICHARD:
5  Q  And when did you -- when did you -- do you
6  remember when you exactly received that notification?
7  A  I think it was sometime near the end of
8  November.
9  Q  November of 2001?
10 A  Yes.
11 Q  Okay. And you think that that was when you
12 received the four-year appointment, or was that only
13 the one-year, where you -- that was not to exceed --
14 until 11/05/02?
15 A  I don't know. I didn't know there was a
16 difference.
17 Q  Okay.
18    Do you recall Mr. Gibson asking to extend your
19 NTE appointment?
20 A  Yes.
21 Q  When was that?
22 A  I'm not sure.

Page 47

1     I know I got a memo stating that he -- I got a
2  copy of a memo stating -- to Trina -- stating that he
3  wanted to exceed my appointment -- or extend my
4  appointment.
5  Q  Okay. But you just said that your appointment
6  was -- you thought it was for four years?
7  A  Well, maybe that was the extension.
8  Q  Okay.
9     So, you're not -- you're not certain when your
10 first position as a law clerk -- that temporary
11 position expired.
12 A  No.
13 Q  And you said that you received an e-mail from
14 Ms. Petty.
15    Did you know who had recommended you for the
16 law clerk position?
17 A  No.
18 Q  Do you know who the selecting official was for
19 that position?
20 A  No.
21 Q  The initial position you received was a
22 temporary position.

Page 48

1  A  It was a term.
2  Q  As a law clerk.
3  A  Yes.
4  Q  Okay. And then what happened?
5  A  I passed the bar.
6  Q  Okay.
7  A  And I got a -- I got a memo asking that I
8  receive an 11, because I had become an attorney, I had
9  become licensed in the State of Maryland, and that
10 permitted my reclassification.
11 Q  Who did you receive the memo from?
12 A  I got a copy of the memo sent to Trina from
13 Fred.
14 Q  So, Fred sent a memo to Trina.
15 A  Yes.
16 Q  And how did he end up writing that memo? Did
17 you have a discussion about it before hand?
18 A  No. I don't think so.
19 Q  So, he -- he never consulted with you; he just
20 sent the memo to Trina and also to you at the same
21 time?
22 A  I'm not sure what you mean by "consulted."

Page 49

1  Q He never said congratulations, I'm now going
2  to -- I'm now going to give you a GS-11 attorney
3  position.
4  A No. But I did tell them that I passed the
5  bar.
6  Q Okay.
7    So, the first time you learned that you were
8  going to be -- you were going to receive an attorney
9  position was when you got this memo?
10  A I think so.
11  Q Okay. And was there any other paperwork
12  associated with you receiving an attorney position?
13  A Oh, I had to submit a certificate of good
14  standing from my state bar. So, I guess I gave that to
15  Fred.
16  Q Okay. And what -- what exactly did the memo
17  indicate?
18  A That I had been licensed to practice law and
19  that merited a grade increase.
20  Q So, what exactly was your new grade?
21  A Eleven.
22  Q And what was your old grade?

Page 50

1  A Nine.
2  Q Okay. And what was your new position title?
3  A Attorney.
4  Q And when did that become effective?
5  A December 2001.
6  Q And you didn't have to compete for that
7  position.
8  A No.
9  Q And was this position a term appointment, or
10  was it a permanent position?
11  A I think it was the same position but as an 11.
12  Q So, it was a term appointment.
13  A Yes.
14  Q Okay.
15    (Pause.)
16    BY MS. RICHARD:
17  Q In your declaration, you provide three
18  position descriptions for your positions as an attorney
19  at FDIC. Is that correct?
20  A Yes.
21  Q And the first position you had was as a
22  general attorney, GS-11?

Page 51

1  Is that correct?
2  A Yes.
3  Q And was the GS-11 the highest grade that you
4  could go to under this position description?
5  A Yes.
6  Q And was the position description you submitted
7  as part of your declaration specific for your position,
8  or just the general, you know, attorney position?
9  A I don't know.
10  (Pause.)
11    (Vosburg Exhibit 2 was marked
12    for identification.)
13    BY MS. RICHARD:
14  Q Are these your initials right here on the
15  position description?
16  A Yes.
17  Q Okay. And so -- I think there got cut off,
18  but it was signed on 9/27/01?
19    MR. COSGROVE: Excuse me. What are you
20  looking at?
21    MS. RICHARD: This is -- these were the --
22  this was the position descriptions attached to her

Page 52

1  declaration.
2    MR. COSGROVE: Okay.
3    Well, it's unclear to me as to where you mean
4  when you say --
5    MS. RICHARD: Oh, right here, initials.
6    MR. COSGROVE: Are these your initials?
7    MS. RICHARD: Yeah.
8    MR. COSGROVE: And that's in block --
9    THE WITNESS: No, those aren't my initials.
10    MS. RICHARD: Okay.
11    MR. COSGROVE: Okay.
12    THE WITNESS: Down at the bottom.
13    BY MS. RICHARD:
14  Q Oh, so, these are your initials down here.
15  Okay. Yeah.
16    MR. COSGROVE: Okay.
17    MS. RICHARD: Sorry.
18    I'm just trying to clarify --
19    BY MS. RICHARD:
20  Q Was this the general position description, or
21  did you have to sign off on -- on this position
22  description --

Page 53

1  A  No, I didn't have to sign off.
2  Q  So, this is just a position description for
3  your position signed off by your supervisors and the
4  associate director.
5  A  Yes.
6  Q  Okay.
7     So, you didn't -- you didn't sign off on this
8  document.
9     Okay. That's fine. And so, again, though,
10 this -- the GS-11 position was the full performance
11 level for this position.
12 A  Yes.
13 Q  Oh, CG. Sorry.
14 A  Yes.
15 Q  Okay.
16    So, then, your second position -- the second
17 position description you submitted was for attorney
18 advisor, CG-12.
19 A  Yes.
20 Q  And when did you receive that position?
21 A  I believe it was February of 2003.
22 Q  And how did you receive this position?

Page 54

1  A  I had a desk audit.
2  Q  And how did that come about?
3     (Pause.)
4     THE WITNESS: I had a conversation with Fred,
5  maybe -- about the amount of work that I was doing.
6     BY MS. RICHARD:
7  Q  And when did you have this conversation?
8  A  I don't remember.
9  Q  Well, you said you received this position in
10 2003, you believe?
11 A  I think so. I think it was February 2003.
12 Q  Okay. And so, it was prior to that?
13 A  Yes.
14 Q  Was it a month prior to that, two months prior
15 to that?
16 A  Let's see.
17    I think it was a few months prior, a month or
18 two prior.
19    I just finished working on a big personnel
20 case, I think.
21 Q  And how did the discussion come up? Did you
22 instigate it?

Page 55

1  A  I don't remember at all.
2  Q  Tell me everything you can about how it came
3  about that you got the desk audit.
4     (Pause.)
5     THE WITNESS: That's really all I remember.
6     MS. RICHARD: Okay.
7     BY MS. RICHARD:
8  Q  And do you recall that, during the time
9  between you became a grade 11 and grade 12 attorney,
10 you had to seek an extension for your term appointment?
11    (Pause.)
12    THE WITNESS: Yeah. If my first appointment
13 was only for a year, I would have had to seek a term
14 extension.
15    BY MS. RICHARD:
16 Q  How did you go about doing that?
17 A  I had a conversation with Fred.
18 Q  When did you have that conversation?
19 A  I don't know. Probably before the end of my
20 term.
21 Q  And do you recall exactly when the term ended?
22 A  Probably a year after I got the appointment.

Page 56

1  Q  Okay.
2  A  I don't know exactly.
3  Q  And what did the discussion with Fred entail?
4  A  Probably the -- I don't know. I don't
5  remember exactly.
6  Q  Do you recall expressing concern to him about
7  still being in that term position?
8  A  No, I don't remember what we were -- what was
9  said.
10 Q  So, do you know how you ended up getting the
11 term extended?
12 A  Fred wrote a memo to Trina, and my term was
13 extended.
14 Q  Did you receive a copy of that memo?
15 A  Yes.
16 Q  And what did it say?
17 A  That there was a great need for work at the
18 office -- or for -- for my work at the office, and
19 there was a request to extend the term for that reason.
20 Q  And this was in 2002, end of 2002?
21 A  Yes, I think so.
22 Q  Okay. And so, you were very busy at the

Page 57

1  office.
2  A  Yes.
3  Q  There was a lot of work to be done.
4  A  Yes. I had a lot of work.
5  Q  Okay.
6     Then your third position description that you
7  submitted as part of your declaration was for an
8  attorney-advisor 13 position.
9     Is that correct?
10 A  Yes.
11 Q  And how did you come about getting that
12 position?
13 A  I applied for it, I guess in the fall of 2003.
14 Q  And how did you apply for this position?
15 A  I sent an application to the human resources
16 department.
17 Q  And how did you learn about this position?
18 A  I don't know.
19 Q  Was there a posting for the position?
20 A  Yes, there was a posting.
21 Q  How did you come about finding that posting?
22 A  It was on the internet.

Page 58

1  Q  And you found it on the internet?
2  A  It's possible.
3     I don't remember.
4  Q  Did anyone give you a heads-up that there
5  would be this position opening?
6  A  I don't remember.
7  Q  Did you discuss this position opening at all
8  with your supervisor, Mr. Gibson?
9  A  After I saw it, yeah.
10 Q  So, you didn't talk to him about it prior to
11 that.
12 A  I don't think so.
13 Q  You don't know how you learned about the
14 posting.
15 A  No, I don't remember how I learned about it.
16 There are -- it seems that there are postings sent out
17 all the time for jobs that are advertised in the OIG.
18 So, I may have heard about it that way. I don't
19 remember.
20 Q  And when you applied for this position, what
21 kind of paperwork did you do?
22 A  I submitted a -- an application -- a OF-612.

Page 59

1  Q  Who did you submit the application to?
2  A  Human Resources.
3  Q  Were you interviewed for this position?
4     (Pause.)
5     THE WITNESS: I don't think so.
6     BY MS. RICHARD:
7  Q  How did you learn of your selection for the
8  position?
9  A  Trina called me.
10 Q  What did she tell you?
11 A  You've been selected.
12 Q  Do you know who the selecting official was for
13 this position?
14 A  No.
15 Q  Did anyone at the office congratulate you when
16 you were selected for this position?
17 A  A lot of people did.
18 Q  Who?
19 A  A lot of my friends from Audit,
20 Investigations, and our office, counsel's office.
21 Q  Did you speak to Mr. Gibson about receiving
22 this position?

Page 60

1  A  Yes.
2  Q  What did he say?
3  A  Probably congratulations.
4  Q  And this was your first permanent position.
5  A  Yes. Well, not term, I guess.
6  Q  Not term position.
7     So, I bet you were pretty relieved to finally
8  have a permanent position?
9  A  I was glad to be working.
10    (Pause.)
11    MS. RICHARD: Can we take a break for a
12 minute?
13    (A discussion was held off the record.)
14    BY MS. RICHARD:
15 Q  What's your current grade and title now?
16 A  I'm a 14. I think I'm an attorney-advisor.
17 Q  And when did you receive this promotion?
18 A  In December.
19 Q  And how did you receive this promotion?
20 A  I got a memo from Fred that said -- to Trina -
21 - that said that I was in a career ladder position and
22 after one year of experience, I get a promotion.

Page 57 - Page 60

Page 61

1  Q  Okay.
2     Thank you.
3     MS. RICHARD: I think that's it.
4     (Whereupon, at 2:55 p.m., the deposition was
5  concluded.)
6              *****

Diversified Reporting Services, Inc. (202) 467-9200

**-1-**
**1** [3] 4:22 5:2,5
**10** [1] 35:6
**100** [1] 20:21
**10:09** [1] 1:27
**10th** [1] 2:12
**11** [3] 48:8 50:11 55:9
**11/05/02** [1] 46:14
**12** [1] 55:9
**1225** [2] 1:25 2:6
**1290** [1] 1:26
**13** [1] 57:8
**14** [1] 60:16
**171** [1] 44:4
**17th** [1] 2:12
**1997** [1] 5:21
**1998** [1] 6:8

**-2-**
**2** [1] 51:11
**20** [7] 7:18,19 10:22 11:10 11:16,21 30:14
**2000** [9] 8:4,5,21 9:10,11 12:14 13:7,20 16:6
**20005** [1] 2:7
**2001** [8] 6:12,16,21 35:22 36:1 42:6 46:9 50:5
**2002** [2] 56:20,20
**2003** [5] 24:10 53:21 54:10,11 57:13
**2006** [1] 1:19
**202** [2] 2:8,14
**20434** [1] 2:13
**21113** [1] 4:15
**2298** [1] 4:15
**2:55** [1] 61:4

**-3-**
**30** [3] 11:18,21 30:14

**-4-**
**4** [1] 5:13
**416-4230** [1] 2:14

**-5-**
**5** [1] 3:1
**51** [1] 3:2

**-6-**
**612** [1] 44:5

**-8-**
**8** [2] 1:19 10:22
**801** [1] 2:12
**842-0300** [1] 2:8

**-9-**
**9/27/01** [1] 51:18

**-A-**
**a.m** [1] 1:27
**ability** [1] 11:7
**above-entitled** [1] 1:23
**Act** [17] 22:2,22 23:10,14 24:3,6,13,19,21 25:4,9,11 25:16 26:19,22 27:1,4
**action** [1] 1:23
**address** [1] 4:14
**administrative** [1] 27:15
**admissible** [1] 19:9
**admitted** [2] 6:20 7:3
**Adriana** [4] 1:21 4:3,9 4:11
**advertised** [1] 58:17
**advisor** [1] 53:18
**affairs** [1] 6:1
**again** [2] 29:4 53:9
**against** [1] 29:9
**age** [1] 1:22
**agency** [4] 1:10,15 2:9 34:1
**allowed** [1] 11:8
**always** [2] 29:19 34:8
**amount** [1] 54:5
**analysis** [2] 26:21 29:2
**analyzing** [1] 26:2
**Andrea** [10] 13:8 14:8,16 16:11,19 17:5 18:6 19:16 28:2,11
**announcement** [7] 15:17 42:16,19 43:1,7,11 44:2
**answer** [4] 18:17,17 21:1 28:8
**answered** [1] 12:16
**APPEARANCES** [1] 2:1
**applicability** [1] 26:22
**application** [10] 15:12 16:3 23:17 25:8,19 37:13 44:1 57:15 58:22 59:1
**applied** [9] 15:18 16:1 23:19 24:1,9 42:17 43:19 57:13 58:20
**apply** [5] 15:2 24:4 37:7 43:15 57:14
**appointment** [12] 45:17 46:1,12,19 47:3,4,5 50:9 50:12 55:10,12,22
**appreciate** [1] 18:15
**arguments** [1] 28:16
**arise** [1] 24:6
**arranged** [2] 16:10 37:17
**aspect** [1] 29:8
**assigned** [2] 22:3,14
**assignment** [2] 21:21 21:22
**assignments** [12] 14:7

19:19 20:1,6,7,14 21:19 27:18,21 28:1,3,10
**assist** [1] 24:2
**assistant** [1] 41:14
**assisted** [1] 12:19
**assisting** [1] 25:2
**associate** [2] 23:19 53:4
**associated** [1] 49:12
**assuming** [1] 21:13
**attached** [1] 51:22
**attend** [1] 6:9
**attention** [1] 34:14
**attorney** [13] 12:21 14:17 26:16 48:8 49:2,8,12 50:3 50:18,22 51:8 53:17 55:9
**attorney-advisor** [2] 57:8 60:16
**attorneys** [10] 12:19 14:4 14:5,9 19:22 20:8,15,18 23:4 24:22
**attracted** [1] 15:22
**audit** [5] 25:21 26:7 54:1 55:3 59:19
**audits** [4] 24:6,17 25:8 27:1
**August** [4] 9:7,9,10,11
**authority** [1] 22:2
**aware** [1] 22:16

**-B-**
**B-u-d-o-w** [1] 7:15
**back-up** [1] 22:1
**background** [2] 3:1 28:18
**Baltimore** [3] 4:13,16 31:5
**banking** [1] 27:14
**bar** [16] 6:13,15,16,17,20 6:22 36:6,18 37:2 39:19 39:21 40:6 41:4 48:5 49:5 49:14
**barred** [1] 12:21
**became** [4] 8:1 21:3 26:10 55:9
**become** [4] 26:16 48:8,9 50:4
**beforehand** [1] 15:14
**behalf** [3] 1:22 2:2,9
**benefits** [1] 45:16
**Bernardo** [3] 13:8 16:11 28:2
**best** [2] 11:22 35:1
**bet** [1] 60:7
**Bethesda** [2] 7:9 8:15
**between** [6] 9:20 10:14 10:22 11:21 41:1 55:9
**big** [1] 54:19
**bit** [1] 12:13
**Black** [3] 13:9 33:22 34:6
**block** [1] 52:8
**born** [1] 4:12
**bottom** [1] 52:12

**break** [1] 60:11
**brief** [2] 28:21,22
**briefs** [1] 28:12
**bring** [1] 19:1
**brought** [1] 34:14
**Budow** [1] 7:15
**busy** [2] 30:10 56:22

**-C-**
**C** [1] 4:1
**career** [2] 32:15 60:21
**case** [1] 54:20
**cases** [5] 28:13,16,17,18 29:12
**Centennial** [1] 5:17
**certain** [3] 10:1 38:2 47:9
**certificate** [1] 49:13
**CG** [1] 53:13
**CG-12** [1] 53:18
**CHAIRMAN** [1] 1:12
**Chris** [2] 13:16 23:1
**City** [1] 5:17
**clarify** [2] 25:6 52:18
**classes** [5] 9:20 10:8,14 11:20 36:19
**clerk** [40] 7:10 8:1,22 12:7 13:11,12,17 14:21 15:17 17:14 19:4 21:4,15 22:6 23:9 25:17 26:11,15 27:7,10 28:4 29:5,10,16 30:11,16,17,18 32:10,19 33:7,20 34:18 35:5 36:12 40:13 45:4 47:10,16 48:2
**clerk/attorney** [3] 42:17 42:19 43:6
**clerks** [2] 33:8 40:5
**coaching** [1] 18:13
**college** [2] 5:18 6:2
**Columbia** [1] 1:25
**coming** [1] 41:5
**commencing** [1] 1:26
**COMMISSION** [1] 1:1
**communicated** [2] 23:4 33:10
**compete** [1] 50:6
**Complainant** [2] 1:7 2:2
**complaint** [1] 19:3
**complaints** [1] 29:8
**concern** [1] 56:6
**concluded** [1] 61:5
**conduct** [1] 27:10
**conference** [1] 27:14
**conferred** [1] 18:9
**confused** [1] 41:15
**congratulate** [1] 59:15
**congratulations** [4] 6:19 45:1 49:1 60:3
**Congress** [1] 34:15
**congressional** [1] 34:14
**considered** [2] 45:15,16
**consulted** [2] 48:19,22

**contact** [1] 18:7
**contacted** [1] 17:1
**context** [6] 24:17 26:2,2 27:1 28:20 29:1
**continue** [5] 8:14 9:12 33:9 35:11 36:8
**continuing** [1] 32:5
**contract** [1] 40:18
**contractor** [9] 40:11,14 40:16 41:17 42:1,4,8,14 43:5
**conversation** [9] 33:4 33:14 38:17 39:14 43:17 54:4,7 55:17,18
**conversations** [2] 37:18 41:5
**coordinate** [1] 23:5
**coordination** [2] 24:2 25:3
**copy** [3] 47:2 48:12 56:14
**CORP** [1] 1:13
**Corporation** [1] 2:11
**correct** [11] 4:20 5:13 8:12 12:22 24:15,16 30:12 31:11 50:19 51:1 57:9
**correlating** [1] 25:10
**COSGROVE** [11] 2:10 18:14,18,22 19:8 51:19 52:2,6,8,11,16
**Costa** [1] 6:4
**counsel** [11] 12:12 13:6 14:13,14,15,18 18:9 25:12 26:8 30:11 34:1
**counsel's** [3] 17:16 23:19 59:20
**couple** [2] 10:11 11:1
**course** [1] 24:6
**court** [2] 4:15 5:4
**coworkers** [1] 32:8
**credit** [1] 10:16
**current** [2] 4:14 60:15
**cut** [1] 51:17

**-D-**
**D** [1] 4:1
**D.C** [4] 1:18,26 2:7,13
**date** [1] 45:21
**DAVID** [1] 2:3
**days** [5] 10:1,11,13 11:2 11:3
**December** [3] 6:21 50:5 60:18
**decided** [2] 33:19 35:17
**decisions** [1] 32:3
**declaration** [4] 50:17 51:7 52:1 57:7
**degree** [1] 5:22
**department** [2] 43:21 57:16
**Deposit** [2] 1:13 2:11
**deposition** [2] 1:20 61:4
**deputy** [2] 14:14,18

Index Page 1

**describe** [2] 28:7 31:13
**description** [10] 3:2 23:22 51:4,6,15 52:20,22 53:2,17 57:6
**descriptions** [2] 50:18 51:22
**designated** [1] 18:1
**desk** [2] 54:1 55:3
**development** [1] 32:16
**difference** [1] 46:16
**different** [5] 14:5 19:22 23:18 25:4 40:9
**direct** [2] 24:20 25:10
**directly** [9] 21:17,18 22:16 24:18 31:19 34:15 34:22 35:5 41:8
**director** [1] 53:4
**disclosure** [1] 24:4
**discovery** [1] 19:5
**discuss** [2] 24:5 58:7
**discussed** [1] 33:18
**discussion** [8] 30:8 32:20 33:1 39:10 48:17 54:21 56:3 60:13
**District** [1] 1:24
**division** [3] 12:9 23:5 24:22
**document** [1] 53:8
**documents** [1] 26:3
**done** [5] 20:10,12 25:12 32:19 57:3
**down** [3] 37:21 52:12,14
**downstairs** [1] 16:19
**draft** [1] 28:5
**duly** [1] 4:4
**during** [14] 8:17,19 9:16 23:9 24:6 26:14,15 30:17 33:9,14 34:19,19,20 55:8
**duties** [2] 23:18 27:3

-E-

**E** [2] 4:1,1
**e-mail** [3] 44:18,22 47:13
**Ed** [1] 1:23
**EEO** [2] 28:16,17
**EEO-related** [1] 28:12
**EEOC#100-2005-00927X** [1] 1:9
**effective** [1] 50:4
**efforts** [1] 32:4
**eight** [1] 11:15
**Eleven** [1] 49:21
**Ellicot** [1] 5:17
**Embassy** [1] 6:4
**employee** [5] 40:16 45:11,13,14,17
**employees** [1] 29:9
**EMPLOYMENT** [1] 1:1
**end** [6] 11:8 32:22 46:7 48:16 55:19 56:20

**ended** [5] 11:8 17:15 32:17 55:21 56:10
**entail** [1] 56:3
**EQUAL** [1] 1:1
**ESQ** [3] 2:3,4,10
**event** [1] 19:10
**events** [2] 19:2,6
**evidence** [1] 19:9
**exact** [4] 8:22 12:6 43:7 45:3
**exactly** [12] 12:9 15:1 33:2,3 36:13 41:18 46:6 49:16,20 55:21 56:2,5
**examination** [2] 4:6 22:2
**examined** [1] 4:5
**exceed** [3] 45:21 46:13 47:3
**Excuse** [1] 51:19
**executive** [1] 44:19
**Exhibit** [4] 4:22 5:2,5 51:11
**experience** [2] 25:15 60:22
**expired** [1] 47:11
**explain** [1] 25:14
**express** [2] 38:10,13
**expressed** [1] 38:12
**expressing** [1] 56:6
**extend** [3] 46:18 47:3 56:19
**extended** [2] 56:11,13
**extension** [3] 47:7 55:10 55:14
**extra** [1] 10:14
**Eye** [1] 2:6

-F-

**facts** [1] 29:3
**fall** [8] 9:6 23:7,13 24:14 24:21 33:6 36:12 57:13
**FDI** [1] 22:2
**FDIC** [12] 8:2,22 9:5,13 11:1 14:21 36:17 39:18 40:2,8 45:17 50:19
**FDICEO-050002** [1] 1:11
**February** [3] 1:19 53:21 54:11
**Federal** [2] 1:13 2:11
**few** [2] 27:8 54:17
**Fewell** [2] 13:9 41:14
**FIELD** [1] 1:2
**file** [1] 5:9
**filed** [1] 29:8
**fill** [2] 42:8,9
**filled** [3] 5:7,10 44:4
**finally** [1] 60:7
**finding** [1] 57:21
**fine** [1] 53:9
**finished** [2] 37:13 54:19

**firm** [3] 7:9,14 8:15
**first** [22] 4:4 7:13 8:14 11:9 12:14 17:7 21:6,8,10 22:8 26:10 30:20 31:1 33:21 34:2,18 38:4 47:10 49:7 50:21 55:12 60:4
**fit** [1] 18:17
**Floor** [1] 2:12
**focusing** [1] 29:4
**FOIA** [1] 22:22
**FOIAs** [1] 22:20
**follows** [1] 4:5
**form** [2] 28:9 44:4
**formal** [2] 38:17 39:2
**former** [1] 33:7
**formulating** [1] 28:15
**found** [3] 5:8 30:4 58:1
**four** [5] 10:12 11:2 19:22 46:2 47:6
**four-year** [1] 46:12
**Frank** [1] 38:7
**Fred** [33] 13:9 14:8,14 15:10,11,14 16:7,18,20 17:3 18:3 19:15,19 20:2,7 20:15 22:1,14 28:11 30:2 33:11 38:14,19 40:20 42:12 48:13,14 49:15 54:4 55:17 56:3,12 60:20
**Freedom** [14] 22:21 23:10,14 24:2,5,13,18,20 25:3,11,16 26:18,22 27:4
**Fridays** [1] 10:9
**friends** [1] 59:19
**Froehlich** [1] 13:8
**front** [1] 5:5
**full** [2] 4:8 53:10
**full-time** [6] 8:17 9:5,15 22:9 31:6 45:7
**future** [1] 33:8

-G-

**G** [1] 4:1
**gauge** [1] 11:5
**Geiseler** [1] 13:16
**general** [5] 12:11 17:11 50:22 51:8 52:20
**George** [1] 6:10
**Gibson** [16] 13:9 16:8 18:4 19:15 27:21 31:10 31:12,14,20 38:7 39:14 41:5 43:10 46:18 58:8 59:21
**given** [4] 10:21 17:7,11 17:12
**glad** [1] 60:9
**gone** [1] 4:10
**good** [6] 16:2 31:15,18 34:8 39:1 49:13
**grade** [8] 45:5 49:19,20 49:22 51:3 55:9,9 60:15
**graduate** [2] 5:20 6:11
**graduated** [6] 35:20 36:3 36:11,15 37:11 38:3

**great** [2] 38:20 56:17
**Greenberg** [1] 1:24
**GRUENBERG** [1] 1:12
**GS-11** [4] 49:2 50:22 51:3 53:10
**GS-13** [1] 23:17
**GS-13-level** [1] 24:1
**guess** [8] 11:22 23:18 25:5 35:6 45:18 49:14 57:13 60:5
**guide** [1] 33:8

-H-

**hallway** [1] 38:18
**hand** [1] 48:17
**handwriting** [1] 5:8
**Harkins** [1] 13:9
**heads-up** [1] 58:4
**heard** [1] 58:18
**held** [5] 30:8 39:10 42:4 42:13 60:13
**hey** [1] 38:19
**high** [2] 5:15,17
**highest** [1] 51:3
**hired** [5] 14:20,21 15:1,8 31:10
**Hispanic** [1] 4:21
**history** [1] 22:1
**hold** [1] 42:1
**hour** [1] 10:19
**hours** [11] 7:17 9:18 10:12,22 11:2,7,11,15,21 13:21 30:14
**human** [4] 43:21 44:18 57:15 59:2

-I-

**identification** [2] 5:3 51:12
**imagine** [1] 11:19
**immediately** [1] 36:16
**included** [1] 44:3
**including** [1] 29:2
**increase** [1] 49:19
**indicate** [1] 49:17
**individuals** [1] 12:17
**information** [16] 22:22 23:10,14 24:3,5,13,19,21 25:3,11,16,21,22 26:18 27:1,4
**informed** [1] 20:17
**initial** [1] 47:21
**initials** [5] 51:14 52:5,6 52:9,14
**Inspector** [2] 12:11 17:11
**instigate** [1] 54:22
**Insurance** [2] 1:13 2:11
**interest** [3] 38:10,12,13
**intern** [2] 9:2 40:10
**International** [1] 6:1

**internet** [2] 57:22 58:1
**interns** [1] 17:10
**internship** [1] 10:16
**interview** [7] 15:5 16:7 16:12,14,21 44:11,14
**interviewed** [6] 15:10 15:11 16:17,18 31:12 59:3
**investigation** [1] 34:13
**investigations** [5] 24:7 24:17 25:9 27:2 59:20
**investigative** [2] 25:22 27:13
**invoices** [1] 42:9
**involving** [2] 25:8 27:14
**issue** [1] 24:6
**issues** [6] 24:16 25:20 26:7 27:4,13,14

-J-

**James** [1] 5:19
**job** [3] 14:21 16:21 17:3
**jobs** [2] 15:20 58:17
**July** [2] 6:16 39:21
**June** [4] 8:5 36:19,21 39:18

-K-

**K** [2] 1:5 2:4
**keep** [1] 20:17
**kept** [1] 41:7
**kind** [8] 10:16 13:2 26:5 27:12,20 37:12 42:7 58:21
**kinds** [1] 27:13
**knew** [1] 20:21

-L-

**ladder** [1] 60:21
**Larry** [6] 13:8 14:8,18,18 28:2,11
**last** [6] 23:7,13 24:13,21 25:12 30:17
**law** [65] 6:2,6,11 7:5,9,9 8:1,15,21 9:6 11:6 12:7 13:11,12,17 14:21 15:17 15:18 17:14 19:3 21:3,15 22:6,10 23:9 25:17 26:11 26:15 27:7,9 28:4 29:2,5 29:10,16 30:11,16,17,18 31:17 32:6,9,19 33:7,8,20 34:18 35:5,20 36:3,10,12 36:15 37:14 38:8 40:5,13 42:16,19 43:6 45:4 47:10 47:16 48:2 49:18
**lawful** [1] 1:22
**laws** [2] 27:5,15
**lawyer** [1] 31:18
**lead** [1] 19:8
**learn** [8] 18:5,21 32:5 38:4 40:17 42:22 57:17 59:7
**learned** [4] 19:14 49:7 58:13,15

left [3] 33:7 41:1,21
legal [11] 9:2 12:16,18
  23:4 24:22 27:10,20 28:8
  32:3 41:14,16
Less [1] 7:18
level [1] 53:11
liability [1] 27:14
licensed [2] 48:9 49:18
life [2] 4:17,19
limitation [2] 11:6,11
limited [1] 45:11
line [1] 18:22
litigation [4] 12:19
  28:21 29:1,7
live [1] 4:16
lived [1] 4:18
looked [1] 15:19
looking [1] 51:20
looks [1] 5:11

-M-
Madison [1] 5:19
main [1] 18:7
majority [2] 19:19 20:6
management [1] 29:9
manner [1] 26:19
March [1] 16:4
mark [1] 4:22
marked [2] 5:2 51:11
MARTIN [1] 1:12
Maryland [6] 4:15,18
  7:1,2,2 48:9
materials [2] 37:13
  43:20
may [10] 8:4,21 9:4 12:13
  13:7,19 24:6 36:1,16
  58:18
mean [8] 15:1,2 33:5
  40:15 41:13 45:10 48:22
  52:3
means [1] 45:20
meant [1] 35:11
meet [3] 21:6 33:21 34:2
meeting [1] 39:3
member [1] 34:15
memo [13] 47:1,2 48:7,11
  48:12,14,16,20 49:9,16
  56:12,14 60:20
memoranda [2] 28:5,9
mention [2] 33:15 35:13
merited [1] 49:19
met [2] 16:19 21:13
MICHAEL [1] 2:10
might [1] 36:19
minute [2] 39:8 60:12
month [2] 54:14,17
months [6] 42:3,14,15
  43:6 54:14,17
mostly [2] 12:18 22:20
motion [2] 28:22 29:1
move [1] 12:13

Ms [42] 4:7,22 5:4,5,6
  18:11,15,19,20 19:5,11
  19:13 21:3,6,14 22:13,16
  30:9 33:22 34:6 39:11,12
  44:15 46:4 47:14 50:16
  51:13,21 52:5,7,10,13,17
  52:19 54:6 55:6,7,15 59:6
  60:11,14 61:3
MSPB [1] 29:12
must [6] 5:11 32:21 33:5
  33:10 37:5 38:12

-N-
N [1] 4:1
N.W [3] 1:26 2:6,12
name [3] 4:8,10 7:14
near [1] 46:7
need [1] 56:17
needed [4] 20:10,12
  29:22 39:2
never [5] 23:9 33:18
  35:16 48:19 49:1
new [2] 49:20 50:2
nice [1] 16:16
Nine [2] 45:6 50:1
Noble [1] 7:15
Notary [1] 1:24
Note [1] 5:4
noted [1] 19:11
notification [1] 46:6
November [4] 42:6,21
  46:8,9
now [7] 5:7 21:18 24:9
  31:10 49:1,2 60:15
NTE [2] 45:19 46:19
number [1] 10:12

-O-
O [1] 4:1
oath [1] 17:12
object [2] 18:12,22
objection [1] 19:11
obviously [2] 29:2 33:5
occur [1] 32:20
Odenton [1] 4:15
OF-612 [1] 58:22
off [10] 30:8 36:6 39:10
  42:11 51:17 52:21 53:1,3
  53:7 60:13
office [31] 1:2 12:11,11
  12:18 13:5,6 14:7 16:12
  17:6,7,10,12,12,13,16,19
  19:7,22 21:7 23:19 25:12
  26:8 30:11 41:7 42:10
  56:18,18 57:1 59:15,20
  59:20
offices [1] 1:25
official [2] 47:18 59:12
officially [1] 6:20
OIG [4] 24:4 27:14 29:8
  58:17
OIG's [1] 34:14

old [1] 49:22
once [1] 23:1
one [7] 16:17 18:7 21:16
  21:20 23:13 35:1 60:22
one-year [1] 46:13
opening [2] 58:5,7
operations [1] 24:4
OPM [1] 15:20
opportunities [1] 33:9
OPPORTUNITY [1]
  1:1
option [1] 38:11
optional [1] 44:4
orders [1] 18:8
organization's [1] 29:9
orientation [1] 17:9

-P-
P [1] 4:1
P.C [1] 2:5
p.m [1] 61:4
package [2] 44:1,3
paperwork [4] 42:7,11
  49:11 58:21
paralegal [2] 13:3,4
part [8] 10:10,15,16 27:3
  30:21 38:1 51:7 57:7
part-time [2] 9:15,16
particularly [1] 14:6
pass [2] 6:17,22
passed [2] 48:5 49:4
passing [1] 38:19
past [1] 32:19
Pat [5] 13:9 14:8,13 28:3
  28:11
Pause [9] 44:13 46:3
  50:15 51:10 54:3 55:4,11
  59:4 60:10
people [4] 14:4,9 17:15
  59:17
percent [3] 20:5,16,22
percentage [3] 20:13,14
  27:6
performance [1] 53:10
perhaps [1] 12:19
period [2] 37:10 38:2
permanent [8] 19:6
  45:11,13,15,17 50:10 60:4
  60:8
permanently [1] 33:15
permitted [1] 48:10
person [2] 16:17 17:18
personnel [2] 5:9 54:19
Petty [2] 44:20 47:14
place [1] 7:3
placed [2] 5:5 11:6
Plaintiff [1] 1:23
posed [2] 12:16 28:8
position [88] 3:2 8:7,22
  12:6 14:11 15:3,5,17,22
  19:7 23:17,20,22 24:1,9

32:10 37:7,9,13 40:18
42:2,4,8,14,17,19 43:3,5
43:6,17,19 44:12,17 45:2
45:3,8 47:10,11,16,19,21
47:22 49:3,9,12 50:2,7,9
50:10,11,18,21 51:4,6,7,8
51:15,22 52:20,21 53:2,3
53:10,11,16,17,20,22 54:9
56:7 57:6,8,12,14,17,19
58:5,7,20 59:3,8,13,16,22
60:4,6,8,21
positions [2] 16:1 50:18
possible [4] 11:4 38:22
  43:12 58:2
posted [1] 15:17
posting [4] 57:19,20,21
  58:14
postings [1] 58:16
practice [3] 7:3 32:5
  49:18
prepare [1] 28:12
pretty [2] 27:16 60:7
primarily [1] 27:17
primary [3] 18:1,5 19:18
privacy [9] 23:10 24:3,5
  25:4,9,20 26:19,22 27:4
problems [1] 24:4
process [1] 20:9
product [1] 24:8
project [5] 22:3,12,17
  30:1 34:21
projects [10] 14:2,3
  22:15 27:12,13 31:20
  34:10,12 35:2,4
promotion [3] 60:17,19
  60:22
provide [2] 28:18 50:17
public [3] 1:24 25:21
  26:1
put [1] 20:13

-Q-
questioning [1] 19:1
Questionnaire [1] 3:1
questions [2] 12:16
  27:15

-R-
R [1] 4:1
race [2] 4:20 5:12
Raindrop [1] 4:15
reached [1] 37:4
really [12] 11:5,9,10
  16:15 21:11 22:7,19 26:20
  28:21 37:16 41:3 55:5
reason [3] 15:21 33:6
  56:19
receive [10] 19:19 27:20
  48:8,11 49:8 53:20,22
  56:14 60:17,19
received [6] 20:7 46:6
  46:12 47:13,21 54:9
receiving [2] 49:12

59:21
reclassification [1]
  48:10
recollect [1] 10:21
recollection [1] 12:7
recommend [1] 15:7
recommendation [3]
  44:7,8,10
recommended [2] 32:17
  47:15
record [5] 4:8 5:4 30:8
  39:10 60:13
Redmond [1] 13:11
referring [1] 25:19
regarding [1] 34:13
regulations [1] 27:15
relate [1] 25:9
related [3] 12:20 24:3
  25:8
relationship [3] 31:14
  34:6 39:2
relationships [1] 32:7
releasable [1] 26:1
releasing [1] 25:21
relevant [1] 19:6
relieved [1] 60:7
remember [40] 9:3,8,19
  10:5,7 17:4,20,21 19:17
  21:9 22:8 27:16 29:16
  31:3 32:21 33:2,3 34:4,8
  35:1,3 37:5 38:6,16 39:15
  40:22 41:18 43:4,14 44:14
  46:6 54:8 55:1,5 56:5,8
  58:3,6,15,19
remotely [1] 19:2
reporter [1] 5:5
reports [2] 25:21,22
request [8] 23:3,5 24:13
  24:19,21 25:11,16 56:19
requests [6] 22:22 23:11
  24:3 25:4 26:19,20
required [1] 44:1
requirement [3] 7:18
  11:8,11
requirements [1] 10:19
research [4] 12:18 20:11
  27:10,20
resolve [1] 24:5
resources [4] 43:21
  44:19 57:15 59:2
respond [1] 16:15
responding [5] 24:18,20
  25:11 28:20 29:8
response [2] 23:5 28:22
responses [2] 24:2 25:3
responsibilities [1]
  23:18
resulting [1] 24:7
Rica [1] 6:5
RICHARD [34] 2:4 4:7
  4:22 5:4,6 18:11,15,19,20
  19:5,11,13 30:9 39:11,12
  44:15 46:4 50:16 51:13

51:21 52:5,7,10,13,17,19
54:6 55:6,7,15 59:6 60:11
60:14 61:3
**right** [6] 6:2 16:21 36:18
41:22 51:14 52:5
**Rojas** [2] 4:9,11

─── -S- ───

**S** [2] 2:10 4:1
**sample** [1] 44:5
**saw** [1] 58:9
**schedule** [2] 10:3,4
**school** [23] 5:16,17 6:3,7
6:9,11 7:6 9:6 10:17 11:6
15:18 22:10 31:4 32:18
33:10 34:19 35:17,20 36:4
36:10,15 37:14 38:8
**second** [7] 7:12,16,21
8:11,12 53:16,16
**see** [1] 54:16
**seek** [2] 55:10,13
**sees** [1] 18:17
**selected** [4] 44:16 45:1
59:11,16
**selecting** [2] 47:18 59:12
**selection** [3] 19:3,7 59:7
**semester** [5] 7:12,17,21
9:8,16
**senior** [2] 14:14,16
**sent** [6] 16:2 48:12,14,20
57:15 58:16
**separate** [1] 14:3
**September** [3] 40:3,9
42:5
**set** [2] 10:12,19
**Shapiro** [3] 1:25 2:3,5
**Sharpe** [6] 1:5 21:3,6,15
22:13,17
**showed** [1] 17:18
**sign** [3] 52:21 53:1,7
**signed** [3] 42:11 51:18
53:3
**sitting** [1] 37:21
**Sixty-five** [1] 20:16
**someone** [3] 15:7 18:1
38:11
**sometime** [2] 40:22 46:7
**somewhere** [2] 11:21
19:1
**sorry** [3] 39:15 52:17
53:13
**sounds** [1] 12:1
**space** [1] 17:7
**Spanish** [1] 6:1
**speak** [5] 38:7 41:10
43:10,13 59:21
**specific** [4] 26:2 34:10
45:21 51:7
**specifically** [4] 21:16
35:3 37:20 41:3
**spoke** [3] 35:16 41:8,9
**STACEY** [1] 1:5

**Stacy** [1] 13:9
**standing** [1] 49:14
**start** [4] 6:6 13:15,18 26:5
**started** [14] 7:12,16,21
8:7,21 9:8 12:14 21:7 22:9
25:15 26:7,14 34:3 36:18
**starting** [1] 13:6
**state** [3] 4:8 48:9 49:14
**statement** [2] 24:15 25:7
**STATES** [1] 1:1
**stating** [3] 47:1,2,2
**stay** [7] 32:18 33:19 35:17
37:22 38:2,7,20
**stayed** [1] 39:7
**staying** [4] 32:16 33:15
35:14 37:19
**STEPHANIE** [1] 2:4
**still** [4] 11:19 26:15 41:15
56:7
**stopped** [5] 36:10,16,17
36:20 39:18
**Street** [3] 1:26 2:6,12
**stressful** [1] 16:16
**studied** [2] 36:6 39:19
**studying** [3] 40:5 41:4
41:11
**subject** [1] 19:2
**submit** [6] 15:12 37:12
43:20,22 49:13 59:1
**submitted** [4] 51:6 53:17
57:7 58:22
**suggest** [1] 40:21
**suggested** [1] 40:19
**Suite** [1] 1:26
**summarize** [1] 28:17
**summer** [16] 8:6,11,12
8:18,19 22:9 26:11 31:1,4
31:7 32:17,22 34:19,20
36:6 40:5
**supervisor** [7] 12:17
18:2,5 19:15,18 38:9 58:8
**supervisors** [1] 53:3
**supportive** [13] 31:22
32:2,3,4,5,7,11,13 34:9
35:7,9,10,12
**supposed** [1] 19:8
**Survey** [1] 3:1
**Swick** [2] 1:25 2:5
**sworn** [1] 4:5

─── -T- ───

**taking** [1] 36:18
**taught** [1] 31:17
**temporary** [3] 45:7
47:10,22
**Teresa** [5] 13:8 41:9,10
41:13,14
**term** [19] 45:9,11,12,14
45:17 46:1 48:1 50:9,12
55:10,13,20,21 56:7,11
56:12,19 60:5,6

**testified** [1] 4:5
**Thank** [3] 18:19 19:12
61:2
**Thanks** [1] 5:15
**theory** [1] 36:11
**third** [1] 57:6
**thought** [1] 47:6
**three** [10] 10:12 11:2 19:9
29:17,18 42:3,14,15 43:6
50:17
**Thursdays** [1] 10:8
**Tim** [1] 13:11
**title** [8] 8:22 12:6 40:9,12
43:7 45:3 50:2 60:15
**titles** [1] 14:11
**together** [1] 21:19
**took** [3] 6:16 36:6 39:21
**touch** [1] 41:7
**Trina** [9] 44:18,20 47:2
48:12,14,20 56:12 59:9
60:20
**Try** [1] 10:7
**trying** [1] 52:18
**Tuesdays** [1] 10:8
**two** [5] 17:15 29:17,18
54:14,18
**type** [1] 25:15
**types** [1] 26:3

─── -U- ───

**unclear** [1] 52:3
**under** [2] 5:12 51:4
**UNITED** [1] 1:1
**University** [2] 5:19 6:10
**up** [5] 17:15 19:1 48:16
54:21 56:10
**USA** [1] 15:20
**used** [1] 28:15
**using** [1] 12:18
**usually** [3] 11:1 12:1
30:2

─── -V- ───

**v** [1] 1:9
**vacancy** [5] 15:16 42:16
42:18,22 44:2
**vacation** [1] 23:1
**versus** [1] 20:15
**Vosburg** [6] 1:21 4:3,9
5:2,5 51:11

─── -W- ───

**Washington** [6] 1:2,18
1:26 2:7,13 6:10
**ways** [1] 32:14
**Wednesday** [1] 1:19
**Wednesdays** [1] 10:9
**week** [5] 10:22 11:21
13:22 21:10 30:14
**Westlaw** [1] 12:18

**white** [2] 4:20 5:13
**wise** [1] 20:14
**Within** [1] 21:10
**witness** [12] 1:22 4:4
18:9,10,13 44:14 52:9,13
54:4 55:5,12 59:5
**worked** [32] 6:4 7:9,20
8:1 10:22 11:10,14 13:5,6
13:12,17,22 14:3 21:15
21:17,20 22:20 23:2 24:13
24:16 26:18 27:7 30:14
30:19,20,21,22 31:2,6,19
34:1,21
**writing** [7] 28:14,15,21
28:22 32:4 44:5 48:16
**written** [1] 20:11
**wrote** [3] 5:12 23:17
56:12

─── -X- ───

**x** [2] 1:3,17

─── -Y- ───

**year** [20] 5:20 6:4,6 7:11
7:13 8:11,13,14 11:9
25:12 30:17,20 32:18
33:10 34:18,19 35:17
55:13,22 60:22
**years** [3] 19:10 46:2 47:6
**yourself** [1] 30:4



FEB 28 2006