UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

- - - - - - - - - - - - - - - -x
                      :
STACEY K. SHARPE,         :
                      :
        Complainant,   :
                      :
      v.             : EEOC #100-2005-
                      00927X
                    : Agency #FDICEO-
                    050002
MARTIN GRUENBERG, CHAIRMAN,  :
FEDERAL DEPOSIT INSURANCE CORP.:
                      :
        Agency.       :
                      :
- - - - - - - - - - - - - - - -x

Washington, D.C.

Wednesday, March 15, 2006

Deposition of

THERESA D. FEWELL

a witness of lawful age, taken on behalf of the

Complainant in the above-entitled action, before Ed

Greenberg, Notary Public in and for the District of

Columbia, in the offices of Swick & Shapiro, P.C.,

1225 I Street, Northwest, Washington, D.C.,

commencing at 10:03 a.m.

Diversified Reporting Services, Inc.
202-467-9200

2 (Pages 2 to 5)

Page 2

APPEARANCES:

On Behalf of the Complainant:

DAVID SHAPIRO, ESQ.
STEPHANIE RICHARD, ESQ.
Swick & Shapiro
1225 I Street, N.W., Suite 1290
Washington, D.C.  20005

On Behalf of the Agency:

MICHAEL COSGROVE, ESQ.
Federal Deposit Insurance Corporation
3501 Fairfax Drive, Room E-9054
Arlington, VA  22226
(703) 562-6342

---

Page 3

C O N T E N T S

EXAMINATION BY:                                PAGE

    Counsel for Complainant                      4

---

Page 4

1          P R O C E E D I N G S
2    Whereupon,
3              THERESA D. FEWELL
4    was called as a witness and, having been first duly
5    sworn, was examined and testified as follows:
6              EXAMINATION
7       BY MR. SHAPIRO:
8       Q    Could you state your full name, please,
9    ma'am?
10      A    Theresa Denise Fewell.
11      Q    And where do you live?
12      A    Suitland, Maryland.
13      Q    And can you give us your address?
14      A    4206 Skyline Drive, Suitland, Maryland
15   20746.
16      Q    And the home phone number?
17      A    301-735-0096.
18      Q    Are you a married woman?
19      A    No.
20      Q    Do you own that property?
21      A    Yes.
22      Q    Any plans to move?

---

Page 5

1       A    No.
2       Q    How old are you, ma'am?
3       A    40.
4       Q    And are you currently employed?
5       A    Yes, I am.
6       Q    And where are you employed?
7       A    Federal Deposit Insurance Corporation.
8       Q    How long have you worked there?
9       A    Fifteen-and-a-half years.
10      Q    And what is your current job?
11      A    Legal assistant.
12      Q    And your grade?
13      A    8.
14      Q    How long have you been a legal assistant?
15   How long has that been your job title?
16      A    Since, I think, 2001.
17      Q    And how long have you been an 8?
18      A    Since 2001, same time.
19      Q    What is the series, legal assistant?
20      A    985, I think. 0985 is the whole thing.
21      Q    And prior to being a legal assistant, what
22   was your job title?

Page 6

| 1 | A | Secretary. |
| 2 | Q | And the series of that? |
| 3 | A | 318, I believe. |
| 4 | Q | And you were a 6? |
| 5 | A | I was a 7 before I was an 8. |
| 6 | Q | And how long were you a 7? How long did |
| 7 | | you hold a 7 grade? |
| 8 | A | I'm really not sure. I think about two |
| 9 | | years, but I'm not -- |
| 10 | Q | And before that, you were a 6? |
| 11 | A | I was a 6. |
| 12 | Q | As a secretary. |
| 13 | A | As a secretary. |
| 14 | Q | How long were you a 6? |
| 15 | A | I took a downgrade when I came to the FDIC. |
| 16 | | So, I was a 7 at the Department of |
| 17 | | Agriculture. |
| 18 | | When I got to FDIC, I went down to a 6, and |
| 19 | | then I went up to a 7 again, so -- |
| 20 | Q | Okay. And you only went up to a 7, say, |
| 21 | | for two years before you became an 8. |
| 22 | A | I'm not positive when I -- |

Page 7

| 1 | Q | I understand. |
| 2 | A | -- got the 7. |
| 3 | Q | I'm asking for your best -- best |
| 4 | | recollection. |
| 5 | A | I'm guessing two years, but it might have |
| 6 | | been longer. |
| 7 | Q | Okay. |
| 8 | A | And I was a 6 when I came to FDIC in 1990. |
| 9 | | Well, I took a 6 when I got there in '90. |
| 10 | | (Pause.) |
| 11 | | BY MR. SHAPIRO: |
| 12 | Q | And where were you before the FDIC? |
| 13 | A | The Department of Agriculture. |
| 14 | Q | And you were a GS-7 there? |
| 15 | A | Yes. |
| 16 | Q | A secretary? |
| 17 | A | Yes. |
| 18 | Q | GS-7 secretary? |
| 19 | A | Yes. |
| 20 | Q | Now, since you've been at the FDIC, have |
| 21 | | you always worked in the Office of Counsel to the IG? |
| 22 | A | Yes. |

Page 8

| 1 | Q | Okay. |
| 2 | | So, you came there in 1990. |
| 3 | A | Yes. |
| 4 | Q | Prior -- your prior service at USDA, how |
| 5 | | long were you at the USDA? |
| 6 | A | Seven years. I started in 1983. |
| 7 | Q | And when you first started, what was your |
| 8 | | grade? |
| 9 | A | 2, clerk-typist. |
| 10 | Q | And you progressed through to a 7. |
| 11 | A | Yes. |
| 12 | Q | In the secretarial series. |
| 13 | A | Well, started as a clerk-typist and went up |
| 14 | | to secretary. |
| 15 | | (Pause.) |
| 16 | | BY MR. SHAPIRO: |
| 17 | Q | You're a high school graduate. |
| 18 | A | Yes, I am. |
| 19 | Q | And where did you go to high school? |
| 20 | A | H.D. Woodson Senior High in Washington, |
| 21 | | D.C. |
| 22 | Q | When did you graduate? |

Page 9

| 1 | A | 1983. |
| 2 | Q | Do you have any education beyond the high |
| 3 | | school level, formal education? |
| 4 | A | A little bit of college. |
| 5 | Q | A little bit of college. Where did you go |
| 6 | | to college? |
| 7 | A | At UDC at first, and later on, I took some |
| 8 | | classes at University of Maryland, University |
| 9 | | College. |
| 10 | Q | How many credits do you have? |
| 11 | A | I don't know. I don't know how many I |
| 12 | | carried from UDC. That was a long time ago. |
| 13 | | At Maryland, I have, I think -- it's either |
| 14 | | like 4 or 6. |
| 15 | Q | How long did you go to UDC? |
| 16 | A | I think one year, two years. |
| 17 | Q | Full-time? |
| 18 | A | No, part-time. |
| 19 | Q | Five courses? |
| 20 | A | No. |
| 21 | Q | Not that many. |
| 22 | A | No. I took, I believe, three courses at a |

4 (Pages 10 to 13)

Page 10

1  time. I was taking night classes while I was working
2  at USDA.
3      Q  Okay.
4          What did you study?
5      A  At UDC? I don't remember.
6      Q  How about at Maryland?
7      A  At Maryland, I took Introduction to Law --
8  Introduction to Law.
9      Q  Anything else?
10     A  Some classes that I didn't pass, accounting
11 classes.
12     Q  When was the last time you took courses?
13     A  I think it was 2002.
14     Q  That was at Maryland.
15     A  Yes.
16     Q  Was that the accounting courses?
17     A  No, that was paralegal. That's
18 Introduction to Law, paralegal.
19     Q  So, Introduction to Law is a paralegal
20 course?
21     A  Yes. It was in the paralegal certificate
22 program, but I only had the one class in the program.

Page 11

1      Q  Who paid for that class?
2      A  FDIC.
3      Q  All right. Did they pay for any of your
4  other classes?
5      A  No, I don't think so. They might have paid
6  for the accounting class. That was a long time ago.
7  I don't remember.
8      Q  Who suggested you take that class?
9      A  It was my idea.
10     Q  Your idea.
11     A  I wanted to take it.
12     Q  And who -- how did you know that FDIC would
13 pay?
14     A  Because -- well, they pay for a lot of
15 classes, but it was sort of in my -- I had to do an
16 IDP, and it was on my IDP. I had to do an IDP to
17 take the class.
18     Q  I see. And who did you do with the IDP
19 with? Your supervisor?
20     A  No. Trina Petty.
21     Q  Trina Petty. Your supervisor didn't have
22 to approve the IDP?

Page 12

1      A  No, he didn't.
2      Q  So, you could have taken any class and the
3  FDIC would have paid?
4      A  No. It went to -- I think, at the time,
5  Trina was doing training, and she had to review my
6  IDP to see if it was a course that could be paid.
7      Q  Okay. And you took that class back in
8  2002.
9      A  I think so.
10     Q  Okay.
11         I want to take a snapshot of the FDIC OIG
12 unit, the OIG counsel's unit when you first came
13 there.
14     A  Okay.
15     Q  Okay.
16         So, we're talking about 1990, right?
17     A  Okay.
18     Q  All right.
19         So, who was the counsel?
20     A  Larry Froehlich, F-r-o-e-h-l-i-c-h.
21     Q  Okay. And how many other lawyers worked
22 there?

Page 13

1      A  At that time, there was just Larry.
2      Q  Okay. And how many other people worked
3  there?
4      A  In counsel's office, just the two of us.
5          (Pause.)
6      BY MR. SHAPIRO:
7      Q  You were a CG-6 secretary.
8      A  Yes.
9      Q  Okay.
10         How long before there was another lawyer?
11     A  I'm not sure.
12     Q  Who was the other lawyer who came, the
13 first one?
14     A  Tom Coogan.
15     Q  Tom Coogan?
16     A  C-o-o-g-a-n.
17     Q  Now, Mr. Froehlich -- he was a white guy?
18     A  Yes.
19     Q  And same with Mr. Coogan?
20     A  Yes.
21     Q  Okay. And Mr. Coogan stayed for how long?
22     A  I don't know.

Page 14

1   Q   Okay.
2       Did another lawyer join the staff while Mr.
3   Coogan was there?
4   A   Yes.
5   Q   Who was that?
6   A   Andrea Bernardo.
7       (Pause.)
8   BY MR. SHAPIRO:
9   Q   Okay.  And she is a white female?
10  A   Yes.
11  Q   Okay.
12      So, at that point -- when was that?
13  A   I don't know when Andrea started --
14  Q   Okay.  But about how long had you been
15  there when it was three lawyers?
16  A   I don't know.  It was more than a year.  I
17  don't know.
18  Q   And anybody else join the staff, aside from
19  lawyers?
20  A   We had law clerks.
21  Q   Those were part-timers?
22  A   Part-time.

Page 15

1   Q   Or people in the summer?
2   A   No.  They were -- I think they worked
3   through the school year, as well.
4   Q   But part-time.
5   A   I'm not sure.  I don't know for sure.
6   Q   Okay.
7       They were law students?
8   A   Yes.
9   Q   And they worked in the summer, as well?
10  A   I think so.
11      I don't remember.
12  Q   Okay.
13      Now, there's three lawyers, and you're the
14  secretary.
15  A   Yes.
16  Q   Including the counsel.
17  A   Yes.
18  Q   Did there come a time when there was more
19  lawyers than that?
20  A   After FDIC merged with RTC.
21  Q   All right.
22      So, then there was a bigger office.

Page 16

1   A   Yes.
2   Q   Okay.
3       Who was in -- so, it was three lawyers and
4   yourself in the office, plus these law clerks --
5   A   Yes.
6   Q   Right?  Until the merger.
7   A   Yes.
8   Q   And then the merger happened.
9   A   Yes.
10  Q   Do you remember when the merger was?
11  A   '95 or '96.
12  Q   Right.
13      Okay.
14      After the merger --
15  A   It wasn't immediately after the merger.
16  Q   No, I understand, but after the merger of
17  the offices, after there is -- there's one office,
18  how many people were in the office?
19      How many lawyers?
20  A   I think five.
21  Q   Okay.  And that includes the counsel.
22  A   Yes.

Page 17

1   Q   Who was the counsel?
2   A   At that time, it was still Larry Froehlich.
3       Wait, wait, wait.  I'm not sure.
4       I'm not sure if, after the merger of the
5   RTC counsel's office and FDIC counsel's office, if
6   Larry was still counsel.
7   Q   Okay.
8       Who was the other person who might have
9   been counsel?
10  A   Pat Black.
11  Q   And she had come over from RTC.
12  A   Yes.
13  Q   Okay.
14      So, it's Larry Froehlich and Pat Black.
15  Pat Black is a black woman or a white woman?
16  A   A white woman.
17  Q   And Mr. Froehlich, as we said before, was
18  white.
19  A   Yes.
20  Q   Okay.
21      Who are the other three lawyers?
22  A   I don't remember if Tom was still there.

6 (Pages 18 to 21)

Page 18

1 Tom might have left already.

2     Chris Geiseler, Andrea Bernardo, and Fred

3 Gibson.

4     (Pause.)

5     BY MR. SHAPIRO:

6   Q  That's four more lawyers plus Larry and

7 Pat.

8   A  If Tom was still there, yes.

9   Q  Okay.  So, do you recall there being six

10 lawyers in the office?

11   A  I'm not positive if Tom was still there or

12 not.

13   Q  He's a white man.

14   A  Yes.

15   Q  Chris is a white man?

16   A  Yes.

17   Q  Andrea is a white woman?

18   A  Yes.

19   Q  And Fred is a white man.

20   A  Yes.

21   Q  So, Fred and Chris came over with Pat from

22 the RTC?

Page 19

1   A  Fred came over from RTC.

2   Q  And Pat.

3   A  And Pat.

4   Q  What about -- where did Chris come from?

5   A  Chris was already at FDIC.

6   Q  Oh, so, he joined before the merger.

7   A  Yes.  Chris was an auditor at first, and he

8 joined Counsel's office, but I don't know when he

9 joined --

10   Q  Okay.

11   A  -- Counsel's office.

12     (Pause.)

13     BY MR. SHAPIRO:

14   Q  So, Mr. Gibson was the only one to come

15 over from RTC with Ms. Black.

16   A  As far as I can remember, yes.

17   Q  We're only going by your memory.  We're not

18 -- we're not saying it's so; we're only saying that

19 you recall it that way.

20   A  Okay.

21   Q  Okay?

22     That's the best we can do.

Page 20

1   A  Okay.

2   Q  All right?  And that's all I'm asking here,

3 is for your best recollection.

4   A  Okay.

5   Q  Okay?

6     All right.

7     So, at some point, Coogan left.

8   A  Yes.

9   Q  And at some point, Ms. Bernardo left.

10   A  Yes.

11   Q  And who left first, Coogan or Bernardo?

12   A  Coogan.

13   Q  Okay.  And when Ms. Bernardo left, were you

14 already a 7?

15   A  I don't remember.

16   Q  Were you an 8?

17   A  No.

18   Q  All right.

19     So, it was -- so, Ms. Bernardo left before

20 2002.

21   A  Yes.

22   Q  Okay.

Page 21

1     So -- and Ms. Bernardo was -- okay.  Then

2 Ms. Bernardo was the last one of these people to

3 leave, with the exception of Mr. Froehlich.

4   A  Right.

5   Q  Okay.

6     So, let's talk about the office at the time

7 -- just after Ms. Bernardo left.

8     We have the counsel -- was who?

9   A  Patricia Black.

10   Q  Deputy?

11   A  There were two deputies.

12   Q  Larry?

13   A  Larry and Fred Gibson.

14   Q  And how many other lawyers?  Bernardo has

15 left.  Coogan has left.  We have Geiseler.

16   A  I think Chris was the only attorney at that

17 time, only other attorney at that time.

18   Q  Okay.

19     Do you know their grades?

20   A  No.

21   Q  Okay.

22     So, this would have been around when?

Page 22

1  2000?
2    A   About.
3    Q   And you were a 7 at this point.
4    A   Yes.
5    Q   Okay.
6    A   I was a 7. I was a 7 in 2000. If that was
7  in 2000, I was still a 7.
8    Q   Well, I'm asking you. Try to put the two
9  events together. You're a 7. You're just promoted
10  to a 7. You finally got your grade back.
11    A   Well, no, I hadn't just been promoted to a
12  7.
13    Q   Okay. But you're a 7.
14    A   Right.
15       I don't remember when I got my 7 back.
16    Q   Okay. But you're a 7, and Andrea is gone.
17  Black's in charge, and there's these two deputies
18  and Geiseler.
19       You're the only staff person? Is there
20  anybody else on staff?
21    A   I don't remember whether Stacey was hired.
22  Stacey was a paralegal, but I don't know what year

Page 23

1  she was hired or who was there. I don't remember.
2    Q   You don't remember who was there when she
3  was --
4    A   I think Andrea was still there, and I think
5  Tom was gone, when Stacey joined the staff as a
6  paralegal.
7    Q   So, she was the first paralegal --
8    A   Yes, she was.
9    Q   -- since you've been there.
10    A   She was -- I was the first -- Larry was the
11  first counsel to the IG, and I was the first
12  secretary to the counsel.
13    Q   Right. And she was the first paralegal.
14    A   Yes.
15    Q   Okay.
16       So, when she came in, you think Coogan was
17  gone and Andrea was there.
18    A   Yes.
19    Q   And that means that Geiseler was there?
20    A   Yes.
21    Q   And Black and Froehlich and Gibson.
22    A   Yes.

Page 24

1    Q   Okay. All right. And what grade was
2  Stacey?
3    A   I don't know what grade she started.
4    Q   But she wasn't in -- she wasn't in the
5  secretarial series.
6    A   She was a paralegal.
7    Q   She was in the paralegal series.
8       Okay.
9       Had you tried to become a paralegal at any
10  point?
11    A   No.
12    Q   Why not?
13    A   I didn't want to.
14    Q   Why?
15    A   I just didn't want to.
16    Q   Happy in the secretarial work?
17    A   I was fine with what I was doing.
18    Q   Okay.
19       Okay.
20       What was the next thing that happened in
21  the office?
22       Andrea leaves, right?

Page 25

1    A   Yes.
2    Q   Okay.
3       Was she replaced?
4    A   I don't know if Andrea was replaced. We
5  did hire another attorney.
6    Q   So, Andrea left. This left Ms. Black in
7  charge, right?
8    A   Yes.
9    Q   Larry Froehlich -- is he still there?
10    A   I think so.
11    Q   And Gibson --
12    A   Yes.
13    Q   -- as deputies.
14    A   Yes.
15    Q   Did they have different roles?
16    A   Yes.
17       One was deputy for -- in charge of
18  operations, and the --
19    Q   Who was that?
20    A   I don't remember, because I don't remember
21  if it was exactly operations.
22       Fred was deputy for something, and Larry

Page 26

1   was deputy for something.
2       Q   Okay.
3       A   But I don't remember the for's.
4       Q   And Geiseler.
5       A   Yes.
6       Q   An attorney. And Andrea is gone. So, who
7   is the next attorney that comes in?
8       A   Mike Cosgrove.
9       Q   Do you remember when that was?
10      A   No.
11      Q   And at the time, there was you, secretary,
12  right?
13      A   Yes.
14      Q   And Stacey, paralegal.
15      A   Yes.
16          Now, when Mike came, Larry was gone
17  already.
18      Q   All right.
19          So — so, at the time, there was Black,
20  Gibson, Geiseler, and Cosgrove.
21      A   Right.
22      Q   And two in staff, two non-attorney

Page 27

1   staffers, one paralegal and a secretary.
2       A   And we probably had a law clerk when Stacey
3   started.
4           I don't know if we did or not.
5       Q   Okay. But law clerks are law students —
6       A   Yes.
7       Q   — who are working part-time during the
8   school year and full-time in the summer?
9       A   I think so.
10      Q   Okay. What was the next change?
11      A   What do you mean by "change"?
12      Q   Addition, subtraction from the staff.
13      A   Not counting -- I mean not counting law
14  clerks.
15      Q   Yeah, not counting law clerks.
16      A   Where are we now?
17      Q   We have — Ms. Black's in charge, Froehlich
18  is gone, Gibson is a deputy, Geiseler is a lawyer,
19  Mike Cosgrove has joined.
20          So, there were four lawyers on the staff,
21  and yourself as the secretary and — and Stacey as
22  the — as the paralegal.

Page 28

1       A   Yes. And you said you're not counting law
2   clerks.
3       Q   Yes.
4           Forget about law clerks.
5           What's the next change, addition or
6   subtraction from the office?
7       A   I guess the next one would be when Adriana
8   Vosburg became an attorney, but she was already a
9   part of the staff, because she was a law clerk.
10      Q   So, she was a student law clerk.
11      A   Yes.
12      Q   All right.
13      A   At first.
14      Q   All right.
15          That's how she came to the office.
16      A   Yes.
17      Q   But then she became a lawyer, and she was
18  hired by the office?
19      A   Yes.
20      Q   All right.
21          Was she a permanent employee?
22      A   I don't know.

Page 29

1       Q   Okay.
2           You just know she was a lawyer when she was
3   hired.
4       A   Yes.
5       Q   Okay.
6           Did she work the summer before she became a
7   lawyer?
8           In other words, when she graduated from law
9   school – do you recall her graduating from law
10  school?
11      A   Yes.
12      Q   And she was still working there.
13      A   She was working there when she graduated.
14      Q   And so, she worked during the summer, while
15  she took the bar, studying to take the bar?
16      A   I don't remember. She took some time off,
17  and I don't remember when that was.
18      Q   Okay.
19          Then she came back after this time off.
20      A   Yes.
21      Q   And she was a lawyer.
22      A   Yes.

Page 30

1    Q   Okay. And what was her area? What did she
2  do?
3    A   I don't think I can answer that question.
4  Her -- her area would have been OIG.
5    Q   I understand that. They're all --
6    A   Exactly. And I don't know that the
7  attorneys have specific areas.
8    Q   Okay.
9      Good.
10     Did Geiseler have any specific area?
11   A   Not to my knowledge.
12   Q   Okay.
13     Cosgrove?
14     You have to answer verbally.
15   A   No, not to my knowledge.
16   Q   Okay. Good. All right. And Ms. Vosburg's
17  still there, right?
18   A   Yes.
19   Q   And she's been there consistently ever
20  since.
21   A   Yes.
22   Q   And you don't know her grade?

Page 31

1    A   No.
2    Q   And you don't know her status and wouldn't
3  have known her status, other than she was a full-time
4  lawyer.
5    A   Correct.
6    Q   Okay.
7      Now --
8      (Pause.)
9    BY MR. SHAPIRO:
10   Q   And Ms. Vosburg -- she's white?
11   A   Yes. Well, no. She's Costa Rican.
12   Q   Yeah. She's a white woman, though.
13   A   She's Costa Rican.
14   Q   I understand that.
15     There's white and there's black. There's
16  Hispanic and there's Anglo. There's Jewish,
17  Catholic, Protestant, Muslim. But they're not all
18  interchangeable -- as between race --
19   A   The color of her skin is white.
20   Q   She's white.
21     Okay.
22   A   She is not a white person.

Page 32

1    Q   She's not a white person --
2    A   She does not call herself a white person.
3    Q   I understand. She calls herself something
4  else.
5    A   Costa Rican.
6    Q   And that's a race, as far as you're
7  concerned?
8    A   As far as she's concerned.
9    Q   I'm asking you.
10   A   Well, Adriana and I speak to each other.
11  We are women of color.
12   Q   She calls herself a woman of color.
13   A   Yes.
14   Q   I see. Because she's Costa Rican. Is that
15  right?
16   A   And because she's -- yes, because she's
17  Costa Rican.
18   Q   Is she dark-skinned?
19   A   No, but --
20   Q   Excuse me.
21     Does she speak with an accent, a Spanish
22  accent?

Page 33

1    A   Most of the time, I don't think she does.
2    Q   Most of the time, she doesn't have an
3  accent, but sometimes she has an accent?
4    A   Sometimes she does.
5    Q   And when does she have an accent?
6    A   When she's talking, if she starts talking
7  really fast, then I can hear her accent.
8    Q   I see.
9      Okay.
10     You're not Spanish, are you?
11   A   No, I'm not.
12   Q   You're not Hispanic?
13   A   No.
14   Q   I see.
15     Okay.
16     You're a friend of Ms. Vosburg's?
17   A   Yes.
18   Q   Okay.
19     Have you been to her home?
20   A   Once, I think, once or twice.
21   Q   And she to your home?
22   A   Yes.

10 (Pages 34 to 37)

Page 34

1  Q  Okay.
2     Are you a friend of Mr. Gibson's?
3  A  No.
4  Q  Okay.
5     You work for Mr. Gibson directly, correct?
6  A  Yes.
7  Q  You're his secretary?
8  A  I'm his legal assistant.
9  Q  His legal assistant. Not the legal
10 assistant for the office, but you are actually the
11 counsel's legal assistant.
12    Is that right?
13 A  I'm the legal assistant for the office.
14 Q  Are you Mr. Gibson's personal assistant?
15 A  Yes.
16 Q  Okay. You're not the personal assistant to
17 anybody else in the office.
18    Is that right?
19 A  Not by title.
20 Q  Okay.
21    So, your title is —
22 A  My title is legal assistant, Office of

Page 35

1  Counsel.
2  Q  I understand. But you just said that you
3  are the personal assistant of Fred Gibson.
4  A  Yes.
5  Q  Not personal assistant of anybody else.
6  A  No.
7  Q  And then when I asked you that, you said
8  no, not by title.
9  A  Because of things that I do for Mr. Gibson
10 as his personal assistant, a lot of the things I do
11 for the staff attorneys, as well.
12 Q  Okay. But you're — you don't consider
13 yourself a personal assistant to anybody but Mr.
14 Gibson.
15 A  Correct.
16 Q  That's because — and that's not a title,
17 is it?
18 A  No, it's not.
19 Q  The title is legal assistant —
20 A  Correct.
21 Q  — Office of Inspector General.
22 A  Yes.

Page 36

1  Q  Okay.
2     (Pause.)
3     BY MR. SHAPIRO:
4  Q  Did you ever hear of something called core
5  numbers?
6  A  I've heard of the term.
7  Q  Who did you hear it from?
8  A  I've seen it in memos.
9  Q  How about Ms. Black?
10 A  I think from the IG.
11 Q  Did you ever hear Ms. Black say — when she
12 was in charge of the — of the office?
13 A  I don't remember if she ever said that.
14 Q  Did you ever hear her say, look, there's
15 going to be down-sizing, but we're not going to be
16 affected by it, because we're at our core number?
17 A  I don't remember hearing that.
18 Q  Okay.
19    (Pause.)
20    BY MR. SHAPIRO:
21 Q  Did you ever hear that Ms. Vosburg became a
22 permanent civil servant?

Page 37

1  A  I never heard that.
2  Q  You just knew she was a lawyer in the
3  office, and she stayed a lawyer in the office.
4  A  Yes.
5  Q  Okay.
6     (Pause.)
7     MR. SHAPIRO: Let's take a break.
8     (A brief recess was taken.)
9     BY MR. SHAPIRO:
10 Q  Have your work assignments increased since
11 Ms. Sharpe left?
12 A  No.
13 Q  Has it increased at all?
14 A  No.
15 Q  No additional assignments.
16 A  No.
17 Q  Okay.
18    Do you consider yourself a personal friend
19 of Ms. Black's?
20 A  No, I don't.
21    I have been to her house, but I was only
22 there when the whole staff was there.

Page 38

1    Q   Okay. But you are close with Ms. Vosburg.
2    A   Yes.
3    Q   Anyone else who you'd say you're close
4  with?
5    A   In the Office of Counsel?
6    Q   Yes.
7    A   No.
8    Q   Okay.
9        (Pause.)
10       BY MR. SHAPIRO:
11   Q   Did you ever -- do you recall saying to --
12  saying something like I'm favored by the white people
13  in the office over the other blacks, because I'm the
14  most like them?
15   A   No.
16   Q   Never said that?
17   A   No.
18   Q   Okay.
19       Ever say anything like that?
20   A   Have I ever said anything like that?
21   Q   Yes.
22   A   No.

Page 39

1        (Pause.)
2        BY MR. SHAPIRO:
3    Q   Were there ever any black people in the
4  office as law clerks?
5    A   Yes.
6    Q   Who?
7    A   I don't remember their full names, if I
8  remember their names at all. There was a guy -- I
9  don't remember his name.
10   Q   It was a while ago?
11   A   Yes.
12   Q   Before Mr. Cosgrove joined the office?
13   A   I believe so.
14   Q   Before -- before Mr. Geiseler came to the
15  office?
16   A   I don't remember when Chris became an
17  attorney, when Chris joined the counsel's staff. So,
18  I don't --
19   Q   Well, just think -- was this -- was this
20  African-American guy, law clerk, there when -- was
21  Chris there when --
22   A   I don't remember.

Page 40

1    Q   You don't recall. But it was sometime ago.
2    A   Yes.
3    Q   Before 2000?
4    A   Yes, I think so.
5    Q   Any other African-American --
6    A   Another woman -- her name -- I think her
7  name was Tina.
8        I don't remember her last name.
9    Q   And when was that? Before or after the
10  guy?
11   A   I believe it was at the same time.
12   Q   So, there were two together.
13   A   I think, at that time, that there were
14  three.
15   Q   All right. Three African-Americans or just
16  three law clerks?
17   A   Three law clerks. I don't remember --
18   Q   Two of them were African-American.
19   A   I don't remember if the third one was or
20  not.
21   Q   But two of them you do remember as being
22  African-American.

Page 41

1    A   Two of them I do --
2    Q   Together.
3    A   I believe they were there together.
4    Q   Yes, I understand. We're -- we're going by
5  your memory.
6    A   Okay. I'm not sure if they were there
7  together.
8    Q   But you believe they were.
9    A   I think so.
10   Q   Okay. And this would have been sometime
11  before 2000.
12   A   I think so.
13   Q   Okay. Any other African-American law
14  clerks that you can recall?
15   A   I don't think so.
16   Q   And who was the counsel to the IG during
17  this period when Tina and the male whose name you
18  can't recall --
19   A   I don't remember.
20   Q   Well, it was either Mr. Froehlich or Ms.
21  Black, right?
22   A   Correct.

Page 42

1    Q   And if -- so, this might have even been
2  before the merger, because if Froehlich was the head,
3  you said you think Black might have been the head and
4  Froehlich was the deputy at some point.
5       So --
6    A   When -- when you say "before the merger,"
7  you mean the merger of the counsel staffs?
8    Q   Before FDIC -- yeah, before Ms. Black
9  became counsel.
10   A   Ms. Black didn't become counsel at the
11 merger.
12   Q   She became counsel when?
13   A   Later, after the merger.
14   Q   Okay.
15   A   The staffs merged -- the RTC counsel staff
16 and FDIC counsel staff merged later. I don't
17 remember when.
18   Q   Okay. I'm talking about the merger of the
19 staffs.
20   A   Okay.
21      I don't remember who was counsel at the
22 time that those two people were law clerks.

Page 43

1    Q   Okay. But Gibson wasn't the counsel.
2    A   No, he wasn't.
3    Q   It was before Gibson came.
4    A   It was before he became counsel.
5    Q   Okay. So, that means Ms. Black was still
6  there.
7    A   Yes, she was -- well, I don't remember. I
8  don't remember if Pat was in counsel's staff at the
9  time or not.
10   Q   Okay.
11      Since Ms. Sharpe departed -- how did you
12 find out Ms. Sharpe was going to leave? Who told
13 you?
14   A   I think she told me first.
15   Q   She told you. And what did she tell you?
16   A   That she was leaving.
17   Q   Was she happy about it?
18   A   I don't think so.
19   Q   Did she say whether she was happy about it?
20   A   No, she didn't say.
21   Q   Okay.
22      She just informed you that she'd be

Page 44

1  leaving.
2    A   Told me that she was leaving.
3    Q   Okay.
4       Did she tell you where she was going?
5    A   I think so, after I asked her.
6    Q   You've had law clerks since then?
7    A   Since --
8    Q   This past summer, last summer, did you have
9  law clerks?
10   A   No.
11   Q   Do you have law clerks now?
12   A   No.
13   Q   When was the last time you had a law clerk?
14   A   I think Adriana was the last law clerk.
15   Q   And since Adriana, there's been no part-
16 time or full-time clerks.
17   A   No.
18   Q   Okay.
19      Did you look at any documents to prepare
20 for this deposition?
21   A   No.
22   Q   None at all?

Page 45

1    A   No.
2    Q   Did you meet with anybody?
3    A   Only Mike.
4    Q   Okay.
5       Did you discuss Ms. Sharpe or this
6  deposition or anything to do with this matter with
7  anybody in the office, aside from Mike?
8    A   No.
9    Q   And what is your step now? Or do you have
10 steps?
11   A   No.
12   Q   You're in a band of some sort, pay band?
13   A   I don't know.
14   Q   Okay.
15   A   I'm a grade 8.
16   Q   Okay. Grade 8, period. Okay.
17      Are you in a bonus program at the FDIC? Do
18 you participate in one of the bonus programs where
19 you get a share of a pot based on how well -- based
20 on your performance rating?
21   A   I don't understand what you're saying.
22   Q   Well, let's see if I can explain it.

Diversified Reporting Services, Inc.
202-467-9200

Page 46

1    Do you participate in some sort of bonus
2 program at the FDIC as part of your -- part of your
3 pay benefits, where you get a share of the pie, as it
4 were, of a pot of money based -- and what percentage
5 you get, or if you get a percentage, it's based on
6 your performance appraisal?
7    A    I think everybody is, all FDIC employees
8 are.
9    Q    Okay.
10    So, you are -- you do participate in that.
11    A    I'm not sure. I'm really not -- I don't
12 know --
13    Q    If everybody --
14    A    I don't know what you're asking.
15    I don't know if what you're asking me is
16 what I'm thinking -- what I'm hearing from you is
17 what I'm thinking about.
18    Q    What are you thinking about?
19    A    I'm thinking about the -- I don't know the
20 name of it.
21    It's -- it's our pay system, I think. At
22 least that's what I thought it was. I thought it was

Page 47

1 just the pay system.
2    Q    Where you get a bonus.
3    A    No, not a bonus.
4    Q    You get a share of a chunk of money, a
5 percentage?
6    A    I'm not sure how it's done. I think it's
7 just -- in the 23 years that I've been in the
8 Government, every year, at the beginning of the year,
9 your pay changes.
10    Q    Yes.
11    I'm not talking about that.
12    A    Okay.
13    If you're not talking about that, then --
14    Q    I'm not talking about that.
15    A    As far as I know, I am not participating in
16 any other type of program.
17    Q    Good.
18    Do you know what a NTE employee is?
19    A    No.
20    Q    You never heard the term.
21    A    I've seen it.
22    Q    But you don't know what it means.

Page 48

1    A    I don't know what an NTE employee is. I
2 know what the letters stand for.
3    Q    What do they stand for?
4    A    Not to exceed.
5    Q    And you don't know what that -- what that
6 means.
7    A    No.
8    Q    Were you ever an NTE employee?
9    A    I don't -- no, I wasn't.
10    Q    Did anybody in the counsel's office, to the
11 best of your knowledge, were they ever -- were they
12 ever an NTE employee?
13    A    To the best of my knowledge, no. I don't
14 know.
15    Q    Okay.
16    MR. SHAPIRO: One more break. We're almost
17 done.
18    (A brief recess was taken.)
19    BY MR. SHAPIRO:
20    Q    Can you tell us if anybody told you why Ms.
21 Sharpe left?
22    A    No, nobody told me.

Page 49

1    Q    Nobody's ever indicated the reason why she
2 moved out counsel's office?
3    A    No.
4    Q    So, nobody has ever discussed that with you
5 at all.
6    A    Unless Stacey told me.
7    Q    What do you understand as to why she moved
8 out?
9    A    I don't know. She just went to work for
10 Human Resources.
11    Q    I understand. Do you know why she left the
12 counsel's office?
13    A    No, I don't know why.
14    Q    Okay.
15    No one has ever told you that.
16    A    No.
17    Q    Do you get along well with Stacey?
18    A    Most of the time, yes.
19    Q    There were times when you didn't get along
20 with her?
21    A    Well, I wouldn't say we didn't get along.
22 There were times when she would get upset with me and

Page 50

1  --
2      Q   And you with her.
3      A   No.
4      Q   You never got upset with her, but she got
5  upset with you.
6      A   Yes.
7      Q   And why did she get upset with you?
8      A   Different things.
9          We would be talking, most of the time,
10  about personal stuff, and she would get mad -- she
11  wouldn't like what I said, basically.
12     Q   What would you say that would upset her?
13     A   It's personal.  Do I have to tell you that?
14     Q   Sure.
15     A   One time it was about her family situation,
16  her stepchildren, her husband, and she didn't like my
17  position on it.
18     Q   Your opinion.
19     A   My opinion.
20     Q   Okay.
21         Any other times?
22     A   I don't remember exactly, no.  Maybe she

Page 51

1  got -- she got mad at me a few times, but there was
2  never anything where she never came back and talked
3  to me again.
4      Q   She got -- she got annoyed with your --
5  your opinion about things?
6      A   My opinion about things.
7      Q   And what was your opinion about things?
8  Why did it differ from hers?  Was there a general
9  sort of difference of opinion that you had?
10     A   I would assume because we're different
11  people, we had different opinions.
12     Q   I understand, but was there a general sort
13  of difference?
14         Is there some general sort of difference?
15     A   I don't know.
16     Q   Okay.
17         When was the last time you had that -- she
18  got upset with you?
19     A   I don't remember.
20     Q   Have you had any -- any upset or
21  disagreement with her since she left?
22     A   No, not to my knowledge.

Page 52

1      Q   Do you speak to her?
2      A   Yes.
3      Q   Regularly?
4      A   When I see her.
5      Q   Okay.
6          Where is your office in relation to her
7  office, now?
8      A   Well, we just moved, so I believe she's on
9  the same floor but the other end of the hallway.
10     Q   Okay.
11         By the way, did you take a course -- a
12  paralegal course since Stacey Sharpe left the office?
13     A   No.
14     Q   So, it was before that that you took the
15  paralegal course.
16     A   Yes.
17     Q   How did you do in that course, by the way?
18     A   Not very well.
19     Q   Not very well.
20     A   I did okay.  It was at the same time I was
21  having surgery on my back.
22     Q   What did you get in the course?

Page 53

1      A   A "D".
2      Q   A "D".  And the accounting courses, you
3  said you failed.
4      A   I think I failed them.  I don't remember.
5  It was a long time ago.
6      Q   How many of them were there?
7      A   One.
8      Q   One.
9          Okay.
10         By the way, do you -- do you summarize
11  cases?
12     A   No, I don't.
13     Q   Do you draft pleadings?
14     A   No, I don't.
15     Q   Do you write memoranda about legal
16  research?
17     A   No, I don't.
18     Q   Good.
19         MR. SHAPIRO:  I don't have anything
20  further.
21         MR. COSGROVE:  Nothing from me.
22         MR. SHAPIRO:  Good.

Page 54

1        Thanks very much.  Appreciate your time.

2        (Whereupon, at 10:52 a.m., the interview

3    was concluded.)

4                *****

5    I have read the foregoing pages, which are a correct

6    transcript of the answers given by me to the

7    questions therein recorded.

8        Deponent _____

9    Date _____

**A**

above-entitled 1:21
accent 32:21,22 33:3,5,7
accounting 10:10,16 11:6 53:2
action 1:21
addition 27:12 28:5
additional 37:15
address 4:13
Adriana 28:7 32:10 44:14 44:15
African-Ame... 39:20 40:5,18 40:22 41:13
African-Ame... 40:15
age 1:20
Agency 1:7,9 2:16
ago 9:12 11:6 39:10 40:1 53:5
Agriculture 6:17 7:13
Andrea 14:6,13 18:2,17 22:16 23:4,17 24:22 25:4,6 26:6
Anglo 31:16
annoyed 51:4
answer 30:3,14
answers 54:6
anybody 14:18 22:20 34:17 35:5,13 45:2,7 48:10,20
APPEARAN... 2:6
appraisal 46:6
Appreciate 54:1

approve 11:22
area 30:1,4,10
areas 30:7
Arlington 2:21
aside 14:18 45:7
asked 35:7 44:5
asking 7:3 20:2 22:8 32:9 46:14,15
assignments 37:10,15
assistant 5:11 5:14,19,21 34:8,9,10,11 34:13,14,16 34:22 35:3,5 35:10,13,19
assume 51:10
attorney 21:16 21:17 25:5 26:6,7 28:8 39:17
attorneys 30:7 35:11
auditor 19:7
a.m 1:25 54:2

**B**

back 12:7 22:10 22:15 29:19 51:2 52:21
band 45:12,12
bar 29:15,15
based 45:19,19 46:4,5
basically 50:11
beginning 47:8
behalf 1:20 2:8 2:16
believe 6:3 9:22 39:13 40:11 41:3,8 52:8
benefits 46:3
Bernardo 14:6 18:2 20:9,11 20:13,19 21:1

21:2,7,14
best 7:3,3 19:22 20:3 48:11,13
beyond 9:2
bigger 15:22
bit 9:4,5
black 17:10,14 17:15,15 19:15 21:9 23:21 25:6 26:19 31:15 36:9,11 39:3 41:21 42:3,8 42:10 43:5
blacks 38:13
Black's 22:17 27:17 37:19
bonus 45:17,18 46:1 47:2,3
break 37:7 48:16
brief 37:8 48:18

**C**

C 3:10 4:1
call 32:2
called 4:4 36:4
calls 32:3,12
carried 9:12
cases 53:11
Catholic 31:17
certificate 10:21
CG-6 13:7
CHAIRMAN 1:8
change 27:10,11 28:5
changes 47:9
charge 22:17 25:7,17 27:17 36:12
Chris 18:2,15 18:21 19:4,5,7 21:16 39:16 39:17,21

chunk 47:4
civil 36:22
class 10:22 11:1 11:6,8,17 12:2 12:7
classes 9:8 10:1 10:10,11 11:4 11:15
clerk 27:2 28:9 28:10 39:20 44:13,14
clerks 14:20 16:4 27:5,14 27:15 28:2,4 39:4 40:16,17 41:14 42:22 44:6,9,11,16
clerk-typist 8:9 8:13
close 38:1,3
college 9:4,5,6,9 32:11,12
color 31:19 32:11,12
Columbia 1:23
come 15:18 17:11 19:4,14
comes 26:7
commencing 1:25
COMMISSI... 1:1
Complainant 1:5,21 2:8 3:15
concerned 32:7 32:8
concluded 54:3
consider 35:12 37:18
consistently 30:19
Coogan 13:14 13:15,19,21 14:3 20:7,11 20:12 21:15 23:16

core 36:4,16
CORP 1:8
Corporation 2:19 5:7
correct 31:5 34:5 35:15,20 41:22 54:5
Cosgrove 2:18 26:8,20 27:19 30:13 39:12 53:21
Costa 31:11,13 32:5,14,17
counsel 3:15 7:21 12:19 15:16 16:21 17:1,6,9 21:8 23:11,12 35:1 38:5 41:16 42:7,9,10,12 42:15,16,21 43:1,4
counsel's 12:12 13:4 17:5,5 19:8,11 34:11 39:17 43:8 48:10 49:2,12
counting 27:13 27:13,15 28:1
course 10:20 12:6 52:11,12 52:15,17,22
courses 9:19,22 10:12,16 53:2
credits 9:10
current 5:10
currently 5:4
C-o-o-g-a-n 13:16

**D**

D 1:19 4:1,3 53:1,2
dark-skinned 32:18
Date 54:9

**DAVID** 2:10
**Denise** 4:10
**departed** 43:11
**Department**
  6:16 7:13
**Deponent** 54:8
**Deposit** 1:8 2:19
  5:7
**deposition** 1:18
  44:20 45:6
**deputies** 21:11
  22:17 25:13
**deputy** 21:10
  25:17,22 26:1
  27:18 42:4
**differ** 51:8
**difference** 51:9
  51:13,14
**different** 25:15
  50:8 51:10,11
**directly** 34:5
**disagreement**
  51:21
**discuss** 45:5
**discussed** 49:4
**District** 1:22
**documents**
  44:19
**doing** 12:5
  24:17
**downgrade**
  6:15
**down-sizing**
  36:15
**draft** 53:13
**Drive** 2:20 4:14
**duly** 4:4
**D.C** 1:13,24
  2:14 8:21

**E**

**E** 3:10 4:1,1
**Ed** 1:21
**education** 9:2,3
**EEOC** 1:6
**either** 9:13

41:20
**employed** 5:4,6
**employee** 28:21
  47:18 48:1,8
  48:12
**employees** 46:7
**EMPLOYM...**
  1:1
**EQUAL** 1:1
**ESQ** 2:10,11,18
**events** 22:9
**everybody** 46:7
  46:13
**exactly** 25:21
  30:6 50:22
**EXAMINATI...**
  3:13 4:6
**examined** 4:5
**exceed** 48:4
**exception** 21:3
**Excuse** 32:20
**explain** 45:22
**E-9054** 2:20

**F**

**failed** 53:3,4
**Fairfax** 2:20
**family** 50:15
**far** 19:16 32:6,8
  47:15
**fast** 33:7
**favored** 38:12
**FDIC** 6:15,18
  7:8,12,20 11:2
  11:12 12:3,11
  15:20 17:5
  19:5 42:8,16
  45:17 46:2,7
**FDICEO** 1:7
**Federal** 1:8
  2:19 5:7
**female** 14:9
**Fewell** 1:19 4:3
  4:10
**FIELD** 1:1
**Fifteen-and-a...**

5:9
**finally** 22:10
**find** 43:12
**fine** 24:17
**first** 4:4 8:7 9:7
  12:12 13:13
  19:7 20:11
  23:7,10,11,11
  23:13 28:13
  43:14
**five** 9:19 16:20
**floor** 52:9
**follows** 4:5
**foregoing** 54:5
**Forget** 28:4
**formal** 9:3
**for's** 26:3
**four** 18:6 27:20
**Fred** 18:2,19,21
  19:1 21:13
  25:22 35:3
**friend** 33:16
  34:2 37:18
**Froehlich** 12:20
  13:17 17:2,14
  17:17 21:3
  23:21 25:9
  27:17 41:20
  42:2,4
**full** 4:8 39:7
**full-time** 9:17
  27:8 31:3
  44:16
**further** 53:20
**F-r-o-e-h-l-i-c...**
  12:20

**G**

**G** 4:1
**Geiseler** 18:2
  21:15 22:18
  23:19 26:4,20
  27:18 30:10
  39:14
**general** 35:21
  51:8,12,14

**Gibson** 18:3
  19:14 21:13
  23:21 25:11
  26:20 27:18
  34:5 35:3,9,14
  43:1,3
**Gibson's** 34:2
  34:14
**give** 4:13
**given** 54:6
**go** 8:19 9:5,15
**going** 19:17
  36:15,15 41:4
  43:12 44:4
**Good** 30:9,16
  47:17 53:18
  53:22
**Government**
  47:8
**grade** 5:12 6:7
  8:8 22:10 24:1
  24:3 30:22
  45:15,16
**grades** 21:19
**graduate** 8:17
  8:22
**graduated** 29:8
  29:13
**graduating** 29:9
**Greenberg** 1:22
**GRUENBERG**
  1:8
**GS-7** 7:14,18
**guess** 28:7
**guessing** 7:5
**guy** 13:17 39:8
  39:20 40:10

**H**

**hallway** 52:9
**happened** 16:8
  24:20
**happy** 24:16
  43:17,19
**head** 42:2,3
**hear** 33:7 36:4,7

36:11,14,21
**heard** 36:6 37:1
  47:20
**hearing** 36:17
  46:16
**high** 8:17,19,20
  9:2
**hire** 25:5
**hired** 22:21
  23:1 28:18
  29:3
**Hispanic** 31:16
  33:12
**hold** 6:7
**home** 4:16
  33:19,21
**house** 37:21
**Human** 49:10
**husband** 50:16
**H.D** 8:20

**I**

**idea** 11:9,10
**IDP** 11:16,16,16
  11:18,22 12:6
**IG** 7:21 23:11
  36:10 41:16
**immediately**
  16:15
**includes** 16:21
**Including** 15:16
**increased** 37:10
  37:13
**indicated** 49:1
**informed** 43:22
**Inspector** 35:21
**Insurance** 1:8
  2:19 5:7
**interchangea...**
  31:18
**interview** 54:2
**Introduction**
  10:7,8,18,19

**J**

**Jewish** 31:16

**job** 5:10,15,22
**join** 14:2,18
**joined** 19:6,8,9
  23:5 27:19
  39:12,17

---
### K
**K** 1:4
**knew** 37:2
**know** 9:11,11
  11:12 13:22
  14:13,16,17
  15:5 19:8
  21:19 22:22
  24:3 25:4 27:4
  28:22 29:2
  30:6,22 31:2
  45:13 46:12
  46:14,15,19
  47:15,18,22
  48:1,2,5,14
  49:9,11,13
  51:15
**knowledge**
  30:11,15
  48:11,13
  51:22
**known** 31:3

---
### L
**Larry** 12:20
  13:1 17:2,6,14
  18:6 21:12,13
  23:10 25:9,22
  26:16
**law** 10:7,8,18
  10:19 14:20
  15:7 16:4 27:2
  27:5,5,13,15
  28:1,4,9,10
  29:8,9 39:4,20
  40:16,17
  41:13 42:22
  44:6,9,11,13
  44:14
**lawful** 1:20

**lawyer** 13:10,12
  14:2 27:18
  28:17 29:2,7
  29:21 31:4
  37:2,3
**lawyers** 12:21
  14:15,19
  15:13,19 16:3
  16:19 17:21
  18:6,10 21:14
  27:20
**leave** 21:3 43:12
**leaves** 24:22
**leaving** 43:16
  44:1,2
**left** 18:1 20:7,9
  20:11,13,19
  21:7,15,15
  25:6,6 37:11
  48:21 49:11
  51:21 52:12
**legal** 5:11,14,19
  5:21 34:8,9,9
  34:11,13,22
  35:19 53:15
**letters** 48:2
**let's** 21:6 37:7
  45:22
**level** 9:3
**little** 9:4,5
**live** 4:11
**long** 5:8,14,15
  5:17 6:6,6,14
  8:5 9:12,15
  11:6 13:10,21
  14:14 53:5
**longer** 7:6
**look** 36:14
  44:19
**lot** 11:14 35:10

---
### M
**mad** 50:10 51:1
**male** 41:17
**man** 18:13,15
  18:19

**March** 1:14
**married** 4:18
**MARTIN** 1:8
**Maryland** 4:12
  4:14 9:8,13
  10:6,7,14
**matter** 45:6
**ma'am** 4:9 5:2
**mean** 27:11,13
  42:7
**means** 23:19
  43:5 47:22
  48:6
**meet** 45:2
**memoranda**
  53:15
**memory** 19:17
  41:5
**memos** 36:8
**merged** 15:20
  42:15,16
**merger** 16:6,8
  16:10,14,15
  16:16 17:4
  19:6 42:2,6,7
  42:11,13,18
**MICHAEL**
  2:18
**Mike** 26:8,16
  27:19 45:3,7
**money** 46:4
  47:4
**move** 4:22
**moved** 49:2,7
  52:8
**Muslim** 31:17

---
### N
**N** 3:10,10 4:1
**name** 4:8 39:9
  40:6,7,8 41:17
  46:20
**names** 39:7,8
**never** 37:1
  38:16 47:20
  50:4 51:2,2

**night** 10:1
**Nobody's** 49:1
**non-attorney**
  26:22
**Northwest** 1:24
**Notary** 1:22
**NTE** 47:18 48:1
  48:8,12
**number** 4:16
  36:16
**numbers** 36:5
**N.W** 2:13

---
### O
**O** 3:10 4:1
**office** 1:1 7:21
  13:4 15:22
  16:4,17,18
  17:5,5 18:10
  19:8,11 21:6
  24:21 28:6,15
  28:18 34:10
  34:13,17,22
  35:21 36:12
  37:3,3 38:5,13
  39:4,12,15
  45:7 48:10
  49:2,12 52:6,7
  52:12
**offices** 1:23
  16:17
**Oh** 19:6
**OIG** 12:11,12
  30:4
**okay** 6:20 7:7
  8:1 10:3 12:7
  12:10,14,15
  12:17,21 13:2
  13:9,21 14:1,9
  14:11,14 15:6
  15:12 16:2,13
  16:21 17:7,13
  17:20 18:9
  19:10,20,21
  20:1,4,5,13,22
  21:1,5,18,21

**22:**5,13,16
  23:15 24:1,8
  24:18,19 25:2
  26:2 27:5,10
  29:1,5,18 30:1
  30:8,12,16
  31:6,21 33:9
  33:15,18 34:1
  34:4,16,20
  35:12 36:1,18
  37:5,17 38:1,8
  38:18 41:6,10
  41:13 42:14
  42:18,20 43:1
  43:5,10,21
  44:3,18 45:4
  45:14,16,16
  46:9 47:12
  48:15 49:14
  50:20 51:16
  52:5,10,20
  53:9
**old** 5:2
**once** 33:20,20
**operations**
  25:18,21
**opinion** 50:18
  50:19 51:5,6,7
  51:9
**opinions** 51:11
**OPPORTUN...**
  1:1

---
### P
**P** 4:1
**PAGE** 3:13
**pages** 54:5
**paid** 11:1,5 12:3
  12:6
**paralegal** 10:17
  10:18,19,21
  22:22 23:6,7
  23:13 24:6,7,9
  26:14 27:1,22
  52:12,15
**part** 28:9 44:15

46:2,2
participate
45:18 46:1,10
participating
47:15
part-time 9:18
14:22 15:4
27:7
part-timers
14:21
pass 10:10
Pat 17:10,14,15
18:7,21 19:2,3
43:8
Patricia 21:9
Pause 7:10 8:15
13:5 14:7 18:4
19:12 31:8
36:2,19 37:6
38:9 39:1
pay 11:3,13,14
45:12 46:3,21
47:1,9
people 13:2
15:1 16:18
21:2 38:12
39:3 42:22
51:11
percentage 46:4
46:5 47:5
performance
45:20 46:6
period 41:17
45:16
permanent
28:21 36:22
person 17:8
22:19 31:22
32:1,2
personal 34:14
34:16 35:3,5
35:10,13
37:18 50:10
50:13
Petty 11:20,21
phone 4:16

pie 46:3
plans 4:22
pleadings 53:13
please 4:8
plus 16:4 18:6
point 14:12
20:7,9 22:3
24:10 42:4
position 50:17
positive 6:22
18:11
pot 45:19 46:4
prepare 44:19
prior 5:21 8:4,4
probably 27:2
program 10:22
10:22 45:17
46:2 47:16
programs 45:18
progressed 8:10
promoted 22:9
22:11
property 4:20
Protestant
31:17
Public 1:22
put 22:8
P.C 1:23

———————
Q
———————
question 30:3
questions 54:7

———————
R
———————
R 4:1
race 31:18 32:6
rating 45:20
read 54:5
really 6:8 33:7
46:11
reason 49:1
recall 18:9
19:19 29:9
38:11 40:1
41:14,18
recess 37:8

48:18
recollection 7:4
20:3
recorded 54:7
Regularly 52:3
relation 52:6
remember 10:5
11:7 15:11
16:10 17:22
19:16 20:15
22:15,21 23:1
23:2 25:20,20
26:3,9 29:16
29:17 36:13
36:17 39:7,8,9
39:16,22 40:8
40:17,19,21
41:19 42:17
42:21 43:7,8
50:22 51:19
53:4
replaced 25:3,4
research 53:16
Resources
49:10
review 12:5
Rican 31:11,13
32:5,14,17
RICHARD
2:11
right 11:3 12:16
12:18 15:21
16:6,12 20:2,6
20:18 21:4
22:14 23:13
24:1,22 25:7
26:12,18,21
28:12,14,20
30:16,17
32:15 34:12
34:18 40:15
41:21
roles 25:15
Room 2:20
RTC 15:20 17:5
17:11 18:22

19:1,15 42:15
———————
S
———————
S 3:10 4:1
saying 19:18,18
38:11,12
45:21
school 8:17,19
9:3 15:3 27:8
29:9,10
secretarial 8:12
24:5,16
secretary 6:1,12
6:13 7:16,18
8:14 13:7
15:14 23:12
26:11 27:1,21
34:7
see 11:18 12:6
32:14 33:8,14
45:22 52:4
seen 36:8 47:21
Senior 8:20
series 5:19 6:2
8:12 24:5,7
servant 36:22
service 8:4
Seven 8:6
Shapiro 1:23
2:10,12 4:7
7:11 8:16 13:6
14:8 18:5
19:13 31:9
36:3,20 37:7,9
38:10 39:2
48:16,19
53:19,22
share 45:19
46:3 47:4
Sharpe 1:4
37:11 43:11
43:12 45:5
48:21 52:12
she'd 43:22
situation 50:15
six 18:9

skin 31:19
Skyline 4:14
snapshot 12:11
sort 11:15 45:12
46:1 51:9,12
51:14
Spanish 32:21
33:10
speak 32:10,21
52:1
specific 30:7,10
Stacey 1:4
22:21,22 23:5
24:2 26:14
27:2,21 49:6
49:17 52:12
staff 14:2,18
22:19,20 23:5
26:22 27:12
27:20 28:9
35:11 37:22
39:17 42:15
42:16 43:8
staffers 27:1
staffs 42:7,15
42:19
stand 48:2,3
started 8:6,7,13
14:13 24:3
27:3
starts 33:6
state 4:8
STATES 1:1
status 31:2,3
stayed 13:21
37:3
step 45:9
stepchildren
50:16
STEPHANIE
2:11
steps 45:10
Street 1:24 2:13
student 28:10
students 15:7
27:5

study 10:4
studying 29:15
stuff 50:10
subtraction
 27:12 28:6
suggested 11:8
Suite 2:13
Suitland 4:12
 4:14
summarize
 53:10
summer 15:1,9
 27:8 29:6,14
 44:8,8
supervisor
 11:19,21
sure 6:8 13:11
 15:5,5 17:3,4
 41:6 46:11
 47:6 50:14
surgery 52:21
Swick 1:23 2:12
sworn 4:5
system 46:21
 47:1

**T**
T 3:10,10
take 11:8,11,17
 12:11 29:15
 37:7 52:11
taken 1:20 12:2
 37:8 48:18
talk 21:6
talked 51:2
talking 12:16
 33:6,6 42:18
 47:11,13,14
 50:9
tell 43:15 44:4
 48:20 50:13
term 36:6 47:20
testified 4:5
Thanks 54:1
Theresa 1:19
 4:3,10

thing 5:20
 24:20
things 35:9,10
 50:8 51:5,6,7
think 5:16,20
 6:8 9:13,16
 10:13 11:5
 12:4,9 15:2,10
 16:20 21:16
 23:4,4,16
 25:10 27:9
 30:3 33:1,20
 36:10 39:19
 40:4,6,13 41:9
 41:12,15 42:3
 43:14,18 44:5
 44:14 46:7,21
 47:6 53:4
thinking 46:16
 46:17,18,19
third 40:19
thought 46:22
 46:22
three 9:22 14:15
 15:13 16:3
 17:21 40:14
 40:15,16,17
time 5:18 9:12
 10:1,12 11:6
 12:4 13:1
 15:18 17:2
 21:6,17,17
 26:11,19
 29:16,19 33:1
 33:2 40:11,13
 42:22 43:9
 44:13,16
 49:18 50:9,15
 51:17 52:20
 53:5 54:1
times 49:19,22
 50:21 51:1
Tina 40:7 41:17
title 5:15,22
 34:19,21,22
 35:8,16,19

told 43:12,14,15
 44:2 48:20,22
 49:6,15
Tom 13:14,15
 17:22 18:1,8
 18:11 23:5
training 12:5
transcript 54:6
tried 24:9
Trina 11:20,21
 12:5
Try 22:8
twice 33:20
two 6:8,21 7:5
 9:16 13:4
 21:11 22:8,17
 26:22,22
 40:12,18,21
 41:1 42:22
type 47:16

**U**
UDC 9:7,12,15
 10:5
understand 7:1
 16:16 30:5
 31:14 32:3
 35:2 41:4
 45:21 49:7,11
 51:12
unit 12:12,12
UNITED 1:1
University 9:8,8
upset 49:22
 50:4,5,7,12
 51:18,20
USDA 8:4,5
 10:2

**V**
v 1:6
VA 2:21
verbally 30:14
Vosburg 28:8
 31:10 36:21
 38:1

Vosburg's
 30:16 33:16

**W**
wait 17:3,3,3
want 12:11
 24:13,15
wanted 11:11
Washington 1:1
 1:13,24 2:14
 8:20
wasn't 16:15
 24:4,4 43:1,2
 48:9
way 19:19
 52:11,17
 53:10
Wednesday
 1:14
went 6:18,19,20
 8:13 12:4 49:9
we're 12:16
 19:17,17,18
 19:18 36:15
 36:16 41:4,4
 48:16 51:10
white 13:17
 14:9 17:15,16
 17:18 18:13
 18:15,17,19
 31:10,12,15
 31:19,20,22
 32:1,2 38:12
witness 1:20 4:4
woman 4:18
 17:15,15,16
 18:17 31:12
 32:12 40:6
women 32:11
Woodson 8:20
words 29:8
work 24:16
 29:6 34:5
 37:10 49:9
worked 5:8
 7:21 12:21

13:2 15:2,9
 29:14
working 10:1
 27:7 29:12,13
wouldn't 31:2
 49:21 50:11
write 53:15

**X**
x 1:3,10

**Y**
yeah 27:15
 31:12 42:8
year 9:16 14:16
 15:3 22:22
 27:8 47:8,8
years 5:9 6:9,21
 7:5 8:6 9:16
 47:7

**#**
#100-2005 1:6

**0**
00927X 1:6
050002 1:7
0985 5:20

**1**
10:03 1:25
10:52 54:2
1225 1:24 2:13
1290 2:13
15 1:14
1983 8:6 9:1
1990 7:8 8:2
 12:16

**2**
2 8:9
2000 22:1,6,7
 40:3 41:11
20005 2:14
2001 5:16,18
2002 10:13 12:8
 20:20



**2006** 1:14
**20746** 4:15
**22226** 2:21
**23** 47:7

---
**3**
**301-735-0096**
  4:17
**318** 6:3
**3501** 2:20

---
**4**
**4** 3:15 9:14
**40** 5:3
**4206** 4:14

---
**5**
**562-6342** 2:22

---
**6**
**6** 6:4,10,11,14
  6:18 7:8,9
  9:14

---
**7**
**7** 6:5,6,7,16,19
  6:20 7:2 8:10
  20:14 22:3,6,6
  22:7,9,10,12
  22:13,15,16
**703** 2:22

---
**8**
**8** 5:13,17 6:5,21
  20:16 45:15
  45:16

---
**9**
**90** 7:9
**95** 16:11
**96** 16:11
**985** 5:20