UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

| | |
|---|---|
| STACEY K. SHARPE, ) | |
| ) | |
| Complainant, ) | |
| ) | |
| v. ) | EEOC No. 100-2005-0097X |
| ) | |
| MARTIN J. GRUENBERG, ) | Agency No. FDICEO-050002 |
| Acting Chairman, ) | |
| Federal Deposit Insurance Corp., ) | |
| ) | |
| Agency. ) | |
| ) | |

### DECLARATION OF LOU A. MITCHELL

1.  My name is Lou Mitchell. I am African-American. I worked for the Federal Deposit Insurance Corporation (FDIC), Office of the Inspector General (OIG), Office of Management and Policy from 1989 to 2003 as a Secretary.

2.  In April or May of 2003, I was told that because of downsizing I would lose my position. I was verbally informed by my supervisor Rex Simmons that Patricia Black and Gaston Gianni had decided to abolish all secretary positions. I know that Patricia Black and Gaston Gianni were involved in this decision because Mr. Simmons told me that he met with them about this decision.

3.  To the best of my knowledge, there were five secretaries, all African-American, affected by this decision. These individuals were Naomi Pully, Sheila Straughn, Janice Whitting, Vinetta Belton and myself. Three of the African-American secretaries were eligible for retirement, but two of us were not, and we were terminated in July of 2003. To the best of my knowledge, no one else in OIG Headquarters Office except the five African-American secretary positions were abolished and forced to leave the OIG Headquarters in 2003.

I affirm under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, belief and recollection.

4-28-06                               Lou A. Mitchell
Date:                                  Lou A. Mitchell

1