### UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### WASHINGTON FIELD OFFICE

| | |
|---|---|
| STACEY K. SHARPE,            ) | |
|           Complainant,   ) | |
| v.                           ) | EEOC No. 100-2005-0097X |
| MARTIN J. GRUENBERG,         ) | Agency No. FDICEO-050002 |
|     Acting Chairman,        ) | |
|     Federal Deposit Insurance Corp., ) | |
|           Agency.        ) | |

### DECLARATION OF ANNETTE L. CHANDLER

1. My name is Annette L. Chandler, I am African-American. I currently work as an Audit Support Specialist, CG-301-11, in the Office of Inspector General (OIG), Office of Audits at the Federal Deposit Insurance Corporation (FDIC). I have worked at the FDIC and within the OIG for 29 years.

2. Prior to working for the Office of Audits, I worked as an Investigative Specialist, CG-301-11, in the Office of Investigations, OIG, FDIC since 1992. In December of 2004, I was involuntarily transferred from this position when I received a directed reassignment from Patricia Black, the Deputy Inspector General.

3. On December 8, 2004, Ms. Black called me into her office and notified me both orally and by giving me a letter that I was receiving a directed reassignment to the Office of Audits. Prior to this meeting with Ms. Black, I had never been notified that my position would be abolished, although the letter I received notified me that I was being reassigned because there was not

1

Page 1 of 2 

enough work for me in the Office of Investigations. I had no choice but to take the directed reassignment or be fired.

4. My reassignment was effective immediately. Indeed, after the meeting on December 8, 2004, Ms. Black walked me down to the Office of Audits and introduced me to my new supervisor. I was then instructed to move my things from my old office to my new office that same day.

5. My new job responsibilities were in no way related to my old job duties. As an Investigative Specialist, I am required to have a top security clearance and my duties were far more technically specialized. In that position, I wrote Intelligence Reports for highly public cases, ran criminal background history checks, analyzed financial data, and worked offsite at the Department of Treasury's Financial Crimes Enforcement Network (FinCEN). Currently, I perform mainly administrative duties, including filing and posting audit reports to the Internet.

6. My directed reassignment was because of my race. No other individual in the Office of Investigations received a directed reassignment, although the majority of employees in the office (about 98%) are white. I also know that one other African-American and I were the only two employees at the OIG to receive directed transfers although the majority of OIG employees are white.

7. Additionally, I have observed that the highly prestigious position of Criminal Investigator in the Office of Investigations is reserved for white employees. When I began working in the Office of Investigations in 1992 there was only one African-American Criminal Investigator. In 2004 when I was forced out of the Office of Investigations, there were approximately 33 white Criminal Investigators and only 4 African-Americans.

I affirm under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, belief and recollection.

_April 17, 2006_
Date:

_Annette L. Chandler_