**Federal Deposit Insurance Corporation**
801 17th St. NW Washington DC. 20434
Office of Inspector General

---

April 10, 2002

**MEMORANDUM TO:**   Trina F. Petty, Deputy Assistant Inspector General for Human Resources

**FROM:**   Fred W. Gibson, Jr., Acting Counsel to the Inspector General

**SUBJECT:**   Extension of Term Appointment of Adriana Rojas Vosburg

I hereby request that the Office of Inspector General extend the term appointment of Adriana Rojas Vosburg to the date which is four years from the date of her current appointment.

Ms. Vosburg performs a substantial amount of work on behalf of the office. She represents the OIG in ongoing personnel and other litigation before the MSPB, the EEOC and in the Federal courts. In addition, she provides vital support to our clients, and to attorneys in this office, in connection with a wide variety of legal matters involving complex issues arising under Federal banking and other laws, and FDIC rules and regulations. As an intern, and now as a term CG-11 employee, she has developed considerable expertise in various OIG specific matters.

We anticipate that workload demands on our office will increase over the next several years, as a consequence of the restructuring of the OIG and conditions in the banking industry. At the same time, the Office of Counsel is downsizing from seven to six full time employees, we are permanently reducing our workforce by one attorney, and the former Counsel to the Inspector General is assuming new duties as the Deputy Inspector General. Accordingly, demand for Ms. Vosburg's professional services will at an absolute minimum continue at present levels during the next three and one-half years.

Please let me know if I can provide you with additional information in support of this request.

CONCUR:

Gaston L. Gianni, Jr.,
Inspector General