| | |
|---|---|
| **VACANCY ANNOUNCEMENT:** | 2004-OIG-2694 |
| **AMENDMENT:** | A0 |
| **OPENING DATE:** | 11/04/2004 |
| **CLOSING DATE:** | 11/15/2004 |
| **POSITION:** | General Attorney |
| **PAY PLAN-SERIES-GRADE:** | CG-0905-13 |
| **FULL PERFORMANCE LEVEL:** | CG-15 |
| **GRADE AND SALARY RANGE:** | 13 $72589 - $117359<br><br>The salary range reflects total compensation including basic pay, applicable locality and cost of living adjustments at the time of the announcement. |
| **LOCATION:** | Office of Inspector General<br>Washington DC Metro Area |
| **POSITION OPEN TO:** | FDIC Permanent Employees in the Excepted Service |
| **NUMBER OF VACANCIES:** | 1 |
| **AREA OF CONSIDERATION:** | Local Commuting Area |
| **TYPE OF APPOINTMENT:** | PERMANENT EXCEPTED SERVICE |

YOUR APPLICATION MUST BE RECEIVED IN THE OIG HUMAN RESOURCES BRANCH BY 11/15/2004.

SUMMARY OF DUTIES

This position is an opportunity for an individual to work in the Federal Deposit Insurance Corporation, Office of Inspector General, Office of Counsel to the Inspector General. The Office of Counsel to the Inspector General provides independent legal services for the OIG. Key activities include conducting legal research and writing opinions; providing supportive advice and counsel on audit, investigative, and management-related topics; preparing subpoenas; reviewing proposed legislation and regulations affecting the FDIC; conducting litigation; and processing requests and related appeals under the Freedom of Information and Privacy Acts.

The incumbent serves as an Attorney Advisor and is responsible for providing independent legal services to the Inspector General, and to the managers and staff of the OIG. Other duties include preparing memoranda, reports, legal documents, correspondence, and assists the Counsel to the Inspector General in preparing briefs, responses to motions, and other pleadings. Assists the Counsel to the Inspector General or senior level office attorneys in reviewing audit and investigative reports for legal sufficiency. Participates with the Counsel to the Inspector General in providing legal opinions, advice, support, etc., to OIG officials in support of the Inspector General's duties and responsibilities as legislated in the Inspector General Act of 1978.

QUALIFICATIONS REQUIRED: US CITIZENSHIP IS REQUIRED.

All Candidates must possess a J.D. or LL.B degree from an accredited law school;
AND, must be a member in good standing of the appropriate licensing authority of
any state or the District of Columbia. Specifically, to qualify for the GS-13 level candidates must:
- possess a J.D. or LL.B. degree from an accredited law school;

- be a member in good standing of the bar of any state or the District of Columbia; AND

- must have successfully completed at least one full year of professional legal experience as a practicing attorney equivalent to the GS-12 level in the Federal service, as reflected in the nature and complexity of casework and legal issues for which responsible, the level of responsibility exercised, and the degree to which such specialized experience equipped the applicant with the particular knowledge, skills and abilities required to successfully perform the duties of this position. Specialized experience is experience that should have included duties that involve conducting research, providing legal advice, and preparing written opinions involving a variety of complicated legal matters in such areas as administrative law, rulemaking, the Freedom of Information Act, and the Federal Advisory Committee Act.

TIME-IN-GRADE REQUIREMENT: Applicants must have served 52 weeks at the next lower grade in the Federal Service. All qualification and time-in-grade requirements must be met by the closing date of this announcement.

BASIC FOR RATING:

FAILURE TO PROVIDE A SEPARATE NARRATIVE STATEMENT DEMONSTRATING ABILITY TO PERFORM EACH KSA LISTED BELOW WILL RESULT IN NOT RECEIVING CONSIDERATION FOR THIS POSITION.

QUALITY RANKING FACTORS (DESIRABLE KNOWLEDGE, SKILLS AND ABILITIES):

1. Ability to assist in the litigation of civil and administrative cases, including cases arising under Federal personnel and Equal Employment Opportunity laws, rules, and regulations.

2. Knowledge of the Inspector General Act of 1978, as amended, and the operations and activities of the FDIC, Office of Inspector General.

3. Skill in the preparation, drafting and presentation of legal arguments, opinions, and advice to lawyers and non-lawyers.

4. Ability to recognize legal issues, to weigh and evaluate factual information, and to utilize both facts and law in developing arguments and alternatives.

Core Competencies:

The OIG core competencies are to identify the behaviors and skills needed by all OIG staff members to contribute successfully to the overall mission and goals of the OIG.

Achieve Results: Assumes responsibility and accountability for achieving results in support of the FDIC and OIG mission and goals.

Communicates Effectively: Effectively communicates orally and in writing to promote mutual understanding, effective decision-making, and information gathering.

Demonstrates Teamwork: Builds and maintains inclusive, responsive, and constructive working relationships based on mutual respect and a shared commitment to the OIG's mission, values, and goals.

Exhibits Technical Competence: Demonstrates the technical knowledge, skills, and abilities necessary to effectively carry out the duties and responsibilities of his or her position.

Demonstrates Responsibility and Self-Development: Takes personal initiative to improve individual and organizational performance and promote the OIG's values and goals, while exemplifying high standards of professional and ethical behavior and integrity.

EVALUATION METHODS:

Applicants will be evaluated on the basis of information provided in their application package as to their paid or volunteer experience, training, self-development and awards; knowledge, skills and abilities; and, performance appraisals. Failure to provide specific information regarding the selective and/or quality ranking factors described in this vacancy announcement could result in your application not being referred to the selecting official for consideration.

BENEFITS:

Working at the FDIC OIG can be advantageous compared with other federal government agencies with enhanced pay; additional

401(k) benefits, lower health insurance premiums, a dental and vision program, disability insurance; and flexible work schedules.

CONDITIONS OF APPOINTMENT:

The FDIC is barred from accepting or considering political recommendations regarding appointment or any other personnel action by 5 USC 3303; any violation of the bar on recommendations is a prohibited personnel action. The FDIC is obligated to take appropriate adverse action against employees who solicit, or Corporation officials who consider prohibited political recommendations.

Candidates who are tentatively identified for appointment must meet suitability requirements for Federal employment prior to appointment. FDIC may request applicant to provide additional information prior to making a formal offer of employment, as required by 12 CFR Part 336.

Position Sensitivity: High Risk--Background Investigation (BI) Required.

FDIC CAREER TRANSITION ASSISTANCE PLAN (CTAP):

Individuals who have special priority selection rights under the FDIC Career Transition Assistance Plan (CTAP) must be well-qualified for the position to receive consideration for special selection priority. CTAP eligibles will be considered well-qualified if they possess the knowledge, skills, and abilities which clearly exceed the minimum requirements of the position. A well-qualified CTAP eligible must be able to satisfactory perform the duties of the position upon entry without additional training. Federal employees seeking CTAP eligibility must submit proof that they meet the requirements of 5 CFR 330.605 for CTAP. Please annotate your application to reflect that you are applying as a CTAP eligible.

HOW TO APPLY:

All application material for each position must be included with your original submission. FDIC is not responsible for adding supplemental information to your original submissions.

Facsimile transmittals will not be accepted.

Electronic (e-mail; disk) transmittals will not be accepted.

Applications submitted in Government franked envelopes will not receive consideration.

1. In order to apply, you need to submit one of the following documents:

*OF 612, Optional Application for Federal Employment.

*SF-171, Application for Federal Employment.

*Your resume.

2. Whichever document you submit must include all of the following information:

*The position title and announcement number on the first page of your application;

*Your name, address, Social Security Number, telephone numbers where you can be reached during the day, and citizenship.

*All FDIC applicants are requested to submit a current appraisal with their application package.

*Applicants entitled to receive consideration as status candidates who are not currently permanent, competitive service FDIC employees should submit a copy of their most recent SF-50, Notification of Personnel Action, which documents eligibility for competitive service reinstatement or transfer.

Submit application material to:
Federal Deposit Insurance Corporation
3501 Fairfax Drive
OIG Human Resources Branch
801-Room 904A
Arlington, VA  22226

For further information contact the Human Resources Branch by calling Towanda Bynum at (202) 416-2966. When making an inquiry concerning a position, please reference the position announcement number.

THE OFFICE OF INSPECTOR GENERAL IS AN EQUAL OPPORTUNITY EMPLOYER

**MAILING ADDRESS FOR APPLICATIONS:**   Office of Inspector General 3501 Fairfax Drive  OIG-HRB (801-Room 904A) Arlington VA 22226

**WALK IN ADDRESS:** Washington DC 20434   Office of Inspector General 801 17th Street, NW (Room 904A) Human Resources Branch - Room 904A

YOUR APPLICATION MUST BE RECEIVED BY 11/15/2004

FDIC is an equal opportunity employer.

Applications will be considered without regard to race, color, religion, gender, national origin, age, marital status, disability, political affiliation, sexual orientation, or any other non-merit factor.