**Federal Deposit Insurance Corporation**
801 17th Street NW, Washington, DC 20429-9990

**MEMORANDUM TO:**    Trina F. Petty, Deputy Assistant Inspector General

**FROM:**    Fred W. Gibson, Jr., Counsel to the Inspector General

**RE:**    Position Announcement

**DATE:**    November 1, 2004

Please advertise a position for a CG-905-13 in Counsel's office, with promotion potential to grades 14 1nd 15. I understand that this advertisement can be made FDIC-wide.

I have reviewed the position announcement for vacancy 2001-OIG-1254, which advertised a CG-0905-15 position. In addition to the quality ranking factors identified in that position announcement, this position should include knowledge of and specific experience with the Inspector General Act of 1978, as amended, and the operations and activities of the FDIC Office of Inspector General, or a similar formulation. Management of litigation is not necessary, but the ability to litigate cases before the MSPB and the EEOC should also be considered, as should in-depth knowledge of the FDI Act, FDIC regulations and policies and other laws which affect the open and closed bank and insurance functions, administrative law, and banking law in general.

I have reviewed the PDs for the CG-905-13, CG-905-14 and CG-905-15 positions in Counsel's Office, and have signed them. I have left the PDs with Patricia Black, the Deputy Inspector General, for her concurrence, and asked that she return them to your office when she has signed them.