

# Federal Deposit Insurance Corporation

## Control Report

Organization: Federal Deposit Insurance Corporation  
Announcement Number: 2004-OIG-2694  
Job Title: General Attorney  
Open/Close Date: 11/4/04-11/15/04  
PP/Series/Grades: CG-0905-13  
EPL Grade: 15  
Department: Office of Inspector General  

Type of Appointment: PERMANENT EXCEPTED SERVICE  
Number of Positions: 1  
Duty City/State: Washington DC Metro Area  
Roster Issued:  
Roster Expired:  
Applicant Selected: No  
Selecting Official:  

| Applicant | SSN | Vet Status | Type | Action | Grade Level | Qual | Inel Reason | Comments |
|---|---|---|---|---|---|---|---|---|
| VOSBURG, ADRIANA | 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 | | NV-0 | | NR | 13 | Yes | |

Total Number of Applicants = 1