U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

| | |
|---|---|
| STACEY K. SHARPE,<br>    Complainant, | EEOC NUMBER:<br>100-2005-00927X |
| v. | AGENCY No:<br>FDICEO-050002 |
| MARTIN GRUENBERG,<br>Chairman, Federal Deposit Insurance<br>  Corporation,<br>    Agency. | DATE: February 14, 2006 |

Agency Response to Complainant's Discovery Requests

**Interrogatories**

**13. Describe any RIF's the FDIC has engaged in from 2000 until present including reference to dates, numbers, position descriptions, and locations.**

To the extent that this interrogatory requests information regarding the FDIC rather than the FDIC OIG, the Agency objects. The FDIC and FDIC OIG are separate personnel authorities for RIF purposes. Consequently, the FDIC's use of RIF procedures would have no effect on the FDIC OIG and vice versa. FDIC and FDIC OIG employees are not in the same competitive area even if located in the same commuting area and are not members of the same competitive levels even if they occupy the positions of the same grade and series. FDIC employees released from their competitive level in a RIF cannot bump or retreat into an OIG position. OIG employees released from their competitive level in a RIF cannot bump or retreat into an FDIC position. Consequently information regarding FDIC RIF's is not relevant to the issues in the instant complaint and is not reasonably calculated to lead to the discovery of admissible information.

Answering further, Agency records reflect that the Office of Inspector General has invoked reduction in force procedures three times. As a consequence of these, one CG-511-12 Auditor was separated from federal service on August 30, 2002 as a result of the closing of the San Francisco Office of Audits, three CG-318-7 Secretaries, two in Washington and one in Dallas, were separated from federal service on July 11, 2003 and one CG-511-13 Auditor is scheduled to be separated from federal service on April 29, 2006 upon the closing of the Atlanta Office of Audits.

## Document Requests

**8. Any documents relating to or regarding Ms. Sharpe's duties at the time of her reassignment, her duties for a three year period prior to her reassignment, and how her duties were reassigned after her transfer.**

Attached please find documents that are responsive to this request.

These are extracts of the Office of Inspector General Semi-Annual reports to Congress from October 1999 through September 2005 which contain information regarding the number of FOIA/PA requests handled by the Office of Counsel during the semi-annual period in question.

I have also attached a report from the Office of Counsel tracking system which indicates that the Complainant was assigned to 73 matters during the period in question. I have redacted information relating to non-Agency parties or individuals and the work performed by other individuals in the Office of Counsel as such information is beyond the scope of your request and/or protected from disclosure by either the attorney-client or attorney work product privileges.

Respectfully submitted,

Michael S. Cosgrove
Associate Counsel to the Inspector
    General and Agency Representative