# OIG Training and Professional Development System
## External Training Request and Authorization (#2004-0368)
### Current Status: *Registration Completed - Awaiting Attendance*

### Employee Information

Theresa D Fewell

FDIC-OIG
801 17th Street, NW
801-1021
Washington, DC 20434

(202) 416-2531
(202) 416-2906
TFEWELL@FDIC.Gov

CG /986/8

20 Years 11 Months

Legal Assistant

### Vendor and Course Information

| | |
|---|---|
| Name: | University of Maryland |
| Street 1: | University College |
| Street 2: | University Blvd |
| City: | College Park |
| State: | MD |
| Zip Code: | 20783 |
| Contact: | |
| Telephone: | 301/985-7000 |
| Fax Number: | 301/985-7978 |
| E-mail Address: | |
| Web-site: | |

☑ Check here if training location same as vendor address
Street 1:
Street 2:
City:
State:
Zip Code:

Course Number:
Course Title: Paralegal Certificate Program
Start Date: 9/8/04
End Date:

| Course Hours: | Duty | Non-duty | Total |
|---|---|---|---|
| | 0 | 0 | 0 |

How will the employee's job performance be improved as a result of this training? (*Give a brief description.*)

```
The training will enhance my job by
increasing my level of expertise in
the legal staff
```

What is the benefit to the FDIC? (*Give a brief description.*)

```
I will increase my skills in paralegal-
type assistant work I am currently
doing.
```

Related to Current Job - Improve Present Performance

Exhibits Technical Competence

Government

| | | |
|---|---|---|
| Tuition: | $.00 | |
| Books or Materials: | $.00 | *Explain Other Costs: |
| Other:* | $30.00 | |
| Total: | $30.00 | |

| | | |
|---|---|---|
| Travel: | $.00 | |
| Per Diem: | $.00 | *Explain Other Costs: |
| Other:* | $.00 | |
| Total: | $.00 | |

Application for Admission has been submitted to Nancy Frank. Registration for each class will follow once approved by UMUC.

[✓] Check here if additional paperwork will follow request.

**Submission / Approvals / Concurrence / Certification**



| | Submission of Request for Approval | |
|---|---|---|
| **Submission** | Date Submitted: | 7/16/04 |
| | Submitted By: | Theresa Fewell |

| | First-Line Supervisory Approval | |
|---|---|---|
| **Approvals** | Date Approved: | 7/16/04 |
| | Approved By: | Frederick Gibson |

| | Training Officer Approval | |
|---|---|---|
| | Date Approved: | 7/19/04 |
| | Approved By: | Trina Petty |

| | Authorizing Official | |
|---|---|---|
| **Concurrence** | Date Approved: | 7/19/04 |
| | Approved By: | Rex Simmons |

| | Supervisory Approval | |
|---|---|---|
| **Completion Supervisory Approval** | Pending Approval By: | Frederick Gibson |

| | Certifying Official | |
|---|---|---|
| **Certification of Completion** | Pending Certification By: | Trina Petty |

### Training Administrator

| | Program Code | Org Code | Location | Fund | Account |
|---|---|---|---|---|---|
| **Direct Cost Allocation** | Y2005 | IH73 | 001 | 9955 | 563201 |
| **Indirect Cost Allocation** | Y2005 | IH73 | 001 | 9955 | 521202 |

| **Registration and Payment** | Date Registered | Payment Type | Registered By |
|---|---|---|---|
| | 7/19/04 | Credit Card - NF | Nancy Frank |

[Back to Summary List]

OIG Training and Professional Development System
External Training Request and Authorization (#2004-0401)
Current Status: *Registration Completed - Awaiting Attendance*

### Employee Information

Theresa D Fewell

FDIC-OIG
801 17th Street, NW
801-1021
Washington, DC 20434

(202) 416-2531
(202) 416-2906
TFEWELL@FDIC.Gov

CG /986/8

21 Years 0 Months

Legal Assistant

### Vendor and Course Information

| | |
|---|---|
| Name: | Univ of Md/Univ College |
| Street 1: | University Blvd at Adelphi Rd. |
| Street 2: | |
| City: | College Park |
| State: | MD |
| Zip Code: | 20742 |
| Contact: | |
| Telephone: | 301/985-7000 |
| Fax Number: | 301/985-7978 |
| E-mail Address: | |
| Web-site: | www.umuc.edu |

☐ Check here if training location same as vendor address

| | |
|---|---|
| Street 1: | On-line course |
| Street 2: | |
| City: | |
| State: | |
| Zip Code: | |

Course Number: LGST 101
Course Title: Introduction to Law
Start Date: 9/8/04
End Date: 12/18/04

| Course Hours: | Duty | Non-duty | Total |
|---|---|---|---|
| | 0 | 60 | 60 |

How will the employee's job performance be improved as a result of this training? (*Give a brief description.*)

```
This course is part of the Paralegal
Studies Certificate Program.
```

What is the benefit to the FDIC? (*Give a brief description.*)

```
I will increase my skills in paralegal-
type assistant work I am currently
doing.
```

Career Development (Type II)

Demonstrates Resp+Self Development

Non-Government

| Tuition: | $663.00 | |
|---|---|---|
| Books or Materials: | $250.00 | *Explain Other Costs: |
| Other:* | $.00 | |
| Total: | $913.00 | |

| Travel: | $.00 | |
|---|---|---|
| Per Diem: | $.00 | *Explain Other Costs: |
| Other:* | $.00 | |
| Total: | $.00 | |

This course is part of the Paralegal Studies Certificate Program as described in my career dev. plan and previous training request submitted for admission.

☐ Check here if additional paperwork will follow request.

**Submission / Approvals / Concurrence / Certification**

### Submission

**Submission of Request for Approval**
- Date Submitted: 8/9/04
- Submitted By: Theresa Fewell

### Approvals

**First-Line Supervisory Approval**
- Date Approved: 8/9/04
- Approved By: Patricia Black

**Training Officer Approval**
- Date Approved: 8/13/04
- Approved By: Trina Petty

### Concurrence

**Authorizing Official**
- Date Approved: 8/13/04
- Approved By: Rex Simmons

### Completion Supervisory Approval

**Supervisory Approval**
- Pending Approval By: Patricia Black

### Certification of Completion

**Certifying Official**
- Pending Certification By: Trina Petty

## Training Administrator

**Direct Cost Allocation**

| Program Code | Org Code | Location | Fund | Account |
|---|---|---|---|---|
| Y2005 | IH73 | 001 | 9955 | 563201 |

**Indirect Cost Allocation**

| Program Code | Org Code | Location | Fund | Account |
|---|---|---|---|---|
| Y2005 | IH73 | 001 | 9955 | 521202 |

**Registration and Payment**

| Date Registered | Payment Type | Registered By |
|---|---|---|
| 8/16/04 | Credit Card - NF | Nancy Frank |

[Back to Summary List]