Unofficial Transcripts                                                                 Page 1 of 2

Case 1:06-cv-01743-RBW   Document 11-21   Filed 11/30/2007   Page 1 of 2

Help
## Report Results

Retı

**Undergraduate Unofficial**

University of Maryland University College
3501 University Boulevard East
Adelphi, MD 20783
United States

Name        : Sharpe, Stacey Kim
Student ID: 0315556
Address     : 11820 Capstan Drive
              Upper Marlboro, MD 20772
              United States

- - - - - **Academic Program History** - - - - -

Program      : UG Bachelor's Degree
1993-05-20   : Active in Program
               1993-05-20 : Paralegal Studies PAS Primary Specialization
1998-05-30   : Completed Program

- - - - - **Beginning of Undergraduate Record** - - - - -

### 1993 Summer

| PLGL | 101 | Intro To Paralegal | 3.00 | 3.00 A | 12.000 |
| PLGL | 200 | Tech Of Legal Rsrch | 3.00 | 3.00 B | 9.000 |
| | TERM GPA : | 3.500 | TERM TOTALS : | 6.00 | 6.00 | 21.000 |
| | CUM  GPA : | 3.500 | CUM  TOTALS : | 6.00 | 6.00 | 21.000 |

### 1993 Fall

| PLGL | 201 | Legal Writing | 3.00 | 3.00 B | 9.000 |
| PLGL | 204 | Lgl Eth/law Off Sys | 3.00 | 3.00 C | 6.000 |
| PLGL | 325 | Litigation | 3.00 | 3.00 B | 9.000 |
| | TERM GPA : | 2.667 | TERM TOTALS : | 9.00 | 9.00 | 24.000 |
| | CUM  GPA : | 3.000 | CUM  TOTALS : | 15.00 | 15.00 | 45.000 |

### 1994 Spring

| | | | | | | |
|---|---|---|---|---|---|---|
| PLGL | 360 | Comp Appl In Law | 3.00 | 3.00 | B | 9.000 |
| PLGL | 401 | Adv Legal Writing | 3.00 | 3.00 | B | 9.000 |
| PLGL | 434 | Government Contracts | 3.00 | 3.00 | B | 9.000 |
| | TERM GPA : | 3.000 | TERM TOTALS : | 9.00 | 9.00 | 27.000 |
| | CUM GPA : | 3.000 | CUM TOTALS : | 24.00 | 24.00 | 72.000 |

**1994 Summer**

| | | | | | | |
|---|---|---|---|---|---|---|
| PLGL | 431 | Gov'T Info Practices | 3.00 | 3.00 | B | 9.000 |
| PLGL | 450 | Bankruptcy Law | 3.00 | 3.00 | D | 3.000 |
| | TERM GPA : | 2.000 | TERM TOTALS : | 6.00 | 6.00 | 12.000 |
| | CUM GPA : | 2.800 | CUM TOTALS : | 30.00 | 30.00 | 84.000 |

**1998 Spring**

| | | | | | | |
|---|---|---|---|---|---|---|
| HIST | 333 | Eur Ren & Reform Ii | 3.00 | 3.00 | C | 6.000 |
| PLGL | 411 | Consumer Protctn Law | 3.00 | 3.00 | A | 12.000 |
| | TERM GPA : | 3.000 | TERM TOTALS : | 6.00 | 6.00 | 18.000 |
| | CUM GPA : | 2.833 | CUM TOTALS : | 36.00 | 36.00 | 102.000 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Degree       : Bachelor of Science
Confer Date  : 1998-05-30
Degree GPA   : 2.833
Plan         : Paralegal Studies

**Undergraduate Career Totals**
        CUM GPA :    2.833       CUM TOTALS :   36.00    36.00     102.000

Retu