*FDIC Merit Promotion Circular 2110.2*

# APPENDIX III
## Inservice Placement Provisions

1. **General.** Inservice placement applicants may meet minimum qualification requirements based on education (including superior academic achievement) and/or experience, as specified in the appropriate U.S. OPM qualification standard. To qualify, the applicant must usually have the same level and type of experience or education that is required for initial appointment. The following special provisions apply to inservice placements:

A. Minimum educational requirements. When there is a change to, or addition of, minimum educational requirements to a job series, employees currently classified for that series do not have to meet the new educational requirements (except where separate in-service placement rules are included in the revised standard).

B. The "add-on rule." If an employee qualified for his/her current position by meeting the provisions of the appropriate qualification standard, the agency may "add on" the difference between the length of experience required for the current position and the length of experience required for the proposed position.

C. Modifying experience requirements for certain inservice placement actions:

(1) An agency may determine that an individual can successfully perform the work of a position, even though the individual may not meet all the requirements in the U.S. OPM qualification standards. Agencies may modify the U.S. OPM qualification standards for reassignments, voluntary downgrades, transfers, reinstatements, and repromotions to a grade not higher than a grade previously held when the applicant's background includes related experience that provided the knowledge, skills, and abilities necessary for successful job performance;

(2) This authority is used only when there is a reasonable likelihood that the employee will successfully make the transition to the new position;

(3) This authority is not used for placement to a higher grade nor a position with greater promotion potential, except where the employee previously held a position at that grade level/promotion potential;

(4) The use of a modified standard does not authorize the waiver or disregard of minimum educational, licensure, or certification requirements;

(5) Use of a modified standard should be documented to show that it was intentional and that the assignment did not result from a misinterpretation of the U.S. OPM qualification standards;

(6) When using a modified standard for inservice placement, a structured training program must be made an official part of the performance plan; and

(7) The appropriate method for recruitment for inservice placement includes use of a Solicitation of Interest (SOI). SOIs are not used for placement into positions at a higher grade or positions with higher promotion potential than the employee previously held on a permanent basis in the competitive service.

1