Stacey K. Sharpe
Human Resources Specialist
Vacancy Announcement 2004-HQ-2574
Knowledge, Skills, and Abilities
Page 1 of 5

1.  Knowledge of, and skill in applying, a wide range of advanced HRM concepts, laws, practices,
    and policies sufficient to solve a wide range of complex, interrelated HRM problems and issues,
    provide comprehensive HR management advisory and technical services, and recommend
    appropriate HR interventions. I have acquired knowledge of, and skill in applying, a wide range
    of advanced HRM concepts, laws, practices, and policies sufficient to solve a wide range of
    complex, interrelated HRM problems and issues, provide comprehensive HR management
    advisory and technical services, and recommend appropriate HR interventions.

    As a paralegal in the Office of Inspector General (OIG) Office of Counsel, I perform legal
    research, draft legal memoranda, render legal interpretations, and advise our clients on different
    laws that pertain to employee relations disputes. Specifically, I research, analyze and summarize
    cases and laws that deal with Merit Systems Principles (MSP) such as 1) recruiting and staffing 2)
    fair and equitably treatment of employees 3) equal pay for equal work 4) protection afforded to
    employees who are whistleblowers. I also research, analyze and summarize cases and laws that
    deal with Prohibited Personnel Practices (PPP) such as 1) illegal discriminating against
    employees or applicants 2) obstruction of a person's right to compete for employment 3)
    retaliation against whistleblowers 4) retaliation against employees for filing appeals and 5)
    violations against veterans with preference points. The other category of cases and laws of which
    I research, analyze and summarize are the Equal Employment Opportunity (EEO) type cases that
    afford protection against discrimination based on race, color, religion, sex, national origin, age and
    mental or physical disability.

    Additionally, I am knowledgeable of statutes covered by Title 5 of the United States Code and the
    Code of Federal Regulations (CFR). Some of those laws include the American with Disability
    Act (ADA), Veterans Preference Act (ACT), Fair Labor Standards Act (FLSA), Privacy Act (PA),
    Age Discrimination in Employment Act of 1967 (ADEA) and the Older Worker's Benefit
    Protection Act (OWBPA). Additionally, I have also become familiar with the Equal Employment
    Opportunity Commission (EEOC), the Merit System Protection Board (MSPB), and the Office of
    Special Counsel (OSC).

    My actual knowledge of the above laws and entities is a direct result of my assisting staff
    attorneys with litigating employee relations cases filed by OIG employees and filed in the office of
    the above-named entities. (Because the OIG has its own personnel authority, it is responsible for
    litigating employment issues filed by its employees.) Specifically, 1) I research cases that deal
    with the types of laws listed above, 2) draft memoranda, which both summarizes and analyzes
    those laws, 3) render legal interpretations of those laws to our clients (staff within the Office of
    Investigations, Office of Audits and Office of Management and Policy, of which includes a human
    resources section) and 4) advise our clients in writing or orally with a correct analysis of the types
    of laws stated above. At the conclusion of conducting legal research, I draft office memoranda.
    These memoranda include the pertinent laws, the facts presented by the assigning attorney, and an
    application of the facts and laws.

Stacey K. Sharpe
Human Resources Specialist
Vacancy Announcement 2004-HQ-2574
Knowledge, Skills, and Abilities
Page 2 of 5

Furthermore, my knowledge of , and skill in applying , a wide range of advanced HRM concepts, laws, practices, and policies sufficient to solve a wide range of complex, interrelated HRM problems and issues, provide comprehensive HR management advisory and technical services, and recommend appropriate HR intervention is also a direct result of my completing the following courses: EEO Law Process and Procedures, Liability of Federal Agencies for Unlawful Discrimination; Reprisal and Retaliation Claims, Basic Employee Relations and Human Resources Management Introduction.

As a former CDAC member, I am tasked with drafting proposals relating to the contents of , monthly programs. I also served as co-recorder. In this capacity, I took the minutes and transcribed them. Once transcribed, they were sent to the Chairman of CDAC for final approval. Also, in this capacity, I have drafted news articles as they relate to CDAC's role and involvement in furthering the Corporation's diversity plan. As a member of the group, I collaborate with other members in order to plan the agenda for open forums, drafts proposals and policies and assists the Office of Diversity and Economic Opportunity (ODEO) in planning FDIC Diversity Education Series programs, focusing on diversification of classes of FDIC employees. A couple of those now effectuated policies include the FDIC's dress policy and language that was added to the Performance Evaluations of the FDIC's hard-of-hearing employees.

Additionally, I summarize and analyze congressional bills and statutes. The summaries are prepared so that a layman can understand the legislative language. Prior to completing the summaries, I discuss with my attorneys my issues or concerns regarding the legislation. My analyses consist of an application of how the legislative language may, if at all, impact the FDIC/OIG. Later, they are forwarded to staff attorneys and ultimately to the Inspector General.

I draft inter and intra-office memoranda. For example, I draft and forward OIG's responses to Freedom of Information Act (FOIA) and the Privacy Act (PA) requests to the requestor or the OES, the division responsible for processing incoming FOIA and PA requests. Also, I communicate orally to OES personnel with regards to my reasons and rationale for withholding and/or releasing records. My responses include OIG reasons for releasing or withholding information and an analysis of the FOIA and PA exemptions as they relate to the information being sought. Furthermore, when the Counsel's office requires guidance, I contact FOIA attorneys at the Department of Justice for further guidance.

Currently, I am a graduate student at the University of Maryland, University College (UMUC). My major is management with a concentration in human resources management. Through this program, I am learning management principles as well as human resources management principles.

*3*

Stacey K. Sharpe
Human Resources Specialist
Vacancy Announcement 2004-HQ-2574
Knowledge, Skills, and Abilities
Page 3 of 5

2.  Skill in written communication to develop comprehensive guidelines, policies and other
documents on complex HR issues.  I demonstrate my skill in written communication to develop
comprehensive guidelines, policies and other documents on complex HR issues.  Weekly, I am
tasked with summarizing, analyzing and commenting on EEO, MSP and PPP type cases and laws
that are similar to cases filed by OIG employees and cases and laws that may impact any OIG
operations.  My summaries include an analysis of the pertinent facts and laws of the case as well
as recommendations and guidance to OIG on how to operate pursuant to case law, corporate
policies and guidelines.  Additionally, I am tasked with drafting and commenting on any proposed
legislation that may impact any of OIG's operations.

As a former CDAC member, I assisted with drafting proposals that were later approved by
Management.  A couple of those now effectuated policies include the FDIC's dress policy and
language that was added to the Performance Evaluations of the FDIC's hard-of-hearing
employees.  As it relates to administering OIG Freedom of Information Act (FOIA) and (PA)
request, I have drafted guidelines, policies and comments on timely processing both FOIA and PA
requests in order to adhere to federal law and therefore respond to the requestors within a timely
fashion.

Additionally, I comment on, summarize and analyze congressional bills and statutes that deal with
regulatory and supervisory issues at it relates to the FDIC.  The summaries are prepared so that a
layman can understand the legislative language and its intent.  Prior to completing the summaries,
I discuss with my attorneys and attorneys from the Legal Division any issues or concerns
regarding the legislation.  My analyses consist of an application of how the legislative language
may, if at all, impact the FDIC/OIG's operations and programs.  Ultimately, my analyses and
summaries are forwarded to the IG, OIG executives, managers and attorneys within the Legal
Division.

I draft inter and intra-office memoranda on a variety of topics.  Some require legal analyses and
some do not.  Some of the memoranda are responses to auditors and investigators as it relates to
the interpretation of corporate policies, and others memoranda provide guidance on applicable
laws, of which the auditors and investigator must maintain compliance, while furthering their
assignments.

3.  Skill in oral communication to provide advice and guidance to others, brief senior management
and conduct other oral presentations on often sensitive human resources management problems
and issues.  I as skilled in oral communication to provide advice and guidance to others, brief
senior management and conduct other oral presentation on often sensitive human resources
management problems and issues as well as non human resources management problems and
issues.

*4*

Stacey K. Sharpe
Human Resources Specialist
Vacancy Announcement 2004-HQ-2574
Knowledge, Skills, and Abilities
Page 4 of 5

Because OIG has its own personnel authority, I have assisted staff attorneys handling employees' disputes and complaints. For example, I am research projects that relate to personnel law, including EEO, MSP and PPP issues. Because the subjects of the research are OIG employees, my conversations with the Counsel to the IG, Associate Counsels and the Employee Relations Specialist are sensitive and private. The results of my research include informing my attorneys and supervisor of the legal precedent and its application to the appropriate adverse actions taken in similar situations. Incidentally, I communicate with other people within other federal agencies and the district courts in order to ascertain legal documents. Because I am also required to comment on policies and procedures and construct legal opinions, I communicate with attorneys and paralegals within the Legal Division. And in my writings, I share my viewpoint on the applications of a particular law.

As a former CDAC member, I communicated with FDIC Directors and their Deputies regarding establishing and maintaining diversity within the Corporation. Although we all voiced our viewpoints, we were sensitized to the varying ethnicities, religions, ages, disabilities. During our meetings and dealings with senior management, Deputy Directors and Directors, our conversation were both sensitive and private, as we were careful not to offend or alienate any group of people.

Additionally, once the U.S. Congress proposes a bill, I discuss with my attorneys any possible impact the legislation would have on OIG and its operations or programs. We also discuss possible impacts predicated by corporate directives and circulars. After the discussion, I have been tasked with drafting analyses of such bill, directive or circular to the facts given me. Later, I share my perspective with my attorney, sometimes orally and at other times in writing. Once we reach an agreement, we advice our clients on our outcome.

4.  Knowledge of, and skill in applying, a wide range of classification, compensation, and pay administrative policies, principles, and practices to advise others on pay setting and adjust pay for new and continuing employees, implementing pay schedule adjustments, and administer premium pay, FLSA overtime pay, recruitment/retention flexibilities, back pay, and settlement claims. My knowledge of and skill in applying a wide range of compensation and pay policies, principles and practices extends to Title 5 of the United Code and the CFR. Specifically, I have researched and analyzed different sections and statutes covered by Title 5 as it relates to pay, compensation, premium pay and FLSA. For example, I analyzed the Law Enforcement Availability Pay (LEAP) paid to our criminal investigators, premium pay issues and overtime pay in order to properly advise our Office of Investigations employees as it relates to pay, compensation and benefits. I have also researched other pay issues and statutes that affect OIG employees. Also, I completed USDA' Human Resources Management Introduction and Basic Employee Relations, which cover a wide range of classification, compensation, and pay administrative policies, principles, and practices. From completing these courses, my knowledge of and skill in applying a wide range of classification, compensation, and pay, administrative policies, principles and practices have been enhanced. The courses also afforded me the opportunity to participate in mock scenarios of which I practiced advising classmates on such policies, principles and practices.

5

Stacey K. Sharpe
Human Resources Specialist
Vacancy Announcement 2004-HQ-2574
Knowledge, Skills, and Abilities
Page 5 of 5

5.  Knowledge or and skill in applying recruitment and placement laws, Executive orders,
    regulations, and policies sufficient to provide comprehensive staffing and placement services,
    conduct job analyses, develop recruitment strategies, and use a variety of appointment authorities.
    My knowledge of and skill in applying recruitment and placement laws, Executive orders,
    regulations, and policies sufficient to provide comprehensive staffing and placement services,
    conduct job analyses, develop recruitment strategies, and use a variety of appointment authorities
    is based on my completing Basic Employee Relations and Human Resources Management
    Introduction courses.  Additionally, I became familiar with position classification principles and
    practices is when I was tasked with researching and summarizing the Federal Employees
    Compensation Act Practice Guide and the Office of Personnel Management's (OPM)
    Administrative and Management Positions Guide.  As a result, I gained some knowledge of the
    application process that involves the determinant factors that include: Responsibilities,
    Supervisory Controls, Guidelines, Complexity, Scope & Effect, Personal Contacts, Purpose,
    Physical Demands and Work Environment.  As a collateral duty, I drafted a few of employee
    appeals to corporate desk audits.  Those nine factors were areas of which I had to address.

6

```
          OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT
            (OF 612 -- Form Approved: OMB No. 3206-021)

     You may apply for most jobs with a resume, this form, or
other written format.  If your resume or application does not
provide all the information requested on this form and in the job
vacancy announcement, you may lose consideration for a job.


================================================================

     1.  JOB TITLE IN ANNOUNCEMENT:

     2.  GRADE(S) APPLYING FOR:

     3.  ANNOUNCEMENT NUMBER:

     4.  LAST NAME:  Sharpe      FIRST, MIDDLE:  Stacey Kim

     5.  SOCIAL SECURITY NUMBER:  ████████████

     6.  MAILING ADDRESS:  ████████████████

         CITY/STATE/ZIP:  ██████████████████████

     7.  PHONE NUMBERS   DAYTIME:  ████████████

                         EVENING:  ████████████
```

7

8.   WORK EXPERIENCE: Describe your paid and nonpaid work experience related to the job for which you are applying. (Do not attach job descriptions)


1)   JOB TITLE (If Federal, include series and grade): Paralegal Specialist/CG-950-11

FROM (MM/YY):  03/98       TO (MM/YY):  Present

SALARY: $65,500.00      per Annum      HOURS PER WEEK:  40

EMPLOYER'S NAME:  Federal Deposit Insurance Corporation
AND ADDRESS:      801 17th Street, NW, Room 1099
                  Washington, DC  20434

SUPERVISOR'S NAME: Fred Gibson
AND PHONE:         (202) 416-2917


DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS:

The mission of the Office of Counsel, a section within the Office of the Inspector General (OIG), is to provide sound and timely legal advice to the IG and to OIG clients.  As the paralegal for three attorneys, the Deputy Counsel and the Counsel to the IG, as well as the IG, I assist them in many fashions.
In this capacity, I summarize, analyze and brief a variety of cases.  Most of those cases pertain to equal employment discrimination, while the others relate to matters where adverse personnel actions were taken.  In doing so, I conduct legal research, using such resource tools as Westlaw, Lexis, Personnel, Thomas, Pacer and the Internet.  Based on the cases retrieved, I select the cases that, I believe, may be of interest to the Office of Counsel and ultimately OIG clients. My summaries consist of an analysis of the laws and the pertinent facts. After summarizing the cases, I forward them to Deputy Counsel, who reviews them and distribute them in order to increase the knowledge of our office and our clients.  The purpose of these analyses is designed to aid OIG in litigating EEO complaints

Additionally, I use Westlaw, Lexis, Personnet, Thomas, Pacer and the Internet to locate proposed legislation, regulations and congressional hearings, debates and legislative history. For example, After identifying congressional bills that potentially impact the FDIC/OIG, I summarize and analyze the legislation. My analyses explain the impact the congressional bills may have on the FDIC/OIG. These summaries and analyses are also forwarded to my supervisor, our clients and ultimately to the IG.  When those research tools are unavailable, I conduct research manually.

I, also process Freedom of Information Act (FOIA) and Privacy Act (PA) requests.  This task involves e-mailing investigators and auditors, explaining the type of information being sought.  After having received responsive records, I review the documents and determine which records are releasable and non-releasable pursuant to FOIA and PA exemptions.  After redacting the records and annotating the applicable exemptions, I draft OIG's responses to the requestor or to the Legal Division.  My responses include a determination as to disclosable and non-disclosable records and an analysis of the applicable exemptions.

Weekly, I summarize news articles for the IG.  This assignment involves the use of a corporate database.  My summaries, which range from one to three paragraphs, are intended to inform the IG of the involvement of other federal IGs.

In addition, I process subpoena requests addressed to individuals and financial institutions.  This entails crafting the appropriate legal language required to ensure receipt of the information being sought by OIG investigators and auditors. Primarily, these subpoenas are issued to restore restitution to the FDIC.

Also, I assist my supervisor with confidential matters.  For example, I was tasked with keeping him apprised with regards to the financial status of a company that was being scrutinized by the OIG.  In doing so, I reviewed and summarized press releases and different Security Exchange Commission (SEC) reports on a daily basis.

Furthermore, I provide assistance to my attorneys as needed. Due to a variety and numerous assignments, I work according to the office's protocol in meeting deadlines with little to no supervision.

9

As a former member and co-recorder for the Chairman's Diversity Advisory Council (CDAC), which is a collateral duty, I attended monthly meetings and assisted with planning educational programs, drafting policies and coordinating assignments. I have also delivered the closing remarks at several programs.

2) JOB TITLE (If Federal, include series and grade): Internal Review Information System (IRIS) Technician/GG-303-07-10

FROM (MM/YY): 05/97        TO (MM/YY): 03/98

SALARY: $37,710.00      per Annum      HOURS PER WEEK: 40

EMPLOYER'S NAME:  Federal Deposit Insurance Corporation
AND ADDRESS:      1717 H. Street, NW, Room H-2047
                  Washington, DC  20006

SUPERVISOR'S NAME: Howard Furner
AND PHONE:         (202) 736-0304


DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS:

As a former member of the Office of Internal Control Management (OICM), my mission was to actively participate in coordinating internal control activities throughout the corporation and to ensure that the FDIC has a strong, effective internal control program.

Specifically, as an Internal Review Information System (IRIS) Technician, I entered, tracked and updated audit reports for the corporation. I served as a liaison to the General Accounting Office (GAO) and the Office of Inspector General (OIG) auditors. Daily I extracted, gathered and analyzed audits reports, which are received in a preliminary, draft and final format. This data was used by other divisions to generate numerous reports; namely were the Chairman, Management Decision, and the Audit Committee Reports. Therefore, it was imperative that the corporate tracking system was accurate and updated timely.

/0

I was also responsible for reconciling OIG and GAO's financial data elements with IRIS. This included researching, completing mathematical and statistical calculations. Specifically, I updated the questioned costs, funds put to better use and written-off dollar amounts. Prior to updating dollar amounts, I calculated, verified and totaled the figures. As the reconciliation process continued, I requested documentation from both GAO and OIG auditors. Ultimately, I corrected any discrepancies that IRIS reflected. Furthermore, I monitored and analyzed data entered into the system by other divisions and offices as well as verified some of the reports that were generated.

Once the audit process has been completed and having received the Corrective Action Change (CAC) forms, I closed the records, which also entailed keying in additional pertinent information and making revisions.

I assisted the division with generating, printing and distributing monthly reports. These reports were used to keep management up-to-date on monetary recoveries and liabilities.

Some of my secondary responsibilities included attending IRIS Users Group Meetings and IRIS Team Meetings where we discussed the functionality of IRIS and offered possible enhancements to IRIS. We also discussed required training to better enable users to generate reports in response to management's request.

Because this unit served as the corporation's central contact point for internal controls, I received inquiries regarding the status of audit records. Therefore, it was imperative that I administer an accurate system, which required paying strict attention to detail when adding, updating or revising data.

I worked closely with a staffed management analyst, and we compiled and maintained a filing system that consisted of voluminous audit reports with dates ranging from present to 1991.

Clerically, I provided assistance with photocopying, faxing and distributing correspondence when needed.

/1

3)   JOB TITLE (If Federal, include series and grade):
     Legal Technician/GG-986-06/15

     FROM (MM/YY): 04/93     TO (MM/YY):  05/97

     SALARY: $ 35,507     per Annum     HOURS PER WEEK:  40

     EMPLOYER'S NAME:  Federal Deposit Insurance Corporation
     AND ADDRESS:      1717 H. Street, NW
                       Washington, DC 20429

     SUPERVISOR'S NAME: Robert Clark, Senior Counsel
     AND PHONE:         (202) 736-0519

          DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS:

     As a first year law student and graduate of paralegal
studies, I gathered, compiled, analyzed as well as interpreted
facts, evidence and legal precedent in order to develop and solve
hypothetical and real legal issues, which sometimes lead to
initiating legal representation for a potential client.  I
analyzed and interpreted facts, evidence and legal precedent that
are deemed unfavorable and favorable to my client's case.  For
example, while studying Legal Research and Litigation, I
researched cases and statutes that criticized, affirmed, and
reversed cases that were favorable to my client's case.  Also, I
research legal codes, digests, encyclopedias, regulations and
treatises.
     I wrote memoranda, correspondences and other legal documents
such as a synthesis, an intake and an office memorandum as well
as a complaint and a client information letter.  Moreover, I
briefed assigned cases.
     As a former legal technician, I drafted memoranda and legal
documents such as the Reserve for Losses Report.  I analyzed and
summarized legal decisions prior to drafting memoranda addressing
legal liabilities of the FDIC in its corporate and receivership
capacity.

*12*

Upon receiving stray pleadings, I added them to a pre-established log, and directed them to the appropriate attorneys at the different regional offices via overnight mail or first-class mail.

As the unit's former Case Management System (CMS) liaison, I added new cases and updated existing cases onto CMS and the Legal Management Information System (LMIS). Tracking, updating and revising the status of cases to ensure the system reflects current information also were my responsibilities. Per the needs of staffed attorneys and paralegals, I created data queries and generated reports. Furthermore, I devised a filing system of completed and nearly completed fee bills.

I administered all incoming Payment Vouchers (PAVs). This entailed adding them to a pre-existing log, photocopying, and directing them to the appropriate persons for approval.

In the absence of staffed paralegals, I assumed some of their responsibilities. For example, I requested documents from the Bankruptcy Archives, conducted on-line research via Westlaw and Lexis and performed manual research. Also, I assisted staffed paralegals by preparing table of contents, table of authorities and indexes.

My on-line and manual research involved state and federal statutes, judicial decisions, legal codes and regulations. Also, I retrieved legal cases, on-line and off-line, based on the name(s) of the parties involved and based on their citations. I cited legal matters, memoranda and cases. Additionally, I shepardized and cite-checked judicial decisions.

I maintained and updated the unit's case distribution list. Shortly thereafter, I distributed that list to staff attorneys and paralegals.

Additionally, I managed the FDIC Legal Filing System. This consisted of creating and closing files. Locating, photocopying and abstracting pertinent documentation from cases were also duties that I performed. I filed, maintained and retrieved cases, legal documents and fee bills that were often later requested by attorneys and paralegals.

Using Harvard Graphics, to enhance and clarify attorneys' presentations, I created colored graphs and charts. I conversed with various law clerks employed within the district and bankruptcy court systems to obtain the status of cases. I scheduled conference calls for headquartered attorneys and

Some of my clerical duties were typing travel vouchers and authorizations, reimbursement for bar dues and training requests.

4)  JOB TITLE (If Federal, include series and grade):
    Clerk (Typing)/GG-303-05

    FROM (MM/YY):  12/90        TO (MM/YY):  04/93

    SALARY: $ 24,500      per Annum      HOURS PER WEEK:  40

    EMPLOYER'S NAME:  Federal Deposit Insurance Corporation
    AND ADDRESS:      3501 N. Fairfax Drive
                      Arlington, VA  22226

    SUPERVISOR'S NAME:  Terry Paiste
    AND PHONE:          (703) 516-1271


            DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS:

    In addition to providing clerical support to the Writing and Editing Unit (WEU), I assisted the unit with documentational production.  For example, I assisted a writer-editor in updating the Lamis Screen for Account Officers Job Aid, a computer user manual.  This task involved converting the word-processing documents received in Multimate Advantage 4 to Word Perfect 5.1 format, performing light editing, and incorporating graphic files of the screen into the established page layout.
    Also, as Production Assistant for the Personnel Action Request System Reference Guide (PARS), I ensured that in-house as well as regional instructors received training manuals prior to the beginning of classes.  Second, I assembled and distributed the required manuals and scheduled manuals for printing.  Third, I delegated and administered duties related and unrelated to PARS to the unit's clerk-typist.

14

One of my many tasks involved working closely with a writer-editor, which led to my creating a cover for the <u>Time and Attendance Manual</u> (T&A).

Some of my daily duties included editing and proofreading user manuals, such as T&A and PARS. Also, to enhance the clarity of procedures entailed, I mounted user display screens for a variety of manuals.

I typed, proofread, and revised highly detailed forms and user manuals drafted by the writer-editors. Using Word Perfect 5.1 format and Ventura, I entered, revised, and deleted lengthy text from highly detailed procedural manuals: <u>LDIMS User's Guide</u>. I ensured that copies of the publications were only released to authorized personnel. I coordinated with the writer-editors and controlled the unit's inventory of documentation and publication supplies. I regulated the Writing and Editing Unit's inventory of documentation forms and publication supplies. To satisfy documentation needs, without exceeding storage limitation, I scheduled the printing of forms and ordered the supplies as needed.

Also, as the primary data entry person, I entered the time and attendance for 85 employees.


5)  JOB TITLE (If Federal, include series and grade):
    Journalist/E/4

    FROM (MM/YY): 03/89      TO (MM/YY): 03/97

    SALARY: $ 150.00  per Month  HOURS PER WEEK: 1 Wk/Month

    EMPLOYER'S NAME:  DC Army National Guard
    AND ADDRESS:      2001 East Capitol
                      Washington, DC  20003

    SUPERVISOR'S NAME:  Gerald Glenn
    AND PHONE:          (202) 433-2411

/5

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS:

In addition to performing basic journalistic duties required in an office environment, as well as in a field environment (during annual field exercises), I practiced tactical skills and assisted unit members in producing manual newsletters.  After scheduling and conducting interviews with the appropriate personalities, I wrote features and hard news stories for the DC Army National Guard's publication: Capitol Guardian.  I created and sized headlines, and I received submissions to the Capital Guardian.  Depending on the nature of the subject, I administered and mailed hometown news releases to the subject's place of residence.  On Occasion, I video taped and snapped still photographs of personalities and news events such as inaugurations, promotions, and retirements.  Also, I developed black and white and color film used to produce quality photographs pictured in the Capitol Guardian.

6) JOB TITLE (If Federal, include series and grade):
Clerk-typist/GS-322-04

FROM (MM/YY):  10/88        TO (MM/YY):  12/90

SALARY: $ 16,517.00     per Annum        HOURS 40

EMPLOYER'S NAME:  Office of Personnel Management
AND ADDRESS:        1900 E. Street, NW
                    Washington, DC  20415

SUPERVISOR'S NAME:  Bertina Phelps
AND PHONE:          (202) 606-0554

*16*

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS:

I typed letters, memoranda, and forms from both handwritten drafts and pattern letters, which included adhering to pre-established formats.  I revised and edited drafts.  Additionally, I kept a library of diskette files for the Raytheon Word Processor, separating diskettes for each of the claims examiners. After handling incoming inquiries, welcoming visitors, I then referred them to the appropriate claims examiner.

7)  JOB TITLE (If Federal, include series and grade):
    Clerk-typist/GW-322-02

    FROM (MM/YY):  02/87      TO (MM/YY):  03/88

    SALARY: $ 5.00     per Hour         HOURS 20

    EMPLOYER'S NAME:  Department of the Navy
    AND ADDRESS:      1921 Jefferson Davis Highway
                      Arlington, VA

    SUPERVISOR'S NAME:  Fran Gammon
    AND PHONE:          (703) 692-3507

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS:

I reviewed and verified the status of vacancy announcements. I entered, edited, and retrieved data from a word processor.  I distributed and sorted inter-office and outer-office mail in the personnel office.  Also, I screened incoming inquiries and visitors for staffed personnel specialist and their assistants.

/7

9. MAY WE CONTACT YOUR CURRENT SUPERVISOR? (If we need to contact your current supervisor before making an offer, we will contact you first.)

                                          YES [X]


EDUCATION

10. MARK HIGHEST LEVEL COMPLETED:    Some HS [ ] HS/GED [ ]
                                     Associate [ ]
                                     Bachelor  [X]
                                     Master    [ ]
                                     Doctoral  [ ]


11. LAST HIGH SCHOOL or GED SCHOOL:  Anacostia Sr. High School

    CITY/STATE/ZIP(if ZIP known):  Washington, DC  20020

    YEAR DIPLOMA or GED RECEIVED:  1986

12. COLLEGES AND UNIVERSITIES ATTENDED (Do not attach a copy of your transcript unless requested.)

        1) NAME:  University of Maryland, University College Graduate School

    CITY/STATE/ZIP:  College Park, MD  20710

    SEMESTER CREDITS EARNED:  MAJOR(S): Management
                     (or)
    QUARTER CREDITS EARNED:

        2) NAME:  University of the District of Columbia School of Law

    CITY/STATE/ZIP:  Washington, DC  20008


/8

3) NAME: University of Maryland, University College

   CITY/STATE/ZIP: College Park, MD  20710

   SEMESTER CREDITS EARNED:   MAJOR(S): Paralegal
              (or)                      Studies
   QUARTER CREDITS EARNED:

   DEGREE (If any): Bachelor    YEAR RECEIVED: 1998
                    of Science

4) NAME: University of the District of Columbia (UDC)

   CITY/STATE/ZIP: Washington, DC  20008

   SEMESTER CREDITS EARNED:      MAJOR(S):  Journalism
              (or)
   QUARTER CREDITS EARNED:

   DEGREE (If any): Bachelor    YEAR RECEIVED:  1992
                    Of Arts

OTHER QUALIFICATIONS

13. Job-related training courses (give title and
    year).  Job-related skills (other languages,
    computer software/hardware, tools,
    machinery, typing speed, etc.).  Job-related
    certificates and licenses (current only).
    Job-related honors, awards, and special
    accomplishments (publications, memberships in
    professional/honor societies, leadership
    activities, public speaking, and performance
    awards).  Give dates, but do not send documents
    unless requested.

19

OTHER QUALIFICATIONS (CONTINUED)

**2004 – Introduction to Human Resources Management**

**2004 – Basic Employee Relations**

**2004 – Toastmasters International membership**

2004 – Star Award

2003 – Certificate of Attendance of ASAP 2003 Training Series
       (FOIA Training)

2002 – Completion of U.S. DOJ Advanced Freedom of Information Act

2002 – Time-off Award

2001 – Mission Achievement Award

2000 – Present/Chairman's Diversity Advisory Council (CDAC)
       Member

2000 – Certificate of Recognition for the Corporation's Diversity
       Initiatives

2000 – Special Act (In-house)

**2000 – EEO Law Process & Procedures**

**2000 – Legal Writing & Analysis for Paralegals Seminar**

**2000 – Legal Research and Analysis for Paralegals Seminar**

2000 – Basic Examination School for Non-examiners

2000 – Certificate of Attendance of ASAP Western Regional
       Training Conference (FOIA Training)

**1999 – Liability of Federal Agencies for Unlawful Discrimination**

20

OTHER QUALIFICATIONS (CONTINUED)

1999 - OIG-wide Conference

1998 - Special Act (In-house)

1998 - Present/ National Capital Area of Paralegal Association

1998 - 1999 FDIC Mentoring Program

1998 - U.S. DOJ Freedom of Information Act for Attorneys

1998 - **Ability to Analyze and Evaluate**

1998 - Time Management

1996 - Operation Joint Endeavor Scroll of Appreciation

1996 - Army Commendation Medal

1996 - Armed Forces Service Medal

1996 - National Defense Service Medal

1996 - Army Service Ribbon

1994 - Special Achievement Award (In-house)

1994 - Certificate of Completion of Journalism

1993 - Certificate of Completion of Case Management Systems (CMS)
       (In-house)

1993 - Multicultural Awareness for Employees (In-house)

1993 - Certificate of Completion of Photography

1992 - Certificate of Outstanding Service for the DCARNG

1992 - Business Writing Skills for Support Staff (In-house)

21

OTHER QUALIFICATIONS (CONTINUED)

1991 - Proofreading Techniques (In-house)

1991 - Introduction to Wordperfect 5.1 (In-house)

1991 - Punctuation Review (In-house)

1991 - Introduction to Multimate (In-house)

1990 - Spot Check Award

1989 - Honor Graduate of Adjutant's General School

1989 - Basic Combat Training


GENERAL:

14.  ARE YOU A U.S. CITIZEN?  YES [X]  NO [  ]

     If NO, give the country of your citizenship:

15.  DO YOU CLAIM VETERANS' PREFERENCE?  YES [X]  NO [ ]

     If YES, mark your claim of 5 or 10 points below:

          5 POINTS [X]  Attach your DD 214 or other proof.

          10 POINTS [ ]  Attach an Application for
          10-Point Veterans' Preference (SF 15) and proof
          required.

16.  WERE YOU EVER A FEDERAL CIVILIAN EMPLOYEE?  YES [X]
                                                NO  [ ]

     If YES, Highest Civilian Grade give:

     SERIES: 950  GRADE:  11  FROM (MM/YY):  04/00   TO

22

17.  ARE YOU ELIGIBLE FOR REINSTATEMENT BASED ON
     CAREER OR CAREER-CONDITIONAL FEDERAL STATUS?   YES [ ]
                                                     NO  [ ]
                                                     N/A
     If requested, attach SF 50 proof.


APPLICANT CERTIFICATION

18.  I certify that, to the best of my knowledge and belief,
     all of the information on and attached to this
     application is true, correct, complete, and made in good
     faith.  I understand that false or fraudulent
     information on or attached to this application may be
     grounds for not hiring me or for firing me after I
     begin work, and may be punishable by fine or
     imprisonment.  I understand that any information I give
     may be investigated.


     SIGNATURE:                          DATE SIGNED:

23