## AFFIDAVIT

**District of Columbia}**

**I, Adriana R. Vosburg, hereby affirm under the penalty of perjury and make this statement:**

My name is Adriana R. Vosburg, I am an Hispanic, employed as an Attorney Advisor, CG-0905-13, in the Office of Counsel to the Inspector General (OCIG), Office of Inspector General (OIG), Federal Deposit Insurance Corporation (FDIC), Washington, D.C. I have been employed in this position since December 19, 2001, and have worked for the OCIG, OIG, FDIC, since May 2000.

My first line supervisor is Fred Gibson, Counsel to the Inspector General, OIG; and my second line supervisor is Patricia Black, Acting Inspector General. I began working for both of my supervisors on May 22, 2000.

I knew of the Complainant because I worked with her in the OCIG, where she was a Paralegal Specialist. I first began working with the Complainant in May 2000, when I was a Law Clerk. Through my relationship with the Complainant, I knew of her race.

Currently in my job duties and responsibilities, I provide legal advice and counseling for various components of the OIG; write legal opinions for the OIG; represent the OIG in meetings regarding audits, investigations and management issues; and I represent the OIG in EEOC and MSPB proceedings. These duties are different from those when I first began working for the FDIC, because I was a Law Clerk at that time, and was not authorized to represent the agency as an attorney. While employed as a Laws Clerk, I provided legal assistance on audits, investigations and administrative

proceedings; conducted legal research; and assisted attorneys in daily matters of the office. My duties changed when I became an attorney in December 2001.

I am including my position descriptions for the record; otherwise I have no other testimony to add.

I have read the forgoing statement consisting of 2 page(s), each of which I have initialed, and it is true and complete to the best of my knowledge and belief. Any corrections I have made have my initials next to the correction. This statement is made of my free will, without any threat, promise of immunity, or inducement. I understand that the information I have given is not considered confidential and that it may be shown to the interested parties.

_____
Adriana R. Vosburg

Subscribed and sworn before me at __Washington, DC_____

on this __9th__ day of __May 2005__, ____

_____
Craig A. Brieske, Investigator
US Investigations Services



**Federal Deposit Insurance Corporation**
3501 N. Fairfax Drive (Room 801-1231), Arlington, VA 22226-3500         Office of Diversity and Economic Opportunity

## NOTICE OF RIGHTS OF WITNESSES
## IN
## EEO INVESTIGATIONS

Pursuant to the provisions at 29 C.F.R. §1614.108, federal agencies are required to investigate all aspects of discrimination complaints. The investigation shall include a thorough review of the circumstances under which the alleged discrimination occurred, and the treatment of members of the complainant's protected group(s) as compared with the treatment of other employees in the organizational segment in which the complaint arose.

All employees having any knowledge of the matter complained of are required to cooperate with the investigator who is conducting the investigation. The investigator is authorized to administer oaths and require that statements of witnesses be reduced to an affidavit. The witness must swear to or affirm to the truth of the statements before the investigator or a third party, without a pledge of confidentiality. The investigator is also authorized to obtain copies of relevant employment records, policy statements, and regulations.

As a witness, you have the following rights:

1. To be provided a Notice of Authorization that identifies the investigator and explains the investigator's authority and responsibility in the conducting the investigation.

2. To have a representative present at any meeting/discussion with the investigator. The representative can advise you on how to respond to the investigator, but cannot respond for you.

3. To receive sufficient information concerning the claim(s) and basis(es) of the complaint and circumstances under which the complaint arose in order for you to accurately respond to the questions posed by the investigator.

4. To be provided access to documents you previously prepared or had access to, if they are necessary for you to review in order to respond to questions posed by the investigator.

5. To review your affidavit and make corrections or other changes _prior to_ signing the affidavit.

I HAVE READ AND UNDERSTAND MY RIGHTS AS A WITNESS IN EEO INVESTIGATIONS.

WITNESS: _____     DATE: 5/6/05

PRIVACY ACT NOTICE TO COMPLAINANT INTERVIEW WITNESSES
(OTHER THAN COMPLAINANT)
FOR EMPLOYMENT DISCRIMINATION COMPLAINT INVESTIGATIONS

GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records.

AUTHORITY

The authority to collect the information requested by this interview is derived from one or more of the following:

Title 5, Code of Federal Regulations, Section 5.2 and 5.3; Title 29, Code of Federal Regulations, Section 1614; Title 5, United States Code, Sections 1303 and 1304; Title 42, United States Code, Section 2000e-16; and Executive Order 11478, as amended.

PURPOSES AND USES

The information you supply will be used along with data developed to resolve or otherwise determine the merits of the complaint of discrimination in the delivery of federally assisted or federally conducted programs or services. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve or otherwise determine the merits of the complaint of discrimination. The information may also be disclosed to any agency of the Federal Government having a working relationship with regard to FDIC activities, to the intelligence agencies of the Federal Government, or to others for uses as published in the Federal Register.

EFFECTS OF NONDISCLOSURE

Disclosure of the information sought is voluntary; however, failure on the part of FDIC employees to furnish the information will result in a direction by the head of the agency, or his/her designated representative, to produce or provide such information as is available. Failure to provide the information at that time may result in the initiation of disciplinary proceedings against you, up to and including termination. Applicants in such cases may be refused employment.

Disclosure of information by present or prospective Government contractors is also voluntary, although failure to furnish the above requested information where the contract so provides may result in administrative sanctions, including disqualification to enter into a contract or termination of an existing contract.

_____   _____
Signature of Interviewer      Signature of Witness (person providing statement)

Date: 5/6/05

Place: 801 17th St NW Washington DC