Federal Deposit Insurance Corporation

# POSITION DESCRIPTION

| FOR OFFICIAL USE ONLY | 1. Check one: HQ ✓  Field ☐ | 2. Official Headquarters Washington, DC | 3. Master Record Number 401096 |
|---|---|---|---|
| Supervisory Code: P Bargaining Unit Code: 8888 | 4. Reason for submission (a) If this position replaces another (i.e., a change of duties in an existing position), identify such position by title, allocation (service, series, grade), and master record number. | | |
| FLSA Designation: Non-Exempt ☐  Exempt ☒ | | | |
| Position Sensitivity Code: 3N | (b) Other (specify) | | |

### 5. CLASSIFICATION ACTION

| ALLOCATION | CLASS, TITLE OF POSITION | CLASS Pay Plan | Series | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| (a) FDIC | General Attorney | CG | 905 | 11 | HO | 9/28/20 |
| (b) Recommended by initiating office | | | | | | |

| 6. Organizational Title of Position (if any) | 7. Name of Employee (if vacancy, specify) |
|---|---|
| 8. Organizational Location Federal Deposit Insurance Corporation | (c) Third Subdivision |
| (a) First Subdivision Office of Inspector General | (d) Fourth Subdivision |
| (b) Second Subdivision Office of the Counsel to the Inspector General | (e) Fifth Subdivision |
| 9. This is a complete and accurate description of the duties and responsibilities of my position | Signature of Employee     Date |

**10. Certification**

I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of Corporation funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| 11. Immediate Supervisor's Signature | Title Counsel to the Inspector General | Date 9-27-01 |
|---|---|---|
| 12. Division/Office Director's Signature (or designee) | Title Inspector General | Date 9/28/11 |
| 13. Associate Director's Signature or Designated Representative | Title Deputy Assistant IG for Human Resource | Date 9/28/2001 |

**14. Remarks**

This PD has a statement of difference at the CG-905-9 level. This is the full performance level for this position.

**NOTE: ATTACH A DESCRIPTION OF MAJOR DUTIES AND RESPONSIBILITIES**

FDIC 2000/10 (3-98)

ARV 5/9/05

Ability to recognize legal issues, to weigh and evaluate factual information, and to utilize both facts and law in developing arguments and alternatives.

Ability to assist in the management and litigation of civil and administrative cases, including cases arising under Federal personnel and Equal Employment Opportunity laws, rules and regulations.

Ability to deal effectively with corporate officials, outside Counsel, Department of Justice officials, and others as a representative of the OIG and the FDIC.

A general understanding of the mission of the FDIC, and a detailed understanding of the mission of the OIG.

## FACTOR 2: SUPERVISORY CONTROLS

Under the supervision of the Counsel to the Inspector General, the immediate supervisor and/or more experienced Attorneys, the incumbent is responsible for providing legal advice and assistance on audits, evaluations, and investigative cases involving highly complex, sensitive, and controversial situations. The results of the incumbent's work are assumed to be accurate with respect to presentation of the facts, identification of issues and legal citation. The incumbent's work is reviewed to insure that the approaches and arguments employed are sound, legal precedent and principles are properly applied and conclusions expressed are consistent with governing statutes, regulations and policies.

## FACTOR 3: GUIDELINES

Guidelines to be used are State and Federal laws, rules, and regulations as well as investigative standards as issued by the President's Council on Integrity and Efficiency, generally accepted auditing standards, governmental investigative and auditing and accounting guidelines. All of these guidelines are stated in general terms and require appropriate interpretation and judgement in their application by the incumbent.

## FACTOR 4: COMPLEXITY

The incumbent's work entails the performance of difficult legal tasks, as well as assisting senior Attorneys in the office with legal activities. It is national in scope and encompasses a broad range of corporate and law enforcement activities. The work requires consideration of multiple, and sometimes conflicting, objectives through simultaneous pursuit of several phases of legal problems or projects.

## FACTOR 5: SCOPE AND EFFECT

In representing the OIG, the legal interpretations and applications significantly affect the overall characteristics and direction of various FDIC policies, procedures, and operational activities, which are basic to the mission.

Prepares legal opinions, briefs, pleadings, memoranda, etc., on important and significant matters; reviews and clears memoranda and correspondence on important and significant policy matters prepared in the OIG.

Reviews and analyzes existing and proposed legislation and regulations relating to FDIC programs and operations for the purpose of commenting on such legislation and regulations with regard to economy and efficiency, as well as the prevention and detection of fraud and abuse, in FDIC programs and operations.

Participates in the development of the FDIC's legislative program in the field of fraud and abuse including participation in the formulation of Corporate legislative proposals and policies, preparation of review of legislative reports, testimony, etc., and conferences with officials of the various Corporate offices.

Participates in and contributes to discussions, meetings, and conferences with OIG management, office directors, corporate administrators and others to: (1) secure and provide information on significant legal and policy matters; (2) assist in preparation or presentation of possible conclusions, recommendations, and alternatives and obtain agreement concurrence; and (3) assist in developing courses of actions to avoid eliminate, or mutually resolve immediate, anticipated or potential problems.

Coordinates responses to Freedom of Information and Privacy Act requests and their related disclosure problems as they pertain to the operations of the OIG. Processes information requests, as well as other information and records access requests.

Performs such additional and related assignments as the needs of the office dictate.

## FACTOR 1: KNOWLEDGE REQUIRED BY THE POSITION

In performing the duties and responsibilities of this position, the incumbent is required to have:

An accredited law school graduate degree (JD or LLB) and have passed the bar examination, in addition to other experience as required by the qualification requirements.

Ability to perform legal and/or factual research utilizing specialized computer databases, general computerized databases, law libraries or other sources of information.

Ability to prepare and present statements of fact, law, and arguments, clearly and logically in writing and orally.

Ability to recognize legal issues, to weigh and evaluate factual information, and to utilize both facts and law in developing arguments and alternatives.

Ability to assist in the management and litigation of civil and administrative cases, including cases arising under Federal personnel and Equal Employment Opportunity laws, rules and regulations.

Ability to deal effectively with corporate officials, outside Counsel, Department of Justice officials, and others as a representative of the OIG and the FDIC.

A general understanding of the mission of the FDIC, and a detailed understanding of the mission of the OIG.

## FACTOR 2: SUPERVISORY CONTROLS

Under the supervision of the Counsel to the Inspector General, the immediate supervisor and/or more experienced Attorneys, the incumbent is responsible for providing legal advice and assistance on audits, evaluations, and investigative cases involving highly complex, sensitive, and controversial situations. The results of the incumbent's work are assumed to be accurate with respect to presentation of the facts, identification of issues and legal citation. The incumbent's work is reviewed to insure that the approaches and arguments employed are sound, legal precedent and principles are properly applied and conclusions expressed are consistent with governing statutes, regulations and policies.

## FACTOR 3: GUIDELINES

Guidelines to be used are State and Federal laws, rules, and regulations as well as investigative standards as issued by the President's Council on Integrity and Efficiency, generally accepted auditing standards, governmental investigative and auditing and accounting guidelines. All of these guidelines are stated in general terms and require appropriate interpretation and judgement in their application by the incumbent.

## FACTOR 4: COMPLEXITY

The incumbent's work entails the performance of difficult legal tasks, as well as assisting senior Attorneys in the office with legal activities. It is national in scope and encompasses a broad range of corporate and law enforcement activities. The work requires consideration of multiple, and sometimes conflicting, objectives through simultaneous pursuit of several phases of legal problems or projects.

## FACTOR 5: SCOPE AND EFFECT

In representing the OIG, the legal interpretations and applications significantly affect the overall characteristics and direction of various FDIC policies, procedures, and operational activities, which are basic to the mission.

## FACTOR 6: PERSONAL CONTACTS

The incumbent has frequent contact with Corporation officials, senior management, and employees in various divisions and offices, as well as occasional contact with outside Counsel and officials of other Federal agencies, courts, Congress, financial institutions, and other commercial and industrial organizations as required.

## FACTOR 7: PURPOSE OF CONTACTS

Contacts are for the purpose of gathering information, giving legal advice and responding to information requests, coordinating legal program activities with other offices, and for providing recommendations involving significant and/or controversial issues.

## FACTOR 8: PHYSICAL DEMANDS

There are no special or unusual physical demands required to perform the work of this position. The work is sedentary in nature.

## FACTOR 9: WORK ENVIRONMENT

Work is performed in an office setting. The incumbent of this position must be willing to travel according to the needs of the office in order to manage and administer the affairs of the office. It is expected that the travel requirements for the position will be minimal.

---

Grade-Level Conversion - Type II, B = CG-11

Reference
General Attorney Series, GS-905, TS-24, October 1959