# ATTORNEY ADVISOR (GENERAL)
## CG-0905-12

## INTRODUCTION

This position is located in the Federal Deposit Insurance Corporation (FDIC), Office of Inspector General (OIG), Office of Counsel to the Inspector General. The Office of Counsel to the Inspector General provides independent legal services for the OIG. Key activities include conducting legal research and writing opinions; providing supportive advice and counsel on audit, investigative, and management-related topics; preparing subpoenas; reviewing proposed legislation and regulations affecting the FDIC; conducting litigation; and processing requests and related appeals under Freedom of Information and Privacy Acts. The incumbent serves as an Attorney Advisor, and is responsible for providing and/or assisting the office in providing legal services pertaining to the operations and activities of the OIG.

## DUTIES AND RESPONSIBILITIES

The incumbent performs a combination of/or work comparable to the following technical activities:

> Serves as a legal advisor with respect to legal aspects of the formulation, coordination, revision, and execution of administrative policies for the Inspector General. Provides research and opinions, often on complex, confidential, and sensitive matters without legal precedent.

> Reviews audit, evaluation and investigative reports for legal considerations. Provides legal advice and counseling in support of audits, investigations, and evaluations which assess the program and operations of the Corporation and which prevent and detect fraud, waste and abuse.

> Reviews investigative reports for referral to the Department of Justice. Maintains liaison with the Department of Justice and the U. S. Attorneys with respect to participants charged with illegal activities relating to FDIC programs and operations. Reviews audit findings and recommendations and evaluation reports for legal sufficiency.

> Assists in negotiating on behalf of the Inspector General; serves as liaison on legal issues with other Inspector General offices, outside attorneys, the Congress, the Department of Justice and other law enforcement agencies. Assists in litigation in Federal and administrative courts.

> Assists in developing interpretations and analyses, often without legal precedents, to establish legal standards regarding new activities within the OIG.

> Prepares legal opinions, briefs, pleadings, memoranda, etc., on important and

1

ARV 5/9/05

significant matters; reviews and clears memoranda and correspondence on important and significant policy matters prepared in the OIG.

Reviews and analyzes existing and proposed legislation and regulations relating to FDIC programs and operations for the purpose of commenting on such legislation and regulations with regard to economy and efficiency, as well as the prevention and detection of fraud, waste, and abuse in FDIC programs and operations.

Participates in the development of the FDIC's legislative program in the field of fraud and abuse, including participation in the formulation of Corporate legislative proposals and policies, preparation of review of legislative reports, testimony, etc., and conferences with officials of the various Corporate offices.

Participates in and contributes to discussions, meetings, and conferences with OIG management, office directors, corporate administrators, and others to: 1) secure and provide information on significant legal and policy matters; 2) prepare or present possible conclusions, recommendations, and alternatives and obtain agreement concurrence; and 3) develop courses of actions to avoid eliminate, or mutually resolve immediate, anticipated or potential problems.

Coordinates responses to Freedom of Information and Privacy Act requests and their related disclosure problems as they pertain to the operations of the OIG. Processes information requests, as well as other information and records access requests.

Performs such additional and related assignments as the needs of the office dictate.

## FACTOR 1: KNOWLEDGE REQUIRED BY THE POSITION

In performing the duties and responsibilities of this position, the incumbent is required to have:

Knowledge of concepts, principles, and practices of the legal profession, such as would be gained through extended graduate study in an accredited law school (JD or LLB), have passed the bar examination, and skill in applying this knowledge to difficult and complex work assignments.

Thorough knowledge of a wide range of substantive areas of law, such as: Federal and State bank regulation; Federal securities law; Federal criminal law pertaining to "white collar crimes;" Federal civil and criminal procedure and rules of evidence; FOIA and laws governing the area of "privacy;" Constitutional Law (particularly Fourth, Fifth, and Sixth Amendment issues); and the Inspector General Act of 1978, as amended.

Ability to perform legal and/or factual research utilizing specialized computer databases, general computerized databases, law libraries or other sources of information.

Ability to prepare and present statements of fact, law, and arguments, clearly and logically in writing and orally.

Ability to recognize legal issues, to weigh and evaluate factual information, and to utilize both facts and law in developing arguments and alternatives.

Ability to assist in the management and litigation of civil and administrative cases, including cases arising under Federal personnel and Equal Employment Opportunity laws, rules, and regulations.

Ability to deal effectively with Corporate officials, outside counsel, Department of Justice officials, and others as a representative of the OIG and the FDIC. Ability to work calmly and effectively in sensitive, stress-producing situations

A general understanding of the mission of the FDIC, and a detailed understanding of the mission of the OIG.

## FACTOR 2: SUPERVISORY CONTROLS

The Counsel to the Inspector General sets the overall objectives and resources available. The employee and supervisor, in consultation, develop the deadlines, projects, and work to be done. The employee, having developed expertise in the line of work, is responsible for planning and carrying out assignments, resolving most of the conflicts that arise, coordinating the work with others as necessary, and interpreting policy on own initiative in terms of established objectives. In some assignments, the employee also determines the approach to be taken and the methodology to be used. Work is produced independently, with minimal or no supervision, and is relied upon without additional work by the Office of Counsel or its clients. The employee keeps the supervisor informed of progress and potentially controversial matters. Completed work is accepted as technically correct and is reviewed only from an overall standpoint in terms of feasibility, compatibility with other work, or effectiveness in meeting requirements or expected results.

## FACTOR 3: GUIDELINES

Guidelines include: State and Federal laws, rules, and regulations; investigative standards as issued by the President's Council on Integrity and Efficiency; controlling precedent and relevant case law; generally accepted auditing standards; governmental investigative and auditing and accounting guidelines. Guidelines are stated in general terms and require considerable interpretation and judgment by the incumbent in their application. The incumbent uses initiative and resourcefulness in researching issues and matters to propose new policies.

3

## FACTOR 4: COMPLEXITY

The work entails the performance of difficult legal tasks and includes varied duties requiring many different and unrelated processes and methods that are applied to a substantial depth of professional legal analysis. Work is national in scope and encompasses a broad range of corporate and law enforcement activities. Decisions regarding what needs to be done include interpretation and evaluation processes that result from continuing changes in program requirements, and multiple, and sometimes conflicting, objectives. The work requires developing new information through simultaneous pursuit of several phases of legal problems or projects.

## FACTOR 5: SCOPE AND EFFECT

The work involves analyzing a variety of unusual legal questions. Legal interpretations and applications significantly affect the overall characteristics and direction of various FDIC policies, procedures, and operational activities. The advice and guidance affects OIG audits and investigations and FDIC regulatory policies which govern financial institutions nationwide.

## FACTOR 6: PERSONAL CONTACTS

The incumbent meets and confers with: the Counsel to the Inspector General and other attorneys in the office of the Counsel to the Inspector General; OIG investigators, auditors, and personnel; the Inspector General and Deputy Inspector General; other FDIC employees in various divisions and offices; private attorneys and Federal agency attorneys; others in the IG community on various levels; courts, Congress, financial institutions, and other commercial and industrial organizations as required. Contacts are in a moderately unstructured setting.

## FACTOR 7: PURPOSE OF CONTACTS

Contacts are for the purpose of gathering information, giving legal advice and responding to information requests, influencing auditors and investigators with respect to processes and procedures utilized, coordinating legal program activities with other offices, providing recommendations involving significant and/or controversial issues, and advocating on behalf of the Office of Counsel in defense of contract and/or statute interpretations. Contacts may be skeptical; therefore, the incumbent must be skillful in approaching the individual or group in order to obtain the desired effect, such as gaining compliance with statute, established policies, and regulations by persuasion or negotiation.

## FACTOR 8: PHYSICAL DEMANDS

There are no special or unusual physical demands required to perform the work of this position. The work is sedentary in nature.

## FACTOR 9: WORK ENVIRONMENT

Work is performed in an offices, conference rooms, and hearing rooms. The incumbent of this position must be willing to travel according to the needs of the office in order to manage and administer the affairs of the office.