Federal Deposit Insurance Corporation

# POSITION DESCRIPTION

| FOR OFFICIAL USE ONLY | 1. Check one: HQ ☒ Field ☐ | 2. Official Headquarters Washington, DC | 3. Master Record Number 40I156 |
|---|---|---|---|
| Supervisory Code: | | | |
| Bargaining Unit Code: BJBJC 0 | 4. Reason for submission  (a) If this position replaces another (i.e., a change of duties in an existing position), identify such position by title, allocation (service, series, grade), and master record number. | | |
| FLSA Designation: Non-Exempt ☐  Exempt ☒ | | | |
| Position Sensitivity Code: 5N  Financial Disclosure: | (b) Other *(specify)* | | |

### 5. CLASSIFICATION ACTION

| ALLOCATION | CLASS, TITLE OF POSITION | CLASS ||| Initials | Date |
| | | Pay Plan | Series | Grade | | |
|---|---|---|---|---|---|---|
| (a) FDIC | General Attorney | CG | 905 | 13 | HP | 11/2/2004 |
| (b) Recommended by initiating office | | | | | | |

| 6. Organizational title of position *(if any)* Attorney Advisor | 7. Name of Employee *(If vacancy, specify)* |
|---|---|
| 8. Organizational Location Federal Deposit Insurance Corporation | (c) Third Subdivision |
| (a) First Subdivision Office of Inspector General | (d) Fourth Subdivision |
| (b) Second Subdivision Office of Counsel to the Inspector General | (e) Fifth Subdivision |
| 9. This is a complete and accurate description of the duties and responsibilities of my position | Signature of Employee | Date |

10. Certification

I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of Corporation funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| 11. Immediate Supervisor's Signature | Title Counsel to the Inspector General | Date 11/1/04 |
|---|---|---|
| 12. Division/Office Director's Signature *(or designee)* | Title Deputy Inspector General | Date 11-2-04 |
| 13. Classifier's Signature | Title Director of Human Resources | Date 11/2/2004 |

14. Remarks

Full Performance Level = CG-905-15

This position is appropriately classified as a General Attorney based on the General Attorney Series, GS-0905 dtd Oct 1959, TS-24 Aug 1960.

---

NOTE: ATTACH A DESCRIPTION OF MAJOR DUTIES AND RESPONSIBILITIES

FDIC 2000/10 (5-03)

ARV 5/9/0

**FEDERAL DEPOSIT INSURANCE CORPORATION**
**OFFICE OF INSPECTOR GENERAL**
**POSITION DESCRIPTION**

| | |
|---|---|
| **CLASSIFICATION TITLE:** | General Attorney<br>CG-905-13 |
| **ORGANIZATIONAL TITLE:** | Attorney Advisor |
| **LOCATION:** | Office of Inspector General<br>Office of Counsel to the Inspector General |

## INTRODUCTION

This position is located in the Office of Inspector General (OIG), Office of Counsel to the Inspector General. The OIG serves as a driving force in the reduction of financial risk to our nation through assisting in the successful accomplishment of the FDIC mission. The OIG conducts audits and investigations related to the programs and operations of the Federal Deposit Insurance Corporation (FDIC); prevents and detects fraud, waste, and abuse related to those programs and operations; makes recommendations concerning legislative and policy initiatives related to the FDIC; and keeps the Congress and the Chairman fully and promptly informed on problems and deficiencies in the programs and operations of the FDIC. The OIG conducts this work with the highest degree of independence, in accordance with the Inspector General Act of 1978, as amended.

The Office of Counsel to the Inspector General provides independent legal services for the OIG. Key activities include conducting legal research and writing opinions; providing supportive advice and counsel on audit, investigative, and management-related topics; preparing subpoenas; reviewing proposed legislation and regulations affecting the FDIC; conducting litigation; and processing requests and related appeals under the Freedom of Information and Privacy Acts. The incumbent serves as an Attorney Advisor and is responsible for providing independent legal services to the Inspector General, and to the managers and staff of the OIG.

## DUTIES AND RESPONSIBILITIES

The incumbent performs a combination of/or work comparable to the following technical activities:

Provides legal advice and opinions to the Counsel of the Inspector General on a wide range of legal issues including highly sensitive and controversial legal problems which affect the major, critical programs and operations of the FDIC.

Prepares legal opinions and interprets the Inspector General Act of 1978, the Freedom of Information Act, the Privacy Act, the Right to Financial Privacy Act of 1978, the Federal Deposit Insurance Act, and the statutes and regulations affecting the work of the Office of the Inspector General and the FDIC.

Reviews and analyzes proposed legislation, regulations, and other legal documents for their impact on the Office of Inspector General and on the programs and operations of FDIC.

Prepares memoranda, reports, legal documents, correspondence, and assists the Counsel to the Inspector General in preparing briefs, responses to motions, and other pleadings.

Assists the Counsel to the Inspector General or senior level office attorneys in reviewing audit and investigative reports for legal sufficiency.

Participates with the Counsel to the Inspector General in providing legal opinions, advice, support, etc., to OIG officials in support of the Inspector General's duties and responsibilities as legislated in the Inspector General Act of 1978.

Works with and assists the Counsel to the Inspector General in providing counsel and specialized training to Office of Inspector General staff in the legal aspects relating to their official responsibilities.

Represents the Office of Inspector General in administrative proceedings or courts of law.

Supports equal employment opportunity by promoting a work environment free of discrimination that utilizes a diverse workforce and shows respect and concern for others.

Performs such additional and related assignments as the needs of the office dictate.

All of these duties and responsibilities should be performed and will be evaluated in accordance with the following:

**Achieves Results**

Assumes responsibility and accountability for achieving results in support of the FDIC and OIG mission and goals.

Ensures that own work is accurate, thorough, and meets applicable standards, policies, and guidelines. Produces information, products, and services that are timely, objective, fact-based, and that meet the current needs of customers and stakeholders while adhering to OIG's mission and values. Effectively adjusts plans, goals, actions, and/or priorities to deal with changing situations and ensures timely completion of work responsibilities, anticipating and overcoming obstacles when necessary.

**Communicates Effectively**

Effectively communicates orally and in writing to promote mutual understanding, effective decision-making, and information gathering.

Actively listens and appropriately responds to the questions, ideas, and concerns of others. Conveys written and oral information in a clear, concise, well-organized, and timely manner. Reports relevant information to management and clients in an accurate and timely manner, so that others have information they need to accomplish their work.

**Demonstrates Teamwork**

Builds and maintains inclusive, responsive, and constructive working relationships based on mutual respect and a shared commitment to the OIG's mission, values, and goals.

Works cooperatively and professionally with others, demonstrating a positive attitude that serves to enhance the work environment. Anticipates and resolves conflicts in a positive and constructive manner. Develops and maintains effective working relationships with internal and external customers and other stakeholders. Contributes to institutional knowledge by sharing information and expertise with others.

**Exhibits Technical Competence**

Demonstrates the technical knowledge, skills, and abilities necessary to effectively carry out the duties and responsibilities of the Attorney Advisor position.

Meets all applicable professional, educational, and licensing requirements. Demonstrates up to date knowledge of the Corporation, and the OIG, including their respective missions, strategic goals, and objectives; trends in the law; and changes in relevant laws, regulations, standards, policies and procedures; and other factors that have an impact upon technical expertise. Collects information or data that is sufficient to address an issue, problem, or recommendation. Analyzes and integrates information to identify and evaluate alternative solutions to problems and issues. Makes well-supported and timely decisions, conclusions, or recommendations, balancing costs, risks, and benefits. Demonstrates effective use of available technology to ensure that work processes are efficient. Takes initiative to identify and understand emerging issues relevant to assignments.

**Demonstrates Responsibility and Self-Development**

Takes personal initiative to improve individual and organizational performance and promote the OIG's values and goals, while exemplifying high standards of professional and ethical behavior and integrity.

Strives to improve individual and organizational performance. Demonstrates initiative and a willingness to take on new work responsibilities. Sets challenging goals for own professional development that support the overall mission and values of OIG. Demonstrates a commitment to continuous learning and development and acquires new knowledge, skills, and expertise in response to the changing needs of the organization. Represents the OIG in a professional manner.

**FACTOR 1: KNOWLEDGE REQUIRED BY THE POSITION**

In performing the duties and responsibilities of this position, the incumbent is required to have:

Knowledge of concepts, principles, and practices of the legal profession, such as would be gained through extended graduate study in an accredited law school (JD or LLB), have passed the bar examination, and skill in applying this knowledge to difficult and complex work assignments.

3

Thorough knowledge of a wide range of substantive areas of law, rules and regulations, and administrative law and procedures such as: Federal and State bank regulation; Federal securities law; Federal criminal law pertaining to "white collar crimes;" Federal civil and criminal procedure and rules of evidence; FOIA and laws governing the area of "privacy;" Constitutional Law (particularly Fourth, Fifth, and Sixth Amendment issues); and the Inspector General Act of 1978, as amended.

Ability to perform legal and/or factual research utilizing specialized computer databases, general computerized databases, law libraries or other sources of information.

Ability to prepare and present statements of fact, law, and arguments, clearly and logically in writing and orally.

Knowledge of principles of legal research, effective legal writing and advocacy.

Ability to recognize legal issues, to weigh and evaluate factual information, and to utilize both facts and law in developing arguments and alternatives.

Ability to assist in the management and litigation of civil and administrative cases, including cases arising under Federal personnel and Equal Employment Opportunity laws, rules, and regulations.

Ability to deal effectively with Corporate officials, outside counsel, Department of Justice officials, and others as a representative of the OIG and the FDIC. Ability to work calmly and effectively in sensitive, stress-producing situations

A general understanding of the mission of the FDIC, and a detailed understanding of the mission of the OIG, including their respective strategic goals and objectives, and changes in relevant laws, regulations, standards, and policies and procedures.

**FACTOR 2: SUPERVISORY CONTROLS**

Under the direction of the Counsel to the Inspector General, the incumbent is responsible for providing legal advice and assistance on audits, evaluations, and investigative cases involving complex situations. The incumbent, based on past work assignments, develops the deadlines, projects, and work to be done. The incumbent, having developed expertise in the line of work, is responsible for planning and carrying out assignments, resolving conflicts that arise, coordinating the work with others as necessary, and interpreting policy on own initiative in terms of established objectives. In some assignments, the incumbent also determines the approach to be taken and the methodology to be used. Work is produced independently, with minimal or no supervision, and is relied upon without additional work by the Office of Counsel or its clients. The incumbent keeps the supervisor informed of progress and potentially controversial matters. Completed work is accepted as technically correct and is reviewed only from an overall standpoint in terms of feasibility, compatibility with other work, or effectiveness in meeting requirements or expected results.

**FACTOR 3: GUIDELINES**

Guidelines include: State and Federal laws, rules, and regulations; investigative standards as issued by the President's Council on Integrity and Efficiency; controlling precedent and relevant case law; generally accepted auditing standards; governmental investigative and auditing and

accounting guidelines. Guidelines are stated in general terms. The exercise of considerable judgment is required in the application of these extensive legal guidelines.

## FACTOR 4: COMPLEXITY

The works is national in scope and encompass a broad range of Corporate and law enforcement activities. The work includes a number of different functions such as drafting, negotiating, research, analysis, and opinion writing and, requires considerable judgment, and unusual degree of accuracy and close attention to detail. In addition, the work will normally involve several multi-task phases designed to review, analyze and evaluate the activities. All of these activities are conducted in an environment of continuing changes in management, programs, and technical developments. The work requires an ability to communicate and work closely with staff attorneys, other OIG and Corporation employees, Corporation management and persons possibly outside the Corporation.

## FACTOR 5: SCOPE AND EFFECT

The work involves researching and analyzing a variety of unusual legal questions. In representing the OIG, the legal interpretations and applications significantly affect overall characteristics and direction of various OIG and Corporation policies, procedures, and operational activities which are basic to the missions.

## FACTOR 6: PERSONAL CONTACTS

The incumbent has frequent contact with Corporation officials, senior management, and employees in various divisions and offices. Contact with officials of other Federal agencies, financial institutions, and other commercial and industrial organization is also required.

## FACTOR 7: PURPOSE OF CONTACTS

Personal contacts are for the purpose of giving and receiving information, discussing problems of mutual concern, negotiations, and rendering advice and opinions on legal questions. The incumbent is expected to have personal contact with those in higher grades/positions, and to give advice when asked. This function often requires the incumbent to persuade others to allow a course of actions which they would normally oppose. Changes in Corporation structure, laws and regulations must be understood in line with the changing investigations, evaluations, and audit environments.

## FACTOR 8: PHYSICAL REQUIREMENTS

There are no special or unusual physical demands required to perform the work of this position. The work is sedentary in nature.

## FACTOR 9: WORK ENVIRONMENT

Work is performed in an office setting. The incumbent of this position must be willing to travel according to the needs of the office. It is expected that the travel requirements for this position will be moderate.

5