## AFFIDAVIT

District of Columbia                          }

**I, Theresa D. Fewell, hereby affirm under the penalty of perjury and make this statement.**

My name is Theresa D. Fewell; I am African American, and am currently employed as a Legal Assistant, CG-986-8, in the Office of Counsel, Office of Inspector General (OIG), Federal Deposit Insurance Corporation (FDIC), Washington, D.C. I began working in my current position in January 2001, and for the Office of Counsel and FDIC in May 1990.

My first line Supervisor is Fred W. Gibson Jr., Counsel to the Inspector General; and Patricia M. Black, Acting Inspector General is my second line supervisor, with both located in the OIG, FDIC, Washington, D.C. My current chain of supervision has been in place since April 2002.

I have known the Complainant since the time she started to work for our office. I was here when the Complainant was hired, and actually called her to schedule her interview. The Complainant and I were co-workers, and I was aware of her race by visual observation.

In my current position I handle all the administrative work of the staff, such as the mail and telephones; I am Mr. Gibson's personal assistant and as such I arrange his travel, meetings, etc.; create databases to track such items as incoming correspondence and case pleadings; and prepare presentations using PowerPoint for Mr. Gibson or Ms. Black. I manage our workflow system, which captures the work of the staff, and prepare reports in the system for Mr. Gibson to discuss during status meetings with the Inspector

General (or Acting IG). I was part of the team that developed this system. I do a little legal research, such as retrieving specific cases from Westlaw when asked by an attorney, or retrieving newspaper articles from Nexis or the Associated Press. .I also serve as the back up the Secretary to the Inspector General.

When I started working here I was Secretary to the Counsel to the IG, and after a desk audit I became a Legal Assistant. In actuality, I had progressed to doing most of this work in my previous position, and that's the reason my desk audit resulted in a promotion. All CG-7 Secretaries in OIG had desk audits performed at the same time. I have had more responsibility added since my desk audit.

I prepare subpoenas and effect service through USPS certified mail. I prepare the first draft of subpoenas, and pass it to an Attorney who reviews it, before I prepare the subpoena in final. I have been preparing subpoenas since I came to this office. The difference in my preparation of subpoenas from when I began in this office is that the Attorney used to do the first draft and I typed it in the final format. This is the way it was done when I was Secretary in the Office of Counsel. The Complainant prepared subpoenas in my absence or when my workload was high she would help out. In the same sense, I entered records in the opinion log when the need arose. I am also a Notary Public.

I also assemble documents (copying and collating) for hearings at the U. S. Equal Employment Opportunity Commission (EEOC) and Merit Systems Protection Board (MSPB),. This involves the basic assembly of the case file and exhibits. I arrange for the copying of the case file if it is done offsite. I have done this ever since we have had a Human Resources Branch (HRB). When I assemble these case files, I receive a list of

Initials

exhibits from the Attorney, who will tell me if it is an EEOC or MSPB case, and from this I know the correct format for assembly. I work very closely with our Attorney who handles personnel issues during this process. I know where the basic items, such as the complaint documentation, go in the file, but exhibit assembly comes from the Attorney. I also track incoming pleadings to ensure they are responded to in a timely manner.

When the Complainant left, the opinions database was given to me. The Complainant logged in opinions and filed them in this database that she created. I was assigned this responsibility about a week after the Complainant left when I needed to locate an opinion and could not find it. Mr. Gibson then assigned me to maintain that database form that point forward. However, it is not a high priority or major duty for me.

**I have read the forgoing statement consisting of _3_ page(s), each of which I have initialed, and it is true and complete to the best of my knowledge and belief. Any corrections I have made have my initials next to the correction. This statement is made of my free will, without any threat, promise of immunity, or inducement. I understand that the information I have given is not considered confidential and that it may be shown to the interested parties.**

Theresa D. Fewell

Subscribed and sworn before me at Washington, DC

on this 19Th day of May, 2005

Craig A. Brieske, Investigator
US Investigations Services

Initials



**Federal Deposit Insurance Corporation**
3501 N. Fairfax Drive (Room 801-1231), Arlington, VA 22226-3500     Office of Diversity and Economic Opportunity

NOTICE OF RIGHTS OF WITNESSES
IN
EEO INVESTIGATIONS

Pursuant to the provisions at 29 C.F.R. §1614.108, federal agencies are required to investigate all aspects of discrimination complaints. The investigation shall include a thorough review of the circumstances under which the alleged discrimination occurred, and the treatment of members of the complainant's protected group(s) as compared with the treatment of other employees in the organizational segment in which the complaint arose.

All employees having any knowledge of the matter complained of are required to cooperate with the investigator who is conducting the investigation. The investigator is authorized to administer oaths and require that statements of witnesses be reduced to an affidavit. The witness must swear to or affirm to the truth of the statements before the investigator or a third party, without a pledge of confidentiality. The investigator is also authorized to obtain copies of relevant employment records, policy statements, and regulations.

As a witness, you have the following rights:

1.    To be provided a Notice of Authorization that identifies the investigator and explains the investigator's authority and responsibility in the conducting the investigation.

2.    To have a representative present at any meeting/discussion with the investigator. The representative can advise you on how to respond to the investigator, but cannot respond for you.

3.    To receive sufficient information concerning the claim(s) and basis(es) of the complaint and circumstances under which the complaint arose in order for you to accurately respond to the questions posed by the investigator.

4.    To be provided access to documents you previously prepared or had access to, if they are necessary for you to review in order to respond to questions posed by the investigator.

5.    To review your affidavit and make corrections or other changes prior to signing the affidavit.

I HAVE READ AND UNDERSTAND MY RIGHTS AS A WITNESS IN EEO INVESTIGATIONS.

WITNESS: _____     DATE: 5-9-05

# PRIVACY ACT NOTICE TO COMPLAINANT INTERVIEW WITNESSES
## (OTHER THAN COMPLAINANT)
## FOR EMPLOYMENT DISCRIMINATION COMPLAINT INVESTIGATIONS

### GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records.

### AUTHORITY

The authority to collect the information requested by this interview is derived from one or more of the following:

Title 5, Code of Federal Regulations, Section 5.2 and 5.3; Title 29, Code of Federal Regulations, Section 1614; Title 5, United States Code, Sections 1303 and 1304; Title 42, United States Code, Section 2000e-16; and Executive Order 11478, as amended.

### PURPOSES AND USES

The information you supply will be used along with data developed to resolve or otherwise determine the merits of the complaint of discrimination in the delivery of federally assisted or federally conducted programs or services. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve or otherwise determine the merits of the complaint of discrimination. The information may also be disclosed to any agency of the Federal Government having a working relationship with regard to FDIC activities, to the intelligence agencies of the Federal Government, or to others for uses as published in the Federal Register.

### EFFECTS OF NONDISCLOSURE

Disclosure of the information sought is voluntary; however, failure on the part of FDIC employees to furnish the information will result in a direction by the head of the agency, or his/her designated representative, to produce or provide such information as is available. Failure to provide the information at that time may result in the initiation of disciplinary proceedings against you, up to and including termination. Applicants in such cases may be refused employment.

Disclosure of information by present or prospective Government contractors is also voluntary, although failure to furnish the above requested information where the contract so provides may result in administrative sanctions, including disqualification to enter into a contract or termination of an existing contract.

_____         _____
Signature of Interviewer          Signature of Witness (person providing statement)

                                  Date: _5-9-05_

                                  Place: _Washington, DC_