Federal Deposit Insurance Corporation

# POSITION DESCRIPTION

*COPY FOR YOUR INFORMATION*

| FOR OFFICIAL USE ONLY | 1. Check one: HQ ✓ Field ☐ | 2. Official Headquarters Washington, DC | 3. Master Record Number |
|---|---|---|---|
| Supervisory Code: Bargaining Unit Code: FLSA Designation: Non-Exempt ☐ Exempt ☐ Position Sensitivity Code: | 4. Reason for submission (a) If this position replaces another (i.e., a change of duties in an existing position), identify such position by title, allocation (service, series, grade), and master record number. (b) Other *(specify)* | | |

### 5. CLASSIFICATION ACTION

| ALLOCATION | CLASS, TITLE OF POSITION | CLASS Pay Plan | Series | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| (a) FDIC | | | | | | |
| (b) Recommended by initiating office | Legal Assistant (Office Automation) | CG | 986 | 8 | | |

| 6. Organizational Title of Position *(If any)* | 7. Name of Employee *(If vacancy, specify)* |
|---|---|
| 8. Organizational Location Federal Deposit Insurance Corporation | (c) Third Subdivision |
| (a) First Subdivision Office of Inspector General | (d) Fourth Subdivision |
| (b) Second Subdivision Office of the Counsel to the Inspector General | (e) Fifth Subdivision |

| 9. This is a complete and accurate description of the duties and responsibilities of my position | Signature of Employee | Date |
|---|---|---|

10. Certification

I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of Corporation funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| 11. Immediate Supervisor's Signature | Title Counsel to the Inspector General | Date |
|---|---|---|
| 12. Division/Office Director's Signature *(or designee)* | Title Inspector General | Date |
| 13. Associate Director's Signature or Designated Representative | Title Deputy Assistant IG for HR | Date |

14. Remarks

---

**NOTE: ATTACH A DESCRIPTION OF MAJOR DUTIES AND RESPONSIBILITIES**

FDIC 2000/10 (3-98)

*1*

## LEGAL ASSISTANT (OFFICE AUTOMATION)
## CG-986-8

### I.    Introduction

This position is located in the Federal Deposit Insurance Corporation (FDIC), Office of Inspector General (OIG), Office of Counsel to the Inspector General (IG). The Office of Counsel to the Inspector General provides independent legal services for the OIG. Key activities include conducting legal research and writing opinions; providing supportive advice and counsel on audit, investigative, and management-related topics; preparing subpoenas; reviewing proposed legislation and regulations affecting the FDIC; conducting litigation; and processing requests and related appeals under the Freedom of Information and Privacy Acts. The incumbent serves as Legal Assistant to the Counsel and is primarily responsible for assisting and participating closely with administrative support services for the Counsel and Attorneys assigned to his/her staff. In addition, the incumbent provides support assistance for a number of special project assignments.

### II.    Major Duties and Responsibilities

Counsel Assistance: Utilizes knowledge of the duties, priorities, commitments, policies, and program goals of the staff sufficient to perform non-routine assignments. Has full responsibility for coordinating the full range of administrative and program work of the office with the work of other offices or individuals, and for recognizing the need for such coordination in various circumstances.

Performs extensive searches and summarizes relevant information from Westlaw, Lexis, and other computer data bases, law libraries and reviews, financial reports, and similar materials for use of supervisor and other staff in the preparation of opinions, briefs, and other legal documents.

Based on a knowledge of supervisor's views and desires, exercises initiative and independence in drafting and editing non-legal memorandum and correspondence relating to Counsel information, thus relieving the supervisor of as many details as possible. Additionally, issues responses to recurring information requests. Drafts responses to special correspondence for supervisor's signature.

Maintains the confidentiality and security of sensitive information and material located in the office. Ensures that the release of such information is in accordance with the provisions of the Freedom of Information and Privacy Act

2

by obtaining review by the Counsel or staff Attorneys on appropriate documents.

Participates in special projects for the Counsel by providing administrative coordination. Such projects include Internet research, Powerpoint presentations, Counsel system designs, etc. Researches and consolidates information for the preparation of special reports and/or decisions to entities inside and outside of the OIG.

Office Administration: Participates in the management of the office by applying a good working knowledge of FDIC, in conjunction with the mission of the OIG, in order to perform a variety of administrative support functions for the Counsel and the Counsel's staff and to solve procedural and/or administrative problems that arise. Coordinates the work of the office, working with other offices as needed, ensuring the smooth flow of correspondence, and following up to ensure that required actions are completed. Recommends office procedures and practices.

Receives incoming correspondence. Screens out items that can be handled personally. Forwards the rest to the appropriate staff member together with background material. Maintains control records on incoming material. Reviews outgoing correspondence for procedural and grammatical accuracy, conformance with general policy, and factual correctness. Calls attention to procedural or other errors (in outgoing correspondence). Screens publications, directives, periodicals, etc., and brings to the Counsel's attention those that are significant.

Establishes and maintains both general and subject-matter files. Reviews and updates files to meet current needs and demands for material. Obtains documents from files.

Makes travel arrangements for Counsel and other staff Attorneys as necessary.

Assures the staff is adequately supplied with office supplies, equipment, maintenance services, etc. Assures that new employees are informed of office policies and procedures.

Serves as back-up to staff support in the Inspector General's immediate office as needed. Performs assigned duties in the absence of/or in conjunction with the Inspector General's administrative support person.

Coordinates building services and repairs needed for the office staff. Responds to emergency needs. Operates independently in identifying and resolving a wide range of routine problems and emergencies. Explains service needs and/or

problems and follows up with building representatives, or other appropriate officials.

Time and Attendance: Serves as timekeeper for assigned staff. Performs the full-range of time and attendance duties including tracking, coding, certification, and transmission. Maintains schedule of immediate staff for planning purposes. In addition, performs leave audits on current and former office staff members.

Office Automation: Uses expertise in a rapidly changing software environment and provides staff full range assistance in the office automation arena. Maintains knowledge of current software and determines the best features for reports, such as a database versus a spreadsheet, and provides advice to staff in assessing their needs. Integrates different software types into a single document, importing and integrating software in complex manners. Uses operating system knowledge to: ascertain data categories; determine sorting and calculating functions; explain procedures needed to enter, retrieve, and analyze data from websites; and resolve formatting problems. In coordination with staff and based on knowledge of graphics software and its functions, makes appropriate content/structure changes to graphics presentations which enhance content and presentation. Identifies opportunities for the use of various computer software techniques in work assignments.

## III.    Evaluation Criteria

1. Knowledge Required by the Position                    Level 1-5, 750 points

Extensive knowledge of the OIG and FDIC and the interrelationship of the functions in each component.

Knowledge of priorities, commitments, policies, and program goals of the Office of the Counsel in order to perform non-routine assignments such as: locating and summarizing information from files and documents requiring the ability to recognize which information is or is not relevant to the problem at hand; and independently noting and following-up on commitments made at meetings and conferences by staff members.

Knowledge of standard legal reporting requirements and Counsel office practices sufficient to perform specific ad hoc assignments, and to gather and summarize information on specific issues/tasks.

Demonstrated ability in identifying information sources, researching information, and analyzing results.

Knowledge of and demonstrated ability in utilizing a variety of automation tools.

4

Skill in operating a personal computer with standard keyboard and function keys and associated peripherals, including printers and disk drives. Uses such skill to produce work accurately and efficiently.

Demonstrated ability in preparing clear and concise written materials. Knowledge of proper grammar, spelling, punctuation, established correspondence procedures and required formats sufficient to recognize and correct such errors in correspondence and reports.

2.  Supervisory Controls                                    Level 2-3, 275 points

The incumbent reports to the Counsel to the IG, who establishes the overall objectives of the work based on the priorities and needs of the office. The incumbent is frequently required to handle office emergencies and to resolve situations requiring initiative in determining methods to use and the approach to be taken based on established objectives. The supervisor reviews the work only for its overall effectiveness.

3.  Guidelines                                              Level 3-3, 275 points

A substantial number and variety of written procedural guidelines and general policy guidelines, both written and unwritten, are available, but the application of the guidelines often leaves much to the judgment of the incumbent. The incumbent uses judgment to select, interpret and adapt guidelines in specific situations. The incumbent has latitude to deviate from office practices and policies based on his/her own judgment and to adapt new guidelines and procedures for the work being performed.

4.  Complexity                                              Level 4-3, 150 points

The work consists of a full range of administrative support functions for the Office of the Counsel. This includes arranging for travel and meetings, assembling litigation case information, putting items together for discovery requests, preparing subpoenas, and researching information on the Internet, U.S. Codes, newspapers, etc. Decisions regarding what needs to be done and how to accomplish them are based on the incumbent's knowledge of the duties, priorities, commitments, policies, and program goals of the supervisor and involves analysis of the subject, phase, or issues involved in each assignment. The chosen courses are selected from many alternatives.

5.  Scope and Effect                                        Level 5-2, 75 points

The incumbent's work affects the accuracy and reliability of the administrative support work of the Office of the Counsel and possibly the OIG. Communications and correspondence generated by the incumbent is reflective of

5

the office as it is viewed by FDIC and OIG officials, and officials of other agencies.

6.    Personal Contacts                                          Level 6-3, 60 points

Contacts are with officials within the FDIC and OIG, senior officials from other agencies, the general public, and sometimes the private sector. The incumbent must be able to rapidly and accurately ascertain and respond to questions and make proper referrals.

7.    Purpose of Contacts                                        Level 7-2, 50 points

The incumbent plans and coordinates the work of the Counsel's office, resolving problems through such duties as: ensuring the smooth flow of correspondence, arranging meetings if necessary, and following up to ensure that required actions are completed. Contacts with individuals outside of the OIG are for those purposes in addition to researching information associated with projects.

8.    Physical Demands                                           Level 8-1, 5 points

Work is sedentary. It occasionally requires the carrying of light objects such as files, books and papers. No special physical qualifications are required.

9.    Work Environment                                           Level 9-1, 5 points

The work is performed in an office setting.

---

Total Points = 1645
1605 - 1850 = CG-8

Classification Standards Used:
GS-318, Secretary Series, Jan 1979, S-1979; Jun 1982, TS-64
GS-986, Legal Clerical and Assistance Series, Jan 1992, TS-112
Grade Level Guide for Clerical and Assistance Work, Jun 1989, TS-91
Instructions for the Factor Evaluation System, May 1977, TS-27
Office Automation Grade Evaluation Guide, Nov 1990, TS-100