```
Report ID: FDPOS002                    FEDERAL DEPOSIT INSURANCE CORPORATION              Page No.  1
                                       CORPORATE HR INFORMATION SYSTEM(CHRIS)              Run Date 09/17/2004
                                       STAFFING TABLE BY ORGANIZATION                      Run Time 09:59:01
```

| Name | EmplID | Title | Key | PP | Ser | Gr | TG | App NTE Dt | PAR NTE Dt | Pos Nbr | JobCd | BU | SC | Rpts-To | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NFC Org Code: 4000000000000000    OFFICE OF INSPECTOR GENERAL

Total Positions:        0    Total On Board Staff:       0    Total Detailed-In Employees:       0

NFC Org Code: 4001000110000000    OFFICE OF THE INSPECTOR GENERA

[REDACTED]

Total Positions:        4    Total On Board Staff:       4    Total Detailed-In Employees:       0

NFC Org Code: 4001000110100000    COUNSEL TO THE INSPECTOR GENER

| Name | EmplID | Title | Key | PP | Ser | Gr | TG | Pos Nbr | JobCd | BU | SC | Rpts-To | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gibson, Frederick W J | 005481 > | Counsel to the Inspe | | EM | 0905 | 00 | | 00016367 | 40IB02 | 8888 | 2 | 004291 | EM conversion |
| Cosgrove, Michael S | 005009 | Attorney Advisor | | CG | 0905 | 15 | 15 | 00015506 | 40I086 | 8888 | 8 | 005481 | |
| Fewell, Theresa Denis | 003852 | Legal Assistant | | CG | 0986 | 08 | 08 | 00014512 | 40I085 | 8888 | 8 | 005481 | |
| Gieseler, Christian A | 001061 | Attorney Advisor | | CG | 0905 | 15 | 15 | 00015144 | 40I086 | 8888 | 8 | 005481 | |
| Sharpe, Stacey K | 004434 | PARALEGAL SPECIALIST | | CG | 0950 | 11 | 11 | 00014301 | 40I014 | 8888 | 8 | 005481 | |
| Vosburg, Adriana Roja | 006423 | Attorney Advisor (Ge | | CG | 0905 | 12 | 12 | 00015923 | 40I120 | 8888 | 8 | 005481 | |

Total Positions:        6    Total On Board Staff:       6    Total Detailed-In Employees:       0

NFC Org Code: 4001000120000000    OFFICE OF AUDITS HQ

[REDACTED]

Total Positions:        3    Total On Board Staff:       3    Total Detailed-In Employees:       0

NFC Org Code: 4001000120100000    DAIG FOR AUDITS I

[REDACTED]

Total Positions:        1    Total On Board Staff:       1    Total Detailed-In Employees:       0

NFC Org Code: 4001000120101000    QUALITY CONTROL & OUTREACH

[REDACTED]

Total Positions:        3    Total On Board Staff:       3    Total Detailed-In Employees:       0

NFC Org Code: 4001000120102000    PLANNING & ANALYSIS

[REDACTED]

Key: * = Pending Action (Not Processed by HR)                        > = Department Manager
DTI = Employee Detailed Into Organization (Does not count against staffing level)   DTO = Employee Detailed Out of Organization
DTW = Employee Detailed Within Organization                          VAC = Vacant Position
TPI = Employee Temporarily Promoted Into Position                    VOP = Vacant Obligated Position (Employee Temporarily Promoted Out)
                              ****SENSITIVE PERSONAL DATA - USE IS RESTRICTED.****

Report ID: FDPOS002

FEDERAL DEPOSIT INSURANCE CORPORATION
CORPORATE HR INFORMATION SYSTEM (CHRIS)
STAFFING TABLE BY ORGANIZATION

Page No. 1
Run Date 10/04/2004
Run Time 07:53:26

| Name | EmplID | Title | Key | PP | Ser | Gr | TG | App NTE Dt | PAR NTE Dt | Pos Nbr | JobCd | BU | SC | Rpts-To | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NFC Org Code: 4000000000000000   OFFICE OF INSPECTOR GENERAL

Total Positions: 0   Total On Board Staff: 0   Total Detailed-In Employees: 0

NFC Org Code: 4001000110000000   OFFICE OF THE INSPECTOR GENERA

[redacted] 

Total Positions: 4   Total On Board Staff: 4   Total Detailed-In Employees: 0

NFC Org Code: 4001000110100000   COUNSEL TO THE INSPECTOR GENER

| Name | EmplID | Title | Key | PP | Ser | Gr | TG | Pos Nbr | JobCd | BU | SC | Rpts-To | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gibson, Frederick W J | 005481 > | Counsel to the Inspe | EM | 0905 | 00 | | | 00016367 | 40IE02 | 8888 | 2 | 004291 | EM conversion |
| Cosgrove, Michael S | 005009 | Attorney Advisor | CG | 0905 | 15 | 15 | | 00015506 | 40I086 | 8888 | 8 | 005481 | |
| Fewell, Theresa Denis | 003852 | Legal Assistant | CG | 0986 | 08 | 08 | | 00014512 | 40I085 | 8888 | 8 | 005481 | |
| Gieseler, Christian A | 001061 | Attorney Advisor | CG | 0905 | 15 | 15 | | 00015144 | 40I086 | 8888 | 8 | 005481 | |
| Sharpe, Stacey K | 004434 | PARALEGAL SPECIALIST | CG | 0950 | 11 | 11 | | 00014301 | 40I014 | 8888 | 8 | 005481 | |
| Vosburg, Adriana Roja | 006423 | Attorney Advisor (Ge | CG | 0905 | 12 | 12 | | 00015923 | 40I120 | 8888 | 8 | 005481 | |

Total Positions: 6   Total On Board Staff: 6   Total Detailed-In Employees: 0

NFC Org Code: 4001000120000000   OFFICE OF AUDITS HQ



[redacted]

Total Positions: 3   Total On Board Staff: 3   Total Detailed-In Employees: 0

NFC Org Code: 4001000120100000   DAIG FOR AUDITS I

[redacted]

Total Positions: 1   Total On Board Staff: 1   Total Detailed-In Employees: 0

NFC Org Code: 4001000120101000   QUALITY CONTROL & OUTREACH

[redacted]

Total Positions: 3   Total On Board Staff: 3   Total Detailed-In Employees: 0

NFC Org Code: 4001000120102000   PLANNING & ANALYSIS

[redacted]

Key:   * = Pending Action (Not Processed by HR)         > = Department Manager
DTI = Employee Detailed Into Organization (Does not count against staffing level)   DTO = Employee Detailed Out of Organization
DTW = Employee Detailed Within Organization                                          VAC = Vacant Position
TPI = Employee Temporarily Promoted Into Position                                    VOP = Vacant Obligated Position (Employee Temporarily Promoted Out)

****SENSITIVE PERSONAL DATA - USE IS RESTRICTED.****

```
Report ID: FDPOS002                              FEDERAL DEPOSIT INSURANCE CORPORATION                          Page No.  1
                                                 CORPORATE HR INFORMATION SYSTEM(CHRIS)                         Run Date 03/17/2005
                                                       STAFFING TABLE BY ORGANIZATION                           Run Time 09:38:10
```

| Name | EmplID | Title | Key | PP | Ser | Gr | TG | App NTE Dt | PAR NTE Dt | Pos Nbr | JobCd | BU | SC | Rpts-To | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NFC Org Code: 4000000000000000    OFFICE OF INSPECTOR GENERAL

Total Positions:        0   Total On Board Staff:        0   Total Detailed-In Employees:        0

NFC Org Code: 4001000110000000    OFFICE OF THE INSPECTOR GENERA

[redacted]

Total Positions:        4   Total On Board Staff:        3   Total Detailed-In Employees:        0

NFC Org Code: 4001000110100000    COUNSEL TO THE INSPECTOR GENER

| Name | EmplID | Title | Key | PP | Ser | Gr | TG | Pos Nbr | JobCd | BU | SC | Rpts-To | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gibson, Frederick W J | 005481 | > Counsel to the Inspe | EM | 0905 | 00 |  |  | 00016367 | 40IE02 | 8888 | 2 | 004291 | |
| Cosgrove, Michael S | 005009 | Attorney Advisor | CG | 0905 | 15 | 15 |  | 00015506 | 40I086 | 8888 | 8 | 005481 | New PD to include compete |
| Fewell, Theresa Denis | 003852 | Legal Assistant | CG | 0986 | 08 | 08 |  | 00014512 | 40I085 | 8888 | 8 | 005481 | |
| Gieseler, Christian A | 001061 | Attorney Advisor | CG | 0905 | 15 | 15 |  | 00015144 | 40I086 | 8888 | 8 | 005481 | New PD to include compete |
| Vosburg, Adriana Roja | 006423 | Attorney Advisor | CG | 0905 | 13 | 15 |  | 00017413 | 40I156 | 8888 | 8 | 005481 | |

Total Positions:        5   Total On Board Staff:        5   Total Detailed-In Employees:        0

NFC Org Code: 4001000120000000    OFFICE OF AUDITS HQ

[redacted]

Total Positions:        4   Total On Board Staff:        4   Total Detailed-In Employees:        0

NFC Org Code: 4001000120100000    DAIG FOR AUDITS I

[redacted]    E   0511  01   01

Total Positions:        1   Total On Board Staff:        1   Total Detailed-In Employees:        0

NFC Org Code: 4001000120101000    QUALITY CONTROL & OUTREACH

[redacted]

Total Positions:        3   Total On Board Staff:        3   Total Detailed-In Employees:        0

NFC Org Code: 4001000120102000    PLANNING & ANALYSIS

[redacted]

Key:   *  = Pending Action (Not Processed by HR)                              >   = Department Manager
       DTI = Employee Detailed Into Organization (Does not count against staffing level)   DTO = Employee Detailed Out of Organization
       DTW = Employee Detailed Within Organization                            VAC = Vacant Position
       TPI = Employee Temporarily Promoted Into Position                      VOP = Vacant Obligated Position (Employee Temporarily Promoted Out)
                             ****SENSITIVE PERSONAL DATA - USE IS RESTRICTED.****