# FEDERAL DEPOSIT INSURANCE CORPORATION
## POSITION DESCRIPTION

40I014

| For Official Use Only | 1. Check one: Dept'l ☒ Field ☐ | 2. Official headquarters: WASHINGTON, DC | 4. Staffing Table No. L00J50 |
|---|---|---|---|
| NON-EXEMPT FAIR LABOR STANDARDS ACT | 3. Reason for submission: (a) If this position replaces another (i.e., a change of duties in an existing position), identify such position by title, allocation (service, series, grade), and position number. | | 5. O.P.M. Certification No. |
| Supv: 8   BUC: 8888   PSN: LN | | | 6. Date of certification |
| 8. CLASSIFICATION ACTION | (b) Other (specify) | | 7. Date received from O.P.M |

| ALLOCATION | CLASS, TITLE OF POSITION | CLASS SERVICE | SERIES | GRADE | INITIALS | DA: |
|---|---|---|---|---|---|---|
| (a) F.D.I.C. | PARALEGAL SPECIALIST | CG | 0950 | 11 | WP | 10/3/9 |
| (b) U.S. Office of Personnel Management | | | | | | |
| (c) Recommended by initiating office | | | | | | |

| 9. Organizational title of position (if any) | 10. Name of employee (if vacancy, specify) |
|---|---|

| 11. Organizational location FEDERAL DEPOSIT INSURANCE CORPORATION | (c) Third subdivision |
|---|---|
| (a) First subdivision OFFICE OF INSPECTOR GENERAL | (d) Fourth subdivision |
| (b) Second subdivision COUNSEL TO THE IG | (e) Fifth subdivision |

| 12. This is a complete and accurate description of the duties and responsibilities of my position | SIGNATURE OF EMPLOYEE | DATE |
|---|---|---|

13. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of Corporation funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

Signature of Immediate Supervisor    9/26/97
Title: PRINCIPAL DEPUTY INSPECTOR GENERAL    Date

| 14. Signature of Division/Office Director or designated representative | 15. Signature of Director of Personnel or designated representative |
|---|---|
| (Signature)    9/26/97 (Date) | (Signature)    10/3/97 (Date) |
| Title: INSPECTOR GENERAL | Title: Sr. Pers. Mgt. Spec. |

16. Remarks    FPL-GG-11

Position abolished as of 10/17/2004.
L. Petty

17. DESCRIPTION OF MAJOR DUTIES AND RESPONSIBILITIES (SEE ATTACHED)

FDIC 2000/10 (9-81)    F-4

FEDERAL DEPOSIT INSURANCE CORPORATION
POSITION DESCRIPTION

CLASSIFICATION:          Paralegal Specialist, GG-950-11
ORGANIZATIONAL TITLE:    Paralegal
LOCATION:                Office of Inspector General, Washington, D.C.

Major Duties:

Performs legal research, writing and other related paralegal duties in support of the Counsel to the Inspector General and other attorneys on OIG's Legal Staff. Specifically:

- Researches information for the use of the OIG Legal Staff attorneys in drafting legal memoranda, opinions, briefs, motions, etc. Duties vary widely and include the responsibility to: analyze audit working papers and reports, and criminal investigative files and reports of investigation, and to summarize information; obtain and compile data and documents; research and interpret legal opinions; verify citations referenced in legal writing; and contact various jurisdictions to acquire copies of requested documents;

- Processes, in accordance with OIG policies, requests received pursuant to the Freedom of Information Act or the Privacy Act, including the following steps: searching for, reviewing, and proposing redactions to responsive documents; coordinating with the Office of Executive Secretary and other FDIC offices in responding to FOIA/PA requests; contacting the FOIA/PA correspondent (the requester) to clarify or modify request, when appropriate; drafting transmittal memorandum or response to OES or the requester; researching applicable statutory or regulatory provisions and applicable case law;

- Drafts legal memoranda and drafts correspondence for the signature of Legal Staff attorneys concerning interpretations of provisions of: the Inspector General Act, as amended; the Federal Deposit Insurance Act; the FDIC's rules and regulations; the False Claims Act, Federal Rules of Civil Procedure, Criminal Procedures, and Evidence, etc.; FDIC's rights, duties and powers; and other substantive matters handled by the OIG Legal Staff;

E-5

- Assists in preparing subpoenas issued under the Inspector General Act and in preparing Right to Financial Privacy Act notices, and coordinates with assigned attorney or requester of subpoena regarding the reasonableness of substantive information on subpoena form, and any attachments and related documents;

- Assists, as necessary, with FOIA/PA administrative appeals;

- Obtains copies of, and researches, proposed and existing legislation, regulations, and FDIC directives that may affect the economy and efficiency and the fraud-prevention activities of the FDIC OIG; reviews and analyzes such legislation, regulations and directives, and drafts summaries of these items and requests comments from within OIG about them; drafts written comments for submission to appropriate party, whether OIG, FDIC, other agencies, or Congress (or congressional committees and subcommittees);

- Assists in the discovery process regarding litigation-- whether civil, criminal, or administrative--involving OIG, including organizing or indexing of files and pleadings; drafting privilege logs under supervision of an attorney; and other duties relating to all phases of litigation;

- Enters and updates information on computerized tracking systems;

- Provides assistance, as necessary, to members of the Legal Staff in handling OIG legal matters;

- Performs other duties as assigned.

I. <u>KNOWLEDGE REQUIRED BY THE POSITION:</u>

- Knowledge of policies, practices, and regulations pertaining to the work of OIG and the FDIC sufficient to identify the factual and legal issues and the relevant evidence, and to draft summaries of cases.

- Knowledge of, and experience in working with, the Inspector General Act, FOIA, Privacy Act, Right to Financial Privacy Act, False Claims Act.

- Knowledge of, and experience in, legal research, and the ability to interpret facts.

E-6

- Knowledge of and ability to use the law library, LEXIS, Westlaw and other legal research sources, including those found through the Internet.

- Ability to communicate effectively, both orally and in writing.

- Ability to analyze and develop statistical data.

- Ability to deal with people effectively and tactfully.

- Ability to edit and proofread lengthy documents accurately and thoroughly.

- Average knowledge of computer concepts.

II. <u>SUPERVISORY CONTROLS</u>:

- The incumbent is under the general supervision of the Deputy Counsel to the Inspector General, and the direct supervision of the member of the Legal Staff to whom projects requiring paralegal assistance have been assigned. The incumbent exercises independent judgment, initiative, and originality in carrying out duties and responsibilities but may consult with the appropriate supervisor or Legal Staff member when unusual problems are encountered. Completed work is reviewed for adequacy of format, soundness of judgment and for adherence to appropriate instructions.

III. <u>GUIDELINES</u>:

- Available to the incumbent are general guidelines, including OIG or Legal Staff procedures; FDIC or Division manuals and memoranda; and other standard general or legal resources. The incumbent must be able to exercise sound judgment in fulfilling assignments and, where necessary, in developing appropriate and efficient solutions to diverse problems.

IV. <u>COMPLEXITY</u>:

- The work involves independently planning and carrying out complex legal research; processing complex FOIA and Privacy Act requests and addressing FOIA-related issues; preparing subpoenas; conducting reviews of complex legislative or regulatory enactments or proposals; and assisting in discovery and other litigation-related matters. The incumbent uses initiative in carrying out recurring

E-7

4

assignments covered by established procedures and precedents.

V.  SCOPE AND EFFECT:

- The incumbent's work supports and facilitates the handling of the Legal Staff's caseload--particularly with respect to legal research, FOIA/PA requests, discovery matters, subpoenas, and legislation/regulation/directive review--and other matters.

VI.  PERSONAL CONTACTS:

- Contacts are with Legal Staff attorneys, other OIG employees, and officials in other offices and divisions within the FDIC (particularly, the Office of Executive Secretary and the Legal Division), Federal and state agencies, and the judiciary.

VII.  PURPOSE OF CONTACTS:

- Contacts are primarily for the purpose of research, gathering information and material, and relaying informing and instructions.

VIII.  PHYSICAL REQUIREMENTS:

- The work is sedentary in nature, although moving boxes of files may be expected from time to time.

IX.  WORK ENVIRONMENT:

- The work is performed in an office or library setting. Some travel may be required.

E-8