Federal Deposit Insurance Corporation

# POSITION DESCRIPTION

| FOR OFFICIAL USE ONLY | 1. Check one:<br>HQ ☒  Field ☐ | 2. Official Headquarters<br>Washington, DC | 3. Master Record Number<br>401148 |
|---|---|---|---|
| Supervisory Code:<br>Bargaining Unit Code:<br>FLSA Designation: Non-Exempt ☒ / Exempt ☐<br>Position Sensitivity Code:<br>Financial Disclosure: | 4. Reason for submission<br>(a) If this position replaces another (i.e., a change of duties in an existing position), identify such position by title, allocation (service, series, grade), and master record number.<br><br>(b) Other (specify) | | |

## 5. CLASSIFICATION ACTION

| ALLOCATION | CLASS, TITLE OF POSITION | CLASS | | | Initials | Date |
|---|---|---|---|---|---|---|
| | | Pay Plan | Series | Grade | | |
| (a) FDIC | Human Resources Specialist | CG | 201 | 11 | HP | 9/16/04 |
| (b) Recommended by initiating office | | | | | | |

| 6. Organizational title of position (if any)<br>Human Resources Specialist | 7. Name of Employee (If vacancy, specify) |
|---|---|
| 8. Organizational Location<br>Federal Deposit Insurance Corporation | (c) Third Subdivision<br>Human Resources Branch |
| (a) First Subdivision<br>Office of Inspector General | (d) Fourth Subdivision |
| (b) Second Subdivision<br>Office of Management & Congressional Relations | (e) Fifth Subdivision |
| 9. This is a complete and accurate description of the duties and responsibilities of my position | Signature of Employee / Date |

10. Certification

I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of Corporation funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| 11. Immediate Supervisor's Signature | Title<br>Assistant IG for Mgmt & Cong Relations | Date<br>9-15-04 |
|---|---|---|
| 12. Division/Office Director's Signature (or designee) | Title<br>Deputy Inspector General | Date<br>9/16/2004 |
| 13. Classifier's Signature | Title<br>Director of Human Resources | Date<br>9/16/2004 |

14. Remarks

Full Performance Level

This position is appropriately classified as a Human Resources Specialist based on the Job Family Position Classification Standard for Administrative Work in the Human Resouces Management Group, GS-0200 dtd December 2000.

**NOTE: ATTACH A DESCRIPTION OF MAJOR DUTIES AND RESPONSIBILITIES**

FDIC 2000/10 (5-03)

E-9

**FEDERAL DEPOSIT INSURANCE CORPORTATION**
**OFFICE OF INSPECTOR GENERAL**
**POSITION DESCRIPTION**

**CLASSIFICATION TITLE:**    Human Resources Specialist, CG-201-11

**ORGANIZATIONAL TITLE:**    Same

**LOCATION:**    Office of Inspector General
Office of Management & Congressional Relations
Human Resources Branch

## INTRODUCTION

This position is located in the Office of Inspector General (OIG). The OIG serves as a driving force in the reduction of financial risk to our nation through assisting in the successful accomplishment of the Federal Deposit Insurance Corporation (FDIC) mission. The OIG conducts audits and investigations related to the programs and operations of the Federal Deposit Insurance Corporation (FDIC); prevents and detects fraud, waste, and abuse related to those programs and operations; makes recommendations concerning legislative and policy initiatives related to the FDIC; and keeps the Congress and the Chairman fully and promptly informed on problems and deficiencies in the programs and operations of the FDIC. The OIG conducts this work with the highest degree of independence, in accordance with the Inspector General Act of 1978, as amended.

The incumbent serves as a Human Resources Specialist in the Office of Management and Congressional Relations, Human Resources Branch. He/She serves as a technical advisor to OIG employees on the full range of Federal and FDIC benefits, and other employee assistance related programs in the human resources area.

Note: The Inspector General Act of 1978, as amended authorizes the FDIC Inspector General to select, appoint, and employ such officers and employees as may be necessary for carrying out the OIG's functions, powers, and duties subject to applicable laws and regulations that govern such selections, appointments, and employment within FDIC. Pursuant to a July 6, 1998 memorandum from the Chairman, the Inspector General established the OIG Human Resources Branch to carry out the OIG's statutory personnel authorities.

## DUTIES AND RESPONSIBILITIES

Under the direction of the Director of Human Resources and/or senior-level Human Resources Specialist, the incumbent's work encompasses a primary function and other distinct human resources functional areas as described below:

### Employee Benefits

Assists OIG staff on benefits-related issues in the OIG. Benefits administration include the following programs: Federal Employee Health Benefits (FEHB), Federal Employee Group Life Insurance (FEGLI), FDIC Group Life Insurance Program, FDIC Short and Long-Term Disability

E-10

Programs, FDIC Vision/Dental Insurance Programs, Federal Retirement Systems, and the Employee Assistance Program. Additionally, provides assistance to employees on the Thrift Savings Plan (TSP), FDIC Savings Plan, Flexible Spending Accounts, and any other-related program.

Advises employees, retirees, and their families regarding the Corporation and Federal benefits programs. For problem cases, seeks assistance for courses of action for consideration. Recognizes the need to coordinate with other staff members in the Human Resources Branch and/or organizational elements of the FDIC Human Resources Branch when the issues/problems identified go beyond employee benefit issues.

Interprets existing policies and procedures in response to inquiries from employees within the OIG. Prepares appropriate correspondence for approval and signature of the Director of Human Resources, consistent with applicable regulations, policies and procedures.

Under the direction of the supervisor or senior staff member, initiates action to resolve claim discrepancies between employees and benefits program carriers. Serves as liaison between employees and insurance carriers, the National Finance Center, and the U.S. Office of Personnel Management (OPM) regarding problems and/or delays with benefits. Keeps supervisor informed on progress of unsettled claims.

Advises employees of their rights and benefits (i.e., health/life insurance, leave, survivor benefits, savings plan contributions, social security benefits, etc.) upon retirement, and computes retirement annuities. Ensures retirement applications are processed, reviewing and assuring that all required documentation is complete, accurate, and in compliance with laws and regulations.

Processes death cases, works with senior staff member to advise surviving spouse on entitlements, and follows-up on the payment of entitlements.

Responds to questions and inquiries of former FDIC OIG employees about Federal and/or Corporation benefits.

Prepares necessary documentation and reports for processing claims under the Worker's Compensation Programs and other benefit-related programs. Advises employees on the procedures and requirements and maintains case files.

Coordinates open enrollment periods for benefits programs. Prepares and distributes employee orientation and information packages.

**Other Human Resources Duties**

Helps to manage new employee orientation to acquaint new employees to the FDIC and OIG organizations and culture. Provides instructions and answers questions concerning benefits programs and changes that occur, on completing forms, and gives directions on important human resources policies and procedures for employment with the OIG.

Inputs and maintains data/information in the FDIC's CHRIS database, the National Finance Center, and other automated systems used by the Human Resources Branch. Data is often considered sensitive in nature. Pay actions can involve a number of different steps, having unique rules, authorities, and allowances.

2

E-11

With guidance and coordination with the senior-level Human Resources Specialist, registers employees who have initiated training request(s) through the OIG's automated Training and Professional Development System. With consultation, arranges registration and makes payment of training for employees.

Keeps updated training material available for employee and managers who are seeking to take career development training in a specific functional area.

Serves as Time and Attendance Administrator or back-up. Enters time and attendance information in the National Finance Center System and performs leave audits when needed. Reviews and reconciles reports received from the National Finance Center on missing and/or inaccurate data. Reconciles (TINQs) data in the system after leave audit or inappropriate data is identified.

Serves as the central point of contact in the Human Resources Branch concerning personnel records management. Maintains employee official personnel files (OPFs), and other office chronological files.

Keeps abreast of legislation, regulations, and other issuance relating to the various human resources programs.

Adjusts plans, actions, and/or priorities to deal with changing situations when necessary.

Keeps supervisor informed of significant job activities. Calls attention to unusual or questionable transactions or when problems encountered do not fit instructions or guidelines.

Acquires new knowledge, skills, and expertise in response to the changing needs of the OIG.

Supports equal employment opportunity by promoting a work environment free of discrimination, which utilizes a diverse workforce and shows respect and concern for others.

Performs other related duties as the needs of the OIG Human Resources Branch dictate.

All of these duties and responsibilities should be performed, and will be evaluated, in accordance with the following:

**Achieves Results**

Assumes responsibility and accountability for achieving results in support of the FDIC and OIG mission and goals.

Ensures that own work is accurate, thorough, and meets applicable standards, policies, and guidelines. Produces information, products, and services that are timely, objective, fact-based, and that meet the current needs of customers and stakeholders while adhering to OIG's mission and values. Effectively adjusts plans, goals, actions, and/or priorities to deal with changing situations and ensures timely completion of work responsibilities, anticipating and overcoming obstacles when necessary. Develops and uses innovative methods, products, or services where appropriate.

E r 12

**Communicates Effectively**

Effectively communicates orally and in writing to promote mutual understanding, effective decision-making, and information gathering.

Actively listens and appropriately responds to the questions, ideas, and concerns of others. Conveys written and oral information in a clear, concise, well-organized, and timely manner. Reports relevant information to management and clients in an accurate and timely manner, so that others have information they need to accomplish their work. Where appropriate, uses various means, such as graphics, tables, and other visual depictions of information, to facilitate understanding of written materials and briefings.

**Demonstrates Teamwork**

Builds and maintains inclusive, responsive, and constructive working relationships based on mutual respect and a shared commitment to the OIG's mission, values, and goals.

Works cooperatively and professionally with others, demonstrating a positive attitude that serves to enhance the work environment. Anticipates and resolves conflicts in a positive and constructive manner. Develops and maintains effective working relationships with internal and external customers and other stakeholders. Contributes to institutional knowledge by sharing information and expertise with others.

**Exhibits Technical Competence**

Demonstrates the technical knowledge, skills, and abilities necessary to effectively carry out the duties and responsibilities of the Human Resources Specialist position.

Meets all applicable professional, educational, and licensing requirements. Demonstrates up to date knowledge of the Corporation, and the OIG, including their respective missions, strategic goals, and objectives; industry trends; and changes in relevant laws, regulations, standards, policies and procedures; and other factors that have an impact upon technical expertise. Collects information or data that is sufficient to address an issue, problem, or recommendation. Analyzes and integrates information to identify and evaluate alternative solutions to problems and issues. Makes well-supported and timely decisions, conclusions, or recommendations, balancing costs, risks, and benefits. Demonstrates effective use of available technology to ensure that work processes are efficient. Takes initiative to identify and understand emerging issues relevant to assignments.

**Demonstrates Responsibility and Self-Development**

Takes personal initiative to improve individual and organizational performance and promote the OIG's values and goals, while exemplifying high standards of professional and ethical behavior and integrity.

Strives to improve individual and organizational performance. Demonstrates initiative and a willingness to take on new work responsibilities. Sets challenging goals for own professional development that support the overall mission and values of OIG. Demonstrates a commitment to

4

E - 13

continuous learning and development and acquires new knowledge, skills, and expertise in response to the changing needs of the organization. Represents the OIG in a professional manner.

## FACTOR 1:  KNOWLEDGE REQUIRED BY THE POSITION

Knowledge of the Federal and Corporation employee benefit programs, and the principles and concepts associated with them.

Knowledge of the Federal Worker's Compensation policies and procedures to respond to inquiries and coordinate cases.

Knowledge of payroll and personnel operations as implemented within FDIC in order to gather information, process actions, prepare retirement calculations, and transmit information to the National Finance Center.

Knowledge of the FDIC's time and attendance system and how it interfaces with the National Finance Center data.

Knowledge of the mission and objectives of the FDIC and OIG, and the relationship of the OIG to other FDIC functions and the Federal Government as a whole.

Skill in written and oral communication to address matters pertaining to OIG personnel at all levels.

Ability to establish and maintain effective relationships with OIG and Corporation employees and managers, representatives of other Federal agencies, and numerous insurance and health carrier representatives.

Ability to gather and analyze facts, draw conclusions, and develop solutions to problems and issues.

Ability to work effectively in a team oriented environment.

Ability to maintain the confidentiality required by the subjects with which the incumbent works.

Ability to provide effective office-client relationships and delivery of services.

Familiarity with other human resources functional areas in order to assist where needed in the OIG Human Resources Branch.

## FACTOR 2:  SUPERVISORY CONTROLS

The incumbent works under the general direction of the OIG's Director of Human Resources who provides broad policy guidance and human resources program objectives.  He/She also receives minimal guidance from Specialist for their respective program area.  The incumbent plans the work to be accomplished, following criteria established, resolves problems and conflicts in accordance with instructions given, and interprets regulations and policy in completing forms and other documentation.  Special instructions may be given, which may include potentially controversial issues, status of open enrollment documents, preparation of special reports, and/or any special assignments that may occur.

5

E-14

**FACTOR 3:  GUIDELINES**

The guidelines consist of standard reference material, policies, and procedures that are not completely applicable to some of the work.  The incumbent interprets and adapts guides, reviewing the information presented to fit the situation at hand and/or seeks assistance when needed.  Judgment is used in studying the various assignments, operations, and systems, and in reporting results.

**FACTOR 4:  COMPLEXITY**

The work includes researching and interpreting regulations, in addition to analyzing and processing a wide range of personnel actions ranging from routine to very unusual involving interpretation and application of rules that are not always clearly defined.  Several factors increase the complexity of duties, including the OIG's use of different types of appointments, and the special retirement and availability pay benefits for law enforcement personnel.  In performing assignments, the incumbent completes all the normal activities, e.g., plans his/her work assignments to meet established deadlines, coordinates work with others, conducts assigned portions of work performed with senior staff members, and reports on work in progress. Decisions regarding what needs to be done require reviewing policies and procedures, and programs activities or operations and completing documentation accurately and in a timely fashion.

**FACTOR 5:  SCOPE AND EFFECT**

The services provided and work performed by the incumbent impact employees throughout the FDIC OIG and may involve the resolution of sensitive issues and problems.  Some of the guidance and assistance given by the incumbent could directly influence decision-making employees make concerning themselves and/or family needs.  Customer satisfaction and the effectiveness of OIG human resources services is are crucial.

**FACTOR 6/7:  PERSONAL CONTACTS/PURPOSE OF CONTACTS**

Contacts are with OIG current and former employees at all levels and their families; representatives of the Corporation's Human Resources Branch; representatives of the OPM, other government agencies; the National Finance Center staff, and benefits organizations.

Contacts are made to provide counseling and answer questions, resolve personnel issues affecting staff, and obtain information.  The incumbent provides information, resolves conflicts and problems, and deals with extremely sensitive issues.

**FACTOR 8:  PHYSICAL DEMANDS**

The work is primarily sedentary.

**FACTOR 9:  WORK ENVIRONMENT**

The work is usually performed in an office setting.  Travel may be required to meet with OIG field staff or to attend Corporate sponsored conferences or training.

E-15