Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

Approved Exception to the SF 50-1
July 1990

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HARKINS, STACEY K | ▓▓▓▓▓▓ | ▓▓▓▓▓ | 04/09/00 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 702 | PROMOTION | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| N6M | REG 335.102 CAR PROM | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | PARALEGAL SPECIALIST
00000750    401014 |

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 09 | 00 | ▓▓▓▓ | PA | CG | 0950 | 11 | 00 | ▓▓▓▓ | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | .00 | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | FEDERAL DEPOSIT INSURANCE CORPORATION
OFFICE OF INSPECTOR GENERAL
OFF OF THE INSP GEN
COUNSEL TO THE INSP GEN

FD 684001000110100000     PP 08 2000 |

**EMPLOYEE DATA**

| 23. Veterans Preference | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| ▓▓▓ 1 - None   3 - 10 Point/Disability   5 - 10 Point/Other
2 - 5 Point   4 - 10 Point/Compensable   6 - 10 Point/Compensable/30% | | 1   0 - None   2 - Conditional
1 - Permanent   3 - Indefinite | | | ▓YES ▓NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| ▓▓▓ | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS AND FICA | 10/24/87 | F   FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1 - Competitive Service   3 - SES General
2 - Excepted Service   4 - SES Career Reserved | N   E - Exempt
N - Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

SELECTED FROM MERIT PROMOTION PLAN ROSTER OF ELIGIBLES 98-B-507
DATED 02-13-1998.

~~POSITION IS AT THE FULL PERFORMANCE LEVEL.~~

| 47. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION | _[signature]_

TRINA F PETTY
DEPUTY ASSISTANT IG, HUMAN RESOURCES    E-41 |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| FD 68 | 1644 | 04/10/00 | |

TURN OVER FOR IMPORTANT INFORMATION
5-Part 50-316                    2- OPF    Copy - Keep for Future Reference

Editions Prior to 7-91 Are Not Usable After 6-30-93
NSN 7540-01-333-6238

FD 684001000110100000     PP 08 1*2000*BATCH 16446715 000-00 201-06 AG/EO 68-1644