Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33. Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

Approved Exception to the SF 50-B
July 1999

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| SHARPE, STACEY K | [redacted] | [redacted] | 10/17/04 |

### FIRST ACTION

| Code | 5-B. Nature of Action |
|---|---|
| 721 | REASSIGNMENT |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| N2M | REG 335.102 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
PARALEGAL SPECIALIST
00014301   40I014

**15. TO: Position Title and Number**
Human Resources Specialist
00014301   40I148

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0950 | | 00 | | | CG | 0201 | 11 | 00 | [redacted] | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | .00 | .00 | [redacted] | [redacted] | [redacted] | .00 |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
FEDERAL DEPOSIT INSURANCE CORPORATION
OFFICE OF INSPECTOR GENERAL
OFF OF THE INSP GEN
COUNSEL TO THE INSP GEN

FD 684001000110100000   PP 21 2004

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| [redacted] 1-None  2-5 Point  3-10 Point/Disability  4-10 Point/Compensable  5-10 Point/Other  6-10 Point/Compensable/30% | 1   0-None  1-Permanent  2-Conditional  3-Indefinite | | YES [redacted] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| [redacted] | 9   NOT APPLICABLE | 0 |

| Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS AND FICA | 10/24/87 | F   FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1-Competitive Service  2-Excepted Service  3-SES General  4-SES Career Reserved | N   E-Exempt  N-Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**

DIRECTED REASSIGNMENT LTR DTD 09/23/2004.
INSERVICE PLACEMENT PROVISIONS USED.

| Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION | TRINA L PETTY |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| FD 68 | 1644 | 10/19/04 |

DEPUTY ASSISTANT, HUMAN RESOURCES

E-42

3-Part 50-316     2 - OPF Copy - Long-Term Record - DO NOT DESTROY     Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

FD 684001000110100000   PP 21 1*2004*BATCH 16446766 000-00 202-04 AG/EO 68-1644