# OIG Training and Professional Development System

## Employee Training Report – All Requests
### Period: All Dates

| Name: | Sharpe, Stacey K | Pay Grade: | CG-201-11 |
|---|---|---|---|
| Office: | Office of Management & Policy | Position: | Personnel Management Specialist |
| Office Unit: | OMCR - Human Resources | Location: | Washington, DC |
| Office Phone: | (202) 416-4059 | Room: | 801-905 |

| Training Title | Training Status | OIG Core Competency | Start Date | End Date | Hours | OIG Cost |
|---|---|---|---|---|---|---|
| Entry, Processing, Inquiry and Correction System/History Correction Update Processing System (EPIC/H | In Process - Submitted for Approval | Exhibits Technical Competence | 10/25/05 | 10/28/05 | 32 | $375 |
| Workers Compensation and Disability Retirement | Supervisory Review and Approval Completed | Exhibits Technical Competence | 8/23/05 | 8/24/05 | 16 | $575 |
| Introduction to Research Methods | In Process - Submitted for Approval | Other | 5/31/05 | 7/26/05 | 27 | $240 |
| Financial Accounting | In Process - Submitted for Approval | Other | 5/31/05 | 7/26/05 | 27 | $240 |
| Processing Personnel Actions | Course Attended - Awaiting Supervisory Review | Exhibits Technical Competence | 3/7/05 | 3/11/05 | 40 | $1225 |
| FERS Benefits Applications for Personnelists | Course Attended - Awaiting Supervisory Review | Exhibits Technical Competence | 2/7/05 | 2/10/05 | 32 | $935 |
| The Basics of HR Law | Course Attended - Awaiting Supervisory Review | Exhibits Technical Competence | 2/2/05 | 2/2/05 | 8 | $189 |
| Job Analysis, | Registration | Exhibits | | | | |

E-43

| Assessment, and Compensation | Completed - Awaiting Attendance | Technical Competence | 1/24/05 | 5/12/05 | 0 | $1017 |
|---|---|---|---|---|---|---|
| Recruitment and Selection | Registration Completed - Awaiting Attendance | Exhibits Technical Competence | 1/24/05 | 5/12/05 | 0 | $1017 |
| Basic Employee Benefits for Personnelists | Completed | Exhibits Technical Competence | 11/1/04 | 11/5/04 | 40 | $1095 |
| Basic Employee Relations | Completed | Demonstrates Resp+Self Development | 7/21/04 | 7/24/04 | 8 | $775 |
| The Business of Compliance and consumer protection | Completed | Demonstrates Resp+Self Development | 6/30/04 | 7/1/04 | 8 | $0 |
| Human Resources Management: Introduction | Completed | Demonstrates Resp+Self Development | 6/16/04 | 6/18/04 | 24 | $695 |
| CSRS Benefits Applications for Personnelists | Course Attended - Awaiting Supervisory Review | Exhibits Technical Competence | 1/11/04 | 1/14/05 | 32 | $935 |
| OIG 2003 Conference: Ethics + Competencies Project Sessions | Completed | Demonstrates Resp+Self Development | 10/20/03 | 10/24/03 | 2 | $0 |
| OIG 2003 Conference: Executive Presentation Skills Session | Completed | Communicates Effectively | 10/20/03 | 10/24/03 | 4 | $0 |
| OIG 2003 Conference: Generations@OIG + Other Diversity Issues Session | Completed | Demonstrates Teamwork | 10/20/03 | 10/24/03 | 2 | $0 |
| OIG 2003 Conference: Welcome to Revolutionary Times, DRR, DSC, + The Future of Banking Sessions | Completed | Exhibits Technical Competence | 10/20/03 | 10/24/03 | 5 | $0 |
| ASAP Training Series | Completed | Technical / Legal | 5/12/03 | 5/14/03 | 24 | $855 |
| OIG Conference | | | | | | |

E-44

| | | | | | | |
|---|---|---|---|---|---|---|
| 2001 | Completed | Other | 10/22/01 | 10/26/01 | 36 | $0 |
| Basic Exam School for Non-Examiners | Completed | Other | 2/12/01 | 2/16/01 | 40 | $0 |
| Legal Writing and Analysis for Paralegal | Completed | Other | 7/31/00 | 8/4/00 | 40 | $0 |
| Legal Skills for Secretaries and Paraleg | Completed | Other | 7/26/00 | 7/30/00 | 40 | $0 |
| Legal Research and Analysis for Paralega | Completed | Other | 6/19/00 | 6/23/00 | 40 | $0 |
| Diversity Awareness Training | Completed | Behavioral / Interpersonal Skills | 6/16/00 | 6/16/00 | 8 | $0 |
| EEO Law Process & Procedures | Completed | Other | 5/3/00 | 5/4/00 | 16 | $495 |
| Liability Of Federal Agencies For Unlawf | Completed | Technical / Legal | 12/1/99 | 12/2/99 | 16 | $495 |
| Reprisal And Retaliation Claims | Completed | Technical / Legal | 10/28/99 | 10/29/99 | 16 | $450 |
| 1999 OIG-Wide Conference | Completed | Behavioral / Interpersonal Skills | 9/13/99 | 9/17/99 | 28 | $0 |
| Legal Writing For Non-lawyers | Completed | Technical / Writing | 6/28/99 | 6/29/99 | 16 | $335 |
| Freedom Of Information Act For Atty | Completed | Technical / Legal | 8/11/98 | 8/12/98 | 16 | $0 |
| Ability To Analyze And Evaluate | Completed | Technical / General Audit | 3/24/98 | 3/24/98 | 8 | $0 |
| Time Management | Completed | Other | 1/27/98 | 1/27/98 | 7 | $0 |
| Changing Your Outlook On Email | Completed | Technical / Info Technology | 11/14/97 | 11/14/97 | 1 | $0 |
| EEO For Non-Supervisory Employees | Completed | Behavioral / Interpersonal Skills | 10/30/97 | 10/30/97 | 8 | $0 |
| Totals:    # of All Requests: 35 | | | | | 667 | $11943 |

Back to Report Selection Menu

E-45