Federal Deposit Insurance Corporation
## Performance Management Program
### PERFORMANCE PLAN AND EVALUATION
### OIG Non-Supervisors

### SECTION A – EMPLOYEE INFORMATION

| EMPLOYEE NAME (Last, First, MI) | SOCIAL SECURITY NUMBER |
|---|---|
| Harkins, Stacey K | XXX-XX-**** |
| POSITION TITLE | PAY PLAN / SERIES / GRADE |
| PARALEGAL SPECIALIST | CG / 0950 / 11 |
| DIVISION/OFFICE | LOCATION |
| OFFICE OF INSPECTOR GENERAL | WASHINGTON, DC |

| PURPOSE OF EVALUATION (Check one) | RATING PERIOD | | | |
|---|---|---|---|---|
| | FROM | | TO | |
| [X] Annual | MONTH | YEAR | MONTH | YEAR |
| [ ] Other (Specify) _____ | 09 | 2003 | 08 | 2004 |

### SECTION B – PERFORMANCE CRITERIA

| | Meets | Does Not Meet |
|---|---|---|
| **01. Achieves Results:**<br>Assumes responsibility and accountability for achieving results in support of the FDIC and OIG mission and goals.<br><br>Ensures that work is accurate, thorough, and meets applicable standards, policies, and guidelines. Produces information, products, and services that are timely, objective, fact-based, and that meet the current needs of customers and stakeholders while adhering to OIG's mission and values. Effectively adjusts plans, goals, actions, and/or priorities to deal with changing situations and ensures timely completion of work responsibilities, anticipating and overcoming obstacles when necessary. Develops and uses innovative methods, products, or services where appropriate. | [X] | [ ] |
| **02. Communicates Effectively:**<br>Effectively communicates orally and in writing to promote mutual understanding, effective decision-making, and information gathering.<br><br>Actively listens and appropriately responds to the questions, ideas, and concerns of others. Conveys written and oral information in a clear, concise, well-organized, and timely manner. Reports relevant information to management and clients in an accurate and timely manner, so that others have information they need to accomplish their work. Where appropriate, uses various means, such as graphics, tables, and other visual depictions of information, to facilitate understanding of written materials and briefings. | [X] | [ ] |
| **03. Demonstrates Teamwork:**<br>Builds and maintains inclusive, responsive, and constructive working relationships based on mutual respect and a shared commitment to the OIG's mission, values, and goals.<br><br>Works cooperatively and professionally with others, demonstrating a positive attitude that serves to enhance the work environment. Anticipates and resolves conflicts in a positive and constructive manner. Develops and maintains effective working relationships with internal and external customers and other stakeholders. Contributes to institutional knowledge by sharing information and expertise with others. | [X] | [ ] |
| **04. Exhibits Technical Competence:**<br>Demonstrates the technical knowledge, skills, and abilities necessary to effectively carry out the | [X] | [ ] |

## SECTION B: PERFORMANCE CRITERIA

| | Meets | Does Not Meet |
|---|---|---|
| duties and responsibilities of his or her position.<br><br>Meets all applicable professional, educational, and licensing requirements. Demonstrates up to date knowledge of the Corporation, and the OIG, including their respective missions, strategic goals, and objectives; industry trends; and changes in relevant laws, regulations, standards, policies and procedures; and other factors that have an impact upon technical expertise. Collects information or data that is sufficient to address an issue, problem, or recommendation. Analyzes and integrates information to identify and evaluate alternative solutions to problems and issues. Makes well-supported and timely decisions, conclusions, or recommendations, balancing costs, risks, and benefits. Demonstrates effective use of available technology to ensure that work processes are efficient. Takes initiative to identify and understand emerging issues relevant to assignments. | | |
| **05.   Demonst. Respon. & Self Dvlpmt:**<br><br>Takes personal initiative to improve individual and organizational performance and promote the OIG's values and goals, while exemplifying high standards of professional and ethical behavior and integrity.<br><br>Strives to improve individual and organizational performance. Demonstrates initiative and a willingness to take on new work responsibilities. Sets challenging goals for professional development that support the overall mission and values of OIG. Demonstrates a commitment to continuous learning and development and acquires new knowledge, skills, and expertise in response to the changing needs of the organization. Represents the OIG in a professional manner. | X | ☐ |

## SECTION C: SUMMARY RATING    [X] Meets Expectations    [ ] Does Not Meet Expectations*

* A rating of "Does Not Meet" on any performance criterion results in an overall rating of "Does Not Meet Expectations"

Signature of Employee: *Stacey K Sharpe*     Date: 10/13/04

Signature of Rating Official: *[signature]*     Date: 10/13/04

Signature of Reviewing Official:     Date:

## SECTION D: RATING OFFICIAL/EMPLOYEE/REVIEWING OFFICIAL COMMENTS

**Name:** Gibson, Frederick W Jr

**Comments:**
Stacey fully met all expectations for her position during the evauation period. Of particular note, she continued to demonstrate effective teamwork when called upon and interest in self- and career development opportunities.