**Petty, Trina F.**

| | |
|---|---|
| **From:** | Sharpe, Stacey K. |
| **Sent:** | Tuesday, August 24, 2004 5:20 PM |
| **To:** | Gibson, Fred W. |
| **Cc:** | Petty, Trina F. |
| **Subject:** | Transfer |

After careful consideration of the proposed transfer to the Benefits Unit of the Human Resources (HR) Section, I have concluded that to transfer under the proposed conditions would not be the best utilization of my skill set. Although Human Resources is an area of interest, I feel that the optimal use of my current skills would be in the Employee Relations and/or Classification Unit, of which a vacancy also exists. While I understand that each employee in HR will be expected to handle two different areas, I was informed that my areas of responsibility would be benefits and processing. Because, I feel, my skills as well as my interests are better suited for employee relations and/or classification, I prefer not to accept a transfer to the Benefits Unit within HR at this time.

Thank you for your consideration. I am open and to discuss this matter further if you so desire.

Stacey K. Sharpe

E-44