| | |
|---|---|
| **Petty, Trina F.** | |
| **From:** | Black, Patricia M. |
| **Sent:** | Monday, September 20, 2004 12:13 PM |
| **To:** | Petty, Trina F. |
| **Cc:** | Gibson, Fred W.; Simmons, Rex A. |
| **Subject:** | Directed Reassignment |

Please prepare a letter for my signature directing the re-assignment of Stacey Sharpe, a CG-11 paralegal, to the position of Human Resources Specialist, CG-201-11.

Ms. Sharpe was hired as a paralegal several years ago. She was hired at a time when the OIG was a much larger organization, and when the OIG had a large volume of FOIA requests and discovery work related to our audits and investigations. Through no fault of her own, the work Ms. Sharpe was hired to do has decreased to the point where it is substantially less than a full time position. With continuing pressures on our office to downsize, there is no expectation that this work will increase in the foreseeable future, and the paralegal position should therefore be eliminated.

Although Ms. Sharpe is not presently trained to fully handle the Human Resources Specialist job, that training can be obtained within a reasonable time. Accordingly, the OIG may more effectively utilize Ms. Sharpe in this position. Once the letter is prepared, I will meet with Ms. Sharpe to explain this move to her.

E-49