**Federal Deposit Insurance Corporation**
801 17th Street NW, Washington, DC 20429-9990                                     Office of Inspector General

Date 9/23/04

Ms. Stacey Sharpe
11820 Capstan Drive
Upper Marlboro, MD  20772

Dear Ms. Sharpe,

When you were hired several years ago as a Paralegal Specialist in the Office of Inspector General (OIG), the organization was much larger and the need for that position was greater than it is today. At that time, there was a large volume of FOIA requests and discovery work related to our audits and investigations. Through no fault of your own, the work that you were hired to do has decreased to the point where it is substantially less than a full time position. With continuing pressures on our office to downsize, there is no expectation that this work will increase in the foreseeable future, and the paralegal position will therefore be eliminated. However, we value you as an employee and believe that there is another way for you to remain with this office in the same grade, although in a different type of job, if you chose to do so.

In order to do that, I am reassigning you from your current position of Paralegal Specialist, CG-950-11 in the Office of the Counsel to the Inspector General (Washington, DC) to the position of Human Resources Specialist, CG-201-11 in the Office of Management and Congressional Relations, Human Resources Branch (Washington, DC). This reassignment is necessary because of the shortage of paralegal work noted above and the need to fill a vacancy in our Human Resources Branch. Although you are presently not trained to fully handle the duties of the Human Resources Specialist position, through classroom and on-the-job training I am confident that you can obtain the skills necessary to fully perform those duties within a reasonable amount of time. I believe the OIG can more effectively utilize your skills in this position to meet mission critical work goals. Your reassignment will be effective October 17, 2004; accordingly, you are to report to Trina Petty, Director of Human Resources on Monday, October 18, 2004.

As part of this action, I am required by law to notify you that if you decline this directed reassignment, or if you accept the offer and subsequently fail to report, we will propose your separation under 5 CFR 752 for failure to accept a directed reassignment.

Enclosed for your response is a form to notify us of your decision regarding this directed reassignment. Please complete and sign the notification and return it to Ms. Petty, no later than fifteen (15) calendar days from the date of this letter. Failure to respond within the fifteen (15) days will be considered a declination.

E-50

Please let me know if you have any additional questions concerning this reassignment. In addition, if you need additional information regarding your rights or need other information on which to base your decision, please contact Trina Petty or Jan Welch in the OIG Human Resources Branch. I hope you will choose to accept this reassignment and will find your new assignment challenging and rewarding.

Sincerely,

Patricia M. Black
Deputy Inspector General

Enclosure

E-51

Stacey Sharpe
Paralegal Specialist, CG-950-11


Subject: Directed Reassignment

Please indicate your decision with respect to the position offered and return this form to Trina Petty within fifteen (15) calendar days from the date of the directed reassignment letter.


(CHECK ONE)

__✓__ I accept the reassignment from Paralegal Specialist, CG-950-11 in the Office of the Counsel to the Inspector General (Washington, DC) to the position of Human Resources Specialist, CG-201-11 in the Office of Management and Congressional Relations, Human Resources Branch (Washington, DC).


_____ I decline the directed reassignment to the position of Human Resources Specialist, CG-201-11 in the Office of Management and Congressional Relations, Human Resources Branch (Washington, DC). I understand that my declination will serve as grounds for my removal from the Federal Service.


_____ I elect to resign in lieu of the proposed reassignment. I agree to contact Trina Petty or Jan Welch in the Human Resources Branch by _____ to seek counseling concerning my resignation.


_____           _____
Signature                                                                 Date
*Stacey V. Sharpe*                                                  *October 1, 2004*

E-52

**RESERVED**



```
Report ID: FDPOS002              FEDERAL DEPOSIT INSURANCE CORPORATION              Page No.  1
                                 CORPORATE HR INFORMATION SYSTEM(CHRIS)             Run Date 03/17/2005
                                        STAFFING TABLE BY ORGANIZATION              Run Time 09:38:10

    Name            EmplID    Title                      Key  PP   Ser  Gr  TG  App NTE Dt  PAR NTE Dt  Pos Nbr   JobCd   BU    SC  Rpts-To  Comment

    NFC Org Code: 4000000000000000    OFFICE OF INSPECTOR GENERAL

    Total Positions:          0    Total On Board Staff:          0    Total Detailed-In Employees:          0

    NFC Org Code: 4001000110000000    OFFICE OF THE INSPECTOR GENERA
    [redacted]

    Total Positions:          4    Total On Board Staff:          3    Total Detailed-In Employees:          0

    NFC Org Code: 4001000110100000    COUNSEL TO THE INSPECTOR GENER
Caucasian  Gibson, Frederick W J   005481  >  Counsel to the Inspe    EM   0905  00           00016367  40IE02  8888  2  004291
Caucasian  Cosgrove, Michael S     005009     Attorney Advisor       CG   0905  15    15      00015506  40I086  8888  8  005481  New PD to include compete
Black      Fewell, Theresa Denis   003852     Legal Assistant        CG   0986  08    08      00014512  40I085  8888  8  005481
Caucasian  Gieseler, Christian A   001061     Attorney Advisor       CG   0905  15    15      00015144  40I086  8888  8  005481  New PD to include compete
Hispanic   Vosburg, Adriana Roja   006423     Attorney Advisor       CG   0905  13    15      00017413  40I156  8888  8  005481

    Total Positions:          5    Total On Board Staff:          5    Total Detailed-In Employees:          0

    NFC Org Code: 4001000120000000    OFFICE OF AUDITS HQ
    [redacted]

    Total Positions:          4    Total On Board Staff:          4    Total Detailed-In Employees:          0

    NFC Org Code: 4001000120100000    DAIG FOR AUDITS I
    [redacted]                                                       E    0511  01    01

    Total Positions:          1    Total On Board Staff:          1    Total Detailed-In Employees:          0

    NFC Org Code: 4001000120101000    QUALITY CONTROL & OUTREACH
    [redacted]

    Total Positions:          3    Total On Board Staff:          3    Total Detailed-In Employees:          0

    NFC Org Code: 4001000120102000    PLANNING & ANALYSIS
    [redacted]

Key:   *  = Pending Action (Not Processed by HR)                        >   = Department Manager
       DTI = Employee Detailed Into Organization (Does not count against staffing level)   DTO = Employee Detailed Out of Organization
       DTW = Employee Detailed Within Organization                      VAC = Vacant Position
       TPI = Employee Temporarily Promoted Into Position                VOP = Vacant Obligated Position (Employee Temporarily Promoted Out)
                                ****SENSITIVE PERSONAL DATA - USE IS RESTRICTED.****
```