UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STACEY K SHARPE <br><br> Plaintiff, <br><br> v. <br><br><br> SHEILA C. BAIR, Chairman <br> Federal Deposit Insurance <br> Corporation <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-1743 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PRAECIPE

The clerk will please withdraw the appearance of Sarah L. Riger and enter the appearance of Alana M. Hecht. David H. Shapiro and Richard L. Swick remain the lead attorneys of record in this case.

Respectfully submitted,

_____/S/_____
Sarah L. Riger

_____/S/_____
David H. Shapiro, D.C. Bar No. 961326
Richard L. Swick, D.C. Bar No. 936930
Alana M. Hecht, D.C. Bar No. 494097
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300

Fax (202) 842-1418

Attorneys for Plaintiff